AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__   DISTRICT OF   __New York__

### APPEARANCE

Case Number: 07 CV 11387

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Brian N. Lines

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/6/2008 | _/s/_ |
| Date | Signature |
| | Philip Morgan Smith         PS8132 |
| | Print Name         Bar Number |
| | Patton Boggs LLP, 1185 Avenue of the Americas |
| | Address |
| | New York      NY      10036 |
| | City      State      Zip Code |
| | (646) 557-5145      (646) 557-5101 |
| | Phone Number      Fax Number |