AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

**APPEARANCE**

Case Number:  07 CV 11387

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Brian N. Lines

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/6/2008 | *[signature]* |
| Date | Signature |
| | Philip Morgan Smith — PS8132 |
| | Print Name — Bar Number |
| | Patton Boggs LLP, 1185 Avenue of the Americas |
| | Address |
| | New York — NY — 10036 |
| | City — State — Zip Code |
| | (646) 557-5145 — (646) 557-5101 |
| | Phone Number — Fax Number |