AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

### APPEARANCE

Case Number: 07-11387

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lines Overseas Management Limited

I certify that I am admitted to practice in this court.

4-22-08
Date

_[Signature]_
Signature

Reid M. Figel                                    RF 8663
Print Name                                       Bar Number

1615 M Street NW, Suite 400
Address

Washington            DC              20036
City                  State           Zip Code

(202) 326-7918             (202) 326-7999
Phone Number               Fax Number