UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-08
```

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

    v.

BRIAN N. LINES, *et al.*,

       Defendants.

07-CV-11387 (Judge Cote)

STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time for Defendants LOM (Holdings) Ltd., Lines Overseas Management Ltd., LOM Capital Ltd., LOM Securities (Bermuda) Ltd., LOM Securities (Cayman) Ltd., and LOM Securities (Bahamas) Ltd. to answer the Complaint is hereby extended from April 25, 2008 to and including May 9, 2008. No prior extension of this time has been granted.

Dated: April 24, 2008

/s/ Mark A. Adler
David Williams (Pro Hac Vice)
Mark A. Adler (MA-8703)
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street NE
Washington, DC 20549
202.551.4548 (Williams)

/s/ Reid M. Figel
Reid M. Figel (RF-8663)
**KELLOGG HUBER HANSEN TODD
  EVANS & FIGEL PLLC**
1615 M Street, NW
Suite 400
Washington, DC 20036
202.326.7918

So ordered.
/s/ Denise Cote
April 24, 2008

1