UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>        v.<br><br>BRIAN N. LINES, et al.,<br><br>                              Defendants. | No. 07-CV-11387 ( DC  )<br><br>**NOTICE OF DISMISSAL OF DEFENDANT RYAN G. LEEDS** |

   Please take notice that Defendant RYAN G. LEEDS ("Leeds") is DISMISSED without prejudice from the Complaint brought by Plaintiff SECURITIES AND EXCHANGE COMMISSION (the "Commission").  This dismissal is made pursuant to Fed. R. Civ. Proc. Rule 41(a).  Defendant Leeds has not filed an answer or motion for summary judgment.

Dated: May 1, 2008                    Respectfully submitted,


                                       ___/s/  Mark Adler_____
                                       David Williams (Pro Hac Vice)
                                       Mark A. Adler (MA-9703)
                                       Antonia Chion
                                       Yuri B. Zelinsky
                                       Michael A. Ungar
                                       Ivonia K. Slade
                                       Scott F. Weisman
                                       Attorneys for Plaintiff
                                       SECURITIES AND EXCHANGE COMMISSION
                                       100 F Street, NE
                                       Washington, DC 20549
                                       Tel: 202-551-4548 (Williams)
                                       Fax: 202-772-9362
                                       Email: williamsdav@sec.gov

Certificate of Service

      I HERBY CERTIFY that on May 1, 2008, I electronically filed the foregoing Notice of Dismissal of Defendant Ryan Leeds with the Clerk of the Court by using the ECF system. I further certify that I also forwarded the foregoing document by U.S. Mail to the following:

Mr. Reid M. Figel, Esq.
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M St, NW, Suite 400
Washington, D.C. 20036
Counsel for LOM (Holdings) Ltd., Lines Overseas Management Ltd., LOM Capital Ltd., LOM Securities (Bermuda) Ltd., LOM Securities (Cayman) Ltd, LOM Securities (Bahamas) Ltd.

Mr. Craig S. Warkol
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Counsel for Defendant Ryan Leeds

Mr. Philip M. Smith, Esq.
Patton Boggs LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
United States of America
Counsel for Defendant Brian Lines

Mr. Steve Crimmins, Esq.
Mayer Brown
1907 K Street, NW
Washington, D.C. 20006
Counsel for Defendant Scott Lines

                                              s/ David Williams_____
                                              David Williams