**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

BRIAN N. LINES, et al.,

                Defendants.

No. 07-CV-11387 ( DC )

**NOTICE OF DISMISSAL OF DEFENDANT RYAN G. LEEDS**

      Please take notice that Defendant RYAN G. LEEDS ("Leeds") is DISMISSED without prejudice from the Complaint brought by Plaintiff SECURITIES AND EXCHANGE COMMISSION (the "Commission"). This dismissal is made pursuant to Fed. R. Civ. Proc. Rule 41(a). Defendant Leeds has not filed an answer or motion for summary judgment.

Dated: May 1, 2008

Respectfully submitted,

So ordered-
/s/ Denise Cote
May 9, 2008

                /s/ Mark Adler
David Williams (Pro Hac Vice)
Mark A. Adler (MA-9703)
Antonia Chion
Yuri B. Zelinsky
Michael A. Ungar
Ivonia K. Slade
Scott F. Weisman
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
Tel: 202-551-4548 (Williams)
Fax: 202-772-9362
Email: williamsdav@sec.gov