**MEMO ENDORSED**

**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Granted.
/s/ Denise Cote
May 9, 2008

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                  Plaintiff,<br><br>                    v.<br><br>BRIAN N. LINES;<br>SCOTT G. S. LINES;<br>LOM (HOLDINGS) LTD.;<br>LINES OVERSEAS MANAGEMENT LTD.;<br>LOM CAPITAL LTD.;<br>LOM SECURITIES (BERMUDA) LTD.;<br>LOM SECURITIES (CAYMAN) LTD.;<br>LOM SECURITIES (BAHAMAS) LTD.;<br>ANTHONY W. WILE;<br>WAYNE E. WILE;<br>ROBERT J. CHAPMAN;<br>WILLIAM TODD PEEVER;<br>PHILLIP JAMES CURTIS; AND<br>RYAN G. LEEDS,<br><br>                                  Defendants. | Civil Action No 07 cv 11387 (DLC) |

MAY 08 2008



### MOTION FOR ADMISSION *PRO HAC VICE*
### OF DAVID WILLIAMS AND MEMORANDUM OF SUPPORT

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Civil Rule 1.3(c) Plaintiff Securities and Exchange Commission, through its counsel, moves for admission *Pro Hac Vice* of David Williams to represent the Commission in the above-referenced case.

### MEMORANDUM IN SUPPORT OF MOTION

This motion should be granted for the reasons set forth below:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

- 1 -

1.  David Williams was admitted to practice law in the state of California on December 2, 1996, and he remains in good standing in that jurisdiction. (Declaration of David Williams In Support Of Motion For Admission *Pro Hac Vice*, paragraph 3, dated January 3, 2008) ("Williams Decl.").

2.  Mr. Williams is an attorney in the Washington D.C. office of Plaintiff Securities and Exchange Commission. (Williams Decl., paragraph 1).

3.  Mr. Williams has never been held in contempt of court, never been censured, suspended, disbarred or disciplined by any court. (Williams Decl., paragraph 4).

4.  Mr. Williams has attached to his Declaration a certificate of good standing from the state of California.

For these reasons, the Court should grant this motion and issue the attached proposed Order.

Dated: January 3, 2008

Respectfully submitted,

Mark A. Adler (MA-8703)
Attorney for Plaintiff
Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, D.C. 20549-4030
Telephone: (202) 551-4402
adlerma@sec.gov