```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,      07-CV-11387 (Judge Cote)

      v.                                  STIPULATION AND ORDER

BRIAN N. LINES, *et al.*,

                        Defendants.

———————————————————————

       **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time for Defendants Brian N. Lines, Scott G.S. Lines, LOM (Holdings) Ltd., Lines Overseas Management Ltd., LOM Capital Ltd., LOM Securities (Bermuda) Ltd., LOM Securities (Cayman) Ltd., and LOM Securities (Bahamas) Ltd. to answer the Complaint is hereby extended from May 9, 2008 to and including May 16, 2008.

Dated: May 9, 2008

                                */s/ David Williams*
                                David Williams (Pro Hac Vice)
                                Mark A. Adler (MA-8703)
                                **SECURITIES AND EXCHANGE COMMISSION**
                                100 F Street NE
                                Washington DC 20549
                                202.551.4548 (Williams)

                                */s/ Stephen T. Crimmins*
                                Stephen J. Crimmins (SC-2714)
                                **MAYER BROWN LLP**
                                1909 K Street NW
                                Washington DC 20006-1101
                                202.263.3883 (Crimmins)

                                So ordered.

                                */s/ Denise Cote*
                                May 12, 2008

_Philip M. Smith_ /mf
Philip M. Smith (PS 8132)
**PATTON BOGGS LLP**
1185 Avenue of the Americas
New York, NY 10036
646.557.5145 (Smith)

_Reid M. Figel_
Reid M. Figel (RF 8663)
**KELLOGG HUBER HANSEN TODD
EVANS & FIGEL PLLC**
1615 M Street, NW
Suite 400
Washington, DC 20036
202.326.7918 (Figel)

**SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**