UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

#19   SCANNED

Granted.
Denise Cote
June 30, 2008

---

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

v.

BRIAN N. LINES, *et al.*,

               Defendants.

07-CV-11387 (Judge Cote)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

**MEMO ENDORSED**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stephen J. Crimmins, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Rebecca A. Beynon |
| Firm Name: | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address: | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C. 20036 |
| Phone Number: | 202-326-7934 |
| Fax Number: | 202-326-7999 |

Rebecca A. Beynon is a member in good standing of the Bars of the State of Texas and the District of Columbia. There are no pending disciplinary proceedings against Rebecca A. Beynon in any State or Federal Court.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08