**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN N. LINES, et al., <br><br><br><br><br><br> Defendants. | No. 07-CV-11387 ( DC ) <br><br> **DECLARATION OF DAVID WILLIAMS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER DIRECTING ALTERNATIVE MEANS OF SERVICE** |

I, A. David Williams, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. §1746, that the following is true and correct, and further that this declaration is made on my personal knowledge, and that I am competent to testify as to the matters stated herein:

1.  I am an attorney of record for the Plaintiff Securities and Exchange Commission ("Commission") in the above-captioned cause, and I submit this declaration in support of Plaintiff Securities and Exchange Commission's *Application for Order Directing Alternative Means of Service.*

2.  Based upon information gathered during the investigation of this case, the following are the last known addresses of Defendants Robert J. Chapman, Phillip Curtis, Anthony Wile, and Wayne Wile.

i.  Phillip James Curtis, at 3590 Cypress St., Vancouver V6J 3P1, British Columbia, Canada *and* at 2050 W. 36th Ave., Vancouver V6M 1K9, British Columbia, Canada;

ii.  Anthony W. Wile, at 6497 N.W. 30th Ave., Boca Raton, Fla. 33496;

    iii.  Robert J. Chapman, at Reyes No. 7 en el Fraccionamieno Vista Del Lago, Lake
Chapala, Jalisco 45900, Mexico; and

    iv.  Wayne E. Wile, at 11278 East Desert Troon Lane, Scottsdale, Ariz. 85255 *and* at 6609
E. El Sendero Rd., Carefree. Ariz. 85377.

    3.    Shortly after the filing of the Complaint in this matter on December 19, 2007, I
retained Capitol Process Services, Inc. ("CPS"), to make service of the Complaint on the
Defendants.

    4.    Efforts to serve the four defendants listed in paragraph 2 have been unsuccessful.

    5.    Upon information and belief, Anthony Wile and Wayne Wile no longer reside in
the United States. The process server's service attempts at Wayne Wile's Arizona addresses
indicated that one residence was vacant, with the furniture covered in plastic, and at the other no
one by Wile's name resided there. The process server's attempts to serve Anthony Wile at the
Florida address revealed that he had moved several years ago. Based upon an e-mail
communication dated June 11, 2008 at 10:55 a.m., Anthony Wile communicated with a former
attorney previously involved in the investigation in this matter using an e-mail address from
Switzerland, through the e-mail address, wile@arbp.ch. The current holder of the domain name
"arbp.ch" is an entity called Appenzeller Business Press AG, located in Herisau, Switzerland.
(See Exhibit 1). On the e-mail, Anthony Wile lists his title with Appenzeller Business Press AG
as "geschaftsleiter," which translates from German to English as "managing director."

    6.    Based upon documentation provided to the Commission by another governmental
agency, the driver's license currently being used by Defendant Wayne Wile reflects a current
address in the Cayman Islands. (See Exhibit 2). The license reflects the name "Wayne E.
WEW." Based upon information gathered during the investigation, Mr. Wile uses his initials

"WEW" as an alias last name. The address listed on this document is P.O. Box 10710 APO, 53 NELSON QUAY WB, GRAND CAYMAN, CAYMAN ISLANDS.

7.      Based upon information gathered during the investigation, Defendant Robert Chapman is believed to reside in the country of Mexico, at the address Reyes No. 7 en el Fraccionamieno Vista Del Lago, Lake Chapala, Jalisco 45900, Mexico. (See Exhibit 3). Defendant Chapman operates a website called "The International Forecaster" located at www.theinternationalforecaster.com. (See Exhibit 4). The most recent entry on the website is July 2, 2008. The administrative contact e-mail address listed for this domain name is international_forecaster@yahoo.com.   (See Exhibit 5).

8.      The process server was unable to locate Mr. Curtis at the address on Cypress Street in Vancouver, B.C., and was informed that Mr. Curtis had moved from the address on 36th Avenue in Vancouver. While Defendant Curtis has not been located in Vancouver, BC, when Defendant Peever was successfully served on May 14, 2008, counsel for Peever, Mr. Irving Einhorn, contacted the Commission in an attempt to explore the possibility of settlement between the Commission and both Defendants Peever and Curtis, and the Commission has no reason to believe that Curtis is not still in Vancouver.

