```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :
                Plaintiff,             :
                                       :     07 Civ. 11387 (DLC)
        v.                             :
                                       :     AMENDED PRETRIAL
BRIAN N. LINES, SCOTT G.S. LINES,      :     SCHEDULING ORDER
LOM (HOLDINGS) LTD., LINES OVERSEAS    :
MANAGEMENT LTD., LOM CAPITAL LTD.,     :
LOM SECURITIES (BERMUDA) LTD., LOM     :
SECURITIES (CAYMAN) LTD., LOM          :
SECURITIES (BAHAMAS) LTD., ANTONY      :
W. WILE, WAYNE E. WILE, ROBERT J.      :
CHAPMAN, WILLIAM TODD PEEVER,          :
PHILLIP JAMES CURTIS, and RYAN G.      :
LEEDS,                                 :
                                       :
                Defendants.            :
- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/08

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on June 20, 2008, and as amended, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Freeman prior to **June 27, 2008** in order to pursue settlement discussions under her supervision.

2. All requests for foreign discovery must be served by **August 13, 2008**.

3. The following motion will be served by the dates indicated below.

    Plaintiff's motion to compel production of discovery related to defendant Brian Lines

    - Motion served by **August 13, 2008**
    - Opposition served by **August 20, 2008**
    - Reply served by **August 27, 2008**

       At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

4.   Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., by the party bearing the burden on an issue must be served by **September 18, 2009**. Identification of rebuttal experts and disclosure of their expert testimony must occur by **October 16, 2009**.

5.   All discovery must be completed by **December 18, 2009.**

6.   The following motion will be served by the dates indicated below.

    Any motion for summary judgment

-   Motion served by **January 23, 2010**

-   Opposition served by **February 13, 2010**

-   Reply served by **February 20, 2010**

7.   In the event no motion is filed, the Joint Pretrial Order must be filed by **January 23, 2010.**

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         July 30, 2008

                                                _____
                                                   DENISE COTE
                                        United States District Judge