UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

      v.

BRIAN N. LINES, ET AL.,

                Defendants.

C.A. No. 07-CV-11387 (DLC)(DF)

## ORDER

Plaintiff presented a motion and supporting memorandum of law dated August 20, 2008 for an order pursuant to Rule 28(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1781 for the issuance of Letters Rogatory providing for: (1) the taking of testimony of David Skarica of the Province of Ontario, Canada; and Malcolm Burke and Lawrence Roulston of the Province of British Columbia, Canada; and Michael Heslop, Kevin Gunther, Cueva Holder, Richard King, Graham Redford, Stuart Smith, Kenneth Taves, Susan Wilson, and Kevin Winter; and (2) the production of documents from Michael Heslop, Kevin Gunther, Cueva Holder, Richard King, Graham Redford, Susan Wilson and Kevin Winter for use as evidence in the trial of this matter, and

This Court having considered the Motion for Issuance of Letters Rogatory to Canada and Bermuda, and any arguments presented by the parties, and due consideration having been had, it is:

**ORDERED** that the application is in all respects granted, and this Court hereby signs the Letters Rogatory providing for the taking of testimony of David Skarica, Malcolm Burke, Lawrence Roulston, Michael Heslop, Kevin Gunther, Cueva Holder, Richard King, Graham Redford, Stuart Smith, Kenneth Taves, Susan Wilson, and Kevin Winter and the production of documents from Michael Heslop, Kevin Gunther, Cueva Holder, Richard King, Graham Redford, Susan Wilson and Kevin Winter, for use as evidence at the trial of this action.

**IT IS FURTHER ORDERED** that the Clerk of this Court affix the seal of the United States District Court for the Southern District of New York over such signature and return the original signed Letters Rogatory to counsel for Plaintiff so that said Letters Rogatory may be delivered to the appropriate authorities in British Columbia and Ontario, Canada., and Bermuda;

**IT IS FURTHER ORDERED** that Plaintiff's counsel is directed to forward the original Letter Rogatory bearing the signature and seal of this Court to the appropriate judicial authorities in British Columbia and Ontario, Canada, and Bermuda.

Date: August 25, 2008

_____
United States District Court Judge

2