UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

    -against-

BRIAN N. LINES, et al.,

                Defendants.

------------------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/08
```

Index No. 07 CV 11387 (DLC)(DF)

## ORDER

Defendants LOM (Holdings) Ltd., Lines Overseas Management Ltd., LOM Capital Ltd., LOM Securities (Bermuda) LTD., LOM Securities (Cayman) Ltd., LOM Securities (Bahamas) Ltd., defendant Brian N. Lines, and defendant Scott G. S. Lines, presented a motion and supporting memorandum of law dated August 20, 2008 for an order pursuant to Rule 28(b) of the Federal Rules of Civil Procedure for the issuance of Letters of Request providing for: (1) the taking of testimony of and the production of documents from the following individuals and corporations in Canada and England for use as evidence in the trial of this matter:

    1.    Robert E. Van Tassell, David Surmon of the Province of Alberta, Canada;

    2.    Canaccord Capital Corporation, John E. Cooper, Lawrence Roulston, Jeffery B. Lightfoot, Michael L. Seifert, SHEP Technologies Inc., Malcolm P. Burke, Tracy A. Moore, Michael H. Taylor of the Province of British Columbia, Canada;

    3.    Yamana Gold, Inc., RNC Gold, Inc., Jennings Capital Inc., Fasken Martineau DuMoulin LLP, PricewaterhouseCoopers LLP, Thomas W. Lough, Peter Marrone,

James Randall Martin, Denis Francoeur, Wayne G. Beach, Ian G. Park, Colin R. Bowdidge, Barry James Price, David Skarica, and Paul Carroll of the Province of Ontario, Canada; and

4. SHEP Technologies (UK) Limited, Marshalsea Hydraulics Limited, W. Ray Evans, Peter R. Humphrey, John D. Hopkins, Peter Chalk, Pi Shurlok, Ian Redhead, West Surrey Racing Ltd., Clive A. Bowen, Dick Bennetts of the United Kingdom; and

This Court having considered the Motion for the Issuance of Letters of Request to Foreign Courts, and any arguments presented by the parties, and due consideration having been had, it is:

**ORDERED** that the application is in all respects granted, and this Court hereby signs the Letters of Request providing for the taking of testimony of and the production of documents from the above-listed individuals and corporations, for use as evidence at the trial of this action.

**IT IS FURTHER ORDERED** that the Clerk of this Court affix the seal of the United States District Court for the Southern District of New York over such signature and return the original signed Letters of Request to counsel for Defendant Brian N. Lines so that said Letters of Request may be delivered to the appropriate authorities in Alberta, British Columbia and Ontario, Canada and England.

Date: Sept. 3, 2008

_____
United States District Court Judge