# EXHIBIT 1

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1)  que la demande a été exécutée*
      – the (date) -- *le (date)* _____
      -- at (place, street, number) - *à (localité, rue, numéro)*

      -- in one of the following methods authorized by article 5:
      -- *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    *a) selon les formes légales (article 5. alinéa premier, lettre a)*

☐ (b) in accordance with the following particular method:
    *b) selon la forme particulière suivante:*

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
    *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

    - (identity and description of person)
    - *(Identité et qualité de la personne)*

    - relationship to the addressee family, business or other
    - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

2) that the document has (not) been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

HOUSE WELL SURROUNDED BY GATES NO ANSWER TO INTERCOM, NOR CALLS

I WAS UNABLE TO LOCATE

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned: 4R4
*Pieces renvoyées*

200 East 23rd Street
North Vancouver, B.C.

SHERIFF SERVICES
200 East 23rd Street
North Vancouver, B.C.
V7L 4R4    CANADA

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at NORTH VANCOUVER, the 2009/JAN/16
*Fait à* _____ *, le* _____

Signature and/or stamp
*Signature et/ou cachet*
D.S. Willmott #934