# EXHIBIT 2



SECRETARIA DE RELACIONES EXTERIORES

*"2009. Año de la Reforma Liberal."*

Dependencia: **Oficialía Mayor**
**Dirección General de Asuntos Jurídicos**
**Dirección de Asistencia Jurídica Internacional**

Número: **ASJ-** 12582

Expediente: 541-1-2904/08

Asunto: SE DEVUELVE CARTA ROGATORIA Y CONSTANCIAS DE LO ACTUADO.

| INFORMACIÓN RESERVADA. | |
|---|---|
| Fecha de Clasificación: | México, D.F. 17 de abril de 2009 |
| Unidad Responsable: | Dirección General de Asuntos Jurídicos |
| Periodo de Reserva: | 6 años |
| Fundamento Legal. | Artículos 13, fracción V, y 14, fracción IV de la Ley Federal de Transparencia y Acceso a la Información Pública Gubernamental. |
| Partes Clasificadas | Todo |

México, D.F., a 17 de abril de 2009.

**DAVID WILLIAMS, ESQ., FISCAL**
**U.S. SECURITIES AND EXCHANGE COMISSION**
**100 F STREET, N.E., WASHINGTON, D.C. 20549**
**ESTADOS UNIDOS DE AMÉRICA.**
**P R E S E N T E.**

Hago referencia a la carta rogatoria librada por el Tribunal del Distrito Sur del Estado de Nueva York, Estados Unidos de América, deducida de la Acción Civil No. 07 CV 11387, promovido por la **U.S. SECURITIES AND EXCHANGE COMMISSION** en contra de **BRIAN N. LINES Y OTROS**.

Sobre el particular, me permito comunicarle que el Juzgado Segundo de lo Civil de Chapala, Estado de Jalisco, remitió a esta Área Jurídica la carta rogatoria junto con las constancias de las diligencias practicadas, de las que se desprende que no fue posible localizar al señor **ROBERT J. CHAPMAN**, toda vez que no habita en el domicilio señalado.

Lo anterior se informa y remite a usted, para los efectos legales a que haya lugar.

**A T E N T A M E N T E,**
**LA SUBDIRECTORA DE EXHORTOS**
**Y CARTAS ROGATORIAS,**

**LIC. ILLIANA OLIVARES QUIÑONES**

ANEXO: Fórmula modelo, copia de la demanda, anexos y constancias de lo actuado.

JCAOT
(DGS. 6275 y 6276)

Al contestar este oficio, cítense los datos contenidos en el ángulo superior izquierdo.