# EXHIBIT 3

## Cooke, Vinyard V.

| | |
|---|---|
| **From:** | Hewitt, Velma [Velma.Hewitt@gov.ky] |
| **Sent:** | Monday, June 22, 2009 2:22 PM |
| **To:** | Smith, Ezmie; Cooke, Vinyard V. |
| **Cc:** | Williams, Michael |
| **Subject:** | RE: Here was the cover letter we sent down with the package.... |

Ms Ezmie,
I spoke with Michael and reminded him that he needs to re-issue the Affidavit of Non-Service as he stated that Wayne Wile does not live at that address any longer and he was not able to locate him.
Give Michael a jingle on 525-4178 and follow-up with him in getting a copy of the Affidavit.
Thanks, Velma

**From:** Smith, Ezmie
**Sent:** Friday, June 12, 2009 4:59 PM
**To:** Cooke, Vinyard V.
**Cc:** Hewitt, Velma; Williams, Michael
**Subject:** RE: Here was the cover letter we sent down with the package....

Bailiffs

Please sort this out as Mr. Vinyard has checked again. If it has not been served let him know by replying to this e-mail. If it has not been served please do an affidavit of non service for him.

E

Ezmie Smith
Supervisor Civil Registry
Judicial Administration
P.O. Box 495
Grand Cayman, KY1 1106
Cayman Islands
(ph) 949-4296
(ext) 3814
(email) Email address@gov.ky



This e-mail (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed or otherwise used by any other person. If you have received this e-mail in error, please delete it from your system and notify the sender immediately. Internet communications are not secure and therefore Cayman Islands Government does not accept legal responsibility for the contents of this message. Although Cayman Islands Government operates anti-virus programmes, it does not accept responsibility for any damage whatsoever that is caused by viruses being passed.

**From:** Cooke, Vinyard V. [mailto:CookeV@sec.gov]
**Sent:** Friday, June 12, 2009 11:04 AM
**To:** Smith, Ezmie
**Cc:** Hewitt, Velma; Williams, Michael
**Subject:** RE: Here was the cover letter we sent down with the package....

Ms. Smith,

6/23/2009

I have not heard from the bailiff as a follow-up – is there any chance you might assist me in prompting a response? I would be greatly appreciative. Have a pleasant weekend.

---

**From:** Smith, Ezmie [mailto:Ezmie.Smith@gov.ky]
**Sent:** Tuesday, June 09, 2009 11:03 AM
**To:** Cooke, Vinyard V.
**Cc:** Hewitt, Velma; Williams, Michael
**Subject:** RE: Here was the cover letter we sent down with the package....

Dear Vinyard

This matter has been put out to a bailiff under FP71/08 and you can quote this when referring to the matter. This matter has not been served as of yet although it was put out for service on 27/10/08. I am copying this to the Bailiff (s) so you can receive a response as to the delay.

Ezmie

Ezmie Smith
Supervisor Civil Registry
Judicial Administration
P.O. Box 495
Grand Cayman, KY1 1106
Cayman Islands
(ph) 949-4296
(ext) 3814
(email) Email address@gov.ky



This e-mail (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed or otherwise used by any other person. If you have received this e-mail in error, please delete it from your system and notify the sender immediately. Internet communications are not secure and therefore Cayman Islands Government does not accept legal responsibility for the contents of this message. Although Cayman Islands Government operates anti-virus programmes, it does not accept responsibility for any damage whatsoever that is caused by viruses being passed.

---

**From:** Cooke, Vinyard V. [mailto:CookeV@sec.gov]
**Sent:** Tuesday, June 09, 2009 9:04 AM
**To:** Smith, Ezmie
**Subject:** Here was the cover letter we sent down with the package....

<<Scott_Lines_-_Cayman_Islands[1]>>

Many thanks for your help on this

6/23/2009