# EXHIBIT 1

# Canada411.ca
## by Yellow Pages

---

### Wile Anthony

778-280-3346
3040 Rosebery Ave
West Vancouver, BC V7V 3A9

**Map**



Print   Close

All Rights Reserved. Yellow Pages™, the Walking Fingers logo, YellowPages.ca™ and Find. & Design™ are registered trademarks and trademarks of Yellow Pages Group Co. in Canada. All other trademarks are the property of their respective owners. Use of the information in Canada411 for commercial or illegal purposes is strictly prohibited.
Copyright © 2009 Yellow Pages Group Co.