# EXHIBIT 2



A   N   T   H   O   N   Y       W   I   L   E

Become an information junkie. "High Alert" has given you a thorough grounding in a realistic paradigm. Now subscribe to 'Net based news services such as FMNN and free-market oriented newsletters. They can help you add to your store of knowledge while recognizing warning signs along the way.

### BUY A BOOK ... OR SEVERAL

When the last edition of "High Alert" was released nearly a year ago, its price accurately reflected the currency balance of the time. The book was priced at EU$24.95 and US$29.95. Now look on the back cover. Less than a year has passed and the U.S. price is US$35.95. If you live in America today, you might want to buy several copies, as you may not be able to afford them in the future.

If you do, pass them around. There are not many financial books that make sense from cover to cover – as plenty of readers have commented that this one does - and still fewer that have proven as accurate. That's something to be proud of, sure, but it's not the really important point.

Here's the real point: "High Alert" was written partially to expand the number of people who "get it" from two percent, to three or four. If you share "High Alert' with others - and encourage the purchase of more copies as well, if you choose - then perhaps that goal can be achieved.

The more who understand, the less effective power elite promotions will be, and the more power the real "free market" will have. One day perhaps we will all live without the shadow of these terrible promotions and our children will be healthier, happier and more hopeful as a result.

It is my hope that "High Alert" will help to make it so.

*Anthony Wile,*
Vancouver,
Summer, 2008