```
10:18                                              BL_20021219a.wav
   19          MR. LINES:  Brian (inaudible).
   20          MALE VOICE:  Brian, it's Tony.  How are you doing?
   21          MR. LINES:  Tony, how you doing mate?
   22          MALE VOICE:  Brian, I have got something that is
   23 just about as good a deal as you have ever seen in your life
   24 for the money business.
   25          MR. LINES:  What?
11: 1          MALE VOICE:  I have got to come over and see you
    2 and tell you guys about this.  Not for money, but --
    3          MR. LINES:  Hello?  Hello?  Hello?
    4          MALE VOICE:  You there?
    5          MR. LINES:  Yeah, you are fading in and out.  You
    6 are on a cell, obviously.
    7          MALE VOICE:  Pardon me?
    8          MR. LINES:  You are on a cell.
    9          MALE VOICE:  Yeah, I just landed in Newark.  We are
   10 just closing a deal here.  You remember (inaudible) Resources
   11 in '95, '96?
   12          MR. LINES:  What is that?
   13          MALE VOICE:  Do you remember Greenstone Resources
   14 in '95, '96?
   15          MR. LINES:  Yeah, yeah.
   16          MALE VOICE:  Well that company is coming back to
   17 life, and a company called Renaissance Mining --
   18 www.renaissancemining.com, you will see all about it -- I
   19 have got a stacked board, we are loaded with cash, I have got
   20 lots of brokers and brokerage houses in the U.S. working with
   21 me on the deal, I don't need that.  What I need is the
   22 non-affiliate paper to be properly handled.
   23          MR. LINES:  All right.
   24          MALE VOICE:  Now are you going to be available this
   25 evening if I fly over there with Ian Park?
12: 1          MR. LINES:  Excuse me?
    2          MALE VOICE:  Are you available this evening if I
    3 fly over there with Ian Park?
    4          MR. LINES:  Yeah.  The problem is --
    5          MALE VOICE:  Let me just (inaudible).  There is a
    6 lot of money involved here for everybody, okay?  So just
    7 trust me with what I say.  It is well worth your time to get
    8 together for half an hour.
    9          MR. LINES:  Okay.  Yeah, no, that is fine
   10 basically.  I am here, it is just I leave on Saturday,
   11 alright?
   12          MALE VOICE:  No, I'm going to fly over.  As soon as
   13 we -- We are meeting here at the Newark airport today to
   14 close the deal on all the old Greenstone (inaudible).
   15          MR. LINES:  Okay.
   16          MALE VOICE:  Right now I'm (inaudible) I have got
   17 the large (inaudible) position in Red Lake, Ontario.  My
   18 board is the guy who founded Red Lake Group, who is the VP of
   19 Exploration for Gold Corp., so I have got both ends covered.
   20 I have got a bulletin board shell, which is as clean as a
   21 whistle, coming from my lawyers in Vancouver.  I have a
   22 problem, because I am CEO and Chairman of this company, that
   23 I cannot be -- You understand.
   24          MR. LINES:  I understand.  Come on over, we will
   25 have dinner tonight.
13: 1          MALE VOICE:  All right, I will see you tonight.
    2          MR. LINES:  All right.
    3          (The conversation abruptly shifted.)
    4          MR. LINES:  Brian.
    5          MALE VOICE 2:  Hey, you having fun?
```

```
 6          MR. LINES:  Oh, jesus (inaudible).  I --
 7 (Laughing.)  You remind me of the old days.  I got a guy that
 8 (inaudible), he says 'Remember the old Greenstone?  We got 50
 9 million (inaudible).  I am going to be there later to see you
10 basically.  We got this shit going.'  I said -- (Laughing.)
11          MALE VOICE 2:  Greenstone?
12          MR. LINES:  I don't know, man.  It's just --
13          MALE VOICE 2:  (Inaudible.)
14          MR. LINES:  Yeah, it's wild.  It's like --
15          MALE VOICE 2:  I know, but who was talking to you,
16 Tony Wile?
17          MR. LINES:  Yeah.  I said -- But I don't really do
18 his deals though.  I'm very cautious of him.
19          MALE VOICE 2:  Yes, I am too.
20          MR. LINES:  Yeah.
21          MALE VOICE 2:  The guy is always sniffling.  He
22 talks faster than any person I have ever seen in my life.
23          MR. LINES:  Yeah.  He talks way too fast and it
24 scares me.
25          MALE VOICE 2:  It does --
14: 1        (End of recording.)
```