# LOM CAPITAL LIMITED

The LOM Building • 27 Reid Street • Hamilton HM 11 • Bermuda • Telephone: (441) 292-5000 • Fax: (441) 295-3997

January 15, 2002

Renaissance Mining Corp.
1942 Broadway, Suite 314
Boulder Colorado 80302
USA
Attention: Anthony Wile, Chairman

Dear Sirs:

Re:  Renaissance Mining Corp. ("RMC")

This is to confirm our agreement that, on a best efforts basis, LOM Capital Ltd. will arrange a Non-Brokered Private Placement financing on the following terms and conditions (all figures are United States Dollars):

| | |
|---|---|
| Issuer: | Renaissance Mining Corp. ("RMC") |
| Security Description: | 2,000,000 new common shares of RMC at $3.00/share pursuant to private placement to non-US persons who are Accredited Investors; these shares being restricted securities, all as defined in Securities Act of 1933. |
| Gross Funds Raised: (Minimum & Maximum) | Gross maximum: $6,000,000 Gross minimum: $3,000,000 |
| Fees: | 7% Placement Fee on all funds raised paid by RMC paid to LOM Capital |
| Net Funds Received by RMC: | Net maximum funds: $5,580,000 Net minimum funds: $2,790,000 |
| Use of Proceeds: | To fund cash requirements under anticipated mineral interest opportunities and for working capital and general capital purposes. |
| Closing: | February 14, 2003, in default of which this offer is null and void — unless the parties agree otherwise in writing in advance of said date |

SED H 001 000005

SEC053789

- 2 -

| | |
|---|---|
| Due Diligence: | To the sole satisfaction of LOM Capital Ltd. |
| Disbursements: | RMC shall pay LOM's agreed costs |
| Conditions: | (a) Necessary regulatory approval; |
| | (b) Necessary RMC board approval; |
| | (c) a business combination being closed between RMC and Sedona Software Solutions Inc. ("SSSI") prior to or contemporaneous with the financing outlined above; and |
| | (d) formal documentation being completed to the satisfaction LOM by RMC and SSSI |

This offer to assist with the financing of RMC is on a best efforts basis by LOM Capital and may be withdrawn by LOM Capital if due diligence is not completed to the sole satisfaction of LOM Capital. Once accepted, this offer shall be subject to such further finalization by RMC in a formal Private Placement Memorandum.

This offer is open for acceptance until 4:00pm EST January 24, 2003, by authorized signatories for the parties signing below and faxing it to the writer's attention on: (441) 296.3897.

For and on behalf of
LOM Capital Limited

Brian Lines
Director

For and on behalf of
Renaissance Mining Corp.

Print Name & Title:
IAN G. PARK
PRESIDENT & CEO

Received  Jan-27-03  08:04       From-2963897           To-              Page 003

SED H 001 000006

SEC053790