```
WELLS FARGO BANK WEST, N.A.              PAGE 1 of 2
BOULDER
P.O. BOX 5247                            Account Number:         559-1518773
DENVER, CO 80274                         Statement End Date:       01/13/03
                                         Number of Enclosures:           29


         RENAISSANCE MINING CORP.
         1942 BROADWAY ST STE 314
         BOULDER CO 80302-5233



    IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
    CALL: 800-225-5935 (1-800-CALL-WELLS).
```

---

YOUR ACCOUNTS AT A GLANCE

```
ACCOUNT                                                           ENDING
TYPE                                                             BALANCE

BASIC BUSINESS CHECKING                                        305,699.83
   559-1518773
```

---

BASIC BUSINESS CHECKING 559-1518773

```
DEC 11 BEGINNING BALANCE                                       368,746.99
       TOTAL DEPOSITS/CREDITS                                  128,238.70
       TOTAL WITHDRAWALS/DEBITS                              - 191,285.86
JAN 13 ENDING BALANCE                                          305,699.83
```

DEPOSITS AND CREDITS

```
   DATE    TRANSACTION DETAIL                                      AMOUNT

   DEC 16  DEPOSIT                                               32,500.00
   DEC 17  WT FED#01359 CALIFORNIA NORTH R
           /ORG=THE LEVIN FAMILY TRUST SRF#
           021217046277 TRN#021217046279 RFB#
           FW00844351261988                                      25,000.00
   DEC 18  WT FED#00904 FIFTH THIRD BANK /ORG=TED
           ERTLE SRF# 021218002918
           TRN#021218028467 RFB#                                 25,000.00
   DEC 18  WT FED#04908 CIBC TORONTO /ORG=EDWARD
           OLIVER SRF# 021218067850
           TRN#021218036776 RFB# 4438583                          5,000.00
   DEC 27  DEPOSIT MADE IN A BRANCH/STORE                        25,738.70
   JAN 02  DEPOSIT                                               15,000.00
```

WITHDRAWALS AND DEBITS

```
   DATE    TRANSACTION DETAIL                                      AMOUNT

   DEC 17  WIRE TRANS SVC CHARGE - SEQUENCE:
           021217046279 SRF# 021217046277
           TRN#021217046279 RFB# FW00844351261988                   - 7.50
   DEC 18  WIRE TRANS SVC CHARGE - SEQUENCE:
           021218028467 SRF# 021218002918
           TRN#021218028467 RFB#                                    - 7.50
   DEC 18  WIRE TRANS SVC CHARGE - SEQUENCE:
           021218036776 SRF# 021218067850
           TRN#021218036776 RFB# 4438583                            - 7.50
```

---

CONTINUED ON NEXT PAGE

CONFIDENTIAL 1882

SEC013602

```
                                        PAGE 2 of 2
                                        Account Number:       559-1518773
          RENAISSANCE MINING CORP.      Statement End Date:      01/13/03


     WITHDRAWALS AND DEBITS ------------------------------------------------

       DATE    TRANSACTION DETAIL                                   AMOUNT

       DEC 30  WIRE TRANS SVC CHARGE - SEQUENCE:
               021230054641 SRF# FW04771364488539
               TRN#021230054641 RFB#                              - 30.00
       DEC 30  WT FED#01853 INTERNATIONAL BANK
               /FTR/BNF=Atlantic International Bank
               Ltd SRF# FW04771364488539
               TRN#021230054641 RFB#                          - 100,000.00
     CHECKS PAID -----------------------------------------------------------

        CHECK #   DATE           AMOUNT     CHECK #    DATE         AMOUNT

         1020   DEC 19         2,353.60      1040    DEC 27       1,646.28
         1024*  DEC 13         1,354.00      1041    DEC 30       4,164.05
         1026*  DEC 12         4,350.00      1042    DEC 27       8,015.60
         1027   DEC 16         1,000.00      1043    JAN 08       1,308.28
         1028   DEC 18         5,000.00      1044    JAN 07       4,812.04
         1029   DEC 23           119.14      1045    JAN 08         460.64
         1030   DEC 18         2,612.17      1046    JAN 10         572.40
         1032*  DEC 20         1,000.00      1047    JAN 13       1,624.45
         1033   DEC 17         1,000.00      1050*   JAN 10       5,612.45
         1034   DEC 17           350.00      1051    JAN 10       5,000.00
         1035   JAN 03        22,006.47      1053*   JAN 13       2,838.00
         1036   DEC 31           500.00      1054    JAN 10       7,500.00
         1037   JAN 13           300.00      1055    JAN 13         350.00
         1038   DEC 31         2,500.00      1057*   JAN 10       2,383.79
         1039   DEC 31           500.00
                                          * GAP IN CHECK SEQUENCE
     DAILY BALANCE SUMMARY -------------------------------------------------

         DATE                 BALANCE     DATE                   BALANCE

         DEC 11            368,746.99     DEC 27              453,162.40
         DEC 12            364,396.99     DEC 30              348,968.35
         DEC 13            363,042.99     DEC 31              345,468.35
         DEC 16            394,542.99     JAN 02              360,468.35
         DEC 17            418,185.49     JAN 03              338,461.88
         DEC 18            440,558.32     JAN 07              333,649.84
         DEC 19            438,204.72     JAN 08              331,880.92
         DEC 20            437,204.72     JAN 10              310,812.28
         DEC 23            437,085.58     JAN 13              305,699.83


     ---------------------------------------------------------------------
     THANK YOU FOR BANKING WITH WELLS FARGO.
```

**CONFIDENTIAL 1883**

**SEC013603**