```
3: 1                    P R O C E E D I N G S
   2                                               20030108A.wav
   3              MR. LINES:   Hi there.
   4              MALE VOICE:  Where's that Southwest, man?
   5              MR. LINES:   Southwest is $14.45.
   6              MALE VOICE:  Fucking right.
   7              MR. LINES:   Hit as high as $14.70, actually.
   8              MALE VOICE:  Yeah, if it goes through $15, its new
   9 high will be $18 tomorrow.
  10              MR. LINES:   High was $14.85, actually.
  11              MALE VOICE:  Yeah.
  12              MR. LINES:   710,000 shares traded.
  13              MALE VOICE:  She's on its way, you know that?
  14              MR. LINES:   Arthur (phonetic) blew out every last
  15 share this morning.
  16              MALE VOICE:  What's that?
  17              MR. LINES:   Arthur blew out every last share this
  18 morning.
  19              MALE VOICE:  Dumb fuck, right?
  20              MR. LINES:   I know, I've been talking to him all
  21 day.  Now he's just going, "Well, you know, I'm just a
  22 trader.  When I sell it, sometimes I buy back $2 higher."  So
  23 you can tell he's about to roll over and buy it back, though.
  24              MALE VOICE:  He's fucking freaking out, is he?
  25              MR. LINES:   Oh, yeah.  He'll buy it tomorrow.
4: 1 He'll be in buying it again, $15.50.
   2              MALE VOICE:  Well he might be buying at $18
   3 tomorrow.  He's -- he fucking lost it, man.  He blew it all
   4 out, did he?
   5              MR. LINES:   He just (inaudible.)
   6              MALE VOICE:  He just -- he was blowing it out
   7 yesterday.
   8              MR. LINES:   (Inaudible) all of it went this
   9 morning.
  10              MALE VOICE:  On low?
  11              MR. LINES:   On $12s, down in the $12s area.
  12              MALE VOICE:  Oh wow, he must be like beside himself
  13 right now.
  14              MR. LINES:   Yeah, he's freaking.  But he's just
  15 about to buy it back, I think.
  16              MALE VOICE:  (Inaudible) that position back, I
  17 don't think.  It'd be hard to buy that position back.
  18              MR. LINES:   Mm.
  19              MALE VOICE:  Fuck, I'd almost like to buy another
  20 25.  How much do I own?  I own (inaudible.)
  21              MR. LINES:   Da, da, da, what number?
  22              MALE VOICE:  Da, da, da for my own account.
  23              MR. LINES:   You own, you own 50.
  24              MALE VOICE:  And then 150 of (inaudible.)
  25              MR. LINES:   You own 45.
5: 1              MALE VOICE:  Good.  Thing's looking good.  Now on
   2 the -- I've been shifting some money around to ICH.
   3              MR. LINES:   Mm-hmm.
   4              MALE VOICE:  Okay, that's the shell for the
   5 Greenstone.  Remember GRE in the old days?  Stock got up to
   6 about $25?
   7              MR. LINES:   Yeah.
   8              MALE VOICE:  Well, I bought the shell for the thing
   9 and I'm putting the Greenstone dig in there, basically.  We
  10 get our money back right off the bat.  It's -- Todd's in for
  11 1/3, I'm in for 1/3 and Roger's in for 1/3, basically.
  12              MR. LINES:   Okay.
  13              MALE VOICE:  And all the -- we should get some
```

```
14 FedEx packages where all the shell goes through.  It's called
15 Sedona Systems is the shell.  And then, and then we announce
16 the RTO, the intent to purchase Renaissance, Renaissance
17 Gold, basically.  So probably we'll make some good money out
18 of this one, I think.
19             MR. LINES:  Good.
20             MALE VOICE:  And one other corporate finance deal
21 we've been working on is George's new Chinese deal, right.
