Live tapes - October 24, 2008 00:01:00 a.m.

```
89:1              MALE VOICE 3:  One year.
   2              MR. LINES:  And, yeah, it --
   3              MALE VOICE 3:  One year maximum?
   4              MR. LINES:  Yeah, it is one year basically.
   5              MALE VOICE 3:  From which date?
   6              MR. LINES:  Well from the time we fund it,
   7     basically, which will probably be in one year, one week.
   8              MALE VOICE 3:  In one week?
   9              MR. LINES:  Yeah.
  10              MALE VOICE 3:  Okay.
  11              MR. LINES:  Okay?
  12              MALE VOICE 3:  Okay.
  13              MR. LINES:  So you can take a look at it.  If you
  14     want to participate, you are more than welcome.  I want to do
  15     more than sort of 25,000 shares if you can do anything there
  16     because it is restricted paper, and gold markets come and go
  17     fast, you know what I mean?
  18              MALE VOICE 3:  Yeah.  You bet.  (Inaudible.)
  19              (End of recording.)
  20
  21                                           BL_20030121l.wav
  22              MR. LINES:  Brian.
  23              MALE VOICE:  Good morning Brian.
  24              MR. LINES:  Hey.
  25              MALE VOICE:  How are you?
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
90:1            MR. LINES:  How you doing?  It is white gold, man.
   2            MALE VOICE:  (Laughing.)
   3            MR. LINES:  All that stuff they thought was some
   4   other shit that was in Southwest, it is all white gold.  The
   5   financers came back, they said it was too little, man, the
   6   stock is taking off again.
   7            MALE VOICE:  I know, I know.  White gold.  Wow,
   8   that is great.  No, I mean the buzz is on again this morning.
   9            MR. LINES:  I will give you another little -- There
  10   is another little (inaudible) basically I am involved in
  11   also.  It is called Renaissance Mining.
  12            MALE VOICE:  I know.  Sedona Software?
  13            MR. LINES:  Yeah.  Well that is one you are in.  So
  14   fuck, so you don't -- Well I was going to give you some
  15   stock, but you are already in it, it doesn't matter.
  16            MALE VOICE:  Which one?
  17            MR. LINES:  The Sedona Software, man.  That is
  18   Renaissance Mining.  The stock is trading at $9, going
  19   fucking crazy.
  20            MALE VOICE:  Which one was that though?
  21   (Inaudible) shell?
  22            MR. LINES:  That is the shell, Renaissance Mining,
  23   man.  We put Renaissance Mining into that.
  24            MALE VOICE:  That is the one we went $3s on?
  25            MR. LINES:  Yeah.
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
91:1              MALE VOICE:  Woooo.
   2              MR. LINES:  Yeah.
   3              MALE VOICE:  I wondered about that.  I was going --
   4   Fucking -- that is it?
   5              MR. LINES:  That is it.
   6              MALE VOICE:  Oh, beautiful.
   7              MR. LINES:  Yeah.
   8              MALE VOICE:  Holy -- That is awesome.
   9              MR. LINES:  Yeah, that is good, isn't it?
  10              MALE VOICE:  Jesus Christ.
  11              MR. LINES:  Uh-huh.
  12              MALE VOICE:  Fuck, we will keep that one quiet.
  13              MR. LINES:  (Laughing.)  What do you mean keep it
  14   quiet?  You mean you are not going to tell James?
  15              MALE VOICE:  Well Jesus Christ -- Yeah, like if I
  16   went down he wouldn't want any.
  17              MR. LINES:  No, I know.  Doesn't have much of a
  18   chance of going down, I don't think.
  19              MALE VOICE:  Yeah.  Fuck, that is great, man.
  20              MR. LINES:  Yeah.
  21              MALE VOICE:  Well I mean, hey, that is the way it
  22   goes.
  23              MR. LINES:  Yeah.  That is good, eh?
  24              MALE VOICE:  That is fucking great.  So what are we
  25   doing?
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
92:1              MR. LINES:  Selling paper.
   2              MALE VOICE:  Are we?
   3              MR. LINES:  Yeah, we are selling paper to get our
   4   money back, and then we get 10 percent of everything, split
   5   three ways, right?
   6              MALE VOICE:  That is fucking -- What can I say?
   7              MR. LINES:  Yeah, so we are going to make some good
   8   coin on this one.
   9              MALE VOICE:  Fucking thank you.
  10              MR. LINES:  All right?
  11              MALE VOICE:  That is awesome.
  12              MR. LINES:  Yeah.
  13              MALE VOICE:  Jesus Christ Brian.  What is the
  14   little schep doing?
  15              MR. LINES:  I just bought some of that too, man.  I
  16   am feeling so horny, basically, I got to buy all our deals.
  17              MALE VOICE:  (Laughing.)  Take it easy, Brian.
  18              MR. LINES:  (Laughing.)
  19              MALE VOICE:  Don't buy anymore.  You have got a
  20   lot.
  21              MR. LINES:  167, 12,000 through.
  22              MALE VOICE:  Don't buy anymore.
  23              MR. LINES:  Okay.
  24              MALE VOICE:  Hold yourself back.
  25              MR. LINES:  I can't help it.
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
93:1            MALE VOICE:  Fuck it.  Hold yourself back, we will
   2   be selling that.  You don't want to be buying anymore.
   3            MR. LINES:  All right.
   4            MALE VOICE:  Jesus.  Okay.
   5            MR. LINES:  Yeah, man, things are good, aren't
   6   they?
   7            MALE VOICE:  That is fucking fantastic.  Wow, that
   8   is fucking great.
   9            MR. LINES:  Yeah.  Anyways, we get our money back
  10   probably tomorrow, okay, or the next day, okay?
  11            MALE VOICE:  Yeah.
  12            MR. LINES:  So $400,000 we all got to get back,
  13   right?
  14            MALE VOICE:  Yeah.
  15            MR. LINES:  And then basically we get 10 percent.
  16   So I don't know, I got to calculate the shares, but we get a
  17   nice chunk each, basically, so it is going to be -- it is
  18   going to work out to be -- well, it is going to be a nice
  19   investment, let's put it that way.
  20            MALE VOICE:  Fuck, Brian.  How can I say thanks?
  21   What else can I say?
  22            MR. LINES:  We are looking good, aren't we?
  23            MALE VOICE:  Good one.  Yeah, it is fucking
  24   fantastic.
  25            MR. LINES:  Yeah.  That is actually a nice project,
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
94:1    actually.  A quarter million ounce producer (inaudible).
   2              MALE VOICE:  Fuck.  I mean I got to pull it up and
   3    read on it.
   4              MR. LINES:  Yeah.
   5              (End of recording.)
   6
   7                                            BL_20030121m.wav
   8              MR. LINES:  Brian.
   9              MALE VOICE:  Hey Bri (phonetic), it is Ri
  10    (phonetic).
  11              MR. LINES:  Hey, how you doing man?
  12              MALE VOICE:  SSSI offered at $9 by a couple of
  13    guys.
  14              MR. LINES:  (Inaudible) what are they, like
  15    shorting houses?
  16              MALE VOICE:  I think there is a couple of guys that
  17    are putting a few shares out short.
  18              MR. LINES:  Yeah, okay.
  19              MALE VOICE:  I mean I don't think there is a huge
  20    short being built in the thing, but I think --
  21              MR. LINES:  Well there is only 115,000 shares, so
  22    it is just not --
  23              MALE VOICE:  Right, and we have done 20 of it so
  24    far, 19,100 to be exact.
  25              MR. LINES:  That is alright.  That is fine.
```