Live tapes - October 24, 2008 00:01:00 a.m.

```
27:1   okay?  $40,000 to Sloan (phonetic).
   2              MALE VOICE:  Yep.
   3              MR. LINES:  $8,000 Cain and Company.
   4              MALE VOICE:  Yeah, okay.
   5              MR. LINES:  $27,010 Morgan and Company.
   6              MALE VOICE:  Yep.
   7              MR. LINES:  $100 Pacific Transfer.
   8              MALE VOICE:  Yep.
   9              MR. LINES:  (Inaudible.)  $15,000 to Market Maker.
  10              MALE VOICE:  Yeah.
  11              MR. LINES:  I still need a release from them.
  12              MALE VOICE:  Yeah.
  13              MR. LINES:  $30,000 -- That was actually sent by
  14   draft, okay, so it takes (inaudible).  $30,000 I transferred
  15   to Sedona.
  16              MALE VOICE:  Yeah, just a -- just hang on a second.
  17   I'm going to bring this model up here.
  18              MR. LINES:  What model?
  19              MALE VOICE:  Oh, just a little spreadsheet.
  20              MR. LINES:  Okay.  (Inaudible.)
  21              (End of recording.)
  22
  23                                          BL_20030114c.wav
  24              MALE VOICE:  Just hang on.
  25              (End of recording.)
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
28:1                                              BL_20030114d.wav
   2            MALE VOICE:  Okay, yeah, continue.
   3            MR. LINES:  Okay, I'm going to go again.  $40,000
   4  Sloan, $8,000 Cain and Company, $27,010 Morgan and Company,
   5  $100 Pacific Transfer, $15,000 to the Market Maker.
   6            MALE VOICE:  Right.
   7            MR. LINES:  Transferred in (inaudible) $30,000 to
   8  Sedona.
   9            MALE VOICE:  Yeah.
  10            MR. LINES:  $264,409 to Triumph.
  11            MALE VOICE:  That is correct.
  12            MR. LINES:  I know it is correct.  $26,056 to six
  13  vendors.  I have been trying to send that to Cory.  He
  14  doesn't have a U.S. account yet.  He set it up, basically,
  15  and I was going to send that tomorrow.  That is the only one
  16  that hasn't gone out yet.
  17            MALE VOICE:  Look it, look it.  I gave Cory
  18  specific fucking instructions, specific instructions that you
  19  were to wire that money directly to a list that I gave him of
  20  various accounts.
  21            MR. LINES:  Why didn't you send me that list?
  22            MALE VOICE:  Pardon?
  23            MR. LINES:  Why didn't you send me that list?  And
  24  then I can wire the money directly to those guys, how does
  25  that --
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
29:1            MALE VOICE:  Yeah, yeah, absolutely.  Absolutely.
   2            MR. LINES:  Does that make sense?
   3            MALE VOICE:  Get this guy out of the loop.  I will
   4   tell you --
   5            MR. LINES:  Well we can't get him out of the loop
   6   now, he is sort of already there.  We just have to be
   7   patient, okay?
   8            MALE VOICE:  Well look it, here is what he wants to
   9   do, and I can tell you it ain't going to happen.
  10            MR. LINES:  Uh-huh.
  11            MALE VOICE:  He wants to go to each one of my
  12   clients, and notwithstanding that he has a share transfer
  13   agreement which is signed by them and agreed to, he wants to
  14   go to each one of these fucking clients and get their
  15   permission that they be paid this amount of money for that
  16   amount of stock.  Well that ain't going to happen.  These are
  17   my clients, my friends, and my associates, and I am not going
  18   to have an outside lawyer in there stirring the fucking soup.
  19            MR. LINES:  (Laughing.)
  20            MALE VOICE:  You know?  Like do I knock on the door
  21   of your clients?  No.
  22            MR. LINES:  All right, well look, let me talk to --
  23   Look, let's do this, okay?
  24            MALE VOICE:  Look it, look it --
  25            MR. LINES:  You gave me the wire instructions for
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
30:1    these six individuals or whatever, okay?
   2              MALE VOICE:  Yeah.
   3              MR. LINES:  I will wire them the money, okay?
   4              MALE VOICE:  Good.
   5              MR. LINES:  And then I (inaudible) and I will tell
   6    Cory I have wired the individuals the money and I will talk
   7    to him and see basically if we can just get the certificates,
   8    okay?  Because we are too far down this road to stop now.
   9              MALE VOICE:  Well, you know, look it, Brian.  You
  10    know, I honestly feel a little embarrassed about this because
  11    if I were the biggest stock swine in the world, I couldn't
  12    have planned this better.  You are out $350,000 and you don't
  13    own a fucking free trading share.  Holy mother.
  14              MR. LINES:  I told you I was going to trust you.
  15              MALE VOICE:  (Laughing.)  Well --
  16              MR. LINES:  I told you basically who needs the
  17    fucking lawyers at the end of it?  We did it by the phones
  18    anyway.  I told you that.
  19              MALE VOICE:  (Laughing.)  That's right.  That's
  20    right (inaudible).  You know I want to do more business, and
  21    I think you know I --
  22              MR. LINES:  I told you I'm easy to deal with.
  23              MALE VOICE:  Okay.  Now there is an outstanding
  24    issue.  Those 245,000 shares that I sent to you directly?
