BL_2003127j.wav                    Untitled

```
15                    * * * * *
16          MR. LINES:  Brian.
17          JACK:  Brian.  Yeah, Jack here.
18          MR. LINES:  Hey, Jack.
19          JACK:  How you doing?
20          MR. LINES:  I'm good.  How are you doing?
21          JACK:  Good, good.
22          MR. LINES:  Good.
23          JACK:  The reason I'm calling is, I just had
24  another little call from the SEC.
25          MR. LINES:  What did they say to you?


 1          JACK:  Oh, amongst other things, they asked me to
 2  confirm that the only place that shares could come from was
 3  from the Treasury or existing shareholders.
 4          MR. LINES:  Right.
 5          JACK:  And I said, "Gosh, I hope that's the case."
 6  Sort of a dumb question.
 7          MR. LINES:  Right.
 8          JACK:  But anyway, it leads me to believe that they
 9  may go after our major shareholders and start questioning
10  them.
11          MR. LINES:  Okay.
12          JACK:  Now, with -- in that regard, there were
13  share transfer agreements.
14          MR. LINES:  Right.
15          JACK:  That Dumelaw and Black had.
16          MR. LINES:  Right.
17          JACK:  And I asked Dumelaw and Black to send me a
                           Page 1
```

                              Untitled
18   complete copy of these so I could just distribute them to
19   those shareholders.
20             MR. LINES:  Okay.
21             JACK:  And I haven't back from them.
22             MR. LINES:  Okay.  I'll talk to those guys this
23   afternoon.
24             JACK:  Yeah.  Now, you know, Brian, this is really
25   important.


 1             MR. LINES:  Yeah.
 2             JACK:  You've got to bring those assholes into toe.
 3             MR. LINES:  Right.
 4             JACK:  You know, they wrote me a letter.
 5             MR. LINES:  Right.
 6             JACK:  The other day, which would -- if the SEC got
 7   a hold of this letter, you would have no free trading shares.
 8   Like I mean, these guys just don't fucking get it, you know?
 9             MR. LINES:  Okay.
10             JACK:  Shouldn't be using them for this stuff.
11             MR. LINES:  Okay.  Let me -- well, I'll -- let me
12   talk to -- I'll give those guys a call right now.
13             JACK:  Yeah.  Well, why don't I fax you this
14   letter?  I mean, you can see how silly it is.
15             MR. LINES:  Okay.  If you fax me, I'll give you my
16   personal fax number, okay?
17             JACK:  Do I have it?  292-1871?
18             MR. LINES:  292-1871 is my personal fax number,
19   Sherry?
20             FEMALE SPEAKER:  292-1871.

```
                         Untitled
21            MR. LINES:  That's correct.
22            JACK:  Okay.  Well, you know --
23            MR. LINES:  Yeah, they phoned us, too, basically.
24            JACK:  Yeah.  Yeah.  But I -- you know, look.  I
25    met Corey Dean years ago, and he's a nice guy and all that




 1    kind of stuff.  But man, I'll tell you, you've got a loose,
 2    loose cannon, you know, playing with these deals.  But, you
 3    know, you'll see this letter.
 4            MR. LINES:  All right.  Okay.  Send it to me.  I'm
 5    going to -- send to me right away, and then I'll talk to
 6    them, okay?
 7            JACK:  Yeah.  Good.
 8            MR. LINES:  All right.  Great.  Thanks.
 9            JACK:  Bye.
10            MR. LINES:  Bye-bye.
11                          * * * * *
```