BL_20030127h.wav

13        * * * * *

14        MR. LINES:  Brian.

15        MR. DEAN:  Brian.

16        MR. LINES:  Hey, Corey, how you doing?

17        MR. DEAN:  Not bad.

18        MR. LINES:  Good.  So I'm just trying to -- I'm --

19   we'll FedEx'ing out, basically, all these, I guess, what do

20   you call them here?  The share transfer agreements,

21   basically.  And then they all have to be forwarded off to

22   these other investors as well, right?

23        MR. DEAN:  Um-hm.

24        MR. LINES:  They have to have copies of them?

25        MR. DEAN:  Yeah, they have to be -- Christine just

1  walked into my office.

2         MR. LINES:  This is (inaudible), right?

3         MR. DEAN:  Right.  This is -- so we're just waiting

4  to get the signed agreements back for the transfer.

5         MR. LINES:  Yeah.  So we've got them all,

6  basically.  And is Christine there?

7         MR. DEAN:  Yeah.  Yeah.

8         CHRISTINE:  Yeah.

9         MR. LINES:  All right.  And basically, they're

10  going to FedEx them to you tomorrow morning.

11         MR. DEAN:  Okay.

12         MR. LINES:  Okay, so you should have them in the

13  office probably within 48 hours, I figure.

14         MR. DEAN:  Yep, yep.

15         MR. LINES:  Okay?  And, Christine, just -- you know

16  that letter that you wrote Jack?  He's all up in arms,

17  basically, about it, obviously.  But it's -- as he says, it's

18  a -- (Laughter).  The transactions -- there's a little bit of

19  heat on it, right?  Because the stock, basically, it went

20  crazy -- I'm going to FedEx them to you tomorrow morning.

21          MR. DEAN:  Okay.

22          MR. LINES:  Okay, so you should have them in the

23   office probably within 48 hours, I figure.

24          MR. DEAN:  Yep, yep.

25          MR. LINES:  Okay?  And, Christine, just -- you know

1  that letter that you wrote Jack?  He's all up in arms,

2  basically, about it, obviously.  But it's -- as he says, it's

3  a -- (Laughter).  The transactions -- there's a little bit of

4  heat on it, right?  Because the stock, basically, well, it

5  went crazy.  It's for a good reason, but it did go crazy.  So

6  the SEC has been all over me on it as well, right?

7         CHRISTINE:  I just wrote him to confirm that he had

8  authorized me to send over the shares.

9         MR. DEAN:  That's all.

10        MR. LINES:  Yeah.  So maybe if we can destroy that

11 letter, that would be appreciated, basically.  Okay?  I think

12 we've got receipt of everything.  And all the -- see,

13 basically, we should have receipt, basically, from all the

14 shareholders, basically, more than anything.  Okay?  Because

15 I guess the main thing is, then, you don't want him

16 directing, basically -- directing the whole show, basically.

17        MR. DEAN:  Yeah.  Well, you know, the only purpose

18 of that letter, Brian, was to --

19        MR. LINES:  I know what the purpose was.  That's

20 fine, basically.  I'm not doubting the purpose.  I'm just

21  saying, from a --

22        MR. DEAN:  You don't want him to be seen as

23  actually controlling those --

24        MR. LINES:  Absolutely.  From an SEC perspective,

25  that's not a good letter.

1       MR. DEAN: Okay.

2       MR. LINES: Okay?

3       MR. DEAN: Well, if somebody -- all we wanted was

4  somebody to take responsibility for the shares. It would

5  have been better if his lawyer would have done it.

6       MR. LINES: Yeah. I understand that. So it's

7  just -- just from me, it's just not a great letter. All

8  right? And other than that, it should be fine, basically,

9  okay? I know -- the SEC is all up in arms about all this,

10 all these shells right now and everything, obviously.

11      MR. DEAN: Um-hm.

12      MR. LINES: And we put all the Greenstone assets in

13 this and the stock went basically berserk, basically.

14      MR. DEAN: Hm.

15      MR. LINES: So.

16      MR. DEAN: Well, it's a hot mining market again.

17 So, you know, of course, people are going to --

18      MR. LINES: Yeah, they don't really understand the

19 mining market at all, which is par for the course also.

20      MR. DEAN: Yeah.

21          MR. LINES:  You know, the stock is trading like

22   water right now and trading at nine bucks, right?  So.

23          MR. DEAN:  Ooh.

24          MR. LINES:  Yeah.

25          MR. DEAN:  (Inaudible)

1       MR. LINES:  So the LOM, basically, what we did, we
2  gave them, I think -- underwrote six million bucks for them,
3  which closes probably Wednesday of this week.
4       MR. DEAN:  Um-hm.
5       MR. LINES:  On a -- from some clients.  So
6  basically, we did a -- corporate finance raised six million
7  dollars for them also, which is actually good.  I think once
8  the SEC sees that, they're going to be happy with everything
9  basically.
10       MR. DEAN:  Yeah.  Yeah.
11       MR. LINES:  But I guess, just on the QT, basically,
12  they -- you know, they're up in arms a little bit, okay?  So
13  any kind of -- just be very aware of what kind of letters we
14  write, et cetera.
15       MR. DEAN:  Okay.  Okay.
16       MR. LINES:  Okay?
17       MR. DEAN:  Understand.
18       MR. LINES:  Good.
19       MR. DEAN:  Okay.
20       MR. LINES: And so we're on the side of Canadian

21  law there and everything else; is that right?

22       MR. DEAN:  Well, yeah.  Yeah, because you didn't --

23  you know, it wasn't a group buying a block of shares over 20

24  percent, and that was the thing we were concerned about.

25       MR. LINES:  Okay.  Good.  All right.  Great.

1       MR. DEAN:  Okay.

2       MR. LINES:  I've got a headache.

3       (Laughter)

4       MR. DEAN:  (Inaudible)

5       MR. LINES:  One thing I hate in life is a call from

6  the SEC.

7       MR. DEAN:  That's the worst thing.  It just went

8  through -- all last week I was dealing with one of my files

9  where we're filing a prospectus in Canada and the U.S.  And

10  we got over 160 comments out of the SEC, and we're basically

11  clear in Canada.

12       MR. LINES:  Yeah.

13       MR. DEAN:  It's just a nightmare.

14       MR. LINES:  Well, the very -- you've got to

15  realize, the SEC basically, and the whole America, basically,

16  is very -- you know, very --

17       MR. DEAN:  They've gone through the whole Enron

18  mess.

19       MR. LINES:  Well, they've gone through the Enron

20  mess, and they're in war mode right now, so that people are

21  very like crazy there right now.

22          MR. DEAN:  Right.

23          MR. LINES:  So I think you just have to understand

24  from where they're coming from basically and act accordingly.

25          MR. DEAN:  Yeah, yeah.  Okay.

```
 1       MR. LINES:  All right?

 2       MR. DEAN:  All right.

 3       MR. LINES:  All right, great, guys.

 4       Thanks, Christine.  I know the -- I know Jack is a

 5  bit of a -- I mean, he's an older guy, but --

 6       (Laughter)

 7       CHRISTINE:  No problem.

 8       MR. DEAN:  We know that we know what you're talking

 9  about, Brian.

10       MR. LINES:  All right?

11       MR. DEAN:  Take care.

12       MR. LINES:  Okay.  Thanks, guys.

13       MR. DEAN:  Okay.  Bye-bye.

14       MR. LINES:  Bye.

15             * * * * *
```