UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
         Plaintiff,                      :
                                         :
    v.                                   :  Case No: 07-CV-11387 (DLC)
                                         :
BRIAN N. LINES, et al.,                  :
                                         :
         Defendants.                     :
                                         :

---

## NOTICE OF FILING

Plaintiff Securities and Exchange Commission (the "SEC" or "Commission") hereby files its redacted exhibits to its Motion for Partial Summary Judgment (Dkt. nos. 139-41) filed on February 26, 2010, pursuant to the Endorsed Letter (Dkt. no. 144) of March 2, 2010 allowing for such redaction by Defendants.

Dated: March 11, 2010                    Respectfully submitted,

                                         /s/ Justin Chretien
                                         Justin Chretien (Pro hac vice)
                                         Assistant Chief Litigation Counsel
                                         100 F Street, N.E.
                                         Washington, D.C. 20549-4953
                                         (202) 551-4953 (Chretien)
                                         (202) 772-9233 (facsimile)
                                         Attorney for Plaintiff,
                                         Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of March, 2010, a copy of the attached Notice was served on the following parties via e-mail:

Philip M. Smith, Esquire
Patton Boggs LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036

Stephen J. Crimmins, Esquire
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006-1101

Derek Ho, Esquire
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3206

Leonard H. Bloom, Esquire
One S.E. Third Avenue, 25th Floor
Miami, FL 33131

Bill Nortman
Akerman Senterfit
Attorneys at Law
Las Olas Centre II
350 East Las Olas Boulevard, Suite 1600
Ft. Lauderdale, FL 33301-2229

Mario Aieta, Esq.
Saterlee Stephens Burke and Burke, LLP
230 Park Avenue
New York, NY 10169

Justin L. Chretien, Esq