| Message0303 | |
|---|---|
| Subject: | RE: Principal company names. |
| From: | Brian Lines |
| Date: | 02/01/2003 20:08:08 |
| To: | Cueva Holder |
| Message Body | |

ya i will give him a call

tx cueva

-----Original Message-----
From: Cueva Holder
To: Brian Lines
Sent: 1/2/03 3:55 PM
Subject: RE: Principal company names.

Will you email Cory Dean?

-----Original Message-----
From: Brian Lines
Sent: Thursday, January 02, 2003 3:55 PM
To: Cueva Holder
Subject: RE: Principal company names.


that would be graet cueva

tx bnl

-----Original Message-----
From: Cueva Holder
To: Brian Lines
Sent: 1/2/03 2:56 PM
Subject: RE: Principal company names.

Brian,

Did you want the final name to be:

Clyde Resources
Sole Director: Graham Redford.



**REDACTED**

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00261

0 4 3 5

file://H:\D&T%20SEARCH\Privileged\priv-others%20(v.2)\Message0303[313621.html    12/21/2003

SEC052467

-----Original Message-----
From: Brian Lines
Sent: Thursday, January 02, 2003 1:44 PM
To: Cueva Holder
Cc: 'cdean@dumoulinblack.com'
Subject: RE: Principal company names.

Corey here are the names for non-affilated purchaser's of Jack Coopers shell I will probably need 1 more for a total of 6

regards Brian
ps I know he is eager to close
I.C.H Investments Limited
Sole Director: Kevin Way

**REDACTED**

Iguana Investments Limited
Sole Director Richard King

**REDACTED**

Gateway Research Management Group Limited
Director Kevin Winter

**REDACTED**

Warwick Ventures Limited
Sole Director Stuart Smith

**REDACTED**

Largo Flight Limited

**REDACTED**

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00262

0 4 3 6

| |
|---|
| REDACTED |

| Outlook Header Information |
|---|
| Conversation Topic: Principal company names.<br>Subject: RE: Principal company names.<br>From: Brian Lines<br>Sender Name: Brian Lines<br>To: Cueva Holder<br>Received By: Brian Lines<br>Delivery Time: 02/01/2003 20:08:08<br>Creation Time: 02/01/2003 20:07:45<br>Modification Time: 02/01/2003 20:08:08<br>Submit Time: 02/01/2003 20:08:08<br>Importance: 021<br>Priority: 020<br>Sensitivity: 020<br>Flags: 021<br>Size: 025105 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00263

0 4 3 7

file://H:\D&T%20SEARCH\Privileged\priv-others%20(v.2)\Message0303[31362].html    12/21/2003

SEC052469