# DuMOULIN BLACK

**BARRISTERS & SOLICITORS**

W. DAVID BLACK
SARGENT H. BERNER
CHERI L. PEDERSEN
KENNETH L.H. EMBREE
MARY P. COLLYER
PATRICIA D. SANDBERG

GEORGE R. BRAZIER
BRIAN C. IRWIN
COREY M. DEAN
C. BRUCE SCOTT
STEPHEN TONG
CHRISTINE E. COLEMAN

JEROME D. ZISKROUT
*associate counsel*

10TH FLOOR, 595 HOWE STREET
VANCOUVER, CANADA
V6C 2T5

TELEPHONE No. (604) 687-1224

TELECOPIER No. (604) 687-8772

FILE NO.      377501
DIRECT LINE   (604) 602-6818
EMAIL         ccoleman@dumoulinblack.com

January 29, 2003

**VIA COURIER**

Sedona Software Solutions Inc.
503 – 1755 Robson Street
Vancouver, B.C.
V6G 3B7

Attention:    **Jack Cooper**

Dear Mr. Cooper:

Re:    **Transfer of Shares in Sedona Software**

Please find attached fully executed Share Transfer Agreements for:

1.   Roger Dahlquist
2.   Richard Green;
3.   Robert Sauer;
4.   Gregory Layton; and
5.   Reid Anderson.

Yours truly,

DuMOULIN BLACK

Per:

Christine E. Coleman

CEC/slm
Enclosure

cc:    Lines Overseas Management
       Attention: Brian Lines

CMD\377501\Affairs\0038

## SHARE TRANSFER AGREEMENT

This Agreement dated effective the ___5th___ day of ___January___, 200_3_.

BETWEEN:

NAME OF TRANSFEROR: Roger Dahlquist
ADDRESS OF TRANSFEROR: 1-1301 Johnston Street
Vancouver, BC Canada B6H 3R9

(the "Transferor")

OF THE FIRST PART

AND:

NAMES OF TRANSFEREE: Gateway Research Management Group Limited
ADDRESS OF TRANSFEREE:

**REDACTED**

(the "Transferee")

OF THE SECOND PART

THIS AGREEMENT WITNESSES THAT in consideration of an aggregate price of US $1,250.00 in the currency of the United States paid by the Transferee to the Transferor, the receipt and sufficiency of which is acknowledged, and in reliance of the agreements, representations and warranties of the Transferor, the Transferee hereby agrees to purchase from the Transferor, and the Transferor does hereby sell, transfer and assign to the Transferee, 250,000 shares (the "Shares") of the common stock of Sedona Software Solutions Inc. (the "Corporation") free and clear of all liens, charges and encumbrances.

The Transferee represents and warrants to the Transferor that:

(1) The Transferee is acquiring the Shares for its own account for investment purposes,;

(2) The Transferee possesses the financial and business experience to make an informed decision to acquire the Shares and has had access to all information relating to the Company and its business

operations which would be necessary to make an informed decision to purchase the Shares; and

(3) The Transferee is not acting as part of any control group and does not have any intent to exercise any control, alone or with others, over the affairs of the Corporation and has not made any arrangements with any party with respect to the voting of or disposition of the Shares.

Receipt of Prospectus:

The Transferees hereby acknowledge receipt of the Prospectus of Sedona Software Solutions, Inc., dated November 16, 2001, together with the Prospectus Supplement No.1 thereto dated February 26, 2002.

Right to Transfer Shares:

The Transferor warrants and represents that Transferor has the full right to sell and transfer the Shares; that Transferor is sole owner of the Shares and has not entered into any other agreement for the sale of the shares to any other individual or entity; that Transferor has consulted with professional advisors of his choice and understands his right and obligations; that Transferor has not granted any options or other rights with respect to the herein transferred Shares; and that such Shares when transferred pursuant hereto will be entirely free and clear of any liens or other encumbrances. Transferor further warrants that the Shares are fully paid and are not subject to any outstanding assessment;

Jurisdiction:

This Agreement shall be construed and enforced in accordance and under the laws of the Province of British Columbia without regard to conflict of laws principles. Any service of process or subpoena in any civil, regulatory or other action to be served upon any of the parties hereto is acknowledged to be effectively served, for all purposes, by sending the same in the same manner as sending a notice as provided in the paragraph below.

