Untitled

1  THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3  In the Matter of:            )
4                               )  File No. HO-09634-A
5  SEDONA SOFTWARE SOLUTIONS    )
6  WITNESS:   Stuart Smith
7  PAGES:     1 through 144
8  PLACE:     100 F Street, N.E.
9             Washington, D.C. 20549
10 DATE:      Tuesday, September 26, 2006
11
12
13     The above-entitled matter came on for hearing, pursuant
14 to notice, at 10:10 a.m.
15
16
17
18
19
20
21
22
23
24           Diversified Reporting Services, Inc.
25                   (202) 467-9200

```
                         Untitled
1    APPEARANCES:

2

3    On behalf of the Securities and Exchange Commission:

4        IVONIA SLADE, ESQUIRE

5        MICHAEL UNGAR, ESQUIRE

6        United States Securities and Exchange Commission

7        100 F Street, N.E.

8        Washington, D.C. 20549

9        202-551-4771

10

11   On behalf of the Witness:

12

13       WILLIAM E. DONNELLY, ESQUIRE

14       LeClair Ryan

15       1701 Pennsylvania Avenue, N.W., Suite 1045

16       Washington, D.C. 20006

17       202-659-6710

18

19

20

21

22

23

24

25
```

39

```
1            THE WITNESS:  But I don't know.

2            BY MS. SLADE:

3        Q   Okay.  Okay.

4        A   I couldn't --
```

Untitled
```
 5            BY MR. UNGAR:
 6       Q    So I just want to clarify something.  When Brian
 7  asked you to be a director of Warwick Ventures, did he tell
 8  you that your only responsibility would be to sign documents?
 9       A    Correct.
10       Q    And that, for that service, you would be paid 2,000
11  per year?
12       A    Correct.
13       Q    Okay.  And at the time that he asked you, were you
14  aware that any of your other friends had a similar
15  arrangement?
16       A    Yes.
17       Q    Okay.  Who were you aware had a similar
18  arrangement?
19       A    I'm sorry.  Once again, I can't -- I don't
20  recollect the time.
21            MR. DONNELLY:  Do you recollect any of the names of
22  people who had a similar arrangement?
23            THE WITNESS:  To date?
24            BY MR. UNGAR:
25       Q    Yeah.
```

40

```
 1            BY MS. SLADE:
 2       Q    Right now do you recall?
 3       A    Yes.  There were numerous -- again, it's all in the
 4  paper as well --
 5       Q    Okay.
 6       A    -- so --
 7       Q    So Eric Collins?
 8       A    Correct.
```
Page 3

```
                         Untitled
 9      Q   He's a friend of yours?
10      A   Yes.
11      Q   And he's someone that you knew was a signature
12  director?
13      A   Yes.
14      Q   Okay.
15          BY MR. UNGAR:
16      Q   Just stop a second.  Are you familiar with the term
17  signature director?
18      A   No.
19      Q   Okay.
20          BY MS. SLADE:
21      Q   Okay.  I'll --
22          BY MR. UNGAR:
23      Q   We're just using it --
24          BY MS. SLADE:
25      Q   -- define it --


41


 1          BY MR. UNGAR:
 2      Q   -- as a director whose sole responsibility is to
 3  sign documents.
 4      A   All right.  Okay.  Fine.
 5          BY MS. SLADE:
 6      Q   So you were aware that Eric Collins was a signature
 7  director for Brian Lines and LOM?
 8      A   I -- again, I couldn't state that as fact.
 9      Q   Okay.
10      A   I didn't know -- I can't say that as fact.
11      Q   Okay.
                         Page 4
```

Untitled

```
12             BY MR. UNGAR:
13        Q    Who --
14             MR. DONNELLY:  I mean is the problem -- you know,
15   maybe -- if you don't mind me jumping in --
16             MR. UNGAR:  No.
17             MS. SLADE:  No.
18             MR. DONNELLY:  Mr. Smith, is the difficulty that
19   it's difficult to separate what you read in a newspaper from
20   what you recall hearing from some other source; is that --
21             THE WITNESS:  I just don't know his relationship
22   with his company --
23             MR. DONNELLY:  Okay.
24             THE WITNESS:  -- with Brian.  So I cannot comment
25   on that in the sense --
```

42

```
 1             BY MR. UNGAR:
 2        Q    How about --
 3        A    -- he could have been a full blown director or --
 4             BY MS. SLADE:
 5        Q    Uh-huh.
 6        A    I can't --
 7             BY MR. UNGAR:
 8        Q    Which other friends of yours do you -- are you
 9   aware ever served in a similar function as you did?  And I'm
10   referring to the function of being a director whose sole
11   responsibility is to sign documents.  For example, are you
12   aware that Kevin Winter got paid from LOM to do that?
13        A    It's a difficult question, 'cause I'm not sure of
14   his relationship with that company, whether he was a
15   signature director or what he was with that company.
```

Untitled

```
16      Q     How about Graham Redford?
17      A     It's the same.
18            BY MS. SLADE:
19      Q     Is he a friend of yours?
20      A     He's a friend of mine too.
21      Q     Okay.  Do you know if he was paid a yearly fee?
22      A     I can't -- again, I believe so, but I cannot --
23      Q     Okay.
24      A     -- categorically state that.
25      Q     Okay.  Is Richard King a friend of yours also?
```

43

```
 1      A     Yes.
 2      Q     Okay.
 3            BY MR. UNGAR:
 4      Q     And do you know whether he was paid to act as a
 5   signature director?
 6      A     I assume.  I can only assume.  I am not sure.
 7      Q     Have you ever -- again, the other -- I guess the
 8   other part of this is have you had any discussions with Kevin
 9   Winter, Eric Collins, Graham Redford, or Richard King --
10      A     Yes.
11      Q     -- about --
12            MR. DONNELLY:  Let's let him --
13            THE WITNESS:  Okay.
14            BY MR. UNGAR:
15      Q     -- about -- it's okay -- about being a signature
16   director for LOM or getting paid to sign documents?
17      A     The question is a little loaded, because I'm not
18   sure if they were signature directors.  I don't know what
```

Untitled

```
19   they were, but, yes, they were grouped with me in the paper,
20   so --
21            BY MS. SLADE:
22       Q   And so you had a conversation with them about being
23   grouped in the paper --
24       A   Yes.
25       Q   -- or -- okay.
```