| COMPANY NAME | Agent Fees Paid | Agent Fee Accurals* | Asst Sec Fees Paid | Asst Sec Fees Accurals. |
|---|---|---|---|---|
| Aberdeen Holdings Limited | 2385(1590) | | | 377.00 |
| Clyde Resources Limited | | 700.00 | | 1,849.55 |
| Gateway Research Management Group Ltd | | 700.00 | | 2,312.50 |
| Iguana Investments Limited. | | | | 2,530.49 |
| REDACTED | | 1,567.00 | | 2,341.65 |
| REDACTED | | 700.00 | | 1,839.95 |
| REDACTED | LAPSED | n/a | | |
| Nottinghill Resources Ltd | | 700.00 | | 1,969.60 |
| Consensus Investments Limited | | | | 2,313.95 |
| SKN Holdings Limited | | | | 1,800.00 |
| C H Investments Inc | | 700.00 | | 1,818.33 |
| REDACTED | | | | 3,115.00 |
| Warwick Ventures Limited | | | | 2,000.00 |
| Totals | 2,385.00 | | | 23,891.02 |

*Based on 2001 Fees

LOM-SDNY-004455

| Directors Fees Paid | Total | DIRECTORS & OFFICERS | COUNTRY OF INCORP. | CORPORATE SECRETARY |
|---|---|---|---|---|
| n/a* | | Brian Lines | Belize | ORCA |
| 2,000.00 | | Graham Redford | Bahamas | McKinney Bancroft & Hughes |
| 2,000.00 | | Kevin Winter | Bahamas | McKinney Bancroft & Hughes |
| 2,000.00 | | Richard King | Cayman | Waterstreet |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | | REDACTED |
| 2,000.00 | | Richard King | Bahamas | McKinney Bancroft & Hughes |
| * | | Brian Lines | Bahamas | Waterstreet |
| 2,000.00 | | Kevin Way | BVI | Waterstreet |
| 2,000.00 | | Kevin Way | Bahamas | Waterstreet |
| REDACTED | | REDACTED | REDACTED | REDACTED |
| 2,000.00 | | Stuart Smith | Cayman | Waterstreet |
| 17,000.00 | 43,276.02 | | | |

* Brian Lines Director

LOM-SDNY-004456

| Directors Address |
|---|
| REDACTED |

| ADDRESS | REDACTED | REDACTED | REDACTED | REDACTED |
|---|---|---|---|---|

LOM-SDNY-004457