| Message0278 ||
|---|---|
| Subject: | Tsf's |
| From: | Brian Lines |
| Date: | 07/01/2003 23:49:50 |
| To: | Sherry Johal |
| Message Body ||

pls tsf $128,333 usd from REDACTED to ICH
pls tsf $128,333 usd from golden accumulator to ICH

tx Brian

P.S i am expecting a package from fedex certs (Sedona Software) pls have them deposited to ICH and have them forwarded to vault for DTC

**Outlook Header Information**

Conversation Topic: Tsf's
Subject: Tsf's
From: Brian Lines
Sender Name: Brian Lines
To: Sherry Johal
Delivery Time: 07/01/2003 23:49:50
Creation Time: 07/01/2003 23:44:44
Modification Time: 07/01/2003 23:49:50
Submit Time: 07/01/2003 23:49:50
Importance: 071
Priority: 070
Sensitivity: 070
Flags: 071
Size: 072294


EXHIBIT
142
March 27/06

file://H:\D&T%20SEARCH\Relevant%20(part%202)\Message0278[31335].html        11/11/2003

CONFIDENTIAL TREATMENT REQUESTED                                           LOM 001516

SEC001360
EXHIBIT-0142-0001