**Scott Hill**

| | |
|---|---|
| From: | Natasha Nunes |
| Sent: | Tuesday, January 14, 2003 1:00 PM |
| To: | Sherry Johal |
| Cc: | Cueva Holder |
| Subject: | RE: Sedona Software Solutions, Inc |

no problem....will send out on a RUSH

-----Original Message-----
From: Sherry Johal
Sent: Tuesday, January 14, 2003 12:59 PM
To: Natasha Nunes
Subject: FW: Sedona Software Solutions, Inc
Importance: High

Natasha,

Per Brian, Can we get this rushed into DTC asap??
Please advise
Thanks
Sherry

-----Original Message-----
From: Sherry Johal
Sent: Tuesday, January 14, 2003 11:08 AM
To: Natasha Nunes
Subject: RE: Sedona Software Solutions, Inc

Stock is to be deposited into ICH Investments A a/c# REDACTED

-----Original Message-----
From: Natasha Nunes
Sent: Tuesday, January 14, 2003 11:01 AM
To: Sherry Johal
Cc: Brian Lines; Scott Hill
Subject: FW: Sedona Software Solutions, Inc

Hi Sherry,
Please confirm which Uptix a/c this cert should be deposited, further as per Brian we will not require an indemnity for this cert.
thanks

-----Original Message-----
From: Natasha Nunes
Sent: Wednesday, January 08, 2003 10:50 AM
To: Sherry Johal
Subject: FW: Sedona Software Solutions, Inc

please advise...

-----Original Message-----
From: Natasha Nunes
Sent: Monday, January 06, 2003 4:50 PM
To: Sherry Johal
Subject: Sedona Software Solutions, Inc

Hi Sherry,
We have rec'd cert no 153 for 245000 shares i/n/o Alfred Fleury. This is sent from Jack Cooper and has a share transfer agreement attached. Further the cover letter to Brian requests for a wire transfer.

Please collect the necessary docs.

thanks

1