| | Message0333 |
|---|---|
| **Subject:** | RE: Sedona share certs |
| **From:** | Natasha Nunes |
| **Date:** | 23/01/2003 15:50:03 |
| **To:** | Brian Lines |
| **CC:** | Cueva Holder |
| | **Message Body** |

Brian,
As discussed we are depositing 327500 shares into DTC.
thanks

-----Original Message-----
From: Brian Lines
Sent: Thursday, January 23, 2003 11:16 AM
To: Natasha Nunes
Subject: RE: Sedona share certs


REDACTED


-----Original Message-----
From: Natasha Nunes
Sent: Thursday, January 23, 2003 11:06 AM
To: Brian Lines
Subject: RE: Sedona share certs


what is the uptix a/c this stock should be deposited...

-----Original Message-----
From: Brian Lines
Sent: Thursday, January 23, 2003 11:05 AM
To: Natasha Nunes
Subject: RE: Sedona share certs


lets get 1/2 into dtc

-----Original Message-----
From: Natasha Nunes
Sent: Thursday, January 23, 2003 11:02 AM
To: Brian Lines
Cc: Sherry Johal; Cueva Holder
Subject: FW: Sedona share certs

Brian,
We have recd 11 certs amounting to 1,095,000 shares. These are all free trading certs and have



EXHIBIT
165
12/3/09

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00247

0421

file://H:\D&T%20SEARCH\Privileged\priv-others%20(v.2)\Message0333[28294].html    12/21/2003

SEC052453

been signed. Please advise if you want to deposit this stock into DTC ?

Please provide an Indemnity and advise which a/c this stock should be deposited.

thanks

-----Original Message-----
From: Cueva Holder
Sent: Tuesday, January 21, 2003 3:56 PM
To: Natasha Nunes
Subject: FW: Sedona share certs


fyi.

-----Original Message-----
From: Brian Lines
Sent: Tuesday, January 21, 2003 3:07 PM
To: Cueva Holder
Cc: Sherry Johal
Subject: FW: Sedona share certs



-----Original Message-----
From: Christine Coleman [mailto:ccoleman@dumoulinblack.com]
Sent: Tuesday, January 21, 2003 1:39 PM
To: Brian Lines
Cc: Corey Dean
Subject: RE: Sedona share certs


Dear Mr. Lines,

The share certificates are coming by FEDEX today. The tracking number will be forwarded to you and Sherry by separate email.

I apologize for the delay. I have sought authorization from Maitland and Company on numerous occasions in order to send the shares to you to no avail. I spoke with Mr. Cooper this morning who authorized me to send the certificates to you.

Please note in my cover letter contains specific instructions as to which individual to deal with at the transfer agent. I have had her review fax copies of the documents to ensure she would be able to transfer them.

Regards,
Christine E. Coleman

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00248

0 4 2 2

DuMoulin Black
10th Floor, 595 Howe Street
Vancouver, British Columbia V6C 2T5
Tel: (604)602-6818
Fax: (604)687-8772
ccoleman@dumoulinblack.com

CONFIDENTIALITY NOTE
The information in this message is confidential and meant only for the use of the person to whom it is addressed. It is also legally privileged. If the recipient of this message is not the addressee or an employee or agent of the addressee and responsible for delivering it to the addressee, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this message in error, please return it to the sender marked "Wrong Address" using the reply function and delete all records of this message from your computer. Thank you.

-----Original Message-----
From: Brian Lines [mailto:Brian.Lines@lom.bm]
Sent: Tuesday, January 21, 2003 5:30 AM
To: Christine Coleman
Subject: Sedona share certs

Christine you were suppose to call Jack and talk to Maitland and company

all the wires have gone out i have not got my certs (you are suppose to be
my lawyer) pls send me the certs this deal trades today

I have fully complied with all the wires to the tune of 387,500
7,500 above what Jackand I originally agreed upon
could you please do a rush for the certs forget getting them re cut now

regards Brian

| Outlook Header Information |
|---|
| Conversation Topic: Sedona share certs<br>Subject: RE: Sedona share certs<br>From: Natasha Nunes<br>Sender Name: Natasha Nunes<br>To: Brian Lines<br>CC: Cueva Holder<br>Received By: Brian Lines<br>Delivery Time: 23/01/2003 15:50:03<br>Creation Time: 27/01/2003 13:12:53 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00249**

0 4 2 3

file://H:\D&T%20SEARCH\Privileged\priv-others%20(v.2)\Message0333[28294].html    12/21/2003

SEC052455

Modification Time: 27/01/2003 13:12:53
Submit Time: 23/01/2003 15:50:03
Importance: 231
Priority: 230
Sensitivity: 230
Flags: 231
Size: 238789

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00250

0 4 2 4