---

**RENAISSANCE MINING CORP.** : http://www.renaissancemining.com/ : *News Releases*

---

📑 **Wed Jan 8, 2003**
## Renaissance Acquires Major Portfolio Of Gold Producing Assets In Latin America

---

BOULDER, COLORADO -- January 8, 2003 -- Renaissance Mining Corp. announces that the Company has signed a letter of intent with Central American Mine Holdings Limited ("CAMHL") to acquire a marquee package of producing gold mines and economic gold deposits in Nicaragua and Panama. The portfolio includes two producing gold mines, the La Libertad and the Bonanza Gold Mines and over 5000 square kilometers of enormous exploration potential in Nicaragua, which includes two former producing gold mines. In Panama, it includes a 50% interest in the Cerro Quema gold deposits. On closing, Renaissance will pay $2.95million and issue 8 million shares to CAMHL, a private Belize mining company focusing on open pit, heap leach gold mines in the Caribbean basin.

Renaissance's Chairman, Anthony Wile, said, "We stated from day one that we were intent on building a portfolio of producing gold mines and economic deposits in Central and South America.

The efforts of our seasoned management team have led to the signing of this agreement and positions us for growth in a strong gold market." The acquisition package consists of the following gold mines and gold deposits:

### The La Libertad Gold Mine -- Nicaragua:
Under the terms of the agreement, the new company will control 90% of the La Libertad open pit, heap leach gold mine located in Nicaragua. This mine was the leading asset of former gold producer Greenstone Resources in the mid 1990's.

The La Libertad mine is to resume production in February and produce 75,000 ounces of gold in 2003 and 85,000 ounces of gold in 2004 and 2005 at an average cash operating cost of $193 per ounce.

The most recent resource estimate was calculated using a gold price of $300 per ounce at a cutoff grade of 0.90 g/tonne. Under these key assumptions, measured and indicated resources are 16.7 million tonnes at an average grade of 2.04 g/tonne or 1.1 million contained ounces.

Current proven and probable mineable reserves are 7.7 million tonnes at an average grade of 2.4 g/tonne or 590,000 ounces. The current resources and mineable reserves are being recalculated at a gold price of $350 per ounce. This calculation should significantly increase reserves and resources.

The La Libertad infrastructure includes heap leach pads, a gold processing plant, crushing facilities and support structures. With a $3.5 million working capital loan in place, the La Libertad site is currently on maintenance shut down to refurbish the existing mobile mining equipment fleet and to install a tertiary crushing circuit.

The property consists of one exploitation concession totaling 109.5 square kilometers (10,950 hectares) and an exploration concession totaling 23.5 square kilometers (2,350



This is
Exhibit No. _____ 8
on the examination of:
T. Louis
SEC  7/25/09
held on _____
VICTORY VERBATIM
Reporting Services
Toronto, Ont.

RNC 0005
CONFIDENTIAL

SEC000706

EXHIBIT-0102-0001

hectares). "Gold occurrences on the Libertad mining property extend over a distance of 16 km but to date only 2.5km has been well explored. Many known ore grade intercepts exist on the concession, which have never been followed up and the potential for developing new reserves is very high," said President and CEO Ian Park.

**The Bonanza Gold Mine and Concessions -- Northeastern Nicaragua:**
The Bonanza Gold Mine currently produces 25,000 to 30,000 ounces of gold per year from open pit and underground workings at an operating cost of approximately $195 per ounce. This mining district has been in continuous production since 1939. Exploration potential close in to the mine consists of a number of newly outlined open pit zones, which need to be evaluated Renaissance will have the right to earn an 80% interest in this mine and three large mining concessions in Northeastern Nicaragua encompassing over 5,000 square kilometers. These concessions were also once part of the exploration portfolio of Greenstone Resources. These concessions cover an area that has been labeled as having "the best exploration potential in Central America" and includes several former producing gold and gold-copper producers.

**Cerro Quema Gold Mining Project -- Panama:**
In Panama, the company will have the right to earn a 50% interest in the Cerro Quema mining project by placing the property into production. The deposit is located in the Azuero peninsula and consists of two distinct resources, the Cerro Quema and La Pava resources. The project is composed of three exploitation concession contracts, all valid for 20 years, and covering a total area of 148.9 square kilometers or 14,893 hectares.

The total reserve estimate for the two deposits as calculated by the previous operator is 12.9 million tonnes at a grade of 1 g/tonne with 403,000 contained ounces. CAMHL has conducted a feasibility study at gold price of $325 per ounce on the La Pava deposit. This deposit is to be an open pit heap leach mine with an annual production rate of 48,000 ounces per year at an average cash operating cost of $185 per ounce.

