<MENU> to return to headlines.                              64 n **Equity CN**

Sedona Software Solutions to Acquire Renaissance Mining; LOM          Page 1/6

CCN Jan 21 2003  0:05

Capital Limited to Assist With $6 Million Financing
NEWS RELEASE TRANSMITTED BY CCNMatthews

FOR:  SEDONA SOFTWARE SOLUTIONS INC.

OTC Bulletin Board SYMBOL:  SSSI

JANUARY 21, 2003

Sedona Software Solutions to Acquire Renaissance Mining;
LOM Capital Limited to Assist With $6 Million Financing

BOULDER, COLORADO--Sedona Software Solutions, Inc. ("SSSI") is
pleased to announce that it has signed a Letter of Intent ("LOI")
with Renaissance Mining Corp. ("Renaissance"), whereby SSSI will
acquire by merger all of the issued and outstanding common shares
of Renaissance.  SSSI is a publicly traded company with no assets
and no outstanding liabilities.  SSSI proposes to change its name
to Renaissance Mining Holding Corp., and Renaissance Mining Corp.
will be a 100% owned subsidiary.

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P.
                                                                            G689-890-1 26-Jan-05 16:36:07



SEC003537

EXHIBIT-0191-0001

\<MENU\> to return to headlines.                          64 n **Equity** **CN**

Sedona Software Solutions to Acquire Renaissance Mining; LOM          Page 2/6

CCN Jan 21 2003 0:05

Closing of the transaction is subject to negotiation of a
definitive purchase documentation, and satisfaction of other
contingencies as set forth in the LOI.  In connection with the
merger, Bermuda based LOM Capital Limited has agreed to assist
Renaissance, by serving as its investment banker with a private
equity financing of $6,000,000 USD at a price of $3 per share,
subject to satisfactory completion of due diligence.

"We at Sedona are very excited by the opportunities provided by
our merger with Renaissance. Renaissance has experienced rapid
growth during the past 3 months, and we expect that growth will
continue.  Previously, Renaissance announced the signing of a
letter of intent to acquire gold producing properties in Central
America, which upon consummation of the transaction, will leave
Renaissance poised to become a significant intermediate gold
producer.  Our goal, through Renaissance, is to continue building
the Renaissance production portfolio over the next 24 months and
to ultimately become one of the premier intermediate gold
producers in the world," says Anthony Wile, Sedona's new chairman
and the chairman of Renaissance.

Australia 61 2 9777 8600          Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P.
G685-890-1 26-Jan-05 16:36:42

SEC003538

EXHIBIT-0191-0002

<MENU> to return to headlines.                                    64 n **Equity CN**

Sedona Software Solutions to Acquire Renaissance Mining; LOM            Page 3/6

CCN Jan 21 2003  0:05

SSSI will effect this transaction by forming an acquisition
subsidiary that will merge with Renaissance Mining Corp, with
each stockholder of Renaissance receiving one common share of
SSSI for each share of Renaissance held.  SSSI currently has
5,341,000 common shares issued and outstanding.  Upon closing of
the merger SSSI will redeem or otherwise retire 3,206,000 common
shares that are held by current officers and directors.
Renaissance Mining Corp. currently has approximately 4,307,300
common shares outstanding, and will be issuing an additional
8,000,000 common shares to CAMHL under the terms of a recently
signed letter of intent.

As noted above, LOM Capital Limited will serve as an investment
banker for Renaissance Mining Corp. which is offering $6 million
of its securities in a private placement transaction, pursuant to
which Renaissance will issue up to 2 million shares of its common
stock.  Following completion of the merger, the private equity
placement, and the CAMHL mining property acquisition, the total
number of common shares outstanding in the new post merger
company will be approximately 16,442,300 common shares.

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P.
G689-890-1 26-Jan-05 16 36 44

SEC003539

EXHIBIT-0191-0003

<MENU> to return to headlines.                    64 n **Equity** **CN**

Sedona Software Solutions to Acquire Renaissance Mining; LOM        Page 4/6
CCN Jan 21 2003 0:05

In addition, all officers and directors of SSSI have resigned
effective immediately and Renaissance Mining Corp.'s Chairman,
Anthony Wile has assumed the position of Chairman of SSSI.  Ian
Park, Renaissance's President and CEO has been appointed the new
President and CEO of SSSI.

SSSI's new President and CEO, Ian Park says, "Renaissance has a
great opportunity to develop into a leading intermediate gold
producer.  We have successfully developed a two-tier company that
has firmly positioned itself with a strong production and
exploration portfolio in Latin America, as well as an exceptional
exploration portfolio in Red Lake, Ontario.  Our acquisition and
production teams will be evaluating a number of key new
production assets that will increase our already significant
production portfolio."

The statements contained in this press release are both
historical and "forward looking" in nature within the meaning of
the Private Securities Litigation Reform Act of 1995, and involve
a number of risks and uncertainties that could cause actual
results to differ materially from those projected, expected,

SEC003540

EXHIBIT-0191-0004

<MENU> to return to headlines.                    64 n Equity CN

Sedona Software Solutions to Acquire Renaissance Mining; LOM          Page 5/6
CCN Jan 21 2003  0:05

anticipated or implied.  The "forward looking" statements involve
risks and uncertainties including those related to exploration,
the establishment of reserves, the recovery of any reserves,
future gold production and production costs, and future
permitting dates for additional sources of ore.  The Company
undertakes no obligation and has no intention of updating
"forward looking" statements.

Renaissance Mining's website can be visited at
www.renaissancemining.com.  To speak with our investor relations
firm, please contact the International Mining Group at
561-620-0101 or visit them at www.internationalmininggroup.com.

On behalf of the Board

Anthony Wile - Chairman

-30-

FOR FURTHER INFORMATION PLEASE CONTACT:

Australia 61 2 9777 8600          Brazil 5511 3048 4500          Europe 44 20 7330 7500          Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P.
                                                                              G685-890-1 26-Jan-05 16:36:48

SEC003541

EXHIBIT-0191-0005

<MENU> to return to headlines.                    64 n **Equity** **CN**

Sedona Software Solutions to Acquire Renaissance Mining; LOM         Page 6/6
CCN Jan 21 2003  0:05
Sedona Software Solutions Inc.
Anthony Wile
Chairman
(604) 681-6334

INDUSTRY:  MNG
SUBJECT:  TMN

-0-
â
-0- Jan/21/2003  5:05 GMT
ä

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P.
                                                                                        G689-890-1 26-Jan-05 16:36:50

SEC003542

EXHIBIT-0191-0006