Live tapes - October 24, 2008 00:01:00 a.m.

```
21:1              MALE VOICE:  We got $10 million of expiration
   2   results that have never been announced.
   3              MR. LINES:   That sounds good.
   4              MALE VOICE:  Yeah, very good.  All right my man.
   5              MR. LINES:   All right man, we will talk to you
   6   later.
   7              MALE VOICE:  Bye.
   8              MR. LINES:   Thanks, bye-bye.
   9              (End of recording.)
  10
  11                                            BL_20030114a.wav
  12              MR. LINES:   Brian, may I help you?
  13              MALE VOICE:  How are you?
  14              MR. LINES:   Hey Tony.  I'm good thank you.  How are
  15   you doing?
  16              MALE VOICE:  Oh man, you are going to shit your
  17   fucking pants when you see what we have got going on.
  18              MR. LINES:   I like it.
  19              MALE VOICE:  All I got to do is pull up my laptop
  20   and show you that we have 1,400 people from around the world
  21   come through our website in the last four days, and I will
  22   show you this.
  23              MR. LINES:   Yeah?
  24              MALE VOICE:  And every fucking one of them asked me
  25   of how they can buy a stock and what the symbol is going to
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
22:1   be.  I wanted to make it (inaudible) placement.  This is
   2   ridiculous.
   3          MR. LINES:  Yeah.
   4          MALE VOICE:  But it is going to be I think the
   5   biggest deal of the year in the United States (inaudible)
   6   deal.
   7          MR. LINES:  I think you are probably right on that.
   8          MALE VOICE:  I think it is going to look just like
   9   that SWG and maybe a fuck of a lot better.
  10          MR. LINES:  Yep.
  11          MALE VOICE:  We will get a chance to talk of that
  12   when we are over there.  Our float is ridiculously low, and I
  13   am telling you, man, you won't believe this fucking shit.
  14   Ian is coming back from Managua today.  He just acquired
  15   three more mines for us, the rest of the share team, the
  16   other 50 percent and the rest of the (inaudible), and we are
  17   going to have the Honduran mine that belongs to Greenstone as
  18   well which gives us everything they had plus a lot more.
  19          MR. LINES:  That sounds great.  So we are on our
  20   way.  So you guys are coming down here to do a presentation
  21   with us, aren't you, as well?
  22          MALE VOICE:  We are coming.  We get in Wednesday
  23   afternoon at 3:30.
  24          MR. LINES:  Next Wednesday or this Wednesday?
  25          MALE VOICE:  This Wednesday.  We are going to be
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
23:1    (inaudible) fucking Friday.
   2            MR. LINES:  Tomorrow, you are coming tomorrow?
   3            MALE VOICE:  Yeah.
   4            MR. LINES:  That sounds great.
   5            MALE VOICE:  And we will do the presentation.  I
   6    think we should do the presentation Thursday morning.
   7            MR. LINES:  Thursday morning is fine.
   8            MALE VOICE:  And then let's have dinner tomorrow
   9    night, and I am just going to bring my laptop and just show
  10    you -- all you need to do is walk in and you are just going
  11    to smile from ear to ear.
  12            MR. LINES:  Sounds great.
  13            MALE VOICE:  It is fucking crazy.
  14            MR. LINES:  Yep.
  15            MALE VOICE:  But, you know, the Bonanza, let me
  16    tell you this, the Bonanza Mine up north, we had $10 million
  17    of Greenstone money fund exploration up there, which is the
  18    main reason I want you to see this.  We know we got $2
  19    million (inaudible) more of resources that we can announce,
  20    and what we are going to do is we are going to joint venture
  21    another OTC bulletin board shell, and I got every fucking
  22    whore over here in the U.S. who is a major size coming now
  23    wanting to be that whore with the shell, you know?
