BL_20030117e.wav

8          * * * * *

9          MR. LINES:  Brian.  May I help?

10         MR. WILE:  Hey, Brian.  It's Tony.  Quick question.

11         MR. LINES:  Uh-huh?

12         MR. WILE:  I made that change for you.

13         MR. LINES:  Yes.

14         MR. WILE:  Chapman was just asking me here.  He's

15  working on his report.  And he wanted to know what your

16  involvement was that he can talk about with SWG, if anything.

17         MR. LINES:  No.  I'd rather him not talk about any

18  of that.

19         MR. WILE:  Okay.  He won't then.

20         MR. LINES:  No.

21         MR. WILE:  I'm  make sure.

22         MR. LINES:  I'm just invested in all this stuff,

23  man.

24         MR. WILE:  I'll make sure of it.

25         MR. LINES:  The last financing I did was fucking

1  eight years ago on that thing.

2         MR. WILE:  Really?

3         MR. LINES:  Yeah.

4         MR. WILE:  Jeez, awhile ago.  Don't about it

5  (inaudible) mention it.

6         MR. LINES:  Eight years ago, yeah.  I wouldn't have

7  mentioned the past.  People know who I am, man.

8         MR. WILE:  Oh, we know that.

9         MR. LINES:  Yeah.

10         MR. WILE:  No problem.  Especially around the

11   pedophile clinics.  What?

12         MR. LINES:  What?  Shut up!

13         (Laughter)

14         I wouldn't mention all that stuff, man.  That's

15  just -- that doesn't do anything for anyone.

16         MR. WILE:  There's nothing in there coming out like

17   that.

18         MR. LINES:  Yeah.  All right?

19         MR. WILE:  Worry not.

20         MR. LINES:  Okay.  Good.

21          MR. WILE:  Have a good day.  I'll talk to you later

22   on about after the close.

23          MR. LINES:  All right.

24          MR. WILE:  Bye.

25                    * * * * *