BL_20030120c.wav

12              * * * * *

13       MR. LINES:  Hey, Tony.

14       MR. WILE:  Good morning, guy.

15       MR. LINES:  How are you doing?

16       MR. WILE:  Couldn't be much better.

17       MR. LINES:  Good.

18       MR. WILE:  I got some reports I'm going to send

19  over to you that went out this weekend.  They'll be up on

20  CITCO later today.  But basically, Bob Chapman put out a

21  report, which he shows a lot of numerical calculations in

22  there and shows why it's a 62-dollar stock today in terms of

23  value.  David Morgan put out a report.  And he talks about

24  50-dollars-plus a share easily within the next six months

25  based on existing value, which people start to realize what's

1  here.

2       So this thing, based on the amount of emails we've

3  gotten this weekend alone -- which we got 380 new ones this

4  weekend, asking how they buy the stock and what's the

5  symbol -- is going to be like a fucking rocket ship when it

6  opens up, huh?

7       MR. LINES:  Yeah, I would think so.

8       MR. WILE:  So you've got to set the rung fucking

9  high because we can't run out here too soon, you know what I

10  mean?

11       MR. LINES:  Yeah, I know.

12       MR. WILE:  Let them rates -- if we only sell a

13  couple of hundred tomorrow at the top end, that's cool, you

14  know?

15       MR. LINES:  Okay.

16       MR. WILE:  Because otherwise, we're going to be

17  gone in an hour.  I mean, literally.

18       MR. LINES:  Yeah.

19       MR. WILE:  And then we're going to do a fast

20  registration as soon as we possibly can, you know?

21          MR. LINES:  Okay.  So you've been talking to

22   Maitland and everything?  And they're all set with everything

23   now?

24          MR. WILE:  Everything is ready to go.

25          MR. LINES:  Okay, great.  So we're all set.

1      MR. WILE: Hell, yeah. The directors have

2  resigned. I became chairman of SSSI. And we put out our --

3  the announcement, because it was five minutes after midnight

4  tonight. But we've already posted it on CITCO and on our Web

5  site because no one could act on it, you know?

6      MR. LINES: Right.

7      MR. WILE: And the lawyers already approved the

8  press release, which you should have a copy of.

9      MR. LINES: Okay.

10      MR. WILE: And on your thing there. But other than

11  that, it's just insane. And we've got meetings. I'd like

12  you, if you can do this -- if you can attend this meeting.

13  It's a very private meeting of 12 people at the Wedgewood

14  Hotel Saturday night. It's Bob Chapman, myself, Ian Park,

15  and then nine or ten other guys who are very, very, very,

16  very, very senior, established promoters in the mining

17  industry, guys who together, as a group, were all part of a

18  big team here. We're going to make this the biggest play,

19  area play, of the cycle (inaudible).

20      MR. LINES: What is the Wedgewood Hotel?

21         MR. WILE:  Vancouver.

22         MR. LINES:  Oh, it is?

23         MR. WILE:  Oh, yeah.  It's the famous -- you know,

24 it's a real famous (inaudible) hangout.

25         MR. LINES:  Okay.

1   MR. WILE:  But their second floor.  It's a private

2   room that we booked.  And there's going to be a few other

3   public companies there who are coming in to Nicaragua.  It's

4   something that we're doing as a group in Mexico that's

5   another 50-million-dollar acquisition package that these guys

6   are bringing in.

7   But basically, Renaissance is going to be the lead

8   horse of the cycle for all these guys.  And they're all

9   coming in with their deals, and they're going to be

10  (inaudible) heavy on what we're doing in Nicaragua, and

11  they're all coming in to get big pieces of what we've got on

12  northern Nicaragua, you know?

13   MR. LINES:  That sounds good, man.

14   MR. WILE:  Yeah.  If you'd like to sit in on that,

15  I'll talk and see what Bob -- I'm sure it's okay.  And you

16  know, it would probably be something you should probably be

17  at, you know?

18   MR. LINES:  Okay.

19   MR. WILE:  All right?

20   MR. LINES:  Let me see. I'm -- I've just had --

21  I've just come off a bout of the flu this weekend.  So I

22  mean -- (Laughter).

23          MR. WILE:  Well, this week should help perk up

24  your -- should help fix you up a little bit.

