# THE INTERNATIONAL FORECASTER

## SPECIAL NEWS BULLETIN
### By
### Robert Chapman, Editor
### Phone & Fax: 941-639-4756
### E-mail: bif4653@comcast.net

**RENAISSANCE MINING CORP.**
**SYMBOL: SSSI – OTCBB**
**Current Price US$10.00**

It happens very rarely in a mining analyst's career that a company surfaces that is truly the "Dream Team" of the mining industry. Renaissance Mining Corp is that company and I am recommending Renaissance as my top pick for the year 2003. We have analyzed countless mining companies over my extensive career as an independent mining analyst and we have never felt so strongly about the future of a single company. Renaissance is now available to be purchased by the global investment community and we expect to see an immediate rise in the share price of this company as investors wakeup to the enormous potential in their holdings.

The company has just announced today that they are being acquired as a wholly owned subsidiary by Sedona Software Systems (SSSI – OTCBB). We expect to see Renaissance graduate from the OTCBB to a major exchange within the next 2 quarters and subsequently attract a major financing from a top tier institution. They'll be knocking on Renaissance's door. They always do. Renaissance also announced that as part of the proposed transaction LOM Capital Limited is facilitating a $5 million private placement at $3/share.

Simple analysis of recent history would reveal that Greenstone Resources was a $1billion market capitalized company in 1996 when gold was trading at roughly $360-$375. Renaissance has acquired the marquee assets that were the backbone of the Greenstone production portfolio and other economic deposits that Greenstone did not own. Further analysis would reveal that Greenstone had over $100 million in debt on their books. Renaissance Mining Corp has none. Pound for pound gold is trading in roughly the same price range and we believe it is going much higher. So if you take a previous market cap of approximately $1billion and divide it by approximately 16 million (number of shares Renaissance will have post merger, post acquisitions, and post financings) **YOU HAVE A $62 STOCK PRICE.** We know that seems scary but the facts are what they are. We have been right on from day one about this company and we have total faith in the ability of the management to deliver on future results and that Renaissance will exceed what Greenstone accomplished.

*Renaissance has two separate and distinct strategies that position the company for exceptional growth.*

Firstly, Renaissance has acquired a blockbuster package of producing gold mines and economic deposits in Latin America. (See attached Press Release – Renaissance Acquires Major Portfolio of Gold Producing Assets in Latin America). The portfolio is highlighted with the acquisition of the La Libertad gold mine which was the "Crown Jewel" gold mine of former

RNC 000379
CONFIDENTIAL

EXHIBIT
# 107
7-31-05 Ho-9654

SEC000722

EXHIBIT-0107-0001

powerhouse gold producer Greenstone Resources. I was fortunate to be an early shareholder in Greenstone back in the early 90's when Renaissance's President and CEO, Ian Park built that company into a $1 billion company that was a member of the TSE 300 Index. Greenstone was mismanaged and driven into bankruptcy in 1999 by a new senior management team that did not include Ian Park or Colin Bowdidge. Furthermore, Renaissance does not pay salaries to senior management and all officers and directors work exclusively for equity.

Renaissance will produce over 100,000 ounces of gold from 2 existing gold mines in 2003 at a cost of well below $200 per ounce and they have additional economic deposits that will be brought into production in 2004. Renaissance is currently recalculating their reserves at La Libertad and Bonanza as previous calculations were based on $300 gold. Recalculations are being done using a gold price of $350 and we expect substantial increases in mineable reserves. This could stimulate a major move in the share price. **If gold does anything close to what we think it can over the next year the potential for Renaissance to develop into a $2 - $3 billion company could be a reality.** It is highly probable that Renaissance will produce well in excess of 200,000 ounces in 2004 with greater production capabilities going forward. These production forecasts do not include the tremendous capability that exists for further expansion of reserves, particularly at the La Libertad and Bonanza Mines. It is also highly likely that there will be more producing gold mines acquired.

