8                                                      Equity **HP**

## Comp/CLOSE/PRICE

SEDONA SOFTWARE SOLUTION (SSSI   US)    PRICE .001    V    Page 1 / 8

Range **5/21/02** to **9/25/03**    Period **D** Daily    HI 9.35  ON 1/21/03

USD    Market **U** Trade    AVE 1.6686  VL 2979

LOW .00013  ON 7/18/03

| | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | | | | F | 9/ 5 | | | F | 8/15 | | |
| T | 9/25 | .001 | 3000 | T | 9/ 4 | .01 | 300 | T | 8/14 | | |
| W | 9/24 | | | W | 9/ 3 | | | W | 8/13 | | |
| T | 9/23 | .001 | 500 | T | 9/ 2 | | | T | 8/12 | | |
| M | 9/22 | | | M | 9/ 1 | | | M | 8/11 | | |
| F | 9/19 | | | F | 8/29 | | | F | 8/ 8 | | |
| T | 9/18 | | | T | 8/28 | | | T | 8/ 7 | | |
| W | 9/17 | | | W | 8/27 | | | W | 8/ 6 | | |
| T | 9/16 | | | T | 8/26 | | | T | 8/ 5 | | |
| M | 9/15 | | | M | 8/25 | | | M | 8/ 4 | | |
| F | 9/12 | | | F | 8/22 | | | F | 8/ 1 | | |
| T | 9/11 | | | T | 8/21 | | | T | 7/31 | | |
| W | 9/10 | | | W | 8/20 | | | W | 7/30 | | |
| T | 9/ 9 | | | T | 8/19 | | | T | 7/29 | | |
| M | 9/ 8 | | | M | 8/18 | | | M | 7/28 | | |

Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2003 Bloomberg L.P.
G718-891-1 02-Dec-03 9:17:04


```
<HELP> for explanation.                                    N161 Equity HP

Comp/CLOSE/PRICE                                             Page  2 / 8
SEDONA SOFTWARE SOLUTION (SSSI     US)     PRICE .001        V    $
                                                          HI 9.35    ON  1/21/03
   Range 5/21/02 to 9/25/03    Period D Daily            AVE 1.6686  VL     2979
                          USD  Market T Trade            LOW  .00013 ON  7/18/03
```

| | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 7/25 | | | F | 7/ 4 | | | F | 6/13 | | |
| T | 7/24 | | | T | 7/ 3 | | | T | 6/12 | | |
| W | 7/23 | | | W | 7/ 2 | | | W | 6/11 | | |
| T | 7/22 | | | T | 7/ 1 | | | T | 6/10 | | |
| M | 7/21 | | | M | 6/30 | .05 | 100 | M | 6/ 9 | | |
| | | | | | | | | | | | |
| F | 7/18 | L.00013 | 2000 | F | 6/27 | | | F | 6/ 6 | | |
| T | 7/17 | | | T | 6/26 | .25 | 1000 | T | 6/ 5 | .25 | 1100 |
| W | 7/16 | | | W | 6/25 | | | W | 6/ 4 | .60 | 4000 |
| T | 7/15 | | | T | 6/24 | | | T | 6/ 3 | .55 | 500 |
| M | 7/14 | | | M | 6/23 | | | M | 6/ 2 | .55 | 200 |
| | | | | | | | | | | | |
| F | 7/11 | | | F | 6/20 | | | F | 5/30 | | |
| T | 7/10 | | | T | 6/19 | | | T | 5/29 | | |
| W | 7/ 9 | | | W | 6/18 | | | W | 5/28 | | |
| T | 7/ 8 | .05 | 500 | T | 6/17 | | | T | 5/27 | | |
| M | 7/ 7 | | | M | 6/16 | .25 | 200 | M | 5/26 | | |

```
Australia 61 2 9777 8600       Brazil 5511 3048 4500   Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2003 Bloomberg L.P.
                                                                               G718-891-1 02-Dec-03 9:17:05
```

