## Tammy M. Chapman

**From:** Anthony Wile [wile@renaissancemining.com]
**Sent:** Monday, January 20, 2003 11:30 AM
**To:** chapman@hbcboulder.com
**Subject:** Renaissance Mining Update


SPECIAL NEWS
BULLETIN Internat...

We are writing this e-mail in response to repeated requests for information regarding how you may now purchase shares of Renaissance Mining Corp on the open market. As you know, we have just signed an agreement with Sedona Software Solutions (SSSI - OTCBB) and Renaissance is no longer a private company. Sedona Software Solutions is a publicly traded company and the trading symbol is SSSI. The shares of SSSI are available to be purchased on the (OTCBB) - over the counter market. As a result, the net effect is that by purchasing shares of SSSI you are purchasing shares in Renaissance Mining Corp. The name of Sedona will be changed to Renaissance Holding Corp., and Renaissance Mining Corp will be a 100% owned subsidiary of Renaissance Holding Corp. Any publicly traded shares purchased in SSSI will simply become shares in Renaissance Holding Corp once the name change and symbol change have taken effect.

Attached is a copy of a Special News Bulletin that was issued by one of the world's leading independent mining analysts - Bob Chapman. We encourage you to read the report and expect many analysts to start to cover Renaissance. We will be sending any credible analyst reports that are written regarding Renaissance Mining solely for information purposes. This report is not endorsed by Renaissance Mining Corp, and is not being sent to you as an inducement to purchase shares in Renaissance.

Any financing opportunities via private placements or otherwise will be communicated to you by our investor relations firm - the International Mining Group. Communication will be disseminated via telephone and/or e-mail. Once again, thank you for your expressed interest. To contact the International Mining Group please phone 561-620-0101 or visit their website at www.internationalmininggroup.com

Kindest Regards,

Anthony W. Wile - Chairman
Renaissance Mining Corp.
1942 Broadway, Suite 314
Boulder, Colorado  80302

www.renaissancemining.com

NOTICE: This communication (including attachments) is covered by the Electronic Communication Privacy Act, U.S.C. Sections 2510-2521, is confidential, and may contain privileged information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this communication or any of the information contained herein. Also, please notify sender that you have received this e-mail in error, and delete the copy you received. Thank

1

HBC-3040

you.

HBC-3041

HBC2-0026

SEC011623



# THE INTERNATIONAL FORECASTER

## SPECIAL NEWS BULLETIN
### By
### Robert Chapman, Editor
### Phone & Fax: 941-639-4756
### E-mail: bif4653@comcast.net

### RENAISSANCE MINING CORP.
### SYMBOL: SSSI – OTCBB
### Current Price US$10.00

It happens very rarely in a mining analyst's career that a company surfaces that is truly the "Dream Team" of the mining industry. Renaissance Mining Corp is that company and I am recommending Renaissance as my top pick for the year 2003. We have analyzed countless mining companies over my extensive career as an independent mining analyst and we have never felt so strongly about the future of a single company. Renaissance is now available to be purchased by the global investment community and we expect to see an immediate rise in the share price of this company as investors wakeup to the enormous potential in their holdings.

The company has just announced today that they are being acquired as a wholly owned subsidiary by Sedona Software Systems (SSSI – OTCBB). We expect to see Renaissance graduate from the OTCBB to a major exchange within the next 2 quarters and subsequently attract a major financing from a top tier institution. They'll be knocking on Renaissance's door. They always do. Renaissance also announced that as part of the proposed transaction LOM Capital Limited is facilitating a $5 million private placement at $3/share.

