## Lines Overseas Management Limited
### Outgoing Funds Voucher

| | | | |
|---|---|---|---|
| **LOM A/C NAME:** | Nomad Trading Ltd. (#1) | **LOM ADVISOR:** | BAS |
| **LOM A/C NUMBER:** | REDACTED | As Per Robert | |
| **AMOUNT SENDING:** | ~~7,500.00~~ 75000.00 | | |
| | **CURRENCY:** USD | **VALUE DATE** | 2/6/02 |
| **Mode of Funds Transfer:** | **FOREIGN Wire Payment** | | |

1) Instructions:

    Intermediary Bank:  n/a
                                         n/a
                                         n/a
                                         n/a

    Beneficial Bank:

                Royal Bank of Canada
                1025 West Georgia Street
                VAncouver, B.C.
                CANADA
                Account Name: Nexus Venture Capital Lawyers
                Account Number: 1093517
                Transit/ABA/SWIFT: 00010-003
                Inside Holdings

2) Authorized Signatory Verified: _[signature]_
Indicates confirmation that client requesting funds is authorized signatory of Account

3) Broker Signature: _____
Required only if #1 signed by BA. Account Manager should sign if available.

4) Verbal Confirmation (If US$25,000 or greater):
    Confirmed by: _[signature]_     Date/Time: Feb 2/02
    Name of Authorized Signatory providing confirmation: BNL

5) Uptix shows Funds available?    YES ✓    NO ___
Provide explanation if "NO":
_____

6) Attach signed Client request

7) Additional Notes / Remarks / Comments:
_____
_____

8) LOM Signatories (1) _[signature]_     (2) _____

http://172.16.1.104/Cash/WireInstForm.asp     2/5/02

SEC 208597

February 6, 2002

CIBC Mellon Global Securities Services Company
ATTN: Alvis Issac
Via facsimile: 416-643-5120

**Re: Account No.:** *LOMF0001002*

Kindly debit our above referenced account and make the following payment:

| | |
|---|---|
| *Value Date:* | *February 6, 2002* |
| *Currency:* | USD |
| *Amount:* | $ 75,000.00 |
| *Corr Bank:* | *Chase New York*<br>*ABA: 021000021* |
| *Beneficiary Bank:* | *Royal Bank of Canada,*<br>*1025 West Georgia Street,*<br>*Vancouver,*<br>*B.C*<br>*Transit: 00010-003* |
| *Beneficiary Name:* | *Nexus Venture Capital Lawyers* |
| *A/C:* | *1093517* |
| *Ref:* | *Inside Holdings* |

Thank you for your assistance.
Sincerely,
Virginia Stephens
Cash Management

Mark Stevens
Deputy Manager IA

David McNay
VicePresident

SEC 208598

ASI/GOLD CANYON RES. INC. → 14412921011

## PEMCORP MANAGEMENT INC.

1260-609 Granville Street, Vancouver, B.C., P.O. Box 10365, V7Y 1G5
Telephone: (604) 687-0888  Fax: (604) 686-7485

# Fax Cover

| To: | Davi or Brian | From: | Bill McCartney |
|---|---|---|---|
| Co: | | | |
| Fax: | (441) 292-1871 | Pages: | 2 |
| Phone: | | Date: | February 4, 2002 |
| Re: | INSIDE HOLDINGS LTD. | | |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

- **Comments:**

Please find enclosed wiring instructions for the subscription of shares of Inside Holdings Ltd. Please pay particular attention to the additional information requested. The Company will follow up with subscription agreements in due course.

#75 p⇒    ⇒ **REDACTED**

7 p⇒    ⇒ **REDACTED**

This message is intended solely for the use of the individual or entity to which it is addressed and contains information that is **PRIVATE & CONFIDENTIAL**. Any unauthorized use, disclosure, distribution or copying of this communication by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, kindly notify the sender immediately by telephone and return the original by mail. Thank You.

11:21 AM 04/02/2002

SEC 208599

**NEXUS**
**CAPITAL LAWYERS**

| | |
|---|---|
| Name of Bank: | Royal Bank of Canada |
| Address of Bank: | Main branch<br>1025 West Georgia Street<br>Vancouver, BC<br>V6E 3S5<br>Canada |
| Trust Account Name: | Nexus Venture Capital Lawyers |
| Trust Account Number: | 109 351 7 |
| Transit Number: | 00010-003 |

In order to assist the accounting department in identifying incoming wire transfers to Nexus Venture Capital Lawyers, please ensure that as much information as possible is sent with the wire:

1. The name of our client.
2. Purpose of the funds, ie. Paying outstanding statement of account, retainer or subscription funds.
3. if the funds are subscription funds, please identify the subscriber.

