BURKE  20AU09ES  AA.txt


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 07 CV 11387

SECURITIES AND EXCHANGE            :
COMMISSION,                        :
                                   :
            Plaintiff,             :
                                   :
vs.                                :
                                   :
BRIAN N. LINES; SCOTT G.S. LINES; :
LOM (HOLDINGS) LTD.; LINES         :
OVERSEAS MANAGEMENT LTD.; LOM      :
CAPITAL LTD.; LOM SECURITIES       :
(BERMUDA) LTD.; LOM SECURITIES     :
(CAYMAN) LTD.; LOM SECURITIES      :
(BAHAMAS) LTD.; ANTHONY W. WILE;  :
WAYNE E. WILE; ROBERT J. CHAPMAN   :
WILLIAM TODD PEEVER; PHILLIP       :
JAMES CURTIS; AND RYAN G.          :
LEEDS,                             :
                                   :
            Defendants.            :
                                   X


VIDEO DEPOSITION OF MALCOLM BURKE


taken before Ellen Simpson, Court Reporter, at Blake,

Cassels & Graydon, LLP, Suite 2600, 595 Burrard Street,

Vancouver, British Columbia, Canada on August 20, 2009,

commencing at 9:00 a.m., pursuant to Notice of Taking

Deposition.


APPEARANCES:

        Patton Boggs, LLP

```
                    BURKE  20AU09ES  AA.txt
               1185 Avenue of the Americas
               30th Floor
               New York, New York 10036
               BY Mr. Philip M. Smith
               On behalf of the Defendant, Brian Lines

               K&L Gates, LLP
               1601 K. Street, Northwest
               30th Floor
               Washington, D.C. 20006
               BY Mr. Steve Crimmins
               On behalf of the Defendant, Scott Lines

               Kellogg, Huber, Hansen, Todd,
               Evans & Figel, PLLC
               1615 M Street Northwest
               Suite 400
               Washington, D.C., 20036
               BY Mr. Derek Ho
               On behalf of LOM.

               United States Securities and
               Exchange Commission
               100 F Street, N.E.
               Room 4221
               Washington, D.C. 20549-4010
               BY Mr. Justin Chretien
                       and
               BY Mr. David Williams
               On behalf of the SEC.

          ALSO PRESENT: PHILIP WHITFORD, Videographer
```

```
10:10:09        A    I'm sorry.  Ifield, Ifield.  SHEP is the
                     company that --
                Q    Okay.
                A    (Continuing) -- we put together a company
10:10:16             which raised some capital and contracted with
                     Ifield to produce a demonstration vehicle
                     with which would demons -- which would go a
                     long way to demonstrating the applicability
                     of the Ifield Technology to the commercial
10:10:33             vehicle.
                Q    Now did you form any company to do this or
                     did you --
```

BURKE  20AU09ES  AA.txt

|          |   |                                              |
|----------|---|----------------------------------------------|
|          | A | No, we formed a company which I referenced    |
|          |   | SHEP Technologies, Inc.                       |
| 10:10:44 | Q | SHEP.  That's an unusual name.                |
|          | A | Yes, it is.  It's stored hydraulic energy     |
|          |   | propulsion.  It's an acronym.                 |
|          | Q | Okay.  So they called it SHEP Technologies,   |
|          |   | Inc.                                          |
| 10:10:54 | A | They called it SHEP Technologies.             |
|          | Q | Okay.  So when was SHEP formed, do you        |
|          |   | remember?                                     |
|          | A | It was either in 1999 or 2000, in that        |
|          |   | timeframe.                                    |
| 10:11:05 | Q | Who formed SHEP?                              |

|          |   |                                              |
|----------|---|----------------------------------------------|
| 12:00:37 | Q | What was the thinking then?  Why did you have |
|          |   | to appointment two new directors?            |
|          | A | Well, the company had now become an operating |
|          |   | company.  And it was going to thrive or fail  |
| 12:00:49 |   | based on its management and its board.  And   |
|          |   | the Inside board provided no value on an      |
|          |   | ongoing basis to the essential business of    |
|          |   | the company and Ray Evans and Peter Humphrey  |
|          |   | were both strong engineering types with a     |
| 12:01:05 |   | substantial interest in the company and they  |
|          |   | made first class directors.                   |

THE VIDEOGRAPHER:  We're going off the record.

The time is 12:01.

(PROCEEDINGS RECESSED AT 12:01 P.M.)

                       BURKE   20AU09ES  AA.txt
11:07:06              (PROCEEDINGS RECONVENED AT 12:07 P.M.)

              THE VIDEOGRAPHER:  We're back on the record.  The

                   time is 12:07.

          BY MR. CRIMMINS:

              Q    I would like to move on to a totally
12:08:15           different area at this point, Mr. Burke.

                        Have you ever had any contact or

                   dealings with a company called LOM, also

                   known as Lines Overseas Management?

              A    Yes.
12:08:27      Q    And how did that come to be?



