20030224A.wav

```
84:18                 *   *   *   *   *
    19          MR. LINES:  Hello.  Scott Lines.
    20          TODD:  Hey, Scott.  How are you?  Todd here.
    21          MR. LINES:  Todd, how are things, bud?
    22          TODD:  Okay.  What's up with our market?
    23          MR. LINES:  Market?  What market?
    24          TODD:  Fuck.
    25          MR. LINES:  It's closed.
85:  1          TODD:  Is it closed now?
     2          MR. LINES:  No.  It's not closed.  It's closing for
     3 good, it looks like.
     4          TODD:  Jesus Christ.  We haven't sold a fuckin'
     5 share.
     6          MR. LINES:  Yeah, I know.
     7          TODD:  Wow.
     8          MR. LINES:  I don't know what that is.
     9          TODD:  Hmm?
    10          MR. LINES:  I don't know what that's all about.
    11 Whose stock is that?
    12          TODD:  I think we're getting shorted.  I mean we
    13 must be, you know, 280,000 shares, or 290.
    14          MR. LINES:  Yeah.  They must be shorting into you.
    15          TODD:  They've got to be shorting into us.  I mean,
    16 fuck, it's been, uh--
    17          MR. LINES:  Didn't you just do a prem off?
    18          TODD:  Fuck.  We just did what Larry just started
    19 the launch.  We held off on the European stuff, because the
    20 market was down 5 percent Friday and 2 percent on the open.
    21 But yeah, I mean, we've got stuff starting.  But fuck, not a
    22 very good start.  We were doing better before we started
    23 starting?
    24          MR. LINES:  Yeah.  They got short tails.  It looks
    25 like short tails.
86:  1          TODD:  It does.  Doesn't it?
     2          MR. LINES:  Yeah.  They're shorting into you.  They
     3 got a big volume coming, meeting all the bids and pushing it
     4 down.
     5          TODD:  Yeah.
     6          MR. LINES:  Lower offer, lower offer, lower offer.
     7          TODD:  Yeah.  Well, fuck.
     8          MR. LINES:  They're not short tailing about the
     9 market makers, because they always offer lower.
    10          TODD:  Yeah, it's a classic.
    11          MR. LINES:  Yeah.
    12          TODD:  They're onto us.
    13          MR. LINES:  Yeah.
    14          TODD:  Fuck.  Okay.  Well, I guess we're just going
    15 to have to fuckin' tough it out.
    16          MR. LINES:  Just wait it out.
    17          TODD:  What can we do?
    18          MR. LINES:  Who did you cap?
    19          TODD:  Sorry?  I started.  They're new today.
    20 They're brand new today.  There's like four or five of them
    21 that are new, that are doing all the, you know, doing all the
    22 damage.
    23          MR. LINES:  You know, you cap low bids, low bids,
    24 low bids on the offer side.
```

```
    25            TODD:  Yeah.  What's the volume now?
87: 1            MR. LINES:  282,000.
    2            TODD:  282?  What's fuckin' Larry.  I think he just
    3 brought the fucking shorts to us.
    4            MR. LINES:  Maybe -- maybe the short -- maybe they
    5 keyed off the promoters.  You know.
    6            TODD:  Because he just did his blast to a million
    7 three people.
    8            MR. LINES:  Well, the shorts that picked it up and
    9 that I left all over it.
    10           TODD:  Yeah.  Fuck.
    11           MR. LINES:  They're shorting out.  What they do is
    12 they short it when the first wave of volume comes in.  Then
    13 they market down hard and scare off the second wave of buying
    14 and then they craft it.
    15           TODD:  And then they start buying?
    16           MR. LINES:  And then they start buying it back when
    17 they get the wave back in it.
    18           TODD:  Yeah, well, the thing is we're going to have
    19 some big promo kickin' off.  Well, we are.  It's already
    20 started.  It just hasn't hit yet, you know, between our, you
    21 know.
    22           MR. LINES:  $1.39.
    23           TODD:  What's the market now?
    24           MR. LINES:  27.31.
    25           TODD:  27, fuck.  Lookin' good up until today.
88: 1            MR. LINES:  It's a whole new world when you don't
    2 promote a stock.
    3            TODD:  Sorry?
    4            MR. LINES:  Maybe it's a new world where you don't
    5 promote stocks.
    6            TODD:  Jesus Christ.
    7            MR. LINES:  You've got 27.  Yeah.
    8            TODD:  How's the sales west?
    9            MR. LINES:  Weak today, actually.
    10           TODD:  Is it under 15?
    11           MR. LINES:  Yeah.  It's 14.20, I think, 25.
    12           TODD:  Oh, is that right?  Everything is bounced
    13 around.  Everything is down.  How far is the Dow down now?
    14           MR. LINES:  Dow was down 131 a minute ago, and now
    15 it's 143 down.
    16           TODD:  Yeah, 143.
    17           MR. LINES:  You know, it's weird.  It's like a real
    18 typical Monday.  You know, don't sell on a Monday routine.  I
    19 don't think volumes are big.  I think people are just -- I
    20 don't know.  They've got this resolution going to the U.N.
    21 today by the Brits, or tomorrow.  So everyone's sort of
    22 really shaky.  Volumes I don't think are big, except for
    23 STLOF.
    24           TODD:  Yeah.  All right.  Well, tomorrow is another
    25 day.
89: 1            MR. LINES:  Yeah.
    2            TODD:  Yeah.  Okay, Scott.
    3            MR. LINES:  Okay, buddy.
    4            TODD:  All right.  Take care.
    5            MR. LINES:  Okay.  Bye.
    6            TODD:  Bye-bye.
    7            (End of Recording.)
    8                    *  *  *  *  *
```