

# LOM Securities (Bermuda) Limited
## Client Statement - Investment Account Summary

**Chalkcliffe Limited**

**REDACTED**

Account Number: REDACTED
Reporting Currency: USD
Period From: Jan 01 2001
Period To: May 02 2006

Your Account Representative
Scott Lines

Direct Phone (441) 292 5000
Direct Fax:   (441) 295 3343
Direct EMail: lines@lom.com

### Asset Allocation Summary (Overall Assets are gross of any unrealized futures gains or losses)

#### Asset Summary By Type

| Instrument | Market Value In USD |
|---|---|
| Equities | 278,157.53 |
| Investment Funds | 190,578.48 |
| Cash | 33,109.46 |
| Derivatives | 177.32 |
| Overall Assets ** | 502,022.79 |

#### Asset Summary By Industry

| Industry | Market Value In USD |
|---|---|
| Mutual Funds | 159,769.64 |
| Technology | 121,574.46 |
| Basic Materials | 68,600.29 |
| Other Equities | 52,558.85 |
| Energy | 38,342.78 |
| Cash | 33,109.46 |
| Consumer, Cyclical | 27,890.00 |
| Options/Warrants | 177.32 |
| Overall Assets ** | 502,022.80 |

#### Asset Summary By Location

| Location | Market Value In USD |
|---|---|
|  | 342,253.16 |
|  | 159,769.64 |
| Overall Assets ** | 502,022.80 |

### Transaction Summary

#### Cash Transaction Summary For Statement Period

| | |
|---|---|
| Cheque Received | 1,323.17 |
| Internal Cash Credit | 1,030.71 |
| Cash Received | 747.52 |
| Tfr In NonCash Item | 32.99 |
| Bank Charges | (50.00) |
| Cash Withdrawn | (365.21) |
| Draft Drawn | (1,323.17) |
| Tfr Out NonCash Item | (5,530.71) |
| **Overall Net Change in Cash in Portfolio Currency:** | **(4,134.70)** |

### Additional Information

Mutual funds provide qualified investors with an attractive, cost-effective alternative to direct purchases of stocks or bonds. The LOM Family of Funds offers you a number of benefits including:
- Diversification
- Professional Management
- Liquidity
- Flexibility
- Convenience

For more information contact your account representative.

**Gross Portfolio Value In USD:** 502,022.80

Report Prepared On Wednesday, May 03, 2006    Account: REDACTED    Period: 01/01/2001 - 05/02/2006    1 of 18

27 Reid Street, P.O. Box HM 2908, Hamilton HM LX, Bermuda. Tel:(441)292-5000 Fax:(441)295-3343 Telex:3240 COM BA
Licensed to conduct Investment Business by the Bermuda Monetary Authority

SEC002569
EXHIBIT-0179-0006