BL_20030121y.wav

MR. LINES:  Brian.

MALE VOICE:  Brian, (inaudible).

MR. LINES:  Huey, how you doing?

MALE VOICE:  Not bad, how about you?

MR. LINES:  I'm great.

MALE VOICE:  When shall we sell this SSSI now?

MR. LINES:  Look, this stock is --

MALE VOICE:  (Inaudible.)

MR. LINES:  What?

MALE VOICE:  What is that?

MR. LINES:  It is just in the middle of promotion

right now, man.

MALE VOICE:  Yep.

MR. LINES:  My deal was with the company really, we

are not really allowed to sell any stock for a week.

MALE VOICE:  No problem.

MR. LINES:  Okay?

MALE VOICE:  I won't sell it until you tell me to.

MR. LINES:  But I think basically in a week we are

going to be richer.  (Laughing.)

MALE VOICE:  Okay.  So did you want me to take some

of that $3 a unit, or --

MR. LINES: Totally up to you. I'm not going to force it on anyone.

MALE VOICE: Okay, that's fine, that's fine.

 (End of recording.)