**Rennassiance Mining**
US$3 144A Placement

| Account Name | Account Number | Shares | Amount | $2.79 Deal Price | 7% Commission |
|---|---|---|---|---|---|
| REDACTED | REDACTED | 30,000 | $90,000 | $83,700 | $6,300 |
| REDACTED | REDACTED | 30,000 | $90,000 | $83,700 | $6,300 |
| Chalkcliffe | REDACTED | 6,000 | $18,000 | $16,740 | $1,260 |
| REDACTED | REDACTED | 6,000 | $18,000 | $16,740 | $1,260 |
| REDACTED | REDACTED | 10,000 | $30,000 | $27,900 | $2,100 |
| REDACTED | REDACTED | 30,000 | $90,000 | $83,700 | $6,300 |
| REDACTED | | 17,000 | $51,000 | $47,430 | $3,570 |
| REDACTED | REDACTED | 16,000 | $48,000 | $44,640 | $3,360 |
| REDACTED | REDACTED | 10,000 | $30,000 | $27,900 | $2,100 |
| | REDACTED | | | | |
| **Total** | | **155,000** | **$465,000** | **$432,450** | **$32,550** |
| REDACTED | REDACTED | 778,400 | $2,335,200 | $2,171,736 | $163,464 |
| REDACTED | | 100,000 | $300,000 | $279,000 | $21,000 |
| Other Broker | | 166,600 | $499,800 | $464,814 | $34,986 |
| Total | | 1,200,000 | $3,600,000 | $3,348,000 | $284,550 |
| | | Shares subscribec | Gross placement | Total to be wired | Total commmssion |

LOM-SDNY-001944