| Message0079 | |
|---|---|
| Subject: | Renniance Mining Placement |
| From: | Scott Lines |
| Date: | 24/01/2003 13:22:34 |
| To: | Brian Lines |

**Message Body**

Rennassiance Mining
US$3 144A Placement

| Account Name | Account Number | Shares |
|---|---|---|
| REDACTED | | 30,000 |
| REDACTED | | 30,000 |
| Chalkcliffe REDACTED | | 6,000 |
| REDACTED | 1002526 | 6,000 |
| REDACTED | 1002159 | 10,000 |
| REDACTED | 1001247 | 30,000 |
| REDACTED | 1001954 | 17,000 |
| REDACTED | 3030001 | 16,000 |
| Golden Accum REDACTED | | 10,000 |
| REDACTED | | 10,000 |
| Total | | 165,000 |

**Outlook Header Information**

Conversation Topic: Renniance Mining Placement
Subject: Renniance Mining Placement
From: Scott Lines
Sender Name: Scott Lines
To: Brian Lines
Delivery Time: 24/01/2003 13:22:34
Creation Time: 24/01/2003 13:22:31
Modification Time: 24/01/2003 13:22:34
Submit Time: 24/01/2003 13:22:34
Importance: 241
Priority: 240
Sensitivity: 240
Flags: 241
Size: 246705

CONFIDENTIAL TREATMENT REQUESTED

LOM 001546

SEC005555