

# RENAISSANCE

# REDISCOVERING VALUE

• Corporate Info   • Production & Reserves   • Exploration   • Investor Info   • Contact Us   • C

Subscribe our email

"Our name was chosen to signify the "Renaissance" of several mining industry professionals. Our mandate is to build a profitable mining company with two strategic areas of focus designed to create maximum shareholder value. We have successfully built a portfolio of producing gold mines and economic gold deposit in Central America, and acquired a portfolio of high-grade gold exploration targets in the Red lake/Birch Uchi belts located in Northwestern Ontario. Renaissance has successfully made the leap from exploration to production in the space of a few short months, in what normally is a cycle of several years. We will continue to be on the lookout for new acquisitions that can add significantly to the value of this Company."

- Ian G. Park, President & CEO -

Visit us at these upcoming Mining Conferences.

Chicago Natural Resources Conference - April 12, 2003
Holiday Inn - Rolling Meadows, Illinois

Las Vegas Precious Metals Conference 2003 - April 26 - 27, 2003
Rio All-Suite Hotel & Casino
http://www.iiconf.com/lasvegas

## What's New...

Fri Jan 31, 2003 : News Releases : Shareholder Update (more...)

Fri Jan 17, 2003 : News Releases : Sedona Software Solutions To Acquire Renaissance M... (more...)

Wed Jan 8, 2003 : News Releases : Renaissance Acquires Major Portfolio Of Gold Produ... (more...)

Wed Dec 18, 2002 : News Releases : Renaissance Gets Lucky With Laird Lake (more...)

|  | Price | Change | High | Low |
|---|---|---|---|---|
| Gold ▲ | 370.40 | +3.00 | 372.20 | 367.50 |
| Silver ▼ | 4.81 | -0.01 | 4.90 | 4.77 |
| Platinum ▲ | 688.00 | +19.00 | 711.00 | 668.00 |
| Palladium ▲ | 262.00 | +5.00 | 278.00 | 241.00 |

**SPOT PRICE**     www.kitco.com

Design by Corporate Info | Production & Reserves | Exploration | Investor Info | Contact Us | QwikReport
ADNET INC. | Home
Legal Disclaimer | Copyright © 2002 Renaissance Mining Corp. All Rights Reserved.

Ex. 50



# RENAISSANCE MINING CORP.

## REDISCOVERING VALUE

• Corporate Info   • Production & Reserves   • Exploration   • Investor Info   • Contact Us   • C

### Investor Relations

Subscribe to our email list: [Your Email]  send

### News Releases

**Fri Jan 17, 2003**                                        ✉ Email This Page   🖨 Print This Page

## Sedona Software Solutions To Acquire Renaissance Mining

- LOM Capital Limited to assist with $6 Million Financing -

BOULDER COLORADO - January 17 th , 2003 - SSSI, is extremely pleased to announce that Renaissance has signed a Letter of Intent (LOI) with Sedona Software Solutions, Inc. (SSSI - OTCBB), whereby SSSI will acquire by merger all of the issued and outstanding common shares of Renaissance Mining Corp. SSSI is a publicly traded company with no assets and no outstanding liabilities. SSSI proposes to change its name to Renaissance Mining Holding Corp., and Renaissance Mining Corp. will be a 100% owned subsidiary.

Closing of the transaction is subject to negotiation (or execution) of definitive purchase documentation, and satisfaction of other contingencies as set forth in the LOI. In connection with the merger, Bermuda based LOM Capital Limited has agreed to assist Renaissance, by serving as its investment banker with a private equity financing of $6,000,000 USD at a price of $3 per share, subject to satisfactory completion of due diligence.

"We at Renaissance are very excited by the opportunities provided by our merger with SSSI. Renaissance has experienced rapid growth during the past 3 months; we intend to continue that growth. Our merger with SSSI will give Renaissance the opportunity to access the public capital markets, with greater resources and without the substantial market discount imposed by the capital markets on private companies. With the previously announced letter of intent to acquire significant gold producing properties in Central America, Renaissance stands poised to become a significant intermediate gold producer. Our goal is to continue building the Renaissance production portfolio over the next 24 months and to ultimately become one of the premier intermediate gold producers in the world," says Anthony Wile, Renaissance's Chairman.

SSSI will effect this transaction by forming an acquisition subsidiary that will merge with Renaissance Mining Corp, with each stockholder of Renaissance receiving one common share of SSSI for each share of Renaissance held. SSSI currently has 5,341,000 common shares issued and outstanding. Upon closing of the merger SSSI will redeem or otherwise retire 3,206,000 common shares that are held by current officers and directors. Renaissance Mining Corp. currently has approximately 4,307,300 common shares outstanding, and will be issuing an additional 8,000,000 common shares to CAMHL under the terms of a recent property acquisition agreement. (See January 8 th press release - Renaissance Acquires Major Portfolio of Gold Producing Assets in Latin America).

As noted above, LOM Capital Limited will serve as an investment banker for Renaissance Mining Corp. which is offering $6 million of its securities in a private placement transaction, pursuant to which Renaissance will issue up to 2 million shares of its common stock. Following completion of the merger, the private

equity placement, and the CAMHL mining property acquisition, the total number of common shares outstanding in the new post merger company will be approximately 16,442,300 common shares.

