concessions in Northeastern Nicaragua encompassing over 5000 square kilometers (3,200 miles). These concessions were also once part of the exploration portfolio of Greenstone Resources. These concessions cover an area that has been labeled as having "the best exploration potential in Central America" and includes several former producing gold and gold-copper producers.

*Panama*

### Cerro Quema economic gold deposits



In Panama, the Company has the right to earn a 50% interest in the Cerro Quema mining project by placing the property into production. The deposit is located in the Azuero peninsula and consists of two distinct resources, the Cerro Quema and the La Pava resources. The project is composed of three exploitation concession contracts, all valid for 20 years, and covering a total area of 148.9 square kilometers or 14,893 hectares.

The total reserve estimate for the two deposits as calculated by the previous operator is 12.9 million tonnes at a grade of 1 g/t with 403,000 contained ounces. CAMHL has conducted a feasibility study at a gold price of $325 per ounce on the La Pava deposit. This deposit is to be an open pit heap leach mine with an annual production rate of 48,000 ounces per year at an average cash operating cost of $185 per ounce.

During the next six months, Renaissance will conduct a second feasibility study to place the Cerro Quema deposit into production.

Copyright © 2002 by **Renaissance Mining Corp.**   All rights reserved worldwide.
For more information, send questions and comments to info@renaissancemining.com
*This page was created on Tue Jan 28, 2003 at 5:29:39 PM Pacific Time.*

Case 1:07-cv-11387-DLC-DCF   Document 173-3   Filed 03/12/10   Page 2 of 7



# REDISCOVERING VALUE

• Corporate Info   • Production & Reserves   • Exploration   • Investor Info   • Contact Us   • C

## Corporate Info

Subscribe to our email list: [Your Email]   send

### Corporate Directory

**Corporate Head Office: Renaissance Mining Corp.**   Print This Page

| | |
|---|---|
| Address: | Suite 314 - 1942 Broadway<br>Boulder, Colorado<br>USA 80302 |
| Telephone: | 303-323-1930 |
| Fax: | 303-323-1931 |
| Email: | info@renaissancemining.com |
| Website: | http://www.renaissancemining.com |

Design by ADNET INC.   Corporate Info | Production & Reserves | Exploration | Investor Info | Contact Us | QwikReport | Home
Legal Disclaimer | Copyright © 2002 Renaissance Mining Corp. All Rights Reserved.

Case 1:07-cv-11387-DLC-DCF Document 173-3 Filed 03/12/10 Page 3 of 7



# RENAISSANCE MINING CORP.

# REDISCOVERING VALUE

- Corporate Info    • Production & Reserves    • Exploration    • Investor Info    • Contact Us    • C

## Corporate Info

Subscribe to our email list: [Your Email] send

### Corporate Directory

**Investor Relations: International Mining Group**    📄 Print This Page

| | |
|---|---|
| Address: | 3395 South Dixie Hwy. Suite 5<br>Boca Raton, Florida<br>USA 33431 |
| Telephone: | (561) 620-0101 |
| Fax: | (561) 620-0201 |
| Email: | info@internationalmininggroup.com |
| Website: | http://www.internationalmininggroup.com |

Design by ADNET INC. Corporate Info | Production & Reserves | Exploration | Investor Info | Contact Us | QwikReport | Home
Legal Disclaimer | Copyright © 2002 Renaissance Mining Corp. All Rights Reserved.



# RENAISSANCE MINING CORP.

## REDISCOVERING VALUE

• Corporate Info   • Production & Reserves   • Exploration   • Investor Info   • Contact Us   • C

### Corporate Info

Subscribe to our email list: [Your Email] send

#### Corporate Directory

**Legal Counsel: Hutchinson Black and Cook LLC**    📄 Print This Page

| | |
|---|---|
| Address: | Suite 200 - 921 Walnut Street<br>Boulder, Colorado<br>USA 80302 |
| Telephone: | 303-442-6514 |
| Fax: | 303-442-6593 |
| Clark Edwards: | edwards@hbcboulder.com |
| Steve Erickson: | erickson@hbcboulder.com |
| Website: | http://www.hbcboulder.com |

Design by ADNET INC. Corporate Info | Production & Reserves | Exploration | Investor Info | Contact Us | QwikReport | Home

Legal Disclaimer | Copyright © 2002 Renaissance Mining Corp. All Rights Reserved.

