President and Director of Chapleau Resources Ltd., Borneo Gold Corp., and Independence Resources Inc. Mr. Daly has also been a past Director of Inlet Resources Ltd., Masuparia Gold Corp, and most recently Seabridge Resources. Mr. Daly has helped to raise several million dollars for mining exploration. Mr. Daly spent 27 years as a consultant in the computer industry prior to his mining career. Mr. Daly consulted to oil companies, universities, provincial governments and the Federal government of Canada. Mr. Daly is an active member of the Canadian Mining Industry and continues to represent mining companies at mining conferences throughout Canada and the United States.

## David Lager
**Director**



Mr. Lager spent most of his 42 year career in the financial industry as a senior executive occupying a diverse range of positions. David began his career in 1951 with Dominion Securities (Predecessor to RBC Dominion Securities), where he spent 9 of his 12 years as a retail branch manager. Following Dominion Securities, David left the retail side of the business and went to work with Greenshields Inc. where he spent 8 years in institutional sales. David spent the next 15 years of his career as a director and vice president with Walwyn, Stodgell, Cochrane, Murray Ltd. (Predecessor to Merrill Lynch Canada). David retired in 1996 with the Bank of Montreal's investment arm - Nesbitt Burns, where he spent 10 years as a retail branch manager of one of the firm's flagship branches. Mr. Lager is a former director of Talus Ventures Corp., a Canadian listed public company that had mineral exploration experience in the Red Lake/Birch Uchi region of Northwestern, Ontario. Mr. Lager was a featured speaker at mining industry conferences during that period.

Copyright © 2002 by **Renaissance Mining Corp.**   All rights reserved worldwide.
For more information, send questions and comments to info@renaissancemining.com
*This page was created on Wed Jan 22, 2003 at 12:20:26 PM Pacific Time.*



**RENAISSANCE** MINING CORP.

**REDISCOVERING VALUE**

• Corporate Info    • Production & Reserves    • Exploration    • Investor Info    • Contact Us    • C

## Corporate Info

Subscribe to our email list: [Your Email] send

### Corporate Strategy

✉ Email This Page    🖨 Print This Page

The Company's name was chosen to signify the "Renaissance" of several mining industry professionals. Our mandate is to build a profitable mining company with two strategic areas of focus designed to create maximum shareholder value. We intend to build a portfolio of producing gold mines in Central and South America, and develop a portfolio of high-grade gold exploration targets in the Red lake/Birch Uchi belts located in Northwestern Ontario.

The Company's management and team of geologists have extensive experience with all types of base metals, precious metals, and strategic minerals. The Company will not be geographically constrained and will go wherever significant production or exploration opportunity exists.

**Strategy #1 - To Develop Economic Gold Reserves into Profitable Mines**

The Company intends to generate cash flow and maximize shareholder value by acquiring economic gold reserves or gold resources that have feasibility studies delineating their economic viability. The Company intends to provide the capital and the expertise required to develop the deposits into profitable mines. The Company's management has extensive experience in bringing low-grade, open-pit gold deposits into production throughout Central and South America. The Company will not be geographically restricted in their search for gold reserves/resources that would meet its economic and geological criteria, but will initially focus on known deposits located in Central and South America.

Management has designed a financing strategy that it hopes will create minimal equity dilution for shareholders while maintaining maximum reserve exposure to a rising gold market if reserves are acquired and developed. This strategy employs the use of fixed income products and minimal hedging against reserves such that the greater percentage of the reserve base is not hedged. The debentures would be the preferred method of financing the capital costs associated with bringing the deposits into production. The debentures would have a maturity date equivalent to the expected production life of the mine. The use of derivatives to hedge reserves would generally be limited to the amount required to repay the debentures. This would enable the shareholders of the Company to benefit from a rising gold price for some reserves and simultaneously protect the debenture holders from a declining gold price.

The Company's management team is actively reviewing opportunities with the intent to negotiate deals with terms that would maximize shareholder value.

**Strategy #2 - Develop a Property Acquisition & Exploration Portfolio in Canada's Red Lake/Birch Uchi Region**

The Company intends to acquire and explore strategically selected gold projects in the Red Lake/Birch Uchi regions of North-Western Ontario. The Red Lake/Birch Uchi

district has produced 23 million ounces of gold in the past. The Prolific Red Lake region hosts Goldcorp's Red Lake Mine, one of the richest and lowest cost gold mines in the world. By the end of 2001, Goldcorp, (North America's most profitable gold producer www.goldcorp.com), had delineated more than 6.5 million ounces of gold reserves and resources with production costs of less than $60 an ounce. Most importantly Goldcorp has managed to increase this resource base steadily since 1997 and continues to announce exploration successes at its red lake mine. The high-grade portion of the Goldcorp deposit was discovered in 1996 as the mine was facing a shutdown after over forty years of production. Goldcorp's exploratory drill program uncovered the now famous high-grade gold zones that have propelled Goldcorp onto the world's stage. Since then, a considerable amount of geological work has gone into understanding the controls that led to the formation of that high-grade gold deposit. Four of the world's largest gold companies are actively exploring the Red Lake/Birch Uchi region looking for the next Goldcorp, and we intend to join them. The Company cannot promise that it will experience similar mining success previously experienced by such company.

