BL_20030421b.wav

This exhibit is an electronic recording.

Exhibit CC