BL_20030121I.wav

This exhibit is an electronic recording.

Exhibit FFF