# Exhibit 1

LOM 002090

CONFIDENTIAL TREATMENT REQUESTED

**Trade Blotter**
Transactions for Shep Technologies Inc and Inside Holdings: 1-Dec-2001 to 19-Apr-2004

| Account | Account Name | Trade date | Txn | Transaction | Quantity | Price | Narrative | Symbol | Security | Broker | Cancel date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 21-Oct-02 | 41 | Stock Purchase | 200 | 1.02 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| | | 22-Oct-02 | 41 | Stock Purchase | 2,000 | 1.02 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| | | 31-Oct-02 | 71 | Stock Sale | (2,200) | 1.02 | | STLOF | Shep Technologies Inc. | LOM | n/a |
| | | 28-Feb-03 | 71 | Stock Purchase | 6,000 | 1.50 | | STLOF | Shep Technologies Inc. | LOM | n/a |
| | | 28-Feb-03 | 71 | Stock Sale | (3,000) | 1.50 | | STLOF | Shep Technologies Inc. | LOM | n/a |
| | | 24-Jan-03 | 41 | Stock Purchase | 5,000 | 1.68 | | STLOF | Shep Technologies Inc. | PARAGON | n/a |
| | | 10-Feb-03 | 71 | Stock Sale | (5,000) | 1.80 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| | | 12-Mar-03 | 41 | Stock Purchase | 19,500 | 1.54 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 12-Mar-03 | 71 | Stock Sale | (19,500) | 1.57 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 13-Dec-02 | 41 | Stock Purchase | 2,000 | 1.30 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 13-Jan-03 | 41 | Stock Purchase | 7,500 | 1.42 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 15-Jan-03 | 41 | Stock Purchase | 5,000 | 1.40 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| | | 17-Jan-03 | 71 | Stock Sale | (14,500) | 1.65 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| | | 13-Aug-03 | 71 | Stock Sale | (7,000) | 1.40 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 30-May-03 | 41 | Stock Purchase | 7,000 | 1.41 | | STLOF | Shep Technologies Inc. | DSJSHRT | n/a |
| | | 30-May-03 | 71 | Stock Purchase | 77,000 | 0.70 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| | | 02-Jun-03 | 41 | Stock Purchase | (100,000) | 0.71 | | STLOF-R | Shep Technologies Inc. - R 03Jan03 | LOM | n/a |
| | | 02-Jun-03 | 41 | Stock Sale | 100,000 | 0.69 | | STLO-R2 | Shep Technologies Inc. | VFIN | n/a |
| | | 02-Jun-03 | 41 | Stock Sale | (150,000) | 0.69 | | STLOF-R | Shep Technologies Inc. - R 03Jan03 | LOM | n/a |
| | | 02-Jun-03 | 41 | Stock Purchase | 73,000 | 0.70 | | STLOF-R | Shep Technologies Inc. - R 03Jan03 | VFIN | n/a |
| | | 02-Jun-03 | 21 | Tfr In NonCash Item | 150,000 | | trf from a/c 6030015 | STLO-R2 | Shep Technologies Inc. - R 30OCT03 | | n/a |
| | | 02-Jun-03 | 22 | Tfr Out NonCash Item | (150,000) | | trf to a/c 6030015 | STLOF-R | Shep Technologies Inc. - R 30OCT03 | | n/a |
| | | 12-Jan-04 | 62 | Corporate Action | (89,753) | | Event 8C7 144 exemption release 12JAN04 | STLO-R2 | Shep Technologies Inc. - R 30OCT03 | | n/a |
| | | 12-Jan-04 | 63 | Corporate Action | 89,753 | | Event 8C7 144 exemption release 12JAN04 | STLOF | Shep Technologies Inc. | | n/a |
| | | 05-Dec-02 | 21 | Tfr In NonCash Item | 25,000 | | Rec from A/C 3000008 | STLOF | Shep Technologies Inc. | | n/a |
| | | 06-Dec-02 | 21 | Tfr In NonCash Item | 25,000 | | Rec from A/C 1001523 | STLOF | Shep Technologies Inc. | | n/a |
| | | 02-Jun-03 | 71 | Stock Sale | (40,000) | 1.09 | | STLOF | Shep Technologies Inc. | LOM | n/a |
| | | 13-Jun-03 | 71 | Stock Sale | (10,000) | 1.46 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| | | 16-Dec-02 | 41 | Stock Purchase | 1,000 | 1.30 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| | | 13-Jan-03 | 41 | Stock Purchase | 500 | 1.40 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 17-Jan-03 | 41 | Stock Purchase | 3,000 | 1.62 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 21-Jan-03 | 41 | Stock Purchase | 2,000 | 1.67 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| | | 14-Feb-03 | 41 | Stock Purchase | 1,500 | 1.68 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 13-Jun-03 | 71 | Stock Sale | (8,000) | 1.78 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 03-Mar-03 | 71 | Stock Sale | (5,000) | 1.58 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| | | 20-Mar-03 | 71 | Stock Sale | (2,000) | 1.31 | | STLOF | Shep Technologies Inc. | PARAGON | n/a |
| | | 10-Apr-03 | 71 | Stock Sale | (23,000) | 1.01 | | STLOF | Shep Technologies Inc. | DESJAR1 | n/a |
| | | 02-Jun-03 | 41 | Stock Purchase | (10,000) | 1.00 | | STLOF | Shep Technologies Inc. | DESJAR1 | n/a |
| | | 18-Feb-03 | 41 | Stock Purchase | 40,000 | 1.09 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 24-Mar-03 | 71 | Stock Sale | 5,000 | 1.70 | | STLOF | Shep Technologies Inc. | LOM | n/a |
| | | 28-Mar-03 | 21 | Tfr In NonCash Item | (5,000) | 1.22 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 04-Apr-03 | 71 | Stock Sale | 10,000 | | Trf from a/c 3030058 | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| | | 10-Jun-03 | 21 | Tfr In NonCash Item | (10,000) | 0.97 | | STLOF | Shep Technologies Inc. | PARAGON | n/a |
| | | 29-Aug-02 | 71 | Stock Sale | (10,000) | 0.74 | Trf from a/c 3030056 | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 09-Sep-02 | 41 | Stock Purchase | 133,333 | 0.75 | | IHLGF-P | Inside Holdings Inc.- Pvt Plc | | n/a |
| | | 07-Oct-02 | 82 | Corporate Action | 150,000 | 0.75 | | IHLGF | Inside Holdings Inc. | LOM PP | n/a |
| | | 07-Oct-02 | 82 | Corporate Action | (150,000) | | Event 80Z 1 STLOF:1 IHLGF Eff'd 07OCT02 | IHLGF | Inside Holdings Inc. | LOM | n/a |
| | | 15-Oct-02 | 63 | Corporate Action | 150,000 | | Event 60Z 1 STLOF:1 IHLGF Eff'd 07OCT02 | STLOF | Shep Technologies Inc. | | n/a |
| | | 15-Oct-02 | 63 | Corporate Action | (133,333) | | Event 62F Name chg from IHLGF to STLOF | IHLGF-P | Inside Holdings Inc.- Pvt Plc | | n/a |
| | | 03-Dec-02 | BA | Corporate Action | 133,333 | | Event 62F Name chg from IHLGF to STLOF | STLOF-P | Shep Technologies Inc. | | n/a |
| | | 03-Dec-02 | BB | Corporate Action | 133,333 | | Event 6AT Convert STLOF-P to STLO-R2 | STLO-R2 | Shep Technologies Inc. - R 30OCT03 | | n/a |
| | | 03-Dec-02 | BC | Corporate Action | (133,333) | | Event 6AU Convert STLOF_P to STLOF-W | STLOF-P | Shep Technologies Inc.- Pvt Plc | | n/a |
| | | 04-Dec-02 | 41 | Stock Purchase | 5,000 | 1.05 | | STLOF-W | SHEP Technologies Inc. Wts 12SEP02 | | n/a |
| | | 06-Dec-02 | 21 | Tfr In NonCash Item | 150,000 | | Rec from A/C 6030015 | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 06-Dec-02 | 21 | Tfr In NonCash Item | 150,000 | | Rec from A/C 8030015 | STLOF-R | Shep Technologies Inc. - R 03Jan03 | | n/a |
| | | 06-Dec-02 | 22 | Tfr Out NonCash Item | (25,000) | | Del to A/C 1000112 | STLOF | Shep Technologies Inc. | | n/a |
| | | 11-Feb-03 | 71 | Stock Sale | (4,000) | 1.78 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 18-Feb-03 | 71 | Stock Sale | (15,000) | 1.84 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 03-Mar-03 | 71 | Stock Sale | (5,000) | 1.55 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| | | 03-Mar-03 | 71 | Stock Sale | | 1.60 | | STLOF | Shep Technologies Inc. | PARAGON | n/a |