9.      The SEC contacted the counsel who represented the above-referenced defendants during the SEC's investigation. All of the counsel refused to accept service of the complaint in this case and refused to provide any contact information for the Defendants.

10.     On May 23, 2008, a SEC staff attorney sent a letter seeking service information to Mr. Chapman in Mexico. In addition, copies of the letter were sent to Mr. Chapman's U.S. business address in Florida that is listed on his website and to the general inquiries mailbox at that website, theinternationalforecaster.com. To date, there has been no response from Mr. Chapman.

11.    On June 3, 2008, a SEC staff attorney sent a letter seeking service information to Mr. Anthony Wile at his last known address in Florida. Separately, on June 12, 2008, copies of the June 3rd letter were sent to an email address believed to be used by Anthony Wile, wile@arbp.ch. To date, there has been no response from Anthony Wile.

12.    Finally, the SEC has performed computer searches in numerous computer databases, including Westlaw's"People Finder" database and "Skip Tracer" database, the "Dunn and Broadstreet Worldwide" database, and general sites like 411.com and google.com for contact information. These efforts have failed to produce a location of these defendants for personal service. Calls to telephone numbers found by these searches failed to reach any of the defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ⟨5⟩ᵗʰ day of July 2008.

A. David Williams
Assistant Chief Litigation Counsel
Attorney for Plaintiff
Securities and Exchange Commission

Certificate of Service

I HERBY CERTIFY that on July 3, 2008, I transmitted via e-mail, pursuant to agreement

between counsel, *Declaration of David Williams in Support of Application For Order Directing*

*Alternative Means Of Service* to::

Mr. Reid M. Figel, Esq.
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M St, NW, Suite 400
Washington, D.C. 20036
Counsel for LOM (Holdings) Ltd., Lines Overseas Management Ltd., LOM Capital Ltd., LOM
Securities (Bermuda) Ltd., LOM Securities (Cayman) Ltd, LOM Securities (Bahamas) Ltd.

Mr. Philip M. Smith, Esq.
Patton Boggs LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
United States of America
Counsel for Defendant Brian Lines

Mr. Steve Crimmins, Esq.
Mayer Brown
1907 K Street, NW
Washington, D.C. 20006
Counsel for Defendant Scott Lines

s/ David Williams
David Williams

# Exhibit 1



**DOMAIN-BASED RESEARCH SERVICES**

WHOIS Lookup                          [          ] [.com ▼]        [Go!]      Lool
                                                                              dom

## Whois: <u>arbp.com</u>  <u>arbp.net</u>  <u>arbp.org</u>

## Available Domains

- [ ] arbponline.com
- [ ] arbpstore.com
- [ ] arbppro.com
- [ ] yourarbritishpetrol...
- [ ] myarbritishpetroleu...
- [ ] arbponline.net
- [ ] arbpstore.net
- [ ] arbppro.net
- [ ] yourarbplive.com
- [ ] yourarbponline.com
- [ ] arbponline.org
- [ ] arbpstore.org
- [ ] arbppro.org
- [ ] yourarbritishpetrol...
- [ ] myarbritishpetroleu...
- [ ] yourarbplive.net

[ Order Now ]

## Premium Domains For Sale

<u>Click here</u> for a SiteTiki.com article about arbp.ch

## WHOIS information for: **arbp.ch**:

```
[whois.nic.ch]
whois: This information is subject to an Acceptable Use Policy.
See http://www.switch.ch/id/terms/aup.html


Domain name:
arbp.ch

Holder of domain name:
Appenzeller Business Press AG
Kessler Albert
Alte Bahnhofstrasse 3
CH-9100 Herisau
Switzerland
Contractual Language: German

Technical contact:
Nine Internet Solutions AG
Hug Thomas
Albisriederstrasse 243c
CH-8047 Zürich
Switzerland

Name servers:
ns1.nine.ch      [217.150.241.4]
ns2.nine.ch      [217.150.242.20]
```

```
ns3.nine.ch        [195.49.80.3]
```