22 Do you know that one?
23             MR. LINES:  Yeah, that's what he's talking about.
24 Next week he's having.
25             MALE VOICE:  Yeah, Lawrence Ralston (phonetic)
6: 1 basically came out, basically and put a buy on it basically.
   2 He sort of fucked things up a bit, but we have it holded
   3 already.  We have a placement of 45 cents.  I think we're
   4 going to raise $2.5 million, 50-50  Heywood (phonetic) and
   5 us.
   6             MR. LINES:  Oh great.
   7             MALE VOICE:  It's basically, it'll go to $2 so fast
   8 it will scare you.
   9             MR. LINES:  Yeah, yeah.
  10             MALE VOICE:  Plus I've got a bit of a deal with
  11 George so I get some, I get some stock too.
  12             (Laughing.)
  13             MR. LINES:  Good.  Now what's the name of that one?
  14             MALE VOICE:  I can't tell you that stock.
  15             MR. LINES:  Well they halted it, didn't they?
  16             MALE VOICE:  That's privileged information.
  17             MR. LINES:  Oh, fuck off.
  18             MALE VOICE:  SKN Ventures.
  19             MR. LINES:  They've only halted it, right?
  20             MALE VOICE:  Yeah, it's halted, yeah.  It's gonna
  21 be called Fortune, Fortune Gold at the end.  They've got
  22 about 3.5 million proven already in China, right next to the
  23 Southwest property.
  24             MR. LINES:  Great.
  25             MALE VOICE:  Yeah, it's going to be hot.  We're
7: 1 going to make a fucking bomb.
   2             MR. LINES:  Good, good, good.  Market's hot, it
   3 needs to be.  Here goes the last cycle.
   4             MALE VOICE:  How much in 100008 (phonetic)?  How
   5 much Southwest?
   6             MR. LINES:  I told you this morning.
   7             MALE VOICE:  No, you told me -- no, you didn't.
   8             MR. LINES:  Ah, 23,000.
   9             MALE VOICE:  Twenty-three.  All right.  So we're
  10 (inaudible) 100, basically, there's 75 and 300, I think.
  11             MR. LINES:  Yeah.
  12             MALE VOICE:  Fuck, I know this stock's going to run
  13 hard, you know it?
  14             MR. LINES:  Yeah it looks -- I mean, it's got it
  15 all over it.  It looks solid.
  16             MALE VOICE:  It's got the feel to it, doesn't it?
  17             MR. LINES:  Mm.
  18             MALE VOICE:  Arthur's freaking, isn't he?
  19             MR. LINES:  Ah, he'll buy it back.
  20             MALE VOICE:  I told him to buy it and just hold on
  21 to it, basically.  He gets so -- he gets all flustered, you
  22 know what I mean?
  23             MR. LINES:  Yeah.
  24             MALE VOICE:  (Inaudible) controlling it, he gets
  25 really flustered.
8: 1             MR. LINES:  Yeah, yeah.
```

```
 2          MALE VOICE:  And I said, "Well you can't control it
 3 Arthur, it's a stock."  You know what I mean?
 4          MR. LINES:  Anyways.
 5          MALE VOICE:  He's been phoning me fucking every
 6 day.
 7          MR. LINES:  Has he really?
 8          MALE VOICE:  "What do you know?  What do you know?"
 9 I say, "Arthur, I don't know anything, basically.  You know,
10 they're going to release results, that's all I know,
11 basically, and it's going to go higher."  And he got all --
12 it took you know, tradings came off a little bit and that's
13 when all the -- I even got Jennings (phonetic)(inaudible),
14 man.
15          MR. LINES:  Oh great.
16          MALE VOICE:  Down at 150.
17          MR. LINES:  He's back in the game, is he?
18          MALE VOICE:  He bought 150,000 GAM and 50,000
19 Southwest.
20          MR. LINES:  Good, good.
21          MALE VOICE:  All right, man.
22          MR. LINES:  Okay Brian, well have a good time.
23 I'll talk to you.
24          MALE VOICE:  Bye.
25          (End of recording.)
```