  25              MR. LINES:  Yes?
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
31:1              MALE VOICE:  There is going to have to be a wire
   2  transfer made on them and I don't have those coordinates, so
   3  I will get that --
   4              MR. LINES:  If you give me all the coordinates for
   5  all these wires basically, and vendors, I will do it
   6  basically, okay?  If you set that up, if you can fax me, I
   7  will take care of it.
   8              MALE VOICE:  I will have that in the e-mail to you
   9  within minutes.
  10              MR. LINES:  That's great.
  11              MALE VOICE:  Okay, now you do that directly and be
  12  sure --
  13              MR. LINES:  I will talk to Cory, okay, I will tell
  14  him to just calm down, okay?  He is just trying to do things
  15  right, okay?  He is a lawyer, man, that is how lawyers are.
  16              MALE VOICE:  Yeah, yeah, but the problem is --
  17              MR. LINES:  I know the problem.  I know what your
  18  problem is and I understand that, okay?
  19              MALE VOICE:  No, no, no, no.  Look it, look it, let
  20  me make a comment here, is that these deals, as you know, the
  21  SEC doesn't like them, the NASD doesn't like them, and they
  22  take a certain amount of finesse.
  23              MR. LINES:  I know.
  24              MALE VOICE:  You get someone in there who is
  25  ham-fisted and wants to create huge stupid paper trails --
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
32:1              MR. LINES:  What I will do, I will talk to Cory
   2   basically and organize it, okay?
   3              MALE VOICE:  Yeah.  Okay, now --
   4              MR. LINES:  You get me the wire instructions for
   5   the $26,056 and I will send that to your six vendors
   6   basically by wire.  They will have it in 24 hours, how is
   7   that?
   8              MALE VOICE:  Good.
   9              MR. LINES:  Okay?
  10              MALE VOICE:  Now except for the one, I am not going
  11   to be able to get the wire coordinates for you --
  12              MR. LINES:  That's fine.  And what you -- And just
  13   tell Cory to send me the certificates basically and say --
  14   That is probably the -- and I will tell him the same thing,
  15   okay?
  16              MALE VOICE:  Okay.  Well, no.  You talk to Cory.
  17   Cory takes instructions from you, I don't --
  18              MR. LINES:  Okay, I will talk to Cory, okay?
  19              MALE VOICE:  Okay, now two more things.
  20              MR. LINES:  Yeah?
  21              MALE VOICE:  On that 245,000 shares sent to you
  22   directly, within the next week I will get you wire
  23   coordinates.
  24              MR. LINES:  Okay.
  25              MALE VOICE:  It is only about $1,200 and you can
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
33:1    take care of that when you get --
   2            MR. LINES:  That is fine.  What I have got
   3    basically is -- That is not a problem.  I am going to do
   4    that.  I am trying to get that stock through DTC as we speak,
   5    okay?
   6            MALE VOICE:  Yeah, okay.  Now the other thing is
   7    there is a balance outstanding as to my calculations.  I will
   8    send you a little spreadsheet summary and you can see if you
   9    agree.
  10            MR. LINES:  Okay.  I have got -- After I transfer t
  11    hat $26,056, I have wired out $386,275.  Okay?
  12            MALE VOICE:  Well you take a look at this
  13    spreadsheet and --
  14            MR. LINES:  Don't forget the Market Maker, that you
  15    have to deduct $7,500 from your tab, right?
  16            MALE VOICE:  That's right.  What I did is I -- Well
  17    you will see it on the spreadsheet.
  18            MR. LINES:  All right, send me the spreadsheet.  I
  19    will take a look at it.
  20            MALE VOICE:  (Inaudible.)
  21            MR. LINES:  Okay?
  22            MALE VOICE:  Very good.
  23            MR. LINES:  Great.  Thanks, Jack.
  24            MALE VOICE:  So I will get this e-mail out to you
  25    in a couple of minutes.
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
34:1              MR. LINES:  Not a problem.
   2              MALE VOICE:  Thank you.
   3              MR. LINES:  Bye-bye.
   4              (End of recording.)
   5
   6                                        BL_20030114e.wav
   7              MALE VOICE:  Anthony Wile speaking, good afternoon.
   8              MR. LINES:  Anthony Wile, I like that conversation,
   9    'Mr. Anthony Wile speaking, good afternoon.'
  10              MALE VOICE:  You like that?
  11              MR. LINES:  I like that.  That is very
  12    professional, I like that.
  13              MALE VOICE:  Have you been to the Wall Street
  14    Reporter today?
  15              MR. LINES:  No I haven't.
  16              MALE VOICE:  You will see an interview that I did
  17    in New York today for 15 minutes on there.
  18              MR. LINES:  Oh really?
  19              MALE VOICE:  Yeah, the wallstreetreporter.com.
  20              MR. LINES:  Really?  I will have to take a look at
  21    that.
  22              MALE VOICE:  Yeah, it sounds great.  It is 15
  23    minutes and gives a good thing, we are just sending it out
  24    now to 11,000 people that want to know what we are doing.
  25              MR. LINES:  So you are here tomorrow, are you?
```