Notices:

As to the parties hereto, all notices, requests, demands, and other communications under this Agreement shall be in writing and shall be deemed to have been duly given on the date of service if served personally on the Transferor, or by certified mail, return receipt requested on the third day after mailing if mailed to the Transferor, by first class mail, registered or certified, postage prepaid, and properly addressed as follows:

Transferor:                Roger Dahlquist
                           1-1301 Johnston Street
                           Vancouver, BC, Canada B6H 3R9


Transferee:                Gateway Research Mangement Group Limited

                           **REDACTED**


The Transferor represents and warrants to the Transferee that:

The Transferor represents and warrants to the Transferee that:

(1) The Transferor is not an affiliate of the Corporation and did not acquire the Shares from an affiliate of the Corporation;

(2) The Shares were acquired in a transaction that did not require registration under the Securities Act of 1933 (the "Act") and were acquired by the Transferor as principal without a view to resale and have been held by the Transferor for a period of at least two years, and;

(3) The Transferor is the beneficial owner of the Shares and has the right to dispose of them in the manner contemplated by this agreement.

This agreement may be executed in one or more counter-parts, each of which so executed shall constitute an original and all of which together shall constitute one and the same agreement.

IN WITNESS WHEREOF, the parties have executed this Agreement effective as of the date of this Agreement.

TRANSFEROR

SIGNATURE OF TRANSFEROR: _[signature]_

NAME OF TRANSFEROR: ROGER DAHLQUIST

TRANSFEREE

SIGNATURE OF TRANSFEREE: _[signature]_

NAME OF TRANSFEREE: Gateway Research Management Group Ltd.

05680-003
ROYAL BANK OF CANADA
1497 West Broadway,
Vancouver, B.C. V6H 1H7
SIGNATURE GUARANTEED

SEC193929

# SHARE TRANSFER AGREEMENT

This Agreement dated effective the __5th__ day of __January__, 200_3_.

BETWEEN:

NAME OF TRANSFEROR:     Richard Green
ADDRESS OF TRANSFEROR:  #701 - 1238 Melville Street
                        Vancouver, BC
                        Canada V6E 4N2

(the "Transferor")

OF THE FIRST PART

AND:

NAMES OF TRANSFEREE:    I.C.H. Investments Limited
ADDRESS OF TRANSFEREE:
                        **REDACTED**

(the "Transferee")

OF THE SECOND PART

THIS AGREEMENT WITNESSES THAT in consideration of an aggregate price of US $1,225.00 in the currency of the United States paid by the Transferee to the Transferor, the receipt and sufficiency of which is acknowledged, and in reliance of the agreements, representations and warranties of the Transferor, the Transferee hereby agrees to purchase from the Transferor, and the Transferor does hereby sell, transfer and assign to the Transferee, 245,000 shares (the "Shares") of the common stock of Sedona Software Solutions Inc. (the "Corporation") free and clear of all liens, charges and encumbrances.

The Transferee represents and warrants to the Transferor that:

(1) The Transferee is acquiring the Shares for its own account for investment purposes,;

(2) The Transferee possesses the financial and business experience to make an informed decision to acquire the Shares and has had access to all information relating to the Company and its business operations which would be necessary to make an informed decision to purchase the Shares; and

(3) The Transferee is not acting as part of any control group and does not have any intent to exercise any control, alone or with others, over the affairs of the Corporation and has not made any arrangements with any party with respect to the voting of or disposition of the Shares.

Receipt of Prospectus:

The Transferees hereby acknowledge receipt of the Prospectus of Sedona Software Solutions, Inc., dated November 16, 2001, together with the Prospectus Supplement No.1 thereto dated February 26, 2002.