During the next six months, the company will conduct a second feasibility study to place the Cerro Quema deposit into production.

Ian Park stated, "Renaissance has successfully made the leap from exploration to production in the space of a few short months, in what normally is a cycle of several years. The total annual production that is expected from this portfolio of assets is 100,000 ounces for the year 2003.

That is based solely on the La Libertad and the Bonanza Gold mines. In 2004 we expect to see increased production from La Libertad plus the new production from Cerro Quema. In addition our gold resources are currently 1.2 million ounces at very conservative gold prices. With the very competent mining and construction team from CAMHL and the exploration and financing team from Renaissance, we will be able to build a very successful intermediate gold producer over the next several years. The company will be on the lookout for new mining opportunities to expand our production base." The statements contained in this press release are both historical and "forward-looking" in nature within the meaning of the Private Securities Litigation Reform Act of 1995, and involve a number of risks and uncertainties that could cause actual results to differ materially from those projected, anticipated, expected or implied. The "forward-looking" statements involve risks and uncertainties including those relating to exploration, the establishment of reserves, the recovery of any reserves, future gold production and production costs, and future

RNC 000387
CONFIDENTIAL

SEC000707

EXHIBIT-0102-0002

permitting dates for additional sources of ore. The company undertakes no obligation and has no intention of updating "forward-looking" statements.

Renaissance's Home Page can be accessed on the Internet at: http://www.renaissancemining.com. To speak with our investor relations firm please contact the International Mining Group at 561-620-0101 or visit them at http://www.internationalmininggroup.com
File: http://www.renaissancemining.com/i/pdf/01082003.pdf
   **127 KB, approx. 1 minute, 4 seconds at 28.8Kbps**

Copyright © 2002 by **Renaissance Mining Corp.**   All rights reserved worldwide.
For more information, send questions and comments to info@renaissancemining.com
*This page was created on Wed Jan 22, 2003 at 5:59:08 AM Pacific Time.*

RNC 000388
CONFIDENTIAL

43

SEC000708

EXHIBIT-0102-0003

# RENAISSANCE ACQUIRES MAJOR PORTFOLIO OF GOLD PRODUCING ASSETS IN LATIN AMERICA

BOULDER, COLORADO – January 6, 2003 – Renaissance Mining Corp. announces that the Company has signed a letter of intent with Central American Mine Holdings Limited ("CAMHL") to acquire a marquee package of producing gold mines and economic gold deposits in Nicaragua and Panama. The portfolio includes two producing gold mines, the La Libertad and the Bonanza Gold Mines and over 5000 square kilometers of enormous exploration potential in Nicaragua, which includes two former producing gold mines. In Panama, it includes a 50% interest in the Cerro Quema gold deposits. On closing, Renaissance will pay $2.95million and issue 8 million shares to CAMHL, a private Belize mining company focusing on open pit, heap leach gold mines in the Caribbean basin.

Renaissance's Chairman, Anthony Wile, said, "We stated from day one that we were intent on building a portfolio of producing gold mines and economic deposits in Central and South America. The efforts of our seasoned management team have led to the signing of this agreement and positions us for growth in a strong gold market."

*The acquisition package consists of the following gold mines and gold deposits:*

### The La Libertad Gold Mine – Nicaragua:

Under the terms of the agreement, the new company will control 90% of the La Libertad open pit, heap leach gold mine located in Nicaragua. ~~This mine was the leading asset of former gold producer Greenstone Resources in the mid 1990's.~~

The La Libertad mine is to resume production in February and produce 75,000 ounces of gold in 2003 and 85,000 ounces of gold in 2004 and 2005 at a cash operating cost of $193 per ounce.

The most recent resource estimate was calculated using a gold price of $300 per ounce at a cutoff grade of 0.90 g/tonne. Under these key assumptions, measured and indicated resources are 16.7 million tonnes at an average grade of 2.04 g/tonne or 1.1 million contained ounces. Current proven and probable mineable reserves are 7.7 million tonnes at an average grade of 2.4 g/tonne or 590,000 ounces. The current resources and mineable reserves are being recalculated at a gold price of $340 per ounce. This calculation should significantly increase reserves and resources.

The La Libertad infrastructure includes heap leach pads, a gold processing plant, crushing facilities and support structures. With a $3.5 million financing in place, the La Libertad site is currently on maintenance shut down to refurbish the existing mobile mining equipment fleet and to install a tertiary crushing circuit.

RNC 000389
CONFIDENTIAL

SEC000709

EXHIBIT-0102-0004