  24            MR. LINES:  Yep.
  25            MALE VOICE:  And me and Jared are just holding out
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
24:1    and holding out like it is crazy.  We are pulling this
   2    elastic tighter than you can imagine, and once the
   3    Renaissance thing comes public and starts to trade, then we
   4    will choose, but we have many of them on the table, we will
   5    choose the best one for everybody, and then we got to do the
   6    same kind of deal there, same end for you, and we are going
   7    to do like a $35 million share float on that one.
   8            MR. LINES:  Okay.
   9            MALE VOICE:  And it is going to option the ground
  10    on the Bonanza, which we know -- and the slogan for that
  11    company is 'Strike the Bonanza,' and let me tell you man, we
  12    are going to fucking strike that Bonanza.  We already know
  13    where we got to drill.  I mean it is a simple fucking thing.
  14            MR. LINES:  Yeah, I know.  And we are in a hot gold
  15    market, too, Tony, basically.  And you know something?  I
  16    think you just put our name on that and they are going to run
  17    your stock basically right now.
  18            MALE VOICE:  Oh, and in terms of the private
  19    placement, my guys over here at the International Mining
  20    Group raised $750,000 in the last two days of that.  Like we
  21    are not going to have to (inaudible) if we don't want to.
  22            MR. LINES:  I know.  So you are here tomorrow, are
  23    you?
  24            MALE VOICE:  Oh yeah.
  25            MR. LINES:  Okay, we will have dinner tomorrow
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
25:1    night.  That sounds great, Tony.
   2            MALE VOICE:  What time do you want to have dinner
   3    tomorrow?  I will call you when we get --
   4            MR. LINES:  We are going to Little Venice
   5    basically.  Let's say we meet at 7:30 or something.  Now are
   6    you bringing Ian down too?
   7            MALE VOICE:  Oh yeah, and Bob Chapman and -- here
   8    is what I got going on.  If you want to have it, you can have
   9    the whole shot.  Those guys, there was no need for the
  10    analysts to come over, but I am going to have -- like I will
  11    show you the eight analysts that are the true guys working on
  12    this deal.
  13            MR. LINES:  Right.
  14            MALE VOICE:  And Chapman wants to be patched in
  15    because he wants to tell everybody exactly --
  16            MR. LINES:  So you have got Chapman coming too?
  17            MALE VOICE:  He was going to come over, but he is
  18    going to patch himself in.
  19            MR. LINES:  Okay great.
  20            MALE VOICE:  Those guys are getting their reports
  21    ready for Friday afternoon.  We are signing the letter of
  22    intent today with the Sedona people so we can be ready -- we
  23    are ready to announce it Friday, we are going to get all the
  24    news services, DJ, and all that set up, and then this thing
  25    is going to come out Monday like a fucking blizzard, but we
```

Live tapes - October 24, 2008 00:01:00 a.m.

```
26:1   got to talk to you about the strategy there because we got
   2   five knock out punches we can deliver for press, which means
   3   five great short squeezes that we can pull off here whenever
   4   we want to do it.
   5           MR. LINES:  Right.  Okay, that sounds great.
   6           MALE VOICE:  Oh yeah, I can't wait.
   7           MR. LINES:  So I will see you tomorrow, we will
   8   have dinner at 7:30 at Little Venice, and we will do a
   9   presentation Thursday.
  10           MALE VOICE:  And we will get things rolling.
  11           MR. LINES:  Sounds great, Tony.
  12           MALE VOICE:  All right man.
  13           MR. LINES:  Thanks, bye-bye.
  14           (End of recording.)
  15
  16                                           BL_20030114b.wav
  17           MALE VOICE:  Hello.
  18           MR. LINES:  Hey Jack.
  19           MALE VOICE:  Yeah.
  20           MR. LINES:  How you doing man?
  21           MALE VOICE:  Good, good.
  22           MR. LINES:  Okay, let's do some accounting real
  23   quick, okay.  Take your pen down here, okay?
  24           MALE VOICE:  Yep.
  25           MR. LINES:  Okay, I have wired the following wires,
```