25          MR. LINES:  That sounds good.

1       MR. WILE:  Yeah.  It's going to be pretty goddamn
2  exciting what's going to happen here.  Chapman thinks it's
3  going to open around 15.  I think that's a little high.  But
4  there's a private placement, and we've sold out about three-
5  and-a-half million of that now in a little over a week at
6  three U.S.  And the rest of it will be gone within two or
7  three days of this thing opening up.  So that's pretty damn
8  good.
9       MR. LINES:  Okay.
10       (Simultaneous conversation)
11       MR. LINES:  So tomorrow morning, where do you want
12  to open this thing?
13       MR. WILE:  Well, (inaudible) north of 10; there's
14  no question about that.  I mean, if we open up less than
15  that, we'll have no stock left because the bidding is going
16  to be ferocious on this thing, huh?
17       MR. LINES:  Yeah.  Okay.  So I'll --
18       MR. WILE:  It's a matter of, we've got the supply.
19  So let's see where the bids come in.  I think we set the rung
20  high and let them reach.  And if we have to (inaudible) for

21  15 or 20 then see what these guys come up to because it's

22  going to come --

23          MR. LINES:  Well, at the beginning of the game, the

24  game is to actually go to bid stock, right?

25          MR. WILE:  Is to what?

1          MR. LINES:  Go ahead and bid some stock.

2          MR. WILE:  Oh, I would think so.

3          MR. LINES:  Yeah.

4          MR. WILE:  Because, you know, who's going to combat

5   it?  I think there should be some good bids in there at, you

6   know, eight, nine, ten.  And these guys are going to reach

7   over the top of that in a second.  I mean, even my uncle

8   called me and said, "Look. I'd like to buy 100 here at 10 or

9   12.  Will you do it?"  I said no.

10         MR. LINES:  All right.

11         MR. WILE:  (Inaudible) I know I'm going to eat it

12  at 15.  So what's the point?

13         MR. LINES:  Yeah.

14         MR. WILE:  You know?  So the answer is no.  No

15  favors on this one, huh?

16         MR. LINES:  (Laughter) All right.  Well, that

17  sounds good.  I'm going to talk to Corey and make sure he --

18  I get the rest of my stock, basically, before we can get that

19  through DTC.

20         MR. WILE:  (Laughter) Absolutely.

21          MR. LINES:  All right.  Good.  All right, Tony.

22  Well, give me a call later today -- first thing tomorrow

23  morning before this thing opens up again.

24          MR. WILE:  Oh, don't worry.  I'll call you about a

25  half an hour or 45 minutes before, and I will be getting

1  you -- this afternoon I'm sending out Bob Chapman's report to
2  all of the people who are in our database.  You know, it's
3  something they should see.  It's a report on us, and it's the
4  first thing that (inaudible) put a target price on it.
5       Between you and me, which I'll tell you this, we
6  have the San Andreas gold mine to bring into our portfolio,
7  which (inaudible).  And I'll tell you this.  It shouldn't go
8  on the street.  We're going to do that within six weeks.
9  That's a steady producer.  It's produced 100,000 alphas for
10  the last four-and-a-half years on an annual basis.  It was
11  the only other mine Greenstone had.  And we own it.  It's
12  ours.  The same guys we took this from were bringing it in.
13       MR. LINES:  Oh, that's great.  So you've got the
14  whole kit and caboodle now.
15       MR. WILE:  Well, it's going to give us 200,000
16  ounces of annual production now, which puts us straight up in
17  the top of the heap.  But as soon as I get that, we need 12
18  million for the Serotima.  We need five or six million to
19  bring the deposits in northern Nicaragua into production.
20  And I'm going to need about another 20 million to upgrade and

21  take these other mines into the Libertad, the Bonanza, and

22  the San Andreas to maximum production.

23      So we're going to go to Goldman.  We're getting

24  everything put together for a real good institutional

25  presentation where we can really show why we need 50 to 75

```
 1  million.  And this new asset package in Mexico that we have

 2  the ability to acquire, which is just fucking huge, will

 3  demonstrate that we need really 100 million and that it's the

 4  perfect product for them at this time.  They need it.  They

 5  got nothing else out there that they can do.

 6          And we're going to get ourselves nice big board

 7  listing here within the next three to four months based on

 8  the acquisitions we're going to do.  And I'm going to walk

 9  you to get the money from them.  So I'm taking Duck Santassle

10  (phonetic) down.  I'm taking Ian Park and Collin Votage, and

11  we're going to go in there and do a great job.

12          And they need us, and we need them.  So what the

13  fuck?

14          MR. LINES:  That sounds good.

15          MR. WILE:  Absolutely.  And then, you know, we'll

16  reign supreme in this racket for awhile.

17          MR. LINES:  That sounds great, man.

18          MR. WILE:  Anyway, tomorrow let's see what we do.

19  But it should be a hell of a take.

20          MR. LINES:  Okay.  Well, make sure you call me,
```

21   okay?

22          MR. WILE:  I'll call you in the morning.  I'm going

23   to leave it in your hands to handle the ship, my man.

24          MR. LINES:  Thank you.

25          MR. WILE:  Let's not give it away cheap.

1       MR. LINES: All right.

2       MR. WILE: Bye.

3              * * * * *