Secondly, Red Lake, Ontario is the hottest exploration area in the world and Renaissance Mining is a leading explorer in the region. In 1996, Goldcorp was on their last legs as a producing gold company with a fledging gold mine known as the Dickenson Mine. The Vice President of Exploration at the Dickenson mine was Robert "Dutch" Van Tassell. It is Dutch who architected the 11th hour drill program that led to the now historic discovery that has made Goldcorp a multi-billion dollar success, and the world's richest goldmine. Dutch retired from Goldcorp in 1998 on his 65th birthday for personal reasons but has recently come out of retirement to join the board of Renaissance. Since he joined the company, Renaissance has been aggressively acquiring many strategic high-grade gold properties that are all excellent opportunities for another Goldcorp style discovery.

In summary, the potential that Renaissance has to develop into a leading intermediate gold producer over the next couple of years is amazing. Renaissance's portfolio of producing gold mines in Latin America speaks for itself. If any company is capable of discovering the next Goldcorp in the Red Lake/Birch Uchi region we believe it is Renaissance Mining. This company is the "Dream Team" of the mining business and I believe that a $1 billion market capitalization is highly likely and will most likely be exceeded. Interested investors should visit the company's website at www.renaissancemining.com or contact their investor relations firm the International Mining Group at 561-620-0101.

<u>January 17, 2003 – News Release</u>
**RENAISSANCE MINING GOES PUBLIC**
**SYMBOL: SSSI – OTCBB – Current Price $10.00**

### SEDONA SOFTWARE SYSTEMS TO ACQUIRE RENAISSANCE MINING
- LOM Capital Limited to assist with $6 Million Financing –

BOULDER COLORADO – January 17th, 2003 – SSSI, is extremely pleased to announce that Renaissance has signed a Letter of Intent (LOI) with Sedona Software Systems, Inc. (SSSI – OTCBB), whereby SSSI will acquire by merger all of the issued and outstanding common shares of Renaissance Mining Corp. SSSI is a publicly traded company with no assets and no outstanding liabilities. SSSI proposes to change its name to Renaissance Mining Holding Corp., and Renaissance Mining Corp. will be a 100% owned subsidiary.

RNC 000380
CONFIDENTIAL

SEC000723

EXHIBIT-0107-0002

Closing of the transaction is subject to negotiation (or execution) of definitive purchase documentation, and satisfaction of other contingencies as set forth in the LOI. In connection with the merger, Bermuda based LOM Capital Limited has agreed to assist Renaissance, by serving as its investment banker with a private equity financing of $6,000,000 USD at a price of $3 per share, subject to satisfactory completion of due diligence.

"We at Renaissance are very excited by the opportunities provided by our merger with SSSI. Renaissance has experienced rapid growth during the past 3 months; we intend to continue that growth. Our merger with SSSI will give Renaissance the opportunity to access the public capital markets, with greater resources and without the substantial market discount imposed by the capital markets on private companies. With the previously announced letter of intent to acquire significant gold producing properties in Central America, Renaissance stands poised to become a significant intermediate gold producer. Our goal is to continue building the Renaissance production portfolio over the next 24 months and to ultimately become one of the premier intermediate gold producers in the world," says Anthony Wile, Renaissance's Chairman.

SSSI will effect this transaction by forming an acquisition subsidiary that will merge with Renaissance Mining Corp, with each stockholder of Renaissance receiving one common share of SSSI for each share of Renaissance held. SSSI currently has 5,341,000 common shares issued and outstanding. Upon closing of the merger SSSI will redeem or otherwise retire 3,206,000 common shares that are held by current officers and directors. Renaissance Mining Corp. currently has approximately 4,307,300 common shares outstanding, and will be issuing an additional 8,000,000 common shares to CAMHL under the terms of a recent property acquisition agreement. (See January 8th press release – Renaissance Acquires Major Portfolio of Gold Producing Assets in Latin America).