SEC-CANGIANO-0002236

```
<HELP> for explanation.                                              N161 Equity HP

Comp/CLOSE/PRICE                                                   Page  3 / 8
SEDONA SOFTWARE SOLUTION (SSSI      US)       PRICE .001        V    $
                                                              HI 9.35    ON 1/21/03
   Range  5/21/02   to  9/25/03     Period D Daily           AVE 1.6686  VL   2979
                                USD  Market U Trade          LOW .00013  ON 7/18/03
     DATE   PRICE   VOLUME       DATE   PRICE   VOLUME        DATE   PRICE   VOLUME
  F  5/23                     F  5/ 2                      F  4/11
  T  5/22   .60      800      T  5/ 1                      T  4/10   .50       800
  W  5/21                     W  4/30                      W  4/ 9
  T  5/20   .55      500      T  4/29                      T  4/ 8   .51      3000
  M  5/19                     M  4/28                      M  4/ 7

  F  5/16   .55     5000      F  4/25   .50      500       F  4/ 4
  T  5/15   .55     1000      T  4/24                      T  4/ 3   .50      1000
  W  5/14                     W  4/23   .50      100       W  4/ 2   .75      9700
  T  5/13                     T  4/22                      T  4/ 1   .25      2000
  M  5/12                     M  4/21                      M  3/31                 1500

  F  5/ 9                     F  4/18                      F  3/28
  T  5/ 8                     T  4/17                      T  3/27
  W  5/ 7   .62      400      W  4/16                      W  3/26
  T  5/ 6                     T  4/15                      T  3/25
  M  5/ 5                     M  4/14                      M  3/24   .95      8400
Australia 61 2 9777 8600      Brazil 5511 3048 4500    Europe 44 20 7330 7500   Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2003 Bloomberg L.P.
                                                                         G718-891-1 02-Dec-03 9:17:06
```

SEC-CANGIANO-0002237

```
<HELP> for explanation.                                          N161 Equity HP

Comp/CLOSE/PRICE                                                  Page  4 / 8
SEDONA SOFTWARE SOLUTION (SSSI    US)      PRICE .001         V   $
                                                          HI 9.35    ON 1/21/03
     Range 5/21/02 to 9/25/03    Period D Daily          AVE 1.6686  VL    2979
                            USD   Market T Trade         LOW .00013  ON 7/18/03
```

|   | DATE  | PRICE | VOLUME |   | DATE  | PRICE | VOLUME |   | DATE  | PRICE | VOLUME |
|---|-------|-------|--------|---|-------|-------|--------|---|-------|-------|--------|
| F | 3/21  | .70   | 6100   | F | 2/28  |       |        | F | 2/ 7  |       |        |
| T | 3/20  |       |        | T | 2/27  | .38   | 1300   | T | 2/ 6  |       |        |
| W | 3/19  |       |        | W | 2/26  | .25   | 200    | W | 2/ 5  |       |        |
| T | 3/18  | .55   | 2700   | T | 2/25  | .25   | 8000   | T | 2/ 4  |       |        |
| M | 3/17  |       |        | M | 2/24  | .31   | 9200   | M | 2/ 3  |       |        |
|   |       |       |        |   |       |       |        |   |       |       |        |
| F | 3/14  |       |        | F | 2/21  | .75   | 25300  | F | 1/31  |       |        |
| T | 3/13  |       |        | T | 2/20  | .70   | 19800  | T | 1/30  |       |        |
| W | 3/12  |       |        | W | 2/19  | .80   | 700    | W | 1/29  | 6.60  | 54900  |
| T | 3/11  | .55   | 2500   | T | 2/18  | .90   | 400    | T | 1/28  | 8.10  | 73400  |
| M | 3/10  |       |        | M | 2/17  |       |        | M | 1/27  | 9.15  | 53700  |
|   |       |       |        |   |       |       |        |   |       |       |        |
| F | 3/ 7  | .50   | 1600   | F | 2/14  | .90   | 37100  | F | 1/24  | 9.30  | 61800  |
| T | 3/ 6  |       |        | T | 2/13  | .90   | 51600  | T | 1/23  | 9.15  | 40500  |
| W | 3/ 5  |       |        | W | 2/12  | 2.30  | 52300  | W | 1/22  | 9.20  | 149000 |
| T | 3/ 4  |       |        | T | 2/11  |       |        | T | 1/21  | H9.35 | 314100 |
| M | 3/ 3  | .25   | 1200   | M | 2/10  |       |        | M | 1/20  |       |        |