Simple analysis of recent history would reveal that Greenstone Resources was a $1billion market capitalized company in 1996 when gold was trading at roughly $360-$375. Renaissance has acquired the marquee assets that were the backbone of the Greenstone production portfolio and other economic deposits that Greenstone did not own. Further analysis would reveal that Greenstone had over $100 million in debt on their books. Renaissance Mining Corp has none. Pound for pound gold is trading in roughly the same price range and we believe it is going much higher. So if you take a previous market cap of approximately $1billion and divide it by approximately 16 million (number of shares Renaissance will have post merger, post acquisitions, and post financings) **YOU HAVE A $62 STOCK PRICE.** We know that seems scary but the facts are what they are. We have been right on from day one about this company and we have total faith in the ability of the management to deliver on future results and that Renaissance will exceed what Greenstone accomplished.

*Renaissance has two separate and distinct strategies that position the company for exceptional growth.*

Firstly, Renaissance has acquired a blockbuster package of producing gold mines and economic deposits in Latin America. (See attached Press Release – Renaissance Acquires Major Portfolio of Gold Producing Assets in Latin America). The portfolio is highlighted with the acquisition of the La Libertad gold mine which was the "Crown Jewel" gold mine of former

HBC-2525

HBC2-0027

SEC011624

powerhouse gold producer Greenstone Resources. I was fortunate to be an early shareholder in Greenstone back in the early 90's when Renaissance's President and CEO, Ian Park built that company into a $1 billion company that was a member of the TSE 300 Index. Greenstone was mismanaged and driven into bankruptcy in 1999 by a new senior management team that did not include Ian Park or Colin Bowdidge. Furthermore, Renaissance does not pay salaries to senior management and all officers and directors work exclusively for equity.

Renaissance will produce over 100,000 ounces of gold from 2 existing gold mines in 2003 at a cost of well below $200 per ounce and they have additional economic deposits that will be brought into production in 2004. Renaissance is currently recalculating their reserves at La Libertad and Bonanza as previous calculations were based on $300 gold. Recalculations are being done using a gold price of $350 and we expect substantial increases in mineable reserves. This could stimulate a major move in the share price. **If gold does anything close to what we think it can over the next year the potential for Renaissance to develop into a $2 - $3 billion company could be a reality.** It is highly probable that Renaissance will produce well in excess of 200,000 ounces in 2004 with greater production capabilities going forward. These production forecasts do not include the tremendous capability that exists for further expansion of reserves, particularly at the La Libertad and Bonanza Mines. It is also highly likely that there will be more producing gold mines acquired.

Secondly, Red Lake, Ontario is the hottest exploration area in the world and Renaissance Mining is a leading explorer in the region. In 1996, Goldcorp was on their last legs as a producing gold company with a fledging gold mine known as the Dickenson Mine. The Vice President of Exploration at the Dickenson mine was Robert "Dutch" Van Tassell. It is Dutch who architected the 11th hour drill program that led to the now historic discovery that has made Goldcorp a multi-billion dollar success, and the world's richest goldmine. Dutch retired from Goldcorp in 1998 on his 65th birthday for personal reasons but has recently come out of retirement to join the board of Renaissance. Since he joined the company, Renaissance has been aggressively acquiring many strategic high-grade gold properties that are all excellent opportunities for another Goldcorp style discovery.

In summary, the potential that Renaissance has to develop into a leading intermediate gold producer over the next couple of years is amazing. Renaissance's portfolio of producing gold mines in Latin America speaks for itself. If any company is capable of discovering the next Goldcorp in the Red Lake/Birch Uchi region we believe it is Renaissance Mining. This company is the "Dream Team" of the mining business and I believe that a $1 billion market capitalization is highly likely and will most likely be exceeded. Interested investors should visit the company's website at www.renaissancemining.com or contact their investor relations firm the International Mining Group at 561-620-0101.