SEC 208600

The Bank of N.T. Butterfield & Son Limited - Butterfield Direct Internet Banking

# Butterfielddirect
*Internet Banking*

DAVID MCNAY
4/1/2002 1:27:49 PM

| Deposit Rates | Market Commentary | Exchange Rates | FAQs | Security & Privacy | User Docs | Transaction Deadlines | Email | Help |

Add New Wire Payee | Create Wire Transfer | Authorize Wire Transfer | Wire Transfer History | Wire Payee List

- Account Balance
- Account Statement
- Group Management
- Transfer Funds
- Bill Payment
- Drafts & Mgr. Cheques
- Wire Transfer
- Bulk Payments
- Order Cheques
- Administration
- Log out

You have 14 instructions awaiting authorization.

## Authorize Wire Transfer Confirmation

Your transaction has been successfully submitted for processing.

| | | | |
|---|---|---|---|
| From: | LINES OVERSEAS MANAGEMENT 20006840351505100 (USD) | | |
| Exchange Rate: | 1.000000 | From Amount: | 250,000.00 |
| Beneficiary: | Strand Properties 401-730-7 | To Currency: | USD |
| Value Date: | 4/2/2002 | To Amount: | 250,000.00 |
| | | Fee: | 30.00 |
| | | TOTAL FROM AMOUNT: | 250,030.00 |
| Beneficiary Bank Info: | ROYAL BANK OF CANADA<br>1055 W Georgia St<br>Vancouver<br>Canada<br>British Columbia | Beneficiary Info: | Strand Properties |
| Pay Detail: | ref Doma Investments | | attn Rod Saunders |
| Date: | 4/1/2002 1:27:49 PM | Confirmation Number: | 80223 |

Copyright © 2001 - 2002 The Bank of N.T. Butterfield & Son Limited. All Rights Reserved Web Site Disclaimer

System response and account access times may vary due to a variety of factors, including but not limited to client activities, network availability, and system performance.

https://www.butterfielddirect.com/Corporate/WireResults.asp

4/1/02

SEC 208601

## Lines Overseas Management Limited
## Outgoing Funds Voucher

| | | | |
|---|---|---|---|
| LOM A/C NAME: | Nomad Trading Ltd. (#1) | LOM ADVISOR: | BAS |
| LOM A/C NUMBER: | REDACTED | | |
| AMOUNT SENDING: | 250,000.00 | | |
| | CURRENCY: USD | VALUE DATE | 4/1/02 |
| Mode of Funds Transfer: | FOREIGN Wire Payment | | |

1) Instructions:

    Intermediary Bank:   Chase Manhattan Bank
                                       New York, NY
                                       USA
                                       CHASUS33

    Beneficial Bank:
                                       Royal Bank of Canada
                                       1055 West Georgia Street
                                       Vancouver, B.C.
                                       CANADA
                                       Account Name: Strand Properties
                                       Account Number: 401-730-7
                                       Transit/ABA/SWIFT: 00010-003
                                       Doma Investments Rod Saunders

2) Authorized Signatory Verified: _____
Indicates confirmation that client requesting funds is authorized signatory of Account

3) Broker Signature: _____
Required only if #1 signed by BA. Account Manager should sign if available.

4) Verbal Confirmation (If US$25,000 or greater):
    Confirmed by: _____    Date/Time: 28th of March
    Name of Authorized Signatory providing confirmation: J - Curtis

5) Uptix shows Funds available?    YES ✓   NO ___
Provide explanation if "NO":

6) Attach signed Client request

7) Additional Notes / Remarks / Comments:

8) LOM Signatories (1) M.C. Mosers (2) _____

80223.

http://172.16.1.104/Cash/WireInstForm.asp                        4/1/02

SEC 208602

02  11:14 FAX 604 687 3299      THE STRAND CORP.                                    ☒002

1. For wires originating from within Canada, use the following:

   | | |
   |---|---|
   | Destination Bank: | The Royal Bank of Canada |
   | | 1055 West Georgia Street |
   | | Vancouver, British Columbia |
   | | Canada V6B 3S5 |
   | Account Name: | Strand Properties Corporation, in Trust |
   | Transit Number: | 00010 |
   | Account Number: | 401-730-7 |
   | Attention: | Rod Saunders (604-687-1919) |

2. For wires originating outside of Canada, use the following:

   | | |
   |---|---|
   | Destination Bank: | Chase Manhattan Bank (IBK) |
   | | New York |
   | | CHASUS33 |
   | Pay to Bank: | Royal Bank of Canada (BBK) |
   | | Toronto, Ontario |
   | | UID 055253 |
   | | ROYCCAT2 |
   | Beneficiary: | /000104017307 |
   | (BNF) | Strand Properties Corporation, in Trust |
   | Attention: | Rod Saunders (604-687-1919) |

**REDACTED**

Hi Devi,

Please wire funds in the ammount of US$ $250,000.xx to the above acct from Nomad ref: Doma Investment.