12:08:30      A    I -- when we made the -- completed the

                   transaction, or as part of the negotiations

                   and background to the transaction of Inside

                   and SHEP combining, part of the discussion
12:08:46           was who was Inside Holdings, what was the

                   background, who were these people in Bermuda,

                   and it was explained to me that they were

                   clients of Lines Overseas Management.

                        Lines Overseas, I had heard of.  I had
12:09:04           never been there and never met any of the

                   principals, but I was aware that they were

                   aggressive successful brokerage/banking

                   operation in Bermuda.

              Q    Did you ever have any occasion to meet anyone
12:09:24           from Alliance Overseas Management?

              A    I did.  I went there once.

              Q    You actually traveled to Bermuda?

              A    I did, yes.

                                Page 4

BURKE  20AU09ES  AA.txt

Q   Who did you -- well, let me rephrase that.

12:09:35           Was that the only the contact you had

with Lines Overseas, that visit to Bermuda?

A   It was the only physical --

Q   In person?

A   (Continuing) -- in person encounter with the

12:09:46           company or its principals anywhere, was my

12:09:49           one trip to Bermuda.

Q   Did you also have any telephone contact with

them?

A   I believe I had a few phone calls with Brian

12:09:58           Lines.

Q   Brian Lines.  And he is the one principle of

LOM?

A   He was introduced to me as the managing

director, I think, or words to that effect.

12:10:07   Q   Could you give us just a ballpark sense of

how many phone calls, like hundreds or one or

two?

A   I believe there was two or three.  And then

there was a series of phone calls relating to

12:10:21           some difficulties with SEC filing issues and

I think within the space of a week there was

probably four or five calls.

Q   Okay.  Now all of those phone calls, as I

understand it were from Brian Lines, from

12:10:35           LOM?

A   Yes, Brian Lines.

Q   So in total that would be two or three

Page 5

```
                    BURKE  20AU09ES  AA.txt
                    general phone calls and then four or five
                    phones calls about some SEC problem?
12:10:44        A   Correct.



12:10:45        Q   And then your only actual physical
                    face-to-face contact with them would be this
                    trip to Bermuda.
                A   Right.
12:10:52        Q   Do you remember when the trip to Bermuda
                    occurred?
                A   I do.
                Q   When was that?
                A   I took a trip to New York.  I then went on to
12:10:59            Bermuda, and I then went on London to meet
                    with our colleagues and directors in London.
                    And it was December 2002.
                Q   Are you sure it was December?
                A   Yes.
12:11:11        Q   And did you travel alone or did you travel
                    with anyone?
                A   I traveled to New York, Bermuda portion with
                    Todd Peever.
                Q   Why were you traveling with Mr. Peever in
12:11:25            Bermuda?
                A   He was going to introduce me, he had a close
                    relationship, he informed me, with Mr. -- the
                    Lines Overseas Group, and did a lot of
                    business with them he said, historically, and
12:11:42            he thought they would be an asset, an
```

BURKE  20AU09ES  AA.txt

12:11:44                investment banking asset to our business and
                        help us raise capital.

                Q       Okay.  Now when you went down to Bermuda and
                        went over to LOM, Lines Overseas Management,
12:12:00                did you make any kind of a presentation?

                A       Yeah.  Day one, I recall I had a lunch
                        meeting with Brian Lines and Mr. Peever and a
                        couple of other people whose names I have
                        forgotten.

12:12:14        Q       Did you make any presentation to their staff?

                A       That was an informal discussion, sitting
                        around the table and just talking about the
                        potential strengths of the concept of the
                        business and, you know, what we were
12:12:25                attempting to do operationally and then I
                        believe it was the next day I made a
                        presentation to seven or eight of their
                        staff.

                Q       Now the presentation that you made about
12:12:40                SHEP, would it be fair to say that the
                        substance of your presentation would be
                        pretty much the things about SHEP that you
                        told us about this morning?

                A       I would believe that's correct.

12:12:53        Q       When I say you told us this morning, you're


12:12:56                talking about the description of the business
                        of SHEP and what you hoped to do?

                A       Yes.
                                Page 7

BURKE  20AU09ES  AA.txt

Q    And what was the purpose then, just so we
12:13:04        have a clear record, in making this
presentation initially at a lunch meeting
with Brian Lines and others and then the next
day it was a presentation to their staff.
What was the purpose of the presentation?

12:13:15    A    Well, you may or may not have noticed an
announcement of a business combination.
There had been an undertaking by Lines
Overseas -- well, Mr. Peever and Mr. Curtis,
to assist the company in raising a
12:13:33        million-and-a-half dollars. And I think a
portion of that five or 600,000 of that was
to be a firm commitment and the balance was
to be best efforts.  And this was part of
that process was to inform them as to what we
12:13:46        had, what we thought we could accomplish with
the money and provide them with a story that
they could take to respective investors.

Q    When you say "story," you mean what SHEP was
actually doing?