In addition, all officers and directors of SSSI have resigned effective immediately and Renaissance Mining Corp.'s Chairman, Anthony Wile has assumed the position of Chairman of SSSI. Ian Park, Renaissance's President and CEO has been appointed the new President and CEO of SSSI.

SSSI's new President and CEO, Ian Park says, "Renaissance has a great opportunity to develop into a leading intermediate gold producer. We have successfully developed a two-tier company that has firmly positioned itself with a strong production and exploration portfolio in Latin America, as well as an exceptional exploration portfolio in Red Lake, Ontario. Our acquisition and production teams will be evaluating a number of key new production assets that will increase our already significant production portfolio. Access to the public markets will provide us with the necessary capital to meet our desired objectives."

The statements contained in this press release are both historical and "forward looking" in nature within the meaning of the Private Securities Litigation Reform Act of 1995, and involve a number of risks and uncertainties that could cause actual results to differ materially from those projected, expected, anticipated or implied. The "forward looking" statements involve risks and uncertainties including those related to exploration, the establishment of reserves, the recovery of any reserves, future gold production and production costs, and future permitting dates for additional sources of ore. The Company undertakes no obligation and has no intention of updating "forward looking" statements.

Renaissance Mining's website can be visited at www.renaissancemining.com. To speak with our investor relations firm, please contact the International Mining Group at 561-620-0101 or visit them at www.internationalmininggroup.com.

On behalf of the Board

Anthony Wile - Chairman
File: http://www.renaissancemining.com/i/pdf/01172003.pdf
    **142** KB, approx. 1 minute, 11 seconds at 28.8Kbps

🔺 You can return to the **Top** of this page

Design by Corporate Info | Production & Reserves | Exploration | Investor Info | Contact Us | QwikReport
ADNET INC. | Home
Legal Disclaimer | Copyright © 2002 Renaissance Mining Corp. All Rights Reserved.

| RENAISSANCE MINING CORP. : http://www.renaissancemining.com/ : *Central & South America* |
|---|



Renaissance Mining Corp. has acquired an extensive portfolio of producing gold mines and economic gold deposits in Nicaragua and Panama. This portfolio includes two producing gold mines, the La Libertad and the Bonanza gold mines and over 5000 square kilometers (3,200 square miles) of enormous exploration potential in Nicaragua which includes two former producing gold mines. In Panama, Renaissance has a 50% interest in the Cerro Quema and La Pava economic gold deposits.

"Renaissance has successfully made the leap from exploration to production in the space of a few short months, in what normally is a cycle of several years. The total annual production that is expected from this portfolio of assets is 100,000 ounces for the year 2003. That is based solely on the La Libertad and the Bonanza Gold mines. In 2004 we expect to see increased production from La Libertad plus the new production from the Cerro Quema. In addition our gold resources are currently 1.2 million ounces at very conservative gold prices. With the very competent mining and construction team from CAMHL and the exploration and financing team from Renaissance, we will be able to build a very successful intermediate gold producer over the next several years. The company will be on the lookout for new mining opportunities to expand our production base."

- Ian Park, President and CEO -

**Our production portfolio consists of the following gold mines and economic gold deposits:**

**Nicaragua**

## La Libertad Gold Mine



Renaissance controls 90% of the La Libertad open pit, heap leach gold mine located in Nicaragua. This mine was the leading asset of former gold producer Greenstone Resources in the mid 1990's.

The La Libertad mine is to resume production in February and produce 75,000 ounces of gold in 2003 and 85,000 ounces of gold in 2004 and 2005 at an average cash operating cost of $193 per ounce.

Measured and indicated resources are 16.7 million tonnes at an average grade of 2.04 g/t or 1.1 million contained ounces at a cut-off grade of 0.09 g/t. At a conservative gold price of $300 per ounce the proven and probable mineable reserves are 7.7 million tonnes at an average grade of 2.4 g/t or 590,000 ounces. The current mineable reserves are being recalculated at a gold price of $350 per ounce. This calculation should significantly increase the mineable reserves.

La Libertad infrastructure includes heap leach pads, a gold processing plant, crushing facilities and support structures. With a $3.5 million working capital loan in place, the La Libertad site is currently on maintenance shut down to refurbish the existing mobile mining equipment fleet and to install a tertiary crushing circuit.

The property consists of one exploitation concession totaling 109.5 square kilometers (10,950 hectares) and an exploration concession totaling 23.5 square kilometers (2,350 hectares).

"Gold occurrences on the Libertad mining property extend over a distance of 16 kilometers but to date only 2.5 kilometers have been well explored. Many known ore grade intercepts exist on this concession, which have never been followed up and the potential for developing new reserves is very high," said President and CEO Ian Park.

### The Bonanza Gold Mine and Concessions

The Bonanza Gold Mine currently producing 25,000 to 30,000 ounces per year from open pit and underground workings at an operating cost of approximately $195 per ounce. This mining district has been in continuous production since 1939. Exploration potential close into the mine consists of a number of newly outlined open pit zones, which need to be evaluated.

Renaissance will have the right to earn an 80% interest in this mine and three large mining