**RENAISSANCE MINING CORP. : http://www.renaissancemining.com/ : Management**

## Anthony W. Wile
**Chairman**



Mr. Wile has more than 10 years experience consulting to mining companies focused on the exploration and development of a variety of minerals but primarily gold. Mr. Wile has successfully raised several million dollars for various exploration programs in North America, South America, Mexico, and Southeast Asia. Mr. Wile has been a feature speaker at various Mining Conferences throughout Canada and the United States. Prior to becoming a private consultant to the Mining industry, Mr. Wile worked in the Canadian Investment Industry with Scotia McLeod (Bank of Nova Scotia), and Nesbitt Burns (Bank of Montreal). Mr. Wile was a Certified Investment Manager and in 1994 was made a *Fellow of the Canadian Securities Institute*. Mr. Wile has a Business degree from Saint Mary's University and continues to consult to several Canadian mining companies.

## Ian G. Park
**President & CEO**



Mr. Park has over 30 years experience in the exploration, mine development and financial markets. His exploration career encompasses mineral exploration throughout the America's, Europe and Southeast Asia. In 1983, he founded Greenstone Resources, one of the first junior companies to enter into the gold exploration frontier of Latin America. Under his supervision the company built the second largest underground gold mine in Colombia and explored and developed the Santa Rosa open pit gold mine in Panama. His efforts also secured the rights to develop the La Libertad open pit gold mine in Nicaragua from the Nicaraguan government. Mr. Park retired from active management of Greenstone in 1993. During his tenure the company raised more than $50 million in the public markets. Since 1993, he has raised funding and conducted exploration in Mexico, Chile and Southeast Asia. Mr. Park is a *Fellow of the Geological Association of Canada*. Mr. Park has a B.Sc. in Geology and Geophysics from the University of Toronto, a M.Sc. in Geology from Dalhousie University and speaks Spanish fluently.

## Colin R. Bowdidge
**Vice President - Exploration**



Colin was educated at the University of Cambridge, where he received an M.A. degree in mineralogy and petrology, and at the University of Edinburgh, where he earned a Ph.D. in geology. He is a registered Professional Geoscientist with the Association of Professional Geoscientists of Ontario. He has worked in mineral exploration for 32

years, primarily in Canada, but including projects in the U.S.A., South America and Europe.

After working for major companies (Cerro Mining Corporation and Union Miniere) for five years, Mr. Bowdidge became a consulting geologist, which has been his principal occupation since 1974. His experience has covered exploration and development projects for a wide variety of mineral commodities: precious metals (gold, silver and platinum-group metals), base metals (nickel-copper magmatic type, copper-zinc volcanogenic type, lead-zinc vein type), uranium, ferrous metals (iron ore, titanium) and industrial minerals (talc, tremolite, wollastonite, graphite, garnet, muscovite, kyanite, barite).

With a thorough knowledge of applied geology as it relates to mineral exploration, Mr. Bowdidge also has extensive hands-on experience in modern geophysical and geochemical exploration techniques. The majority of his experience has been in the Canadian Shield where a long and complex history of metamorphism and deformation requires careful observation and skillful interpretation to unravel geological environments and their effect on mineralization.