The Red Lake/Birch Uchi region has produced over 23 million ounces from 15 different mines since the 1920's. The history of mineral exploration in the Red Lake/Birch Uchi district dates from 1872 and again in 1883 when the Canadian Geologic Survey had noted favorable geology and some interesting minerals. It was not until 1922 that Red Lake/Birch Uchi saw much activity with prospectors staking claims. The first major discovery occurred in 1925 when Lorne and Ray Howey, along with George McNeeley and W.F. Morgan, found what were to become the Howey and Hasaga Mines. Howey opened in 1930 and closed in 1957. Hasaga opened in 1938 and ceased operations in 1952. Exploration activity in the area experienced a series of staking and/or exploration rushes. The next large discovery occurred in 1935 on ground held by Madsen Red Lake Gold Mines followed shortly thereafter by the Cochenour-Willans Mine. The big discoveries at Campbell Red Lake and Dickenson (now Goldcorp's Red Lake Mine) transpired in the late 40's. Dickenson started production in 1948 and Placer Dome's Campbell Mine began production in 1949.

The Red Lake/Birch Uchi gold district is in the early stages of what is quickly turning into a world-class gold district brought about by the success of Goldcorp's discovery and development of the HGZ deposit. Recognition of the need to explore mineral showings to depth resulted in the enhancement of previous discoveries that were thought to be limited in scope. The Red Lake/ Birch Uchi greenstone belts are not new or untested areas. The reason for the renewed interest in the region is the vastly improved geological models that have been implemented, providing geologists with a better way of interpreting mineralizing controls, and the geologic relationship of Balmer Assemblage rocks to Red Lake type high-grade deposits. The potential for a new discovery exists both within the Red Lake area and on the Easterly Birch Uchi belt.

In summary, the Company's exploration programs will focus on the acquisition and exploitation of high-grade gold targets in the prolific Red Lake/Birch Uchi district. The Company's management believes the potential for a new discovery exists both within the Red Lake area and on the Easterly Birch Uchi belts, and the region represents the greatest opportunity for geological success. However, the Company will not be subject to geographical limitations in its attempt to build shareholder value, and likely will acquire exploration projects in areas other than the Red lake/Birch Uchi region of Canada. Management has extensive experience in conducting exploration programs for various base metals, precious metals and strategic minerals in various geographical locations around the world.

**Exploration Objectives and Strategy**

The Company's management team will focus on acquiring properties with geologic signatures believed to contain gold hosted within mafic volcanic rocks of the Balmer Assemblage, transacted by zones of intense shearing, sulphidation and silicification. Our exploration efforts will focus on areas within similar deformed rocks and the same stratigraphic assemblage as the Red Lake and Campbell mines. East of the Red Lake Greenstone belt lies the Birch Uchi belt where Balmer Assemblage rocks have been identified.

The mining business is predicated upon management's ability to acquire the best possible exploration projects and this usually comes down to the experience of the company's management team. Property Vendors/Prospectors are only interested in optioning their properties to companies that have a proven ability to conduct professional work programs that fully explore the economic viability of their properties. Good projects are not easily obtained.

Our team of experienced geologists understands how to interpret the geological controls that if properly explored could result in a major new discovery. Our management team has valuable relationships with many seasoned property vendors/prospectors in the Red Lake/Birch Uchi district. Management believes this gives the Company a distinct advantage over many other junior mining companies seeking to acquire exploration projects in the region.

Management believes shareholder value can be maximized by entering into joint venture agreements that would involve the Company optioning acquired exploration projects to other exploration companies. This would allow our management team to benefit from any potential exploration discovery without incurring the shareholder dilution associated with raising exploration capital. Our joint venture partners would be responsible for providing the exploration capital.

Many of the Company's joint venture partners will be Canadian publicly traded mining companies that have raised or are in the process of raising "flow-through" or tax incentive funds that must be spent on exploration programs conducted in Canada. The tax advantages available to Canadians who invest in mineral exploration programs are an extremely valuable means for Canadian mining companies to raise exploration capital.

Typically the Company would be the operator of the exploration program as the company has a team of geologists that have extensive experience in the Red lake/Birch Uchi district. In most agreements the company's joint venture partner would be able to earn a 50% interest in an exploration project by:

a. making certain cash payments to the Company structured over a number of years, and sufficient to recover the cash expenditures the Company originally paid to acquire the project from the property vendor/prospector; and
b. making certain exploration expenditures that would be outlined in a schedule referred to as the *earn-in* phase. These payments would cover the cost of conducting a thorough exploration program designed to test the viability of the exploration project. Since the Red Lake/Birch Uchi region is located in Canada, these exploration payments would qualify for "flow-through" tax treatment.

The Company is actively reviewing several properties that have geological

signatures that are consistent with the mineralization associated with high-grade gold deposits recently discovered in the Red Lake/Birch Uchi regions of North-Western Ontario. Management believes an extensive portfolio of exploration projects located within this prolific district will enhance shareholder value.

Design by ADNET INC. Corporate Info | Production & Reserves | Exploration | Investor Info | Contact Us | QwikReport | Home

Legal Disclaimer | Copyright © 2002 Renaissance Mining Corp. All Rights Reserved.