SEC006099

CONFIDENTIAL TREATMENT REQUESTED

LOM 002091

| Date | Transaction | Quantity | Price | Event / Notes | Security | Symbol | Account | |
|---|---|---|---|---|---|---|---|---|
| 10-Mar-03 71 | Stock Sale | (5,000) | 1.45 | | Shep Technologies Inc. | STLOF | KNI OTC | n/a |
| 11-Mar-03 71 | Stock Sale | (10,000) | 1.67 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 12-Mar-03 71 | Stock Sale | (1,000) | 1.63 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 18-Mar-03 71 | Stock Sale | (15,000) | 1.44 | | Shep Technologies Inc. | STLOF | DESJAR1 | n/a |
| 01-Apr-03 71 | Stock Sale | (5,500) | 1.20 | | Shep Technologies Inc. | STLOF | DESJAR1 | n/a |
| 02-Apr-03 71 | Stock Sale | (5,000) | 1.13 | | Shep Technologies Inc. | STLOF | DESJAR1 | n/a |
| 07-Apr-03 71 | Stock Sale | (11,000) | 1.11 | | Shep Technologies Inc. | STLOF | DESJAR1 | n/a |
| 08-Apr-03 71 | Stock Sale | (12,200) | 1.05 | | Shep Technologies Inc. | STLOF | DESJAR1 | n/a |
| 09-Apr-03 71 | Stock Sale | (25,000) | 1.03 | | Shep Technologies Inc. | STLOF | DESJAR1 | n/a |
| 10-Apr-03 71 | Stock Sale | (87,500) | 1.01 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 11-Apr-03 71 | Stock Sale | (37,500) | 1.00 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 14-Apr-03 71 | Stock Sale | (22,800) | 1.00 | | Shep Technologies Inc. | STLOF | DESJAR1 | n/a |
| 15-Apr-03 71 | Stock Sale | (16,000) | 1.00 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 30-May-03 71 | Stock Sale | (77,000) | 1.00 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 02-Jun-03 71 | Stock Sale | (100,000) | 0.69 | | Shep Technologies Inc. | STLOF | DESJAR1 | n/a |
| 02-Jun-03 71 | Stock Sale | (73,000) | 0.70 | | Shep Technologies Inc. - R 02Jan03 | STLOF-R | VFIN | n/a |
| 28-Jul-03 71 | Stock Sale | (16,700) | 0.70 | | Shep Technologies Inc. - R 30OCT03 | STLOF-R2 | LOM | n/a |
| 28-Jul-03 71 | Stock Sale | (1,100) | 1.84 | | Shep Technologies Inc. - R 03Jan03 | STLOF | LOM | n/a |
| 30-Jul-03 41 | Stock Purchase | 7,800 | 1.41 | | Shep Technologies Inc. | STLOF | LOM | n/a |
| 05-Aug-03 41 | Stock Purchase | 5,000 | 1.48 | | Shep Technologies Inc. | STLOF | DSJSHRT | n/a |
| 11-Aug-03 41 | Stock Purchase | 5,000 | 1.45 | | Shep Technologies Inc. | STLOF | DSJSHRT | n/a |
| 15-Sep-03 6A | Corporate Action | (56,667) | | Event 7MP Wrt expd 12Sep03 | Shep Technologies Inc. | STLOF | DSJSHRT | n/a |
| 12-Jan-04 82 | Corporate Action | (29,917) | | Event 8C7 144 exemption release 12JAN04 | SHEP Technologies Inc. Wts 12SEP03 | STLOF-W | DSJSHRT | n/a |
| 12-Jan-04 83 | Corporate Action | 29,917 | | Event 8C7 144 exemption release 12JAN04 | Shep Technologies Inc. - R 30OCT03 | STLO-R2 | DESJAR1 | n/a |
| 28-Jan-04 71 | Stock Sale | (29,917) | 0.59 | | Shep Technologies Inc. | STLOF | | n/a |
| 05-Mar-03 71 | Stock Sale | (2,000) | 1.01 | | Shep Technologies Inc. | STLOF | | n/a |
| 23-Jun-03 T1 | Internal trf in stk | 2,550 | 1.16 | Transfer from 3030058 | Shep Technologies Inc. | STLOF | DSJOTC | n/a |
| 17-Mar-03 T1 | Internal trf in stk | 10,000 | | Transfer from 3030058 | Shep Technologies Inc. | STLOF | KNI OTC | n/a |
| 17-Mar-03 T1 | Internal trf in stk | 10,000 | | Transfer from 6030015 | Shep Technologies Inc. | STLOF | KNI OTC | n/a |
| 28-Mar-03 71 | Stock Sale | (10,000) | 1.28 | | Shep Technologies Inc. | STLOF | | n/a |
| 31-Mar-03 71 | Stock Sale | (5,000) | 1.24 | | Shep Technologies Inc. | STLOF | | n/a |
| 02-Apr-03 71 | Stock Sale | (5,000) | 1.19 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 03-Jun-03 T1 | Internal trf in stk | 10,000 | | Transfer from 3030058 | Shep Technologies Inc. | STLOF | KNI OTC | n/a |
| 12-Jun-03 T1 | Internal trf in stk | 10,000 | | Transfer from 6030015 | Shep Technologies Inc. | STLOF | KNI OTC | n/a |
| 17-Mar-03 71 | Internal trf in stk | (20,000) | 1.59 | | Shep Technologies Inc. | STLOF | | n/a |
| 17-Mar-03 T1 | Internal trf in stk | 2,500 | | Transfer from 3030058 | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 20-Mar-03 71 | Internal trf in stk | 2,500 | | Transfer from 6030015 | Shep Technologies Inc. | STLOF | | n/a |
| 09-Jun-03 41 | Stock Purchase | (5,000) | 1.31 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 11-Jun-03 71 | Stock Sale | 2,500 | 0.81 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 28-Aug-02 41 | Stock Purchase | (2,500) | 1.17 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 28-Aug-02 41 | Stock Purchase | 133,333 | 0.75 | | Inside Holdings Inc.- Pvt Plc | IHLGF-P | LOM PP | n/a |
| 09-Sep-02 71 | Stock Sale | 300,000 | 0.75 | | Inside Holdings Inc. | IHLGF | HAYWSEC | n/a |
| 13-Sep-02 71 | Stock Sale | (150,000) | 0.75 | | Inside Holdings Inc. | IHLGF | LOM | n/a |
| 07-Oct-02 62 | Corporate Action | (1,500) | 1.47 | | Inside Holdings Inc. | IHLGF | VFIN | n/a |
| 07-Oct-02 63 | Corporate Action | (148,500) | | Event 6OZ 1 STLOF:1 IHLGF  Eff'd 07OCT02 | Shep Technologies Inc. | STLOF | | n/a |
| 15-Oct-02 62 | Corporate Action | 148,500 | | Event 6OZ 1 STLOF:1 IHLGF  Eff'd 07OCT02 | Inside Holdings Inc.- Pvt Plc | IHLGF-P | | n/a |
| 15-Oct-02 63 | Corporate Action | (133,333) | | Event 62F Name chg from IHLGF to STLOF | Shep Technologies Inc. | STLOF | | n/a |
| 03-Dec-02 8A | Corporate Action | 133,333 | | Event 62F Name chg from IHLGF to STLOF | Inside Holdings Inc.- Pvt Plc | IHLGF-P | | n/a |
| 03-Dec-02 BB | Corporate Action | 133,333 | | Event 6AT Convert STLOF-P to STLO-R2 | Shep Technologies Inc.- R 30OCT03 | STLOF-P | | n/a |
| 03-Dec-02 BC | Corporate Action | (133,333) | | Event 6AT Convert STLOF-P to STLO-R2 | Shep Technologies Inc.- R 30OCT03 | STLO-R2 | | n/a |
| 04-Dec-02 21 | Tfr In NonCash Item | 66,666 | | Event 6AU Convert STLOF_P to STLOF-W | Shep Technologies Inc. Wts 12SEP02 | STLOF-W | | n/a |
| 05-Dec-02 22 | Tfr Out NonCash Item | 300,000 | | Rec from A/C 3030058 | Shep Technologies Inc. | STLOF | | n/a |
| 02-Jan-03 41 | Stock Purchase | (25,000) | | Del to A/C 1000112 | Shep Technologies Inc. | STLOF | | n/a |
| 17-Jan-03 71 | Stock Sale | 4,000 | 1.15 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 21-Jan-03 71 | Stock Sale | (4,000) | 1.68 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 28-Jan-03 71 | Stock Sale | (6,000) | 1.75 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 10-Feb-03 71 | Stock Sale | (2,000) | 1.62 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 24-Feb-03 71 | Stock Sale | (5,000) | 1.85 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 28-Feb-03 71 | Stock Sale | (4,000) | 1.75 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 28-Feb-03 71 | Stock Sale | (6,700) | 1.48 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 03-Mar-03 71 | Stock Sale | (6,800) | 1.50 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 10-Mar-03 71 | Stock Sale | (15,000) | 1.59 | | Shep Technologies Inc. | STLOF | LOM | n/a |
| 11-Mar-03 71 | Stock Sale | (5,000) | 1.45 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| 11-Mar-03 71 | Stock Sale | (10,000) | 1.53 | | Shep Technologies Inc. | STLOF | KNI OTC | n/a |
| 13-Mar-03 71 | Stock Sale | (10,000) | 1.57 | | Shep Technologies Inc. | STLOF | VFIN | n/a |
| | | | 1.55 | | Shep Technologies Inc. | STLOF | VFIN | n/a |