## Domain Information
Domain Name Registration,  News
Daily DNS Changes,  ICANN

*Copyright © 1999-2008*

## Hosting Resources
Web Hosting,  VPS,  Managed Hosting,
Windows Hosting,  Windows Servers
Dedicated Web Hosting

# Exhibit 2



**CAYMAN ISLANDS DRIVER'S LICENCE**

| LICENCE NO. | TYPE | ISSUED | EXPIRES | GROUPS | SEX |
|---|---|---|---|---|---|
| 175080 | Full | 01-Dec-05 | 07-Nov-08 | 2 | M |

| HEIGHT | EYE | HAIR | DOB | DISABILITY |
|---|---|---|---|---|
|  | Blue | Brown | Nov 7, 1944 |  |

WAYNE
ELDRIDGE
WEW
PO BOX 10710 APO
53 NELSON QUAY WB
GRAND CAYMAN

# Exhibit 3





LIC. SERGIO MACIAS AVILA, Notario Público No. 5, CERTIFICO:
Que la presente copia fotostática que consta de 1
_Una_ hoja(o) impresos _No_ por ambos lados y
_Solo_ por un solo lado, concuerda fielmente con su
original que tuve a la vista. Doy fe. - - - - - - - - - - - - - - - - - - - -
Chapala, Jal. a 15 de _Septiembre_ del 20 03

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00041

LIC. SERGIO ERNESTO MACIAS AVILA, NOTARIO PUBLICO NUMERO 5 CINCO DE CHAPALA, JALISCO MEXICO, **CERTIFICO: Que el señor ROBERT JOHN CHAPMAN**, de nacionalidad Estadounidense, casado, retirado, mayor de edad y nacido en Boston, Massachussetts, Estados Unidos de Norteamérica el 16 dieciseis de Octubre de 1935 mil novecientos treinta y cinco, con domicilio en calle Reyes numero 2 dos en el Fraccionamiento Vista del Lago, Municipio de Chapala, Jalisco; a quien conceptúo con capacidad legal para contratar y obligarse y a quien por no conocerlo el suscrito notario se identifica con su documento migratorio FM2 numero 337957 tres, tres, siete, nueve, cinco, siete; ratificó hoy ante mí la firma puesta por el al calce del documento que antecede y lo firma en mi presencia por lo que certifico su voluntad y la autenticidad de su firma. Tomo razón en mi libro de Certificaciones bajo el numero 1170 mil ciento setenta. Para constancia firma al calce de la presente certificación el día 15 quince de Septiembre del 2003 dos mil tres a las 12:00 doce horas. Doy Fe.- Chapala, Jalisco ————————————————————————————————

ROBERT JOHN CHAPMAN

LIC. SERGIO ERNESTO MACIAS AVILA



# Addendum to Client Account Information

Client Name __Robert J. Chapman__    Account Number |___|___|___|•|___|___|___|•|___|___|___|
RR Number __NR14G__

1. When the client is an **Individual** (including RRSPs, RRIF's and other individual registered trust accounts):

**④** Citizenship: __USA — FULL TIME RESIDENT OF MEXICO FM-2 ATTACHED — CITIZENSHIP__
(if you are a **U.S. citizen**, or other US person including a US resident alien [Greencard holder] you must __PENDING__
complete IRS Form **W-9**)

2. When the client is other than an individual or trust (i.e., corporation, partnership, etc.)

   a. Citizenship: _____ __N/A__
   (if you are a an entity organized in the **USA**, you must complete IRS Form **W-9**)

   b. In which jurisdiction (state) was the company incorporated? __N/A__

   c. Is the company publicly traded in Canada ? YES _____   NO __✓__

   d. If incorporated in Canada, do Canadian residents own 50% or more of the company? YES _____ NO __✓__

   e. If answer to 2 (c) is no, complete certificate of Beneficial Ownership

   f. Nature of business:

      i Financial Intermediary?    YES _____    NO __✓__
      If YES, client must complete IRS form **W8-IMY**

      ii Other _____

3. When the client is a legal or family trust

   Citizenship: _____
   (if you are a **U.S. citizen**, or other US person including a US resident alien or an entity organized in the US you must complete IRS Form **W9**)

   a. In which jurisdiction (state) was the trust created ? _____

   b. If Canada, are the beneficiaries, who are Canadian residents, entitled to 50% or more of the value of the trust?
   YES _____   NO _____

   If answer to question 3 (b) is NO, complete Certification of Beneficial Ownership

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00034

**SIGN HERE**

**AUTHORIZATION TO RELEASE OF INFORMATION AND WAIVER OF CONFIDENTIALITY**
The undersigned (the "Client") consents to the release of any Information provided by the Client to Canaccord Capital Corporation (the "Agent") and hereby waives any and all protection that might otherwise have been provided to the Client under common law, the *Personal Information Protection and Electronic Documents Act* (Canada), laws governing the privacy and disclosure of personal information and other applicable laws, both provincial and federal, provided that the information is released only to the United States Internal Revenue Service (the "IRS") and only as required by law and IRS Policy.