Right to Transfer Shares:

The Transferor warrants and represents that Transferor has the full right to sell and transfer the Shares; that Transferor is sole owner of the Shares and has not entered into any other agreement for the sale of the shares to any other individual or entity; that Transferor has consulted with professional advisors of his choice and understands his right and obligations; that Transferor has not granted any options or other rights with respect to the herein transferred Shares; and that such Shares when transferred pursuant hereto will be entirely free and clear of any liens or other encumbrances. Transferor further warrants that the Shares are fully paid and are not subject to any outstanding assessment;

Jurisdiction:

This Agreement shall be construed and enforced in accordance and under the laws of the Province of British Columbia without regard to conflict of laws principles. Any service of process or subpoena in any civil, regulatory or other action to be served upon any of the parties hereto is acknowledged to be effectively served, for all purposes, by sending the same in the same manner as sending a notice as provided in the paragraph below.

Notices:

As to the parties hereto, all notices, requests, demands, and other communications under this Agreement shall be in writing and shall be deemed to have been duly given on the date of service if served personally on the Transferor, or by certified mail, return receipt requested on the third day after mailing if mailed to the Transferor, by first class mail, registered or certified, postage prepaid, and properly addressed as follows:

Transferor:	Richard Green
	#701 - 1238 Melville Street
	Vancouver, BC
	Canada V6E 4N2

Transferee:	I.C.H. Investments Limited

**REDACTED**

SEC193931

The Transferor represents and warrants to the Transferee that:

(1)   The Transferor is not an affiliate of the Corporation and did not acquire the Shares from an affiliate of the Corporation;

(2)   The Shares were acquired in a transaction that did not require registration under the Securities Act of 1933 (the "Act") and were acquired by the Transferor as principal without a view to resale and have been held by the Transferor for a period of at least two years, and;

(3)   The Transferor is the beneficial owner of the Shares and has the right to dispose of them in the manner contemplated by this agreement.

This agreement may be executed in one or more counter-parts, each of which so executed shall constitute an original and all of which together shall constitute one and the same agreement.

IN WITNESS WHEREOF, the parties have executed this Agreement effective as of the date of this Agreement.

TRANSFEROR

SIGNATURE OF TRANSFEROR: *Richard Green*

NAME OF TRANSFEROR: Richard Green

TRANSFEREE

SIGNATURE OF TRANSFEREE: *[signature]*

NAME OF TRANSFEREE: I.C.H Investments Ltd - Kevin Way

# SHARE TRANSFER AGREEMENT

This Agreement dated effective the ___5th___ day of ___January___, 200_3_.

BETWEEN:

NAME OF TRANSFEROR:    Robert Sauer
ADDRESS OF TRANSFEROR: c/o Trimpac Ltd.
                       520 Industrial Avenue
                       Vancouver, B.C. Canada V6A 2P3

(the "Transferor")

OF THE FIRST PART

AND:

NAMES OF TRANSFEREE:   Iguana Investments Limited
ADDRESS OF TRANSFEREE:

REDACTED

(the "Transferee")

OF THE SECOND PART

THIS AGREEMENT WITNESSES THAT in consideration of an aggregate price of US $1,250.00 in the currency of the United States paid by the Transferee to the Transferor, the receipt and sufficiency of which is acknowledged, and in reliance of the agreements, representations and warranties of the Transferor, the Transferee hereby agrees to purchase from the Transferor, and the Transferor does hereby sell, transfer and assign to the Transferee, 250,000 shares (the "Shares") of the common stock of Sedona Software Solutions Inc. (the "Corporation") free and clear of all liens, charges and encumbrances.

The Transferee represents and warrants to the Transferor that:

(1) The Transferee is acquiring the Shares for its own account for investment purposes,

(2)  The Transferee possesses the financial and business experience to make an informed decision to acquire the Shares and has had access to all information relating to the Company and its business operations which would be necessary to make an informed decision to purchase the Shares; and

(3)  The Transferee is not acting as part of any control group and does not have any intent to exercise any control, alone or with others, over the affairs of the Corporation and has not made any arrangements with any party with respect to the voting of or disposition of the Shares.

Receipt of Prospectus:

The Transferees hereby acknowledge receipt of the Prospectus of Sedona Software Solutions, Inc., dated November 16, 2001, together with the Prospectus Supplement No.1 thereto dated February 26, 2002.