As noted above, LOM Capital Limited will serve as an investment banker for Renaissance Mining Corp., which is offering $6 million of its securities in a private placement transaction, pursuant to which Renaissance will issue up to 2 million shares of its common stock. Following completion of the merger, the private equity placement, and the CAMHL mining property acquisition, the total number of common shares outstanding in the new post merger company will be approximately 16,442,300 common shares.

In addition, all officers and directors of SSSI have resigned effective immediately and Renaissance Mining Corp.'s Chairman, Anthony Wile has assumed the position of Chairman of SSSI. Ian Park, Renaissance's President and CEO has been appointed the new President and CEO of SSSI. SSSI's new President and CEO, Ian Park says, "Renaissance has a great opportunity to develop into a leading intermediate gold producer. We have successfully developed a two-tier company that has firmly positioned itself with a strong production and exploration portfolio in Latin America, as well as an exceptional exploration portfolio in Red Lake, Ontario. Our acquisition and production teams will be evaluating a number of key new production assets that will increase our already significant production portfolio. Access to the public markets will provide us with the necessary capital to meet our desired objectives."

The statements contained in this press release are both historical and "forward looking" in nature within the meaning of the Private Securities Litigation Reform Act of 1995, and involve a number of risks and uncertainties that could cause actual results to differ materially from those projected, expected, anticipated or implied. The "forward looking" statements involve risks and uncertainties including those related to exploration, the establishment of reserves, the recovery of any reserves, future gold production and production costs, and future permitting dates for additional sources of ore. The Company undertakes no obligation and has no intention of updating "forward looking" statements.

Renaissance Mining's website can be visited at www.renaissancemining.com. To speak with our investor relations firm, please contact the International Mining Group at 561-620-0101 or visit them at www.internationalmininggroup.com.

RNC 000381
CONFIDENTIAL

SEC000724

EXHIBIT-0107-0003

# RENAISSANCE ACQUIRES MAJOR PORTFOLIO OF GOLD PRODUCING ASSETS IN LATIN AMERICA

BOULDER, COLORADO – January 8th, 2003 – Renaissance Mining Corp. announces that the Company has signed a letter of intent with Central American Mine Holdings Limited ("CAMHL") to acquire a marquee package of producing gold mines and economic gold deposits in Nicaragua and Panama. The portfolio includes two producing gold mines, the La Libertad and the Bonanza gold mines and over 5000 square kilometers of enormous exploration potential in Nicaragua, which includes two former producing gold mines. In Panama, it includes a 50% interest in the Cerro Quema gold deposits. On closing, Renaissance will pay $2.95 million and issue 8 million shares to CAMHL, a private Belize mining company focused on open pit, heap leach gold mines in the Caribbean basin.

Renaissance Chairman, Anthony Wile, said, " We stated from day one that we were intent on building a portfolio of producing gold mines and economic deposits in Central and South America. The efforts of our seasoned management team have led to the signing of this agreement and positions us for growth in a strong gold market."

*The acquisition package consists of the following gold mines and gold deposits:*

### La Libertad Gold Mine – Nicaragua:

Under the terms of the agreement, the new company will control 90% of the La Libertad open pit, heap leach gold mine located in Nicaragua. This mine was the leading asset of former gold producer Greenstone Resources in the mid 1990's.

The La Libertad mine is to resume production in February and produce 75,000 ounces of gold in 2003 and 85,000 ounces of gold in 2004 and 2005 at an average cash operating cost of $193 per ounce.

The most recent resource estimate was calculated using a gold price of $300 per ounce at a cutoff grade of 0.90 g/tonne. Under these key assumptions, measured and indicated resources are 16.7 million tonnes at an average grade of 2.04 g/tonne or 1.1 million contained ounces. Current proven and probable mineable reserves are 7.7 million tonnes at an average grade of 2.4 g/tonne or 590,000 ounces. The current resources and mineable reserves are being recalculated at a gold price of $350 per ounce. This calculation should significantly increase reserves and resources.