Australia 61 2 9777 8600       Brazil 5511 3048 4500       Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2003 Bloomberg L.P.
                                                                                       G718-891-1 02-Dec-03  9:17:07

SEC-CANGIANO-0002238

```
<HELP> for explanation.                                    N161 Equity HP

Comp/CLOSE/PRICE                                              Page  5 / 8
SEDONA SOFTWARE SOLUTION (SSSI    US)       PRICE .001    V    $
                                                     HI 9.35   ON  1/21/03
     Range  5/21/02  to  9/25/03    Period D Daily  AVE 1.6686  VL    2979
                             USD    Market U Trade  LOW  .00013  ON 7/18/03
     DATE  PRICE  VOLUME       DATE  PRICE  VOLUME     DATE  PRICE  VOLUME
  F   1/17                 F  12/27                F  12/ 6
  T   1/16                 T  12/26                T  12/ 5
  W   1/15                 W  12/25                W  12/ 4
  T   1/14                 T  12/24                T  12/ 3
  M   1/13                 M  12/23                M  12/ 2

  F   1/10                 F  12/20                F  11/29
  T   1/ 9                 T  12/19                T  11/28
  W   1/ 8                 W  12/18                W  11/27
  T   1/ 7                 T  12/17                T  11/26
  M   1/ 6                 M  12/16                M  11/25

  F   1/ 3                 F  12/13                F  11/22
  T   1/ 2                 T  12/12                T  11/21
  W   1/ 1                 W  12/11                W  11/20
  T  12/31                 T  12/10                T  11/19
  M  12/30                 M  12/ 9                M  11/18
```

Australia 61 2 9777 8600      Brazil 5511 3048 4500     Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2003 Bloomberg L.P.
                                                                               G718-891-1 02-Dec-03  9:17:08

SEC-CANGIANO-0002239

```
<HELP> for explanation.                                    N161 Equity HP

Comp/CLOSE/PRICE                                             Page  6 / 8
SEDONA SOFTWARE SOLUTION (SSSI     US)      PRICE .001     V    $
                                                        HI 9.35    ON  1/21/03
  Range  5/21/02  to  9/25/03     Period D Daily       AVE 1.6686   VL    2979
                           USD    Market  T Trade      LOW .00013   ON  7/18/03
```

| DATE  | PRICE | VOLUME |   | DATE  | PRICE | VOLUME |   | DATE | PRICE | VOLUME |
|-------|-------|--------|---|-------|-------|--------|---|------|-------|--------|
| F 11/15 |     |        | F | 10/25 |       |        | F | 10/ 4 |      |        |
| T 11/14 |     |        | T | 10/24 |       |        | T | 10/ 3 |      |        |
| W 11/13 |     |        | W | 10/23 |       |        | W | 10/ 2 |      |        |
| T 11/12 |     |        | T | 10/22 |       |        | T | 10/ 1 |      |        |
| M 11/11 |     |        | M | 10/21 |       |        | M | 9/30  |      |        |
| F 11/ 8 |     |        | F | 10/18 |       |        | F | 9/27  |      |        |
| T 11/ 7 |     |        | T | 10/17 |       |        | T | 9/26  |      |        |
| W 11/ 6 |     |        | W | 10/16 |       |        | W | 9/25  |      |        |
| T 11/ 5 |     |        | T | 10/15 |       |        | T | 9/24  |      |        |
| M 11/ 4 |     |        | M | 10/14 |       |        | M | 9/23  |      |        |
| F 11/ 1 |     |        | F | 10/11 |       |        | F | 9/20  |      |        |
| T 10/31 |     |        | T | 10/10 |       |        | T | 9/19  |      |        |
| W 10/30 |     |        | W | 10/ 9 |       |        | W | 9/18  |      |        |
| T 10/29 |     |        | T | 10/ 8 |       |        | T | 9/17  |      |        |
| M 10/28 |     |        | M | 10/ 7 |       |        | M | 9/16  |      |        |

```
Australia 61 2 9777 8600       Brazil 5511 3048 4500       Europe 44 20 7330 7500       Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2003 Bloomberg L.P.
                                                                                G718-891-1 02-Dec-03  9:17:08
```