<u>January 17, 2003 – News Release</u>
<u>**RENAISSANCE MINING GOES PUBLIC**</u>
<u>**SYMBOL: SSSI – OTCBB – Current Price $10.00**</u>

### SEDONA SOFTWARE SYSTEMS TO ACQUIRE RENAISSANCE MINING
- **LOM Capital Limited to assist with $6 Million Financing –**

BOULDER COLORADO – January 17th, 2003 – SSSI, is extremely pleased to announce that Renaissance has signed a Letter of Intent (LOI) with Sedona Software Systems, Inc. (SSSI – OTCBB), whereby SSSI will acquire by merger all of the issued and outstanding common shares of Renaissance Mining Corp. SSSI is a publicly traded company with no assets and no outstanding liabilities. SSSI proposes to change its name to Renaissance Mining Holding Corp., and Renaissance Mining Corp. will be a 100% owned subsidiary.

HBC-2526

HBC2-0028

SEC011625

Closing of the transaction is subject to negotiation (or execution) of definitive purchase documentation, and satisfaction of other contingencies as set forth in the LOI. In connection with the merger, Bermuda based LOM Capital Limited has agreed to assist Renaissance, by serving as its investment banker with a private equity financing of $6,000,000 USD at a price of $3 per share, subject to satisfactory completion of due diligence.

"We at Renaissance are very excited by the opportunities provided by our merger with SSSI. Renaissance has experienced rapid growth during the past 3 months; we intend to continue that growth. Our merger with SSSI will give Renaissance the opportunity to access the public capital markets, with greater resources and without the substantial market discount imposed by the capital markets on private companies. With the previously announced letter of intent to acquire significant gold producing properties in Central America, Renaissance stands poised to become a significant intermediate gold producer. Our goal is to continue building the Renaissance production portfolio over the next 24 months and to ultimately become one of the premier intermediate gold producers in the world," says Anthony Wile, Renaissance's Chairman.

SSSI will effect this transaction by forming an acquisition subsidiary that will merge with Renaissance Mining Corp, with each stockholder of Renaissance receiving one common share of SSSI for each share of Renaissance held. SSSI currently has 5,341,000 common shares issued and outstanding. Upon closing of the merger SSSI will redeem or otherwise retire 3,206,000 common shares that are held by current officers and directors. Renaissance Mining Corp. currently has approximately 4,307,300 common shares outstanding, and will be issuing an additional 8,000,000 common shares to CAMHL under the terms of a recent property acquisition agreement. (See January 8th press release – Renaissance Acquires Major Portfolio of Gold Producing Assets in Latin America).

As noted above, LOM Capital Limited will serve as an investment banker for Renaissance Mining Corp., which is offering $6 million of its securities in a private placement transaction, pursuant to which Renaissance will issue up to 2 million shares of its common stock. Following completion of the merger, the private equity placement, and the CAMHL mining property acquisition, the total number of common shares outstanding in the new post merger company will be approximately 16,442,300 common shares.

In addition, all officers and directors of SSSI have resigned effective immediately and Renaissance Mining Corp.'s Chairman, Anthony Wile has assumed the position of Chairman of SSSI. Ian Park, Renaissance's President and CEO has been appointed the new President and CEO of SSSI. SSSI's new President and CEO, Ian Park says, "Renaissance has a great opportunity to develop into a leading intermediate gold producer. We have successfully developed a two-tier company that has firmly positioned itself with a strong production and exploration portfolio in Latin America, as well as an exceptional exploration portfolio in Red Lake, Ontario. Our acquisition and production teams will be evaluating a number of key new production assets that will increase our already significant production portfolio. Access to the public markets will provide us with the necessary capital to meet our desired objectives."

The statements contained in this press release are both historical and "forward looking" in nature within the meaning of the Private Securities Litigation Reform Act of 1995, and involve a number of risks and uncertainties that could cause actual results to differ materially from those projected, expected, anticipated or implied. The "forward looking" statements involve risks and uncertainties including those related to exploration, the establishment of reserves, the recovery of any reserves, future gold production and production costs, and future permitting dates for additional sources of ore. The Company undertakes no obligation and has no intention of updating "forward looking" statements.

Renaissance Mining's website can be visited at www.renaissancemining.com. To speak with our investor relations firm, please contact the International Mining Group at 561-620-0101 or visit them at www.internationalmininggroup.com.