Thanks

James

SEC 208603

## Lines Overseas Management Limited
## Outgoing Funds Voucher

| | | | |
|---|---|---|---|
| LOM A/C NAME: | Golden Accumulator | LOM ADVISOR: | BAS |
| LOM A/C NUMBER: | REDACTED | | |
| AMOUNT SENDING: | ~~7,500.00~~ 7500.00 ⁵⁰ As per client | | |
| | CURRENCY: USD | VALUE DATE | 2/5/02 |
| Mode of Funds Transfer: | FOREIGN Wire Payment | | |

1) Instructions:

    Intermediary Bank:  n/a
                                   n/a
                                   n/a
                                   n/a

    Beneficial Bank:

        Royal Bank of Canada
        1025 West Georgia Street
        Vancouver, B.C.
        CANADA
        Account Name: Nexus Venture Capital Lawyers
        Account Number: 1093517
        Transit/ABA/SWIFT: 00010-003
        Inside Holdings

2) Authorized Signatory Verified: _____
Indicates confirmation that client requesting funds is authorized signatory of Account

3) Broker Signature: _____
Required only if #1 signed by BA. Account Manager should sign if available.

4) Verbal Confirmation (If US$25,000 or greater):

    Confirmed by: _DJChiel_    Date/Time: _Feb 5/02_

    Name of Authorized Signatory providing confirmation: _BNL_

5) Uptix shows Funds available?  YES ___  NO X  — SOLD STOCK
Provide explanation if "NO": — WIRE GOING TO PP ASSET
                                                                       OLE BACH

6) Attach signed Client request                      as per Devi

7) Additional Notes / Remarks / Comments:

8) LOM Signatories (1) _____ (2) _____

http://172.16.1.104/Cash/WireInstForm.asp                      2/5/02

SEC 208604

February 6, 2002

CIBC Mellon Global Securities Services Company
ATTN: Alvis Issac
Via facsimile: 416-643-5120

*Re:   Account No.:*      *LOMF0001002*

Kindly debit our above referenced account and make the following payment:
*Value Date:*            *February 6, 2002*

*Currency:*              *USD*

*Amount:*                *$ 75,000.00*

*Corr Bank:*             *Chase New York*
                         *ABA: 021000021*

*Beneficiary Bank:*      *Royal Bank of Canada,*
                         *1025 West Georgia Street,*
                         *Vancouver,*
                         *B.C*
                         *Transit: 00010-003*

*Beneficiary Name:*      *Nexus Venture Capital Lawyers*

*A/C:*                   *1093517*

*Ref:*                   *Inside Holdings*

Thank you for your assistance.
Sincerely,
Virginia Stephens
Cash Management

Mark Stevens
Deputy Manager IA

David McNay
VicePresident

SEC 208605

## PEMCORP MANAGEMENT INC.

1260-609 Granville Street, Vancouver, B.C., P.O. Box 10365, V7Y 1G5
Telephone: (604) 687-0886  Fax: (604) 686-7486

# Fax Cover

| To: | Devi or Brian | From: | Bill McCartney |
|---|---|---|---|
| Co: | | | |
| Fax: | (441) 292-1871 | Pages: | 2 |
| Phone: | | Date: | February 4, 2002 |
| Re: | INSIDE HOLDINGS LTD. | | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

• Comments:

Please find enclosed wiring instructions for the subscription of shares of Inside Holdings Ltd. Please pay particular attention to the additional information requested. The Company will follow up with subscription agreements in due course.

REDACTED

REDACTED

This message is intended solely for the use of the individual or entity to which it is addressed and contains information that is **PRIVATE & CONFIDENTIAL**. Any unauthorized use, disclosure, distribution or copying of this communication by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, kindly notify the sender immediately by telephone and return the original by mail. Thank You.

11:21 AM 04/02/2002

SEC 208606