12:13:57    A    Yes, exactly with the SHEPs story.


12:14:00    Q    That's as you described it to us today?

A    Right.

Q    Now this commitment by Mr. Peever and
Mr. Curtis, did they think that Lines
12:14:07        Overseas Management would be helpful in that?

A    They informed us that they had a relationship
with Lines that dated over a number of years
Page 8

BURKE  20AU09ES  AA.txt

and I think involved other companies that had
been -- were described as having been

12:14:22 successful in terms of raising money and
creating value for shareholders.

Q   Okay.  Did you ever -- did SHEP ever enter
into any kind of contractual relationship
with LOM?

12:14:48 A   I don't recall a specific contractual
relationship in terms of retaining someone
and paying capital to.  We had an
understanding that they would do certain
things for us.

12:15:06 Q   Uh-huh.  But you didn't enter into any
contractual relationship?

A   No, I don't recall -- no formal investment
banking document.

Q   Now, did you meet with others when you were
12:15:18 down there?


14:41:34 the merger, with the publicly traded entity
that the company itself would be able to
publicly sell stock, or how was it going to
lead to raising funds?

14:41:49 A   It was going to sell stock to investors,
publicly traded stock to investors, and
that's how we would access our capitol.

Q   So the public -- so the company itself would
have an offering, say a stock?

14:42:04 A   It did private -- well, it did private
placements, generally, to various investment

Page 9

BURKE  20AU09ES  AA.txt

groups.

Q   Is it like a pipe transaction sometimes
    referred to?  Have you ever heard that term?

14:42:17   A   Yeah, no.  I've heard of it.  I learned all
    about it.  I'm sure two or three of our
    transactions were pipe transactions.

Q   Was it your idea to take the company public,
    or was it someone else's idea?

14:42:44   A   I was an enthusiast to taking it publicly
    initially in the UK as an IPO, as I
    referenced earlier.  And I became convinced
    that the only way we can raise capital was to
    have a publicly traded vehicle.

14:43:02   Q   So how did you come in contact with Inside


14:43:04       Holdings?

A   I'm not sure of the exact -- who introduced
    me to Mr. Peever who was the first person I
    met in regard to this.

14:43:14   Q   Have you ever heard of an individual named
    Corey Dean?

A   Yes, yes.  Corey Dean was a lawyer we knew
    very well.  He occupied the floor directly
    above us in our building.

14:43:26   Q   Did Mr. Dean know Mr.  Peever?

A   He knew Inside Holdings.

Q   How do you know that?

A   Because he was the lawyer for them and it was
    quite -- quite coincidental because they've

14:43:40       acted for tech -- they acted for a whole

BURKE  20AU09ES  AA.txt

             bunch of companies, and it just so happened

             that they acted for Inside Holdings as well.

    Q   So you came in contact with Mr. Peever and

        did you have any -- I think you also

14:43:55      mentioned an individual name Curtis.

    A   That's correct.

    Q   What was their connection to Inside Holdings,

        if you know?

    A   They worked very closely with Lines Overseas

14:44:08      Management in Bermuda and they informed me

14:44:13      that Lines Overseas Management and their

        clients were the controlling shareholders of

        Inside Holdings.  And they further informed

        me that they were -- that they had had a

14:44:27      long, relatively long, successful investment

        banking relationship with other companies,

        with LOM.

    Q   And was this an initial meeting with

        Mr. Peever or is this something that was

14:44:42      explained to you over a period of time?

    A   Well, there is reference to it in the initial

        meeting because he was there to talk about

        Inside Holdings, which he was speaking for,

        you know, Curtis.

14:44:55        And so I asked a bunch of questions and

        value added what was value added with this

        shell compared to other shells and what could

        they do versus what a publicly traded shell

        might do, so I am sure we got into a

```
                              BURKE  20AU09ES  AA.txt
14:45:10                      reasonable amount of detail early on.
             Q    What was the value added with respect to
                  Inside Holdings that was explained to you?
             A    It was explained to me that the Lines
                  Overseas Group was very entrepreneurial.
14:45:20               They were very active, even in the


14:45:25          depressed markets, and they would be a good
                  relationship for SHEP going forward in
                  terms of meeting their capital needs and so
                  forth.
14:45:37     Q    Any other aspects of value that this
                  particular shell corporation might bring?
             A    There is no human capital that was of any
                  interest in terms of expertise.  It had, they
                  said, the ability to raise some money from
14:45:57          some of their inside, you know, core
                  shareholders, so we would get a little bit of
                  money at the outset.  And, but more
                  importantly, they would be able to work with
                  the company to raise substantial amounts of
14:46:13          money going forward.
             Q    And was it explained to you how -- when you
                  say "they," who are you referring to?
             A    I am referring to the Lines Overseas Group as
                  investment bankers on behalf of old clients
14:46:27          of theirs, Peever, Curtis, and I presume
                  their three large shareholder of Inside
                  Holdings.
             Q    So was it explained to you how Lines Overseas
```