His proudest achievement to date was the discovery of the Olden wollastonite deposit in southeast Ontario in 1986. This deposit contains a measured resource of 2.5 million tons grading 29% high aspect-ratio wollastonite. He made the discovery single handedly after being requested by the client to search for a wollastonite property. The discovery process took two days of literature research using public-domain data that had been published years previously, and one day in the field. The property had previously been mapped three times by government surveys and once by a mining company without any recognition of its wollastonite potential. Wollastonite is a calcium silicate mineral that is used in a wide variety of applications, but is most important as a reinforcing filler in high-end plastic mouldings. The Olden deposit has an estimated gross value of between one and two billion dollars.

In addition to exploration projects, Mr. Bowdidge has been involved in the development of several mines: the Pinebay copper mine in Manitoba, the Thierry nickel-copper mine in northwest Ontario, the Cerro Mojon gold mine in Nicaragua and the San Andres gold mine in Honduras.

Mr. Bowdidge has served as a director and/or officer of several publicly traded mining and exploration companies, of which the best known was Greenstone Resources Ltd.

## Robert E. "Dutch" Van Tassell
**Director**



Dutch was born in 1935 at Digby, Nova Scotia. He graduated in Geology from Mount Allison University in 1958. In 2000 Dutch received the Prospector and Developers Association of Canada's coveted Special Achievement Award, awarded to persons in recognition of a contribution of particular or special merit to the mineral exploration industry.

**"In recognition of his lifetime contribution to Canada's mining and exploration industry, particularly his long involvement with United**

Keno and his contribution to the recent successes at Goldcorp. He is also being honored for his outstanding work as chairman of the PDAC's Environmental Committee."

Dutch started his mining career as a summer student with Giant Yellowknife Mines. While at Giant Yellowknife Mines from 1956 to 1962 he was involved with mining and exploration geology. The exploration wok conducted consisted of mapping large areas employing Bell G-1 helicopters, flying ½ mile spaced lines at a height of 300 feet. Interesting observations were followed up with ground inspections.

During 1962 and 1963, Dutch worked as an underground geologist with Denison Mines in Elliot Lake, Ontario.

From 1963 to 1982 Dutch worked with United Keno Mines in Elsa & Whitehorse, Yukon Territories. In 1967 he discovered the Husky Mine which produced over 25 million ounces of silver. The discovery was the result of pioneering the use of an overburden drilling sampling technique and geochemistry. The Husky Mine, the first new vein discovery since the 1920's lay under 25 to 50 feet of overburden. The program also extended known vein areas, which were later mined by small open pits, hence extending the life of the mine.

In 1969 he set up a Yukon regional exploration office at Whitehorse which in 1972 discovered the Minto Copper Deposit, employing helicopter supported two man prospecting crews in tree covered areas.

While in Whitehorse, Dutch served as a director of the Yukon Chamber of Mines for 11 years, two as president. He served 4 terms on the Northern Resource Conferences held every three years and sponsored by the Yukon Chamber of Mines and Whitehorse Chamber of Commerce, two of these terms as Chairman. He served as Chairman of the Whitehorse branch of the CIM and two years as Councillor of District 6. He gave introductory and advanced prospecting courses for the Chamber of Mines.

In 1982 Dutch joined Dickenson Mines/Goldcorp located in Canada's prolific Red Lake, Ontario mining district, as Vice President of Exploration. In 1984 he was involved with the discovery of additional reserves at the then active silver, lead, zinc Silvana Mine at Sandon, B.C. In 1989 Dickenson Mines was acquired by Goldcorp. Dutch was responsible for getting Goldcorp to conduct exploration at depth at the A.W. White Mine, which led to the "high-grade discovery" in 1995. Dutch retired in May 1998 to assist with family matters.

While in Toronto he served as a Board Member of the PDAC from 1984 to 1993, serving as Chairman on the Program and Environmental Committees.

Dutch is a Life Member of the CIM, a member of the Association of Exploration Geochemists and Geological Association of Canada.

## William D. Daly
**Corporate Secretary, Treasurer & Director**

 Mr. Daly has been actively involved in the management of several public mineral exploration companies since 1985. Mr. Daly is a past