SEC006100

CONFIDENTIAL TREATMENT REQUESTED

LOM 002092

| Code | Entity | Date | Transaction | Quantity | Price | Note | Symbol | Company | Broker | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0045 | Nomad Trading Ltd. (#1) | 18-Mar-03 | Stock Sale | (5,000) | 1.41 | | STLOF | Shep Technologies Inc. | DESJAR1 | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 28-Mar-03 | Stock Sale | (15,000) | 1.27 | | STLOF | Shep Technologies Inc. | DESJAR1 | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 07-Apr-03 | Stock Sale | (20,000) | 1.04 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 08-Apr-03 | Stock Sale | (80,000) | 1.05 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 08-Apr-03 | Stock Sale | (5,500) | 1.07 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 14-Apr-03 | Stock Sale | (50,000) | 1.00 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 21-Apr-03 | Stock Sale | (50,000) | 0.99 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 24-Apr-03 | Stock Sale | (40,000) | 0.87 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 25-Apr-03 | Stock Sale | (48,300) | 0.88 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 28-Apr-03 | Stock Sale | (15,500) | 0.92 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 30-Apr-03 | Stock Sale | (4,000) | 0.88 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 23-Jun-03 | Stock Sale | (500) | 2.19 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 15-Sep-03 6A | Corporate Action | (66,666) | | Event 7MP Wrt exp'd 12Sep03 | STLOF-W | SHEP Technologies Inc. Wts 12SEP02 | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 12-Jan-04 6A | Corporate Action | (119,870) | | Event 8C7 144 exemption release 12JAN04 | STLOF-R2 | Shep Technologies Inc. - R 30OCT03 | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 12-Jan-04 63 | Corporate Action | 119,870 | | Event 8C7 144 exemption release 12JAN04 | STLOF | Shep Technologies Inc. | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 12-Jan-04 71 | Stock Sale | (25,000) | 0.60 | | STLOF | Shep Technologies Inc. | DSJOTC | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 26-Jan-04 71 | Stock Sale | (15,083) | 0.59 | | STLOF | Shep Technologies Inc. | DSJOTC | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 27-Jan-04 71 | Stock Sale | (40,000) | 0.60 | | STLOF | Shep Technologies Inc. | DSJOTC | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 30-Jan-04 71 | Stock Sale | (8,500) | 0.58 | | STLOF | Shep Technologies Inc. | DESJAR1 | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 02-Feb-04 71 | Stock Sale | (10,000) | 0.56 | | STLOF | Shep Technologies Inc. | DSJOTC | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 03-Feb-04 71 | Stock Sale | (21,000) | 0.53 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 31-Jan-02 RC | Received Certificate | 300,000 | | Certificate No 56 Rec'd | IHLGF | Inside Holdings Inc. | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 31-Jan-02 RC | Received Certificate | 600,000 | | Certificate No 54 Rec'd | IHLGF | Inside Holdings Inc. | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 31-Jan-02 RC | Received Certificate | 650,000 | | Certificate No 53 Rec'd | IHLGF | Inside Holdings Inc. | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 31-Jan-02 RC | Received Certificate | 1,275,000 | | Certificate No 52 Rec'd | IHLGF | Inside Holdings Inc. | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 12-Feb-02 T1 | Internal trf in stk | 1,023,850 | | Transfer from 3030005B | IHLGF-R | Inside Holdings Inc.-R 03Jan03 | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 12-Feb-02 T2 | Internal trf out stk | (1,050,000) | | Transfer to 3030005B | IHLGF | Inside Holdings Inc. | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 29-Apr-02 RC | Received Certificate | 1,500,000 | | Certificate No 83 Rec'd | IHLGF-R1 | Inside Holdings inc.-R 20Feb03 | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 09-Sep-02 71 | Stock Sale | (82,500) | 1.09 | | IHLGF | Inside Holdings Inc. | VFIN | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 10-Sep-02 71 | Stock Sale | (17,500) | 1.10 | | IHLGF | Inside Holdings Inc. | VFIN | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 12-Sep-02 71 | Stock Sale | (70,000) | 1.09 | | IHLGF | Inside Holdings Inc. | VFIN | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 30-Sep-02 41 | Stock Purchase | 3,000 | 1.10 | | IHLGF | Inside Holdings Inc. | PLT OTC | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 07-Oct-02 62 | Corporate Action | (1,608,000) | | Event 602 1 STLOF-1 IHLGF Eff'd 07OCT02 | IHLGF-R | Inside Holdings Inc.