X _____
Signature of Client

ADF-036       WHITE - HEAD OFFICE        CANARY - INVESTMENT ADVISOR

*Lic. Sergio E. Macías Avila*





*update*

# Account Information
Individual

**CANACCORD**
**C A P I T A L**

CANACCORD CAPITAL CORPORATION
*(also referred to as the "Firm")*

MAR 0 2 2004

| Investment Advisor | Account Type(s) | Account Number |
|---|---|---|
| **VR4G** | | |

☒ NEW CLIENT   ☐ UPDATE   ☐ IA CHANGE
☒ Individual   ☐ Joint*   ☐ Nominee   ☐ Investment Club*
* Additional information required – attach Supplemental Account Profile

| | Cash | Mgn-L | Mgn-S | Hedge | DAP | Options |
|---|---|---|---|---|---|---|
| CdnS | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| US$ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| RESP | ☐ Single | ☐ Family |
|---|---|---|
| ☐ RRSP | ☐ Spousal | ☐ Locked-In |
| ☐ RRIF | ☐ Spousal | ☐ LIF |

IS IA REGISTERED IN PROVINCE IN WHICH CLIENT RESIDES? ☐ YES ☒ NO

Social Insurance Number

Account Holder  **MR    ROBERT    J    CHAMPMAN**
Co-Account Holder          First Name          Initial          Last Name

Social Insurance Number

*(if Joint Account)*

Marital Status   ☒ Single   ☐ Married/Common Law   ☐ Widowed

Spouse's Name                                    Spouse's Occupation   N/A →   # of Dependents   0

Account Holder's Residential Address
(Street No. & Name / Physical address required)   ROBERT J. CHAPMAN P.O. BOX 620 CHAPALA – JALISCO, MEXICO 4590   Apt. No.

City          Province          Postal Code          Home Telephone ( 333) 179-7208   Home Fax ( )

Country  MEX   Email Address  MACNEIL_JAMES@YAHOO.COM          Cellular ( )

Employer's Name
(If self-employed, provide details)  NONE / RETIRED          Business Telephone ( )   Business Fax ( )

Street No. & Name                                    Suite No.

City          Province          Postal Code

Occupation  RETIRED          Years with Employer          Date of Birth (dd/mm)  10/16/1935

Send Statements/Confirmations to:   ☒ Residence   ☐ Business   ☐ Other (provide details)
*Physical address*
Name  Reyes No 7 Fracc. Vista Del Lago Chapala Mexico          Relationship
Street No. & Name          City          Province          Postal Code

**THE FOLLOWING INFORMATION IS REQUIRED BY SECURITIES LAW**

Investment Experience (Complete all categories)

| | NONE | MODERATE | EXTENSIVE | | NONE | MODERATE | EXTENSIVE | | NONE | MODERATE | EXTENSIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Common Shares | ☐ | ☒ | ☐ | Money Market | ☐ | ☐ | ☐ | Options | ☒ | ☐ | ☐ |
| Preferred Shares | ☐ | ☒ | ☐ | Mutual Funds | ☐ | ☒ | ☐ | Commodities/Futures | ☒ | ☐ | ☐ |
| Bonds | ☐ | ☒ | ☐ | New Issues | ☐ | ☒ | ☐ | Venture Situations | ☐ | ☒ | ☐ |
| | | | | Short Sales | ☒ | ☐ | ☐ | Margin | ☒ | ☐ | ☐ |

Investment Objectives *

| Registered Plans | Preservation of Capital Low risk | Income Low-Medium risk | Moderate Growth Medium risk | Short Term Trading Medium-High risk | Speculative High risk | |
|---|---|---|---|---|---|---|
| | % + | % + | % + | % + | % = 100% | Initials |
| Cash or Other | 80 % + | 0% + | 10 % + | 10% + | 0 % = 100% | Initials |