Right to Transfer Shares:

The Transferor warrants and represents that Transferor has the full right to sell and transfer the Shares; that Transferor is sole owner of the Shares and has not entered into any other agreement for the sale of the shares to any other individual or entity; that Transferor has consulted with professional advisors of his choice and understands his right and obligations; that Transferor has not granted any options or other rights with respect to the herein transferred Shares; and that such Shares when transferred pursuant hereto will be entirely free and clear of any liens or other encumbrances. Transferor further warrants that the Shares are fully paid and are not subject to any outstanding assessment;

Jurisdiction:

This Agreement shall be construed and enforced in accordance and under the laws of the Province of British Columbia without regard to conflict of laws principles. Any service of process or subpoena in any civil, regulatory or other action to be served upon any of the parties hereto is acknowledged to be effectively served, for all purposes, by sending the same in the same manner as sending a notice as provided in the paragraph below.

Notices:

As to the parties hereto, all notices, requests, demands, and other communications under this Agreement shall be in writing and shall be deemed to have been duly given on the date of service if served personally on the Transferor, or by certified mail, return receipt requested on the third day after mailing if mailed to the Transferor, by first class mail, registered or certified, postage prepaid, and properly addressed as follows:

Transferor:         Robert Sauer
                    c/o Trimpac Ltd.
                    520 Industrial Avenue
                    Vancouver, B.C. Canada V6A 2P3

Transferee:         Iguana Investments Limited

**REDACTED**

SEC193934

The Transferor represents and warrants to the Transferee that:

(1) The Transferor is not an affiliate of the Corporation and did not acquire the Shares from an affiliate of the Corporation;

(2) The Shares were acquired in a transaction that did not require registration under the Securities Act of 1933 (the "Act") and were acquired by the Transferor as principal without a view to resale and have been held by the Transferor for a period of at least two years, and;

(3) The Transferor is the beneficial owner of the Shares and has the right to dispose of them in the manner contemplated by this agreement.

This agreement may be executed in one or more counter-parts, each of which so executed shall constitute an original and all of which together shall constitute one and the same agreement.

IN WITNESS WHEREOF, the parties have executed this Agreement effective as of the date of this Agreement.

TRANSFEROR

SIGNATURE OF TRANSFEROR: _____

NAME OF TRANSFEROR: Robert Sauer

TRANSFEREE

SIGNATURE OF TRANSFEREE: _____

NAME OF TRANSFEREE: Richard King

Iguana Investments Ltd.

SEC193935

# SHARE TRANSFER AGREEMENT

This Agreement dated effective the \_\_\_5th\_\_\_ day of \_\_\_January\_\_\_, 200\_3\_.

BETWEEN:

NAME OF TRANSFEROR: Gregory Layton
ADDRESS OF TRANSFEROR: 4121 St. Georges Ave.
North Vancouver, BC, V7N 1W7
Canada

(the "Transferor")

OF THE FIRST PART

AND:

NAMES OF TRANSFEREE: Warwick Ventures Limited
ADDRESS OF TRANSFEREE:
**REDACTED**

(the "Transferee")

OF THE SECOND PART

THIS AGREEMENT WITNESSES THAT in consideration of an aggregate price of US $1,250.00 in the currency of the United States paid by the Transferee to the Transferor, the receipt and sufficiency of which is acknowledged, and in reliance of the agreements, representations and warranties of the Transferor, the Transferee hereby agrees to purchase from the Transferor, and the Transferor does hereby sell, transfer and assign to the Transferee, 250,000 shares (the "Shares") of the common stock of Sedona Software Solutions Inc. (the "Corporation") free and clear of all liens, charges and encumbrances.

The Transferee represents and warrants to the Transferor that:

(1) The Transferee is acquiring the Shares for its own account for investment purposes,

(2)   The Transferee possesses the financial and business experience to make an informed decision to acquire the Shares and has had access to all information relating to the Company and its business operations which would be necessary to make an informed decision to purchase the Shares; and

(3)   The Transferee is not acting as part of any control group and does not have any intent to exercise any control, alone or with others, over the affairs of the Corporation and has not made any arrangements with any party with respect to the voting of or disposition of the Shares.