La Libertad infrastructure includes heap leach pads, a gold processing plant, crushing facilities and support structures. With a $3.5 million working capital loan in place, the La Libertad site is currently on maintenance shut down to refurbish the existing mobile mining equipment fleet and to install a tertiary crushing circuit.

The property consists of one exploitation concession totaling 109.5 square kilometers (10,950 hectares) and an exploration concession totaling 23.5 square kilometers (2,350 hectares).

"Gold occurrences on the Libertad mining property extend over a distance of 16 kilometers but to date only 2.5 kilometers have been well explored. Many known ore grade intercepts exist on this concession, which have never been followed up and the potential for developing new reserves is very high," said President and CEO Ian Park.

RNC 000382
CONFIDENTIAL

SEC000725

EXHIBIT-0107-0004

### The Bonanza Gold Mine and Concessions – Northeastern Nicaragua:

The Bonanza Gold Mine currently producing 25,000 to 30,000 ounces per year from open pit and underground workings at an operating cost of approximately $195 per ounce. This mining district has been in continuous production since 1939. Exploration potential close into the mine consists of a number of newly outlined open pit zones, which need to be evaluated.

Renaissance will have the right to earn an 80% interest in this mine and three large mining concessions in Northeastern Nicaragua encompassing over 5000 square kilometers. These concessions were also once part of the exploration portfolio of Greenstone Resources. These concessions cover an area that has been labeled as having "the best exploration potential in Central America" and includes several former producing gold and gold-copper producers.

### Cerro Quema Gold Mining Project – Panama:

In Panama, the Company will have the right to earn a 50% interest in the Cerro Quema mining project by placing the property into production. The deposit is located in the Azuero peninsula and consists of two distinct resources, the Cerro Quema and the La Pava resources. The project is composed of three exploitation concession contracts, all valid for 20 years, and covering a total area of 148.9 square kilometers or 14,893 hectares.

The total reserve estimate for the two deposits as calculated by the previous operator is 12.9 million tonnes at a grade of 1 g/tonne with 403,000 contained ounces. CAMHL has conducted a feasibility study at a gold price of $325 per ounce on the La Pava deposit. This deposit is to be an open pit heap leach mine with an annual production rate of 48,000 ounces per year at an average cash operating cost of $185 per ounce.

During the next six months, the Company will conduct a second feasibility study to place the Cerro Quema deposit into production.

Ian Park stated, "Renaissance has successfully made the leap from exploration to production in the space of a few short months, in what normally is a cycle of several years. The total annual production that is expected from this portfolio of assets is 100,000 ounces for the year 2003. That is based solely on the La Libertad and the Bonanza Gold mines. In 2004 we expect to see increased production from La Libertad plus the new production from the Cerro Quema. In addition our gold resources are currently 1.2 million ounces at very conservative gold prices. With the very competent mining and construction team from CAMHL and the exploration and financing team from Renaissance, we will be able to build a very successful intermediate gold producer over the next several years. The company will be on the lookout for new mining opportunities to expand our production base."

The statements contained in this press release are both historical and "forward looking" in nature within the meaning of the Private Securities Litigation Reform Act of 1995, and involve a number of risks and uncertainties that could cause actual results to differ materially from those projected, expected, anticipated or implied. The "forward looking" statements involve risks and uncertainties including those related to exploration, the establishment of reserves, the recovery of any reserves, future gold production and production costs, and future permitting dates for additional sources of ore. The Company undertakes no obligation and has no intention of updating "forward looking" statements.

Renaissance Mining's website can be visited at www.renaissancemining.com. To speak with our investor relations firm, please contact the International Mining Group at 561-620-0101 or visit them at www.internationalmininggroup.com.

RNC 000383
CONFIDENTIAL

SEC000726

EXHIBIT-0107-0005