SEC-CANGIANO-0002240

```
<HELP> for explanation.                                         N161 Equity HP
```

## Comp/CLOSE/PRICE

```
                                                                       Page  7 / 8
SEDONA SOFTWARE SOLUTION (SSSI      US)        PRICE .001        V     $
                                                            HI 9.35      ON  1/21/03
    Range  5/21/02  to  9/25/03    Period D Daily           AVE 1.6686   VL     2979
                              USD  Market T Trade           LOW .00013   ON  7/18/03
```

| | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 9/13 | | | F | 8/23 | | | F | 8/ 2 | | |
| T | 9/12 | | | T | 8/22 | | | T | 8/ 1 | | |
| W | 9/11 | | | W | 8/21 | | | W | 7/31 | | |
| T | 9/10 | | | T | 8/20 | | | T | 7/30 | | |
| M | 9/ 9 | | | M | 8/19 | | | M | 7/29 | | |
| | | | | | | | | | | | |
| F | 9/ 6 | | | F | 8/16 | | | F | 7/26 | | |
| T | 9/ 5 | | | T | 8/15 | | | T | 7/25 | | |
| W | 9/ 4 | | | W | 8/14 | | | W | 7/24 | | |
| T | 9/ 3 | | | T | 8/13 | | | T | 7/23 | | |
| M | 9/ 2 | | | M | 8/12 | | | M | 7/22 | | |
| | | | | | | | | | | | |
| F | 8/30 | | | F | 8/ 9 | | | F | 7/19 | | |
| T | 8/29 | | | T | 8/ 8 | | | T | 7/18 | | |
| W | 8/28 | | | W | 8/ 7 | | | W | 7/17 | | |
| T | 8/27 | | | T | 8/ 6 | | | T | 7/16 | | |
| M | 8/26 | | | M | 8/ 5 | | | M | 7/15 | | |

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500           Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2003 Bloomberg L.P.
                                                                                        G718-891-1 02-Dec-03 9:17:09

SEC-CANGIANO-0002241

```
<HELP> for explanation.                                         N161 Equity HP

Comp/CLOSE/PRICE                                                   Page  8 / 8
SEDONA SOFTWARE SOLUTION (SSSI    US)       PRICE .001      V    $
                                                       HI 9.35     ON  1/21/03
    Range  5/21/02  to  9/25/03       Period D Daily   AVE 1.6686  VL     2979
                              USD     Market  T Trade  LOW .00013  ON  7/18/03
```

| | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 7/12 | | | F | 6/21 | | | F | 5/31 | | |
| T | 7/11 | | | T | 6/20 | | | T | 5/30 | | |
| W | 7/10 | | | W | 6/19 | | | W | 5/29 | | |
| T | 7/ 9 | | | T | 6/18 | | | T | 5/28 | | |
| M | 7/ 8 | | | M | 6/17 | | | M | 5/27 | | |
| | | | | | | | | | | | |
| F | 7/ 5 | | | F | 6/14 | | | F | 5/24 | | |
| T | 7/ 4 | | | T | 6/13 | | | T | 5/23 | | |
| W | 7/ 3 | | | W | 6/12 | | | W | 5/22 | | |
| T | 7/ 2 | | | T | 6/11 | | | T | 5/21 | .03 | 300 |
| M | 7/ 1 | | | M | 6/10 | | | | | | |
| | | | | | | | | | | | |
| F | 6/28 | | | F | 6/ 7 | | | | | | |
| T | 6/27 | | | T | 6/ 6 | | | | | | |
| W | 6/26 | | | W | 6/ 5 | | | | | | |
| T | 6/25 | | | T | 6/ 4 | | | | | | |
| M | 6/24 | | | M | 6/ 3 | | | | | | |

Australia 61 2 9777 8600         Brazil 5511 3048 4500      Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2003 Bloomberg L.P.
                                                                                        G718-891-1 02-Dec-03  9:17:10

SEC-CANGIANO-0002242