-R 03Jan03 | KNI OTC | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 07-Oct-02 63 | Corporate Action | 1,608,000 | | Event 602 1 STLOF-1 IHLGF Eff'd 07OCT02 | STLOF | Shep Technologies Inc. | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 07-Oct-02 41 | Stock Purchase | 2,500 | 1.12 | | STLOF | Shep Technologies Inc. | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 09-Oct-02 62 | Corporate Action | (1,023,850) | | Event 611 Name chg IHLGF to STLOF | IHLGF-R | Inside Holdings Inc.-R 03Jan03 | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 09-Oct-02 63 | Corporate Action | (1,500,000) | | Event 61J Name chg IHLGF to STLOF | IHLGF-R1 | Inside Holdings Inc.-R 20Feb03 | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 09-Oct-02 63 | Corporate Action | 1,023,850 | | Event 611 Name chg IHLGF to STLOF | STLOF-R | Shep Technologies Inc. - R 03Jan03 | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 31-Oct-02 41 | Stock Purchase | 2,200 | 1.02 | | STLOF-R1 | Shep Technologies Inc. - R 20Feb03 | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 14-Nov-02 T2 | Internal trf out stk | (1,500,000) | | Transfer to 6030015 | STLOF | Shep Technologies Inc. | LOM | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 14-Nov-02 T2 | Internal trf out stk | (1,023,850) | | Transfer to 6030015 | STLO-R1 | Shep Technologies Inc. - R 20Feb03 | | n/a |
| 0045 | Nomad Trading Ltd. (#1) | 14-Nov-02 T2 | Internal trf out stk | (1,612,700) | | Transfer to 6030015 | STLOF-R | Shep Technologies Inc. - R 03Jan03 | | n/a |
| 0058 | Golden Accumulator Limited | 07-Jan-02 41 | Stock Purchase | 400,000 | 0.52 | | IHLGF | Inside Holdings Inc. | CANA 0 | n/a |
| 0058 | Golden Accumulator Limited | 31-Jan-02 RC | Received Certificate | 2,047,700 | | Certificate No 62 Rec'd | IHLGF | Inside Holdings Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 31-Jan-02 RC | Received Certificate | 326,000 | | Certificate No 55 Rec'd | IHLGF | Inside Holdings Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 04-Feb-02 RC | Corporate Action | 2,047,700 | | Event 4YD Stock entered as free trading | IHLGF | Inside Holdings Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 04-Feb-02 63 | Corporate Action | (2,047,700) | | Event 4YD Stock entered as free trading | IHLGF-R | Inside Holdings Inc.-R 03Jan03 | | n/a |
| 0058 | Golden Accumulator Limited | 12-Feb-02 T1 | Internal trf in stk | 1,050,000 | | Transfer from 3030045 | IHLGF | Inside Holdings Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 12-Feb-02 T2 | Internal trf out stk | (1,023,850) | | Transfer to 3030045 | IHLGF-R | Inside Holdings Inc.-R 03Jan03 | | n/a |
| 0058 | Golden Accumulator Limited | 29-Apr-02 RC | Received Certificate | 1,500,000 | | Certificate No 84 Rec'd | IHLGF-R1 | Inside Holdings Inc.-R 20Feb03 | | n/a |
| 0058 | Golden Accumulator Limited | 03-May-02 41 | Stock Purchase | 5,200 | 1.02 | | IHLGF | Inside Holdings Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 06-Jun-02 41 | Stock Purchase | 4,200 | 0.60 | | IHLGF | Inside Holdings Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 03-Sep-02 71 | Stock Sale | (20,000) | 1.00 | | IHLGF | Inside Holdings Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 09-Sep-02 71 | Stock Sale | (82,500) | 1.09 | | IHLGF | Inside Holdings Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 10-Sep-02 71 | Stock Sale | (17,500) | 1.10 | | IHLGF | Inside Holdings Inc. | PLT OTC | n/a |
| 0058 | Golden Accumulator Limited | 12-Sep-02 71 | Stock Sale | (70,000) | 1.09 | | IHLGF | Inside Holdings Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 27-Sep-02 41 | Stock Purchase | 3,000 | 1.10 | | IHLGF | Inside Holdings Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 01-Oct-02 41 | Stock Purchase | 1,500 | 1.10 | | IHLGF | Inside Holdings Inc. | PLT OTC | n/a |
| 0058 | Golden Accumulator Limited | 03-Oct-02 41 | Stock Purchase | 2,150 | 1.12 | | IHLGF | Inside Holdings Inc. | KNI OTC | n/a |
| 0058 | Golden Accumulator Limited | 04-Oct-02 41 | Stock Purchase | 500 | 1.13 | | IHLGF | Inside Holdings Inc. | PLT OTC | n/a |
| 0058 | Golden Accumulator Limited | 07-Oct-02 62 | Corporate Action | (1,601,550) | | Event 602 1 STLOF:1 IHLGF Eff'd 07OCT02 | IHLGF | Inside Holdings Inc. | KNI OTC | n/a |
| 0058 | Golden Accumulator Limited | 07-Oct-02 63 | Corporate Action | 1,601,550 | | Event 602 1 STLOF:1 IHLGF Eff'd 07OCT02 | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 07-Oct-02 62 | Corporate Action | (1,023,850) | 1.12 | Event 611 Name chg IHLGF to STLOF | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| 0058 | Golden Accumulator Limited | 08-Oct-02 62 | Corporate Action | (1,500,000) | | Event 61J Name chg IHLGF to STLOF | IHLG-R1 | Inside Holdings Inc.-R 20Feb03 | | n/a |
| 0058 | Golden Accumulator Limited | 08-Oct-02 63 | Corporate Action | 1,500,000 | | Event 61J Name chg IHLGF to STLOF | STLO-R1 | Shep Technologies Inc. - R 20Feb03 | | n/a |