* Explanation of Investment Objectives is included with Client Account Agreement

Bank Reference
Bank Name  BANAMEX          Branch  MEXICO CITY          Account Number  81605510

Account Holder Assets

| Estimated Net Liquid Assets + (cash & securities less loans outstanding against securities) | Estimated Net Fixed Assets – (fixed assets less liabilities outstanding against fixed assets) | Other Liabilities = | Estimated Total Net Worth | Approximate annual income from all sources |
|---|---|---|---|---|
| 300,000 | 250,000 | 0 | 550,000 | 100,000 |

Citizenship   *as per Addendum*

Citizenship  MEX   USA          Is the Client a U.S. Citizen?   ☒ YES   ☐ NO

Residency for tax purposes  MEX          (Province / Country)   If yes, state U.S. SSN          and provide W9

Verification of Identity  To be certified by Employee of the Firm or verified by Authorized Person.  Indicate what document has been seen and attach a copy.
Has the IA personally met the Client?   ☐ YES   ☒ NO

☒ Passport   ☐ Driver's Licence   ☐ National Identity Card   ☐ Provincial Health Insurance Card   ☐ Age of Majority Card
☐ W8 – BEN (if NO other identification available)

1. Will any persons other than the Client: (if yes to (a) or (b), Supplemental Account Profile must be provided)
   (a) Have trading authorization for this account? If yes, name: _____   ☐ YES ☒ NO
   (b) Have full authorization for this account? If yes, name: _____   ☐ YES ☒ NO
   (c) Guarantee this account? If yes, name/relationship: _____   ☐ YES ☒ NO
   (d) Have a financial interest in this account? If yes, name: _____   ☐ YES ☒ NO
2. Does the IA have a direct or indirect interest in this account other than commission?   ☐ YES ☒ NO
   If yes, provide details: _____

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00037

Account Number
U19SHSUIIRH

3.  Does the Client have or control the trading of, or have a financial interest in, any other accounts with other investment firms?    ☐ YES  ☒ NO

If yes, provide details: _____

4.  Is the Client related to and residing at the same address as an Employee of the Firm or any other firm?    ☐ YES  ☒ NO

If yes, name: _____

5.  Is this account:    ☐ discretionary?    ☐ fee-based?

Is the Client an "Insider" and/or "Control Person" of any public companies listed in either Canada or the U.S.?    ☐ YES  ☒ NO
See descriptions below.

If yes, please provide details in the table (If the Client is both an Insider and a Control Person, use a separate line for each designation.)

**Insider:**
Officer or director (Canadian and U.S. companies)
or
Person who has direct or indirect beneficial ownership of, control or direction over (or a combination thereof) 10% or more of the voting rights attached to the securities of a public company listed in Canada (5% or more for a public company listed in the U.S.)

**Control Person:**
Holds or exercises control or direction over, or has any agreement, arrangement, commitment, or understanding (whether or not in writing) with any other persons with respect to 20% or more of the voting rights attached to the securities of a public company listed in Canada (greater than 10% for a public company listed in the U.S.)

| Symbol | Market | Company | Relationship (indicate Insider or Control) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | |
|---|---|
| Does the Client have any other accounts with the Firm?  ☐ YES  ☒ NO | Does the Client have a mortgage?  ☐ YES  ☐ NO |
| If yes, provide account numbers: | If yes, provide renewal date: |
| Does the Client have an RRSP or RRIF?  ☐ YES  ☒ NO | Does the Client have life insurance?  ☐ YES  ☐ NO |
| If yes, provide details: | If yes, provide amount: |

How did the Client learn about the Firm?  ☒ Existing Client  ☐ Personal Contact  ☐ Advertising/Direct Mail  ☐ Phone/Walk In  ☐ Referred By:

Who is the Client currently using for investment advice?  ☐ The Firm  ☐ Accountant  ☐ Lawyer  ☐ Bank Personnel  ☒ Self  ☐ Relative
☐ Another IA  ☐ Other (please specify)

**FOR FIRM USE ONLY**

| INITIAL PROPOSED TRANSACTION | | | | INITIAL ORDER | NO OF SHARES | SYMBOL | VALUE OF ORDER |
|---|---|---|---|---|---|---|---|
| ☐ Transfer of Account | ☐ Deposit of Securities | ☐ Deposit of Funds  $_____ | | ☐ Buy  ☐ Sell | | | $_____ |