Receipt of Prospectus:

The Transferees hereby acknowledge receipt of the Prospectus of Sedona Software Solutions, Inc., dated November 16, 2001, together with the Prospectus Supplement No.1 thereto dated February 26, 2002.

Right to Transfer Shares:

The Transferor warrants and represents that Transferor has the full right to sell and transfer the Shares; that Transferor is sole owner of the Shares and has not entered into any other agreement for the sale of the shares to any other individual or entity; that Transferor has consulted with professional advisors of his choice and understands his right and obligations; that Transferor has not granted any options or other rights with respect to the herein transferred Shares; and that such Shares when transferred pursuant hereto will be entirely free and clear of any liens or other encumbrances. Transferor further warrants that the Shares are fully paid and are not subject to any outstanding assessment;

Jurisdiction:

This Agreement shall be construed and enforced in accordance and under the laws of the Province of British Columbia without regard to conflict of laws principles. Any service of process or subpoena in any civil, regulatory or other action to be served upon any of the parties hereto is acknowledged to be effectively served, for all purposes, by sending the same in the same manner as sending a notice as provided in the paragraph below.

Notices:

As to the parties hereto, all notices, requests, demands, and other communications under this Agreement shall be in writing and shall be deemed to have been duly given on the date of service if served personally on the Transferor, or by certified mail, return receipt requested on the third day after mailing if mailed to the Transferor, by first class mail, registered or certified, postage prepaid, and properly addressed as follows:

Transferor:            Gregory Layton
                       4121 St. Georges Ave.
                       North Vancouver, BC Canada V7N 1W7

Transferee:            Warwick Ventures Limited

**REDACTED**

The Transferor represents and warrants to the Transferee that:

(1) The Transferor is not an affiliate of the Corporation and did not acquire the Shares from an affiliate of the Corporation;

(2) The Shares were acquired in a transaction that did not require registration under the Securities Act of 1933 (the "Act") and were acquired by the Transferor as principal without a view to resale and have been held by the Transferor for a period of at least two years, and;

(3) The Transferor is the beneficial owner of the Shares and has the right to dispose of them in the manner contemplated by this agreement.

This agreement may be executed in one or more counter-parts, each of which so executed shall constitute an original and all of which together shall constitute one and the same agreement.

IN WITNESS WHEREOF, the parties have executed this Agreement effective as of the date of this Agreement.

TRANSFEROR

SIGNATURE OF TRANSFEROR: *[signature]*

NAME OF TRANSFEROR: Gregory Layton

TRANSFEREE

SIGNATURE OF TRANSFEREE: *[signature]*

NAME OF TRANSFEREE: Warwick Ventures Ltd - Mr Stuart Smith

## SHARE TRANSFER AGREEMENT

This Agreement dated effective the ____5th____ day of ____January____, 200~~2~~ 3.

BETWEEN:

NAME OF TRANSFEROR: Reid Anderson
ADDRESS OF TRANSFEROR: #207 - 1425 Marine Drive
W. Vancouver, BC Canada V7T 1B9

(the "Transferor")

OF THE FIRST PART

AND:

NAMES OF TRANSFEREES: Clyde Resources Ltd.          (83,000 Shares)
ADDRESS OF TRANSFEREES:
                       **REDACTED**

_____        (_____Shares)

_____        (_____Shares)

_____        (_____Shares)

_____        (_____Shares)

(the "Transferees")

OF THE SECOND PART

THIS AGREEMENT WITNESSES THAT in consideration of an aggregate price of US $20,750 in the currency of the United States paid by the Transferees to the Transferor, the receipt and sufficiency of which is acknowledged, and in reliance of the agreements, representations and warranties of the Transferor, the Transferee, Clyde Resources Ltd., hereby agrees to purchase