CONFIDENTIAL TREATMENT REQUESTED

LOM 002093

| Acct | Entity | Date | Transaction | Quantity | Price | Note | | Security | Broker | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0058 | Golden Accumulator Limited | 09-Oct-02 63 | Corporate Action | 1,023,850 | | Event 611 Name chg IHLGF to STLOF | STLOF-R | Shep Technologies Inc. - R 03Jan03 | | n/a |
| 0058 | Golden Accumulator Limited | 18-Oct-02 41 | Stock Purchase | 2,500 | 1.04 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| 0058 | Golden Accumulator Limited | 13-Nov-02 41 | Stock Purchase | 3,000 | 1.02 | | STLOF | Shep Technologies Inc. | PARAGON | n/a |
| 0058 | Golden Accumulator Limited | 29-Nov-02 41 | Stock Purchase | 2,000 | 0.95 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 29-Nov-02 41 | Stock Purchase | 500 | 0.85 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 04-Dec-02 22 | Trf Out NonCash Item | (300,000) | | Del to A/C 3000008 | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 05-Dec-02 T2 | Internal trf out stk | (15,000) | | Transfer to 3030144 | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 05-Dec-02 T2 | Internal trf out stk | (15,000) | | Transfer to 3030144 | STLOF-R | Shep Technologies Inc. - R 03Jan03 | | n/a |
| 0058 | Golden Accumulator Limited | 13-Dec-02 41 | Stock Purchase | 2,500 | 1.30 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| 0058 | Golden Accumulator Limited | 18-Dec-02 41 | Stock Purchase | 2,500 | 1.25 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| 0058 | Golden Accumulator Limited | 17-Dec-02 41 | Stock Purchase | 500 | 1.10 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| 0058 | Golden Accumulator Limited | 18-Dec-02 41 | Stock Purchase | 2,000 | 1.10 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| 0058 | Golden Accumulator Limited | 03-Jan-03 71 | Stock Sale | (22,500) | 1.18 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 21-Jan-03 DF | Delivered Electronic | (33,000) | | Delivered Free to Swiss American Secur | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 24-Jan-03 DF | Delivered Electronic | (25,000) | | Delivered Free to Research Capital Cor | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 14-Feb-03 DF | Delivered Electronic | (50,000) | | Delivered Free to Penson Financial Ser | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 18-Feb-03 71 | Stock Sale | (5,000) | 1.70 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 19-Feb-03 DF | Delivered Electronic | (15,000) | | Delivered Free to JB Oxford and Compan | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 19-Feb-03 DF | Delivered Electronic | (6,000) | | Delivered Free to Merrill Lynch | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 21-Feb-03 71 | Stock Sale | (30,000) | 1.72 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 03-Mar-03 71 | Stock Sale | (17,500) | 1.56 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 03-Mar-03 71 | Stock Sale | (10,000) | 1.58 | | STLOF | Shep Technologies Inc. | PARAGON | n/a |
| 0058 | Golden Accumulator Limited | 04-Mar-03 41 | Stock Purchase | 2,550 | 1.33 | | STLOF | Shep Technologies Inc. | KNI OTC | n/a |
| 0058 | Golden Accumulator Limited | 13-Mar-03 T2 | Internal trf out stk | (25,000) | | Transfer to 3030085 | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 13-Mar-03 71 | Stock Sale | (17,500) | 1.55 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 17-Mar-03 DF | Delivered Electronic | (10,000) | | Delivered Free to Brown Brothers Harrimo | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 17-Mar-03 T2 | Internal trf out stk | (2,500) | | Transfer to 1030329 | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 17-Mar-03 T2 | Internal trf out stk | (10,000) | | Transfer to 1030051 | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 17-Mar-03 71 | Stock Sale | (7,500) | 1.45 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 18-Mar-03 71 | Stock Sale | (30,000) | 1.46 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 19-Mar-03 71 | Stock Sale | (17,500) | 1.38 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 20-Mar-03 71 | Stock Sale | (13,280) | 1.32 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 21-Mar-03 71 | Stock Sale | (2,000) | 1.33 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 24-Mar-03 71 | Stock Sale | (5,750) | 1.28 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 25-Mar-03 71 | Stock Sale | (5,000) | 1.23 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 28-Mar-03 22 | Trf Out NonCash Item | (10,000) | | Trf to a/c 1001471 | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 28-Mar-03 22 | Trf Out NonCash Item | (20,000) | | Trf to a/c 3060019 | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 31-Mar-03 DF | Delivered Electronic | (10,000) | 1.29 | Delivered Free to Raymond James | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 01-Apr-03 21 | Trf In NonCash Item | 10,000 | | rev of entry dated 17March03 | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 02-Apr-03 71 | Stock Sale | (5,000) | 1.13 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 03-Apr-03 71 | Stock Sale | (32,000) | 1.01 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 04-Apr-03 71 | Stock Sale | (6,100) | 0.99 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 07-Apr-03 71 | Stock Sale | (25,000) | 1.06 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 08-Apr-03 71 | Stock Sale | (58,000) | 1.06 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 09-Apr-03 71 | Stock Sale | (129,750) | 1.02 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 09-Apr-03 71 | Stock Sale | (60,000) | 1.03 | | STLOF | Shep Technologies Inc. | UNION O | n/a |
| 0058 | Golden Accumulator Limited | 10-Apr-03 71 | Stock Sale | (40,000) | 1.00 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 11-Apr-03 71 | Stock Sale | (25,000) | 1.00 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 15-Apr-03 71 | Stock Sale | (8,500) | 1.00 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 16-Apr-03 71 | Stock Sale | (14,500) | 1.00 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 16-Apr-03 DF | Delivered Electronic | (27,000) | | Delivered Free to Brown Brothers Harri | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 17-Apr-03 22 | Trf Out NonCash Item | (5,500) | | Trf to a/c 3060019 | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 24-Apr-03 71 | Stock Sale | (10,000) | 0.88 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 25-May-03 71 | Stock Sale | (5,000) | 0.93 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 23-May-03 71 | Stock Sale | (50,000) | 0.69 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 02-Jun-03 71 | Stock Sale | (50,000) | 0.69 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 03-Jun-03 71 | Stock Sale | (5,000) | 0.67 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 03-Jun-03 22 | Trf Out NonCash Item | (55,000) | | Trf to a/c 3060019 | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 03-Jun-03 22 | Trf Out NonCash Item | (10,000) | | Trf to a/c 1001471 | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 03-Jun-03 T2 | Internal trf out stk | (10,000) | | Transfer to 1030051 | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 04-Jun-03 DF | Delivered Electronic | (15,000) | | Delivered Free to Raymond James | STLOF | Shep Technologies Inc. | | n/a |
| 0058 | Golden Accumulator Limited | 08-Jun-03 71 | Stock Sale | (130,200) | 0.75 | | STLOF | Shep Technologies Inc. | VFIN | n/a |
| 0058 | Golden Accumulator Limited | 11-Jun-03 T2 | Internal trf out stk | (27,000) | | Transfer to 6030015 | STLOF | Shep Technologies Inc. | | n/a |
| 30058 | Golden Accumulator Limited | 13-Jun-03 71 | Stock Sale | (75,000) | 1.45 | | STLOF | Shep Technologies Inc. | DSJSHRT | n/a |
| 30058 | Golden Accumulator Limited | 18-Jun-03 71 | Stock Sale | (25,000) | 1.25 | | STLOF | Shep Technologies Inc. | DESJAR1 | n/a |
| 30058 | Golden Accumulator Limited | 23-Jun-03 T2 | Internal trf out stk | (2,550) | | Transfer to 1001929 | STLOF | Shep Technologies Inc. | | n/a |