DAP SETTLEMENT AGENT _____  AGENT ACCOUNT # _____    CUID _____  FINS # _____

UPDATING ACCT TO PROVIDE ORIGINAL DOCUMENTS AS PER REQUEST FRM D. JACKSON

IA COMMENTS (INVESTMENT KNOWLEDGE, SPECIAL PRODUCTS)

PURPOSE OF ACCOUNT

IA SIGNATURE _____  DATE  Feb 23/08    BRANCH MANAGER APPROVAL _____  DATE _____    OFFICER/DIRECTOR APPROVED _____  DATE  2/23/04

**Treaty Statement**
[Name of account holder]    ROBERT J CHAMPMAN    meet(s) all the provisions of the Treaty that are necessary to claim a reduced rate of withholding, including any limitation on benefits provision, and derives the income within the meaning of section 894 of the Code, and the regulations thereunder, as the beneficial owner.    client initials _____

**Margin**
The undersigned requests margin trading privileges and acknowledges having received, read and understood all the provisions relating to margin contained in the Client Account Agreement and agrees to be bound by them.    client initials _____

**Related Parties Notice and Consent**
The undersigned acknowledges having received and read Canaccord's Statement of Policies and Conflict of Interest Rules (the "Statement of Policies") as well as Canaccord's disclosure on Related Mutual Funds. The undersigned understands that Canaccord will provide a revised Statement of Policies or a revised list of Related Mutual Funds if any information in these documents changes. The signature below signifies consent to the completion of trades in mutual funds in the mutual fund families listed in the Statement of Policies or list of Related Mutual Funds (including Elliott & Page Mutual and Pooled funds, Manulife Cabot funds and Seamark Pooled funds), in funds with "Elliott & Page", "E & P", "Seamark", or "Manulife" in their name, or in any funds that may be disclosed to me through the provision of a revised Statement of Policies or list of Related Mutual Funds.

**Account Agreement**
The undersigned certifies the information provided in this application is true and complete and agrees to advise Canaccord of any material change in the information. The undersigned further certifies having the capability of evaluating and bearing the financial risk inherent in buying and selling securities and that trading, in all transactions for which approval is sought, is suitable for the purposes of the stated investment objectives. The undersigned acknowledges receipt of copies of the Firm's Statement of Policies and Conflict of Interest Rules, Canaccord's disclosure on Related Mutual Funds and the explanation to clients concerning National Instrument 54-101. The undersigned acknowledges the receipt, reading of and agreement to the terms and conditions set out in the Client Account Agreement.

SIGNATURE OF ACCOUNT HOLDER _____    DATE (MM/DD/YY)  Feb 19 · 2004

SIGNATURE OF CO-ACCOUNT HOLDER _____    DATE (MM/DD/YY) _____

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00038

# Exhibit 4



Login
Home
International Forecaster
Weekly
Press Releases
Radio Interviews
Bob Chapman
Must Read Books
Contact
Get a free sample issue

Links
RSS Feed

Google Search

## International Forecaster Weekly

### Neocons Not Working Out for the World

July 2nd, 2008: Barrack gets sold out, G-8 meeting was useless, fascism is creeping forward, st
protection, DHS surveillance, talk of a coming war with Iran

### The Fed and its Mad Money

June 28th, 2008: liquidity problems and the Fed, markets counting on the ill informed outsider in
spot gold goes up, stimulus stops the negatives, market gains vaporized, dont ignore the positiv
fundamentals of gold, get ready for change

### Consumer Confidence At All Time Low

June 25th, 2008: A malestrom of money and credit, consumer credit bubble soon to break, ever
losses, issues with price fluctuations and currency adjustments, waiting for the ETF debacle to l

### Dollar Diving

June 21st, 2008: Dollar to fall to metals in upcoming rallies, rate hikes soon wont be able to fix e
problems, real inflation understated for years, USDX contracts plummet,why arent people fleein
stock market... Exchange Traded Funds are a disaster, losses from global write downs, Fed stil
intervene in spite of failures

-------------------------------------------------------------------------

## Press Releases

### How do you like our new look?

October 1st, 2007: It's relaunch time! TheInternaitonalForecaster.com has been relaunched with
look and feel  with new  features and easy reading