_____Shares (the "Shares") for the price of US $_____ in the currency of the United States, Transferee, Clyde Resources Ltd., hereby agrees to purchase _____ Shares (the "Shares") for the price of US $_____ in the currency of the United States, Transferee, _____, agrees to purchase _____ Shares (the "Shares") for the price of US $_____ in the currency of the United States, Transferee, _____, agrees to purchase _____ Shares (the "Shares") for the price of US $_____ in the currency of the United States, and Transferee, _____ agrees to purchase _____ Shares (the "Shares") for the price of US $_____ in the currency of the United States, (Certificate No. 111, representing 1,000 Shares, and Certificate No. 177, representing 82,000 Shares) of the common stock of Sedona Software Solutions Inc. (the "Corporation") from the Transferor free and clear of all liens, charges and encumbrances.

The Transferees represent and warrant to the Transferor that:

(1)   The Transferees are acquiring the Shares for their own account for investment purposes,;

(2)   The Transferees possess the financial and business experience to make an informed decision to acquire the Shares and have had access to all information relating to the Company and its business operations which would be necessary to make an informed decision to purchase the Shares; and

(3)   The Transferees are not acting as part of any control group and do not have any intent to exercise any control, alone or with others, over the affairs of the Corporation and has not made any arrangements with any party with respect to the voting of or disposition of the Shares.

The Transferees hereby acknowledge receipt of the Prospectus of Sedona Software Solutions, Inc., dated November 16, 2001, together with the Prospectus Supplement No.1 thereto dated February 26, 2002.

The Transferor represents and warrants to the Transferees that:

(1)   The Transferor is not an affiliate of the Corporation and did not acquire the Shares from an affiliate of the Corporation;

(2)   The Transferor warrants and represents that Transferor has the full right to sell and transfer the Shares; that Transferor is sole owner of the Shares and has not entered into any other agreement for the sale of the shares to any other individual or entity; that Transferor has consulted with professional advisors of his choice and understands his right and obligations; that Transferor has not granted any options or other rights with respect to the herein transferred Shares; and that such Shares when transferred pursuant hereto will be entirely free and clear of any liens or other encumbrances. Transferor further warrants that the Shares are fully paid and are not subject to any outstanding assessment;

(3) This Agreement shall be construed and enforced in accordance and under the laws of the State of New York without regard to conflict of laws principles. Any service of process or subpoena in any civil, regulatory or other action to be served upon any of the parties hereto is acknowledged to be effectively served, for all purposes, by sending the same in the same manner as sending a notice as provided in paragraph (5) below.

(4)   The Transferor is the beneficial owner of the Shares and has the right to dispose of them in the manner contemplated by this agreement.

(5) As to Transferor, all notices, requests, demands, and other communications under this Agreement shall be in writing and shall be deemed to have been duly given on the date of service if served personally on the Transferor, or by certified mail, return receipt requested on the third day after mailing if mailed to the Transferor, by first class mail, registered or certified, postage prepaid, and properly addressed as follows:

> Reid Anderson
> #207 - 1425 Marine Drive
> W. Vancouver, BC Canada V7T 1B9

This Agreement may be executed in one or more counter-parts, each of which so executed shall constitute an original and all of which together shall constitute one and the same agreement.

IN WITNESS WHEREOF, the parties have executed this Agreement effective as of the date of this Agreement.

TRANSFEROR:

SIGNATURE OF TRANSFEROR: _[signature]_

NAME OF TRANSFEROR: _Reid Anderson_

TRANSFEREES:

SIGNATURE OF TRANSFEREE: _____ [signature] — Graham Ledford

NAME OF TRANSFEREE: Clyde Resources Ltd. (83,000 Shares)

SIGNATURE OF TRANSFEREE: _____

NAME OF TRANSFEREE: _____ (_____ Shares)

SIGNATURE OF TRANSFEREE: _____

NAME OF TRANSFEREE: _____ (_____ Shares)

SIGNATURE OF TRANSFEREE: _____

NAME OF TRANSFEREE: _____ (_____ Shares)

SIGNATURE OF TRANSFEREE: _____

NAME OF TRANSFEREE: _____ (_____ Shares)


From: Jack Cooper

Re: SEC

To: Michael Unger       202-942-9586

30/10/03

SEC193943