CONFIDENTIAL TREATMENT REQUESTED

LOM 002094



SEC006103

CONFIDENTIAL TREATMENT REQUESTED

LOM 002095



| Acct | Name | Date | Transaction | Quantity | Price | Note | Symbol | Company | Date |
|---|---|---|---|---|---|---|---|---|---|
| 0015 | Coral House Ltd "A" | 19-Mar-03 71 | Stock Sale | (17,500) | 1.36 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 20-Mar-03 71 | Stock Sale | (13,250) | 1.32 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 21-Mar-03 71 | Stock Sale | (2,000) | 1.33 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 24-Mar-03 71 | Stock Sale | (5,750) | 1.28 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 25-Mar-03 71 | Stock Sale | (5,000) | 1.23 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 28-Mar-03 71 | Stock Sale | (15,900) | 1.28 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 02-Apr-03 71 | Stock Sale | (5,000) | 1.15 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 03-Apr-03 71 | Stock Sale | (32,000) | 1.01 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 04-Apr-03 71 | Stock Sale | (6,100) | 0.99 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 07-Apr-03 71 | Stock Sale | (25,000) | 1.10 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 08-Apr-03 71 | Stock Sale | (62,500) | 1.06 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 09-Apr-03 71 | Stock Sale | (118,750) | 1.02 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 09-Apr-03 71 | Stock Sale | (50,000) | 1.03 | | UNION O | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 11-Apr-03 71 | Stock Sale | (40,000) | 1.00 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 16-Apr-03 71 | Stock Sale | (20,000) | 1.00 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 16-Apr-03 DF | Delivered Electronic | (27,000) | | Delivered Free to Brown Brothers Harr | STLOF | Shep Technologies Inc. | |
| 0015 | Coral House Ltd "A" | 17-Apr-03 71 | Stock Sale | (13,500) | 1.00 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 21-Apr-03 22 | Tfr Out NonCash Item | (40,000) | | Trf to a/c 3060019 | STLOF | Shep Technologies Inc. | |
| 0015 | Coral House Ltd "A" | 22-Apr-03 71 | Stock Sale | (20,000) | 0.92 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 24-Apr-03 71 | Stock Sale | (10,000) | 0.88 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 25-Apr-03 71 | Stock Sale | (6,000) | 0.93 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 23-May-03 71 | Stock Sale | (7,500) | 0.69 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 02-Jun-03 71 | Stock Sale | (50,000) | 0.69 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 02-Jun-03 21 | Tfr In NonCash Item | 150,000 | | trf from 1000080 | STLOF-R | Shep Technologies Inc. - R 03Jan03 | |
| 0015 | Coral House Ltd "A" | 02-Jun-03 22 | Tfr Out NonCash Item | (150,000) | | trf to 1000080 | STLOF | Shep Technologies Inc. | |
| 0015 | Coral House Ltd "A" | 03-Jun-03 71 | Stock Sale | (5,000) | 0.67 | | STLO-R1 | Shep Technologies Inc. | |
| 0015 | Coral House Ltd "A" | 03-Jun-03 T2 | Internal trf out stk | (10,000) | | Internal trf out stk | STLOF | Shep Technologies Inc. | |
| 0015 | Coral House Ltd "A" | 09-Jun-03 71 | Stock Sale | (101,800) | 0.75 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 10-Jun-03 71 | Stock Sale | (95,000) | 0.75 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 10-Jun-03 71 | Stock Sale | (155,000) | 0.77 | | STLOF | Shep Technologies Inc. | n/a |
| 0015 | Coral House Ltd "A" | 11-Jun-03 T1 | Internal trf in stk | 27,000 | | Transfer from 3030058 | STLOF | Shep Technologies Inc. | |
| 0015 | Coral House Ltd "A" | 17-Jun-03 DF | Delivered Electronic | (28,000) | | Delivered Free to Brown Brothers Harr | STLOF | Shep Technologies Inc. | |
| 0015 | Coral House Ltd "A" | 28-Jun-03 22 | Tfr Out NonCash Item | (1,023,850) | | Del out cert # 62 | STLOF-R | Shep Technologies Inc. - R 03Jan03 | |
| 0015 | Coral House Ltd "A" | 28-Apr-03 22 | Tfr Out NonCash Item | (1,500,000) | | Del out cert # 63 | STLO-R1 | Shep Technologies Inc. - R 20Feb03 | |
| 0015 | Coral House Ltd "A" | 26-Nov-03 T2 | Internal trf out stk | (26,250) | | Transfer to 6030044 | STLOF | Shep Technologies Inc. | |
| 0015 | Coral House Ltd "A" | 26-Nov-03 T1 | Internal trf in stk | 28,250 | | Transfer from 6030015 | STLOF | Shep Technologies Inc. | |