### Meet the Constitution Party

May 25th, 2007: Friends, meet a new alternative to the Republicans, The Constitution Party

**Radio Interviews**

---

**Bob Chapman**

---

**Social Networking Links**

---

### Social Bookmarking Sites - Please Add us

Reddit.com    Digg.com    StumbleUpon.com    Del.icio.us

Yahoo! MyWeb    Technorati    Seed NewsVine
Rss Feed    FaceBook
What is this?


top


Free Sample Issue | Contact | Disclaimer

# Exhibit 5



**DOMAIN-BASED RESEARCH SERVICES**

**WHOIS Lookup**                    [            ] [.com ▼]        [Go!]    Lool
                                                                           dom

## Whois:   theinternationalforecaster.net   theinternationalforecaster.org

## Available Domains

☐ theglobalforecaster...    ☐ theglobalforecaster...    ☐ theglobalforecaster...    ☐ theinternationalfor...

☐ easytheinternationa...    ☐ theinternationalfor...    ☐ myaglobalforecaster...    ☐ mytheforeignforecas...

☐ myainternationalfor...    ☐ theinternationalfor...    ☐ easytheinternationa...    ☐ theinternationalfor...

☐ myaglobalforecaster...    ☐ theinternationalfor...    ☐ easytheinternationa...    ☐ theinternationalfor...

[ Order Now ]

## Premium Domains For Sale
none


<u>Click here</u> for a SiteTiki.com article about theinternationalforecaster.com

## WHOIS information for: **theinternationalforecaster.com**:

[whois.domainpeople.com]
You are not authorized to access or query our WHOIS database through
the use of high-volume, automated, electronic processes.  The data in
DomainPeople, Inc.'s WHOIS database ("Data") is provided by
DomainPeople, Inc. for information purposes only.  DomainPeople, Inc.
does not guarantee the accuracy of this Data and it is provided "as-
is".

By submitting a WHOIS query, you agree that you will use this Data
only for lawful purposes and that under no circumstances will you use
this Data to: (1) allow, enable, or otherwise support the transmission
of mass unsolicited, commercial advertising or solicitations via mail,
email (spam), telephone or facsimile, or solicitations to entities
other than the data recipients own, existing customers; or (2) enable
high-volume, automated, electronic processes that apply to
DomainPeople, Inc. (or its systems).  The compilation, repackaging,
dissemination, distribution or other use of this Data is expressly
prohibited without the prior written consent of DomainPeople, Inc.

You agree not to use high-volume, automated, electronic processes to
access or query the WHOIS database.  DomainPeople, Inc. reserves the
right to terminate your access to the DomainPeople, Inc. WHOIS
database in its sole discretion, including without limitation, for
excessive querying of the WHOIS database or for failure to otherwise
abide by this policy.

DomainPeople, Inc. reserves the right to modify these terms at any
time.

By submitting this query, you agree to abide by the terms of this
policy.


Registrant:
          The International Forecaster
          P. O. Box 510518

          Punta Gorda, FL 33951
          United States of America

          Registrar: DomainPeople, Inc.

          Domain Name: theinternationalforecaster.com
                    Created on .............Sun Mar 21 09:16:39 2004
                    Expires on .............Thu Mar 21 12:16:43 2013
                    Record last updated on .Tue May 27 09:38:46 2008
                    Status ................LOCK,

          Administrative Contact:
                    The International Forecaster
                    Robert Chapman
                    P. O. Box 510518

                    Punta Gorda, FL
                    33951, US
                    ( )860.210.9846
                    ()
                    international_forecaster@yahoo.com

          Technical Contact:
                    Peter Gordon
                    Peter Gordon
                    2012 York Avenue

                    Vancouver, BC
                    V6J1E6, CA
                    (604)7232974
                    ()
                    humyum@hotmail.com

          Domain servers in listed order:
                    ns1.dreamhost.com  66.33.206.206
                    ns2.dreamhost.com  208.96.10.221
                    ns3.dreamhost.com  66.33.216.216

(theinternationalforecaster.com)

Register your domain name at http://www.domainpeople.com

## Domain Information
Domain Name Registration,  News
Daily DNS Changes,  ICANN

## Hosting Resources
Web Hosting,  VPS,  Managed Hosting,
Windows Hosting,  Windows Servers
Dedicated Web Hosting

*Copyright © 1999-2008*