**CANCELLED TRANSACTIONS**

| Date | Transaction | Quantity | Price | Description | Symbol | Company | Date |
|---|---|---|---|---|---|---|---|
| 12-Mar-03 41 | Stock Purchase | 19,500 | 1.54 | | STLOF | Shep Technologies Inc. | 14-Mar-03 |
| 30-May-03 71 | Stock Purchase | 77,000 | 0.70 | | STLOF-R | Shep Technologies Inc. - R 03Jan03 | 02-Jun-03 |
| 30-May-03 71 | Stock Sale | (100,000) | 0.71 | | STLOF | Shep Technologies Inc. | 02-Jun-03 |
| 02-Jun-03 41 | Stock Purchase | 100,000 | 0.69 | | STLO-R2 | Shep Technologies Inc. - R 30OCT03 | 04-Jun-03 |
| 02-Jun-03 71 | Stock Sale | (150,000) | 0.69 | | STLOF | Shep Technologies Inc. | 04-Jun-03 |
| 03-Mar-03 71 | Stock Purchase | 73,000 | 0.70 | | STLOF-R | Shep Technologies Inc. - R 03Jan03 | 04-Jun-03 |
| 10-Mar-03 71 | Stock Sale | (5,000) | 1.56 | | STLOF | Shep Technologies Inc. | 30-Apr-03 |
| 10-Mar-03 71 | Stock Sale | (2,000) | 1.31 | | PARAGON | Shep Technologies Inc. | 30-Apr-03 |
| 15-Apr-03 71 | Stock Sale | (23,000) | 1.01 | | DESJAR1 | Shep Technologies Inc. | 30-Apr-03 |
| 28-Aug-02 41 | Stock Sale | (10,000) | 1.00 | | DESJAR1 | Shep Technologies Inc. | 30-Apr-03 |
| 03-Dec-02 BA | Stock Purchase | 100,000 | 0.75 | | VFIN | Shep Technologies Inc. | 12-Mar-03 |
| 03-Dec-02 BA | Corporate Action | 133,333 | | Event 6AT Convert STLOF-P to STLO-R2 | STLO-R2 | Shep Technologies Inc. - R 30OCT03 | 03-Sep-02 |
| 03-Dec-02 BB | Corporate Action | 133,333 | | Event 6AT Convert STLOF-P to STLO-R2 | STLO-R2 | Shep Technologies Inc. - R 30OCT03 | 03-Dec-02 |
| 03-Dec-02 BB | Corporate Action | (133,333) | | Event 6AT Convert STLOF-P to STLO-R2 | STLOF-P | Shep Technologies Inc. - Pvt Plc | 03-Dec-02 |
| 03-Dec-02 BC | Corporate Action | (133,333) | | Event 6AT Convert STLOF-P to STLO-R2 | STLOF-P | Shep Technologies Inc. - Pvt Plc | 03-Dec-02 |
| 03-Dec-02 BC | Corporate Action | 66,667 | | Event 6AU Convert STLOF_P to STLOF-W | STLOF-W | SHEP Technologies Inc. Wts 12SEP03 | 03-Dec-02 |
| 03-Dec-02 BC | Corporate Action | 66,667 | | Event 6AU Convert STLOF_P to STLOF-W | STLOF-W | SHEP Technologies Inc. Wts 12SEP03 | 03-Dec-02 |
| 11-Mar-03 41 | Stock Sale | (10,000) | 1.31 | | STLOF | Shep Technologies Inc. | 12-Mar-03 |
| 30-Jul-03 41 | Stock Purchase | 7,800 | 1.67 | | DSJSHRT | Shep Technologies Inc. | 31-Jul-03 |
| 28-Aug-02 41 | Stock Purchase | 100,000 | 0.75 | | IHLGF-P | Inside Holdings Inc.- Pvt Plc | 03-Sep-02 |
| 03-Dec-02 BA | Corporate Action | 133,333 | | Event 6AT Convert STLOF-P to STLO-R2 | STLO-R2 | Shep Technologies Inc. - R 30OCT03 | 03-Dec-02 |
| 03-Dec-02 BA | Corporate Action | 133,333 | | Event 6AT Convert STLOF-P to STLO-R2 | STLO-R2 | Shep Technologies Inc. - R 30OCT03 | 03-Dec-02 |
| 03-Dec-02 BB | Corporate Action | (133,333) | | Event 6AT Convert STLOF-P to STLO-R2 | STLOF-P | Shep Technologies Inc. - Pvt Plc | 03-Dec-02 |
| 03-Dec-02 BB | Corporate Action | (133,333) | | Event 6AT Convert STLOF-P to STLO-R2 | STLOF-P | Shep Technologies Inc. - Pvt Plc | 03-Dec-02 |
| 03-Dec-02 BC | Corporate Action | 86,667 | | Event 6AU Convert STLOF_P to STLOF-W | STLOF-W | SHEP Technologies Inc. Wts 12SEP03 | 03-Dec-02 |
| 03-Dec-02 BC | Corporate Action | 86,666 | | Event 6AU Convert STLOF_P to STLOF-W | STLOF-W | SHEP Technologies Inc. Wts 12SEP03 | 03-Dec-02 |
| 03-Dec-02 BC | Corporate Action | 86,667 | | Event 6AU Convert STLOF_P to STLOF-W | STLOF-W | SHEP Technologies Inc. Wts 12SEP03 | 03-Dec-02 |

CONFIDENTIAL TREATMENT REQUESTED

LOM 002096

| Acct | Entity | Trade Date | Transaction | Quantity | Price | Note | Code | Security | Source | Settle Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 008 | Large Flight Limited | 11-Mar-03.71 | Stock Sale | (10,000) | 1.57 | | STLOF | Shep Technologies Inc. | VFIN | 12-Mar-03 |
| 045 | Nomad Trading Ltd. (#1) | 07-Oct-02.41 | Stock Purchase | 2,500 | 1.12 | | STLOF | Shep Technologies Inc. | KNI OTC | 28-Oct-02 |
| 058 | Golden Accumulator Limited | 06-Jun-02.41 | Stock Purchase | 4,200 | 0.80 | | IHLGF | Inside Holdings Inc. | VFIN | 20-Jun-02 |
| 058 | Golden Accumulator Limited | 07-Oct-02.41 | Stock Purchase | 2,500 | 1.12 | | STLOF | Shep Technologies Inc. | KNI OTC | 28-Oct-02 |
| 058 | Golden Accumulator Limited | 28-Nov-02.41 | Stock Purchase | 2,500 | 0.95 | | STLOF | Shep Technologies Inc. | VFIN | 03-Dec-02 |
| 058 | Golden Accumulator Limited | 24-Feb-03.71 | Stock Sale | (4,000) | 1.75 | | STLOF | Shep Technologies Inc. | VFIN | 25-Feb-03 |
| 058 | Golden Accumulator Limited | 19-Mar-03.71 | Stock Sale | (1) | 17,500.00 | | STLOF | Shep Technologies Inc. | VFIN | 20-Mar-03 |
| 058 | Golden Accumulator Limited | 01-Apr-03 DF | Delivered Electronic | (7,000) | | Delivered Free to Swiss American Secur | STLOF | Shep Technologies Inc. | VFIN | 11-Apr-03 |
| 058 | Golden Accumulator Limited | 07-Apr-03.71 | Stock Sale | (25,000) | 1.06 | | STLOF | Shep Technologies Inc. | VFIN | 15-Apr-03 |
| 058 | Golden Accumulator Limited | 09-Apr-03.71 | Stock Sale | (129,750) | 1.02 | | STLOF | Shep Technologies Inc. | VFIN | 15-Apr-03 |
| 058 | Golden Accumulator Limited | 14-Apr-03 DF | Delivered Electronic | (27,000) | | Delivered Free to Brown Brothers Harri | STLOF | Shep Technologies Inc. | | 14-Apr-03 |
| 058 | Golden Accumulator Limited | 10-Jun-03.71 | Stock Sale | (95,000) | 0.78 | | STLOF | Shep Technologies Inc. | VFIN | 11-Jun-03 |
| | [redacted] | 18-Mar-03.71 | Stock Sale | (1) | 5,000.00 | | STLOF | Shep Technologies Inc. | VFIN | 20-Mar-03 |
| | [redacted] | 28-Mar-03.71 | Stock Sale | (5,000) | 1.27 | | STLOF | Shep Technologies Inc. | VFIN | 01-Apr-03 |
| | [redacted] | 12-Mar-03.71 | Stock Sale | (24,500) | 1.53 | | STLOF | Shep Technologies Inc. | DSJSHRT | 14-Mar-03 |
| | [redacted] | 03-Apr-03.71 | Stock Sale | (5,000) | 1.03 | | STLOF | Shep Technologies Inc. | VFIN | 08-Apr-03 |
| | [redacted] | 22-Apr-03.71 | Stock Sale | (20,000) | 0.90 | | STLOF | Shep Technologies Inc. | VFIN | 28-Apr-03 |
| | [redacted] | 20-Mar-03.71 | Stock Sale | (2,000) | 1.31 | | STLOF | Shep Technologies Inc. | DSJSHRT | 21-Mar-03 |
| | [redacted] | 14-Mar-03.71 | Stock Sale | (2,000) | 1.43 | | STLOF | Shep Technologies Inc. | DSJSHRT | 18-Mar-03 |
| | [redacted] | 20-Mar-03.71 | Stock Sale | (2,000) | 1.31 | | STLOF | Shep Technologies Inc. | DSJSHRT | 25-Mar-03 |
| | [redacted] | 27-Jan-03.41 | Stock Purchase | 5,000 | 1.52 | | STLOF | Shep Technologies Inc. | VFIN | 28-Jan-03 |
| | [redacted] | 19-Mar-03.71 | Stock Sale | (1) | 17,500.00 | | STLOF | Shep Technologies Inc. | VFIN | 20-Mar-03 |
| 0015 | Coral House Ltd "A" | 01-Apr-03 DF | Delivered Electronic | (7,000) | | Delivered Free to Swiss American Secur | STLOF | Shep Technologies Inc. | VFIN | 11-Apr-03 |
| 0015 | Coral House Ltd "A" | 08-Apr-03.71 | Stock Sale | (62,500) | 1.06 | | STLOF | Shep Technologies Inc. | VFIN | 09-Apr-03 |
| 0015 | Coral House Ltd "A" | 14-Apr-03 DF | Delivered Electronic | (27,000) | | Delivered Free to Brown Brothers Harri | STLOF | Shep Technologies Inc. | VFIN | 14-Apr-03 |
| 0015 | Coral House Ltd "A" | 23-May-03.71 | Stock Sale | (7,500) | 0.68 | | STLOF | Shep Technologies Inc. | VFIN | 03-Jun-03 |
| 0015 | Coral House Ltd "A" | 09-Jun-03.71 | Stock Sale | (101,800) | 0.76 | | STLOF | Shep Technologies Inc. | VFIN | 18-Jun-03 |
| 0015 | Coral House Ltd "A" | 10-Jun-03.71 | Stock Sale | (85,000) | 75.05 | | STLOF | Shep Technologies Inc. | VFIN | 11-Jun-03 |
| 0015 | Coral House Ltd "A" | 11-Jun-03 DF | Delivered Electronic | (54,000) | | Delivered Free to Brown Brothers Harri | STLOF | Shep Technologies Inc. | VFIN | 16-Jun-03 |

SEC006105