# Exhibit 6



CAPITAL MARKETS

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

## Statement of Account

US DOLLAR CASH ▓▓▓▓▓ 02-U
**For the period ending  January 31, 2002**
*Previous Statement  December 31, 2001*

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**
JOHN TOGNETTI
*Investment Advisor*

---

## ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 125.88 | 0.0 |
| MONEY MARKET | 333,280.63 | 100.0 |
| **Total Assets** | **$333,406.51** | **100.0** |

---

## CASH SUMMARY

| | Deductions | Additions | |
|---|---|---|---|
| **Opening Cash Amount** | | | $  333,450.79CR |
| SECURITIES PURCHASED | 333,414.00 | 0.00 | |
| INVESTMENT INCOME/EXPENSE | 0.00 | 89.09 | |
| **Totals** | $  333,414.00 | $  89.09 | |
| Net Changes This Period | | | 333,324.91DR |
| **Closing Cash Amount** | | | $  125.88CR |

---

## SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **MONEY MARKET** | | | | | |
| CIBC USD FTD 1.6% 07FEB2002 | 333,414 | Segregated | 99.960 | 333,280.63 | 100.0 |
| **Market Value of MONEY MARKET** | | | | 333,280.63 | 100.0 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0557

*Page 1*

E & OE  00JT  391

SEC046131



CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

Statement for the period ending  January 31, 2002

*CURTIS FAMILY TRUST*
*US DOLLAR CASH⬛⬛0902-U*

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 01/01 | | | Opening Balance | | $  333,450.79 CR |
| 01/03 | BUY | 333,414 | CIBC USD FTD 1.6% 07FEB2002 | 100.00 | 333,414.00 DR |
| 01/21 | DAILY INT | | INTEREST TO 01/21 | | 89.09 CR |
| 01/31 | | | Closing Balance | | $       125.88 CR |

## SUMMARY OF INCOME AND EXPENSES

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| INTEREST | 89.09 | nil | 89.09 | nil |

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, the firm's Chief Financial Officer, or the firm's Chief Operating Officer.
- NATIONAL POLICY NO. 41 was formulated by securities regulators and issuing companies to ensure that non-registered holders have the same access to corporate information and voting rights as registered holders. If you currently own shares, held at Haywood Securities Inc. that are not registered in your name, then you will not receive any corporate information from the issuing company because your name will not appear on the shareholders list. However, as a shareholder you are still entitled to receive such information as notices of meetings, annual reports, proxies, etc. If you wish to receive this information, please contact our office or your investment advisor, ask for "FORM B" and "FORM C", complete "FORM C" and return it to our office.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0558**

E & OE 00JT  392

SEC046132



**HAYWOOD SECURITIES INC.**

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**CURTIS FAMILY TRUST**
**US DOLLAR CASH** ■-0902-U

Statement for the period ending **January 31, 2002**

## Terms, conditions & other Information: (Continued)

- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0559**

SEC

E & OE 00JT  393



CAPITAL ❧ MARKETS

Suite 2000 – Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

## Statement of Account

US DOLLAR CASH  H██-0902-U
**For the period ending  February 28, 2002**
*Previous Statement  January 31, 2002*

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**
JOHN TOGNETTI
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 59.62 | 0.0 |
| MONEY MARKET | 334,230.20 | 100.0 |
| **Total Assets** | **$334,289.82** | **100.0** |

---

### CASH SUMMARY

| | Deductions | Additions | | |
|---|---|---|---|---|
| **Opening Cash Amount** | | | $ | 125.88CR |
| SECURITIES PURCHASED | 334,005.82 | 0.00 | | |
| INVESTMENT INCOME/EXPENSE | 0.00 | 525.56 | | |
| SECURITIES SOLD | 0.00 | 333,414.00 | | |
| **Totals** | $  334,005.82 | $  333,939.56 | | |
| Net Changes This Period | | | | 66.26DR |
| **Closing Cash Amount** | | | $ | 59.62CR |

---

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **MONEY MARKET** | | | | | |
| CIBC B/A USD 08APR2002 | 334,900 | Segregated | 99.800 | 334,230.20 | 100.0 |
| **Market Value of MONEY MARKET** | | | | 334,230.20 | 100.0 |

E & OE  00JT  360

*Page 1*

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0560**

SEC046134



**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada



*Statement for the period ending  February 28, 2002*

*CURTIS FAMILY TRUST*
*US DOLLAR CASH⬛-0902-U*

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 02/01 | | | Opening Balance | | $      125.88 CR |
| 02/07 | SELL | – 333,414 | CIBC USD FTD 1.6% 07FEB2002 | 100.00 | 333,414.00 CR |
| 02/07 | ACCR INT | – 333,414 | CIBC USD FTD 1.6% 07FEB2002 | | 518.64 CR |
| 02/08 | BUY | 334,900 | CIBC B/A USD 08APR2002 | 99.733 | 334,005.82 DR |
| 02/21 | DAILY INT | | INTEREST TO 02/21 | | 6.92 CR |
| 02/28 | | | Closing Balance | | $        59.62 CR |

## SUMMARY OF INCOME AND EXPENSES

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| ACCRUED INTEREST | 518.64 | nil | 518.64 | nil |
| INTEREST | 6.92 | nil | 96.01 | nil |

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, the firm's Chief Financial Officer, or the firm's Chief Operating Officer.
- NATIONAL POLICY NO. 41 was formulated for the purpose of ensuring that non–registered holders have the same access to corporate information and voting rights as registered holders. If you currently own shares, held at Haywood Securities Inc. that are not registered in your name, then you will not receive any corporate information from the issuing company because your name will not appear on the shareholders list. However, as a shareholder you are still entitled to receive such information as notices of meetings, annual reports, proxies, etc. If you wish to receive this information, please contact our office or your investment advisor, ask for "FORM B" and "FORM C", complete "FORM C" and return it to our office.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0561**

*Page 2*

E & OE 00JT  361

SEC046135



**CAPITAL MARKETS**

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

Statement for the period ending  February 28, 2002

*CURTIS FAMILY TRUST*
*US DOLLAR CASH ████-0902-U*

### Terms, conditions & other information:  (Continued)

- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0562

E & OE  00JT  362

SEC046136



CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

# Statement of Account

CANADIAN DOLLAR CASH ██-0902-C
**For the period ending  March 31, 2002**
*Previous Statement  December 31, 2001*

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**
JOHN TOGNETTI
*Investment Advisor*

## ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 0.00 | 0.0 |
| COMMON SHARES | 22,000.00 | 100.0 |
| **Total Assets** | **$22,000.00** | **100.0** |

## CASH SUMMARY

| **Opening Cash Amount** | **$0.00** |
|---|---|

No Cash Transactions This Month

## SECURITIES SUMMARY

|  | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** |  |  |  |  |  |
| AYOTTE MUSIC INC | 100,000 | Segregated | .220 | 22,000.00 | 100.0 |
| **Market Value of COMMON SHARES** |  |  |  | **22,000.00** | **100.0** |

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
|  |  |  | No Transactions This Month |  |  |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0563**

*Page 1*

E & OE  00JT  670

SEC046137



CAPITAL MARKETS

# HAYWOOD
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada



*Statement for the period ending  March 31, 2002*

***CURTIS FAMILY TRUST***
***CANADIAN DOLLAR CASH H  -0902-C***

### Terms, conditions & other information:

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, the firm's Chief Financial Officer, or the firm's Chief Operating Officer.
- NATIONAL POLICY NO. 41 was formulated by securities regulators and issuing companies to ensure that non-registered holders have the same access to corporate information and voting rights as registered holders. If you currently own shares, held at Haywood Securities Inc. that are not registered in your name, then you will not receive any corporate information from the issuing company because your name will not appear on the shareholders list. However, as a shareholder you are still entitled to receive such information as notices of meetings, annual reports, proxies, etc. If you wish to receive this information, please contact our office or your investment advisor, ask for "FORM B" and "FORM C", complete "FORM C" and return it to our office.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non-voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0564

E & OE  00JT  671

SEC046138



CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member
CIPF

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

## Statement of Account

US DOLLAR CASH ▓▓▓▓0902-U
**For the period ending** March 31, 2002
*Previous Statement  February 28, 2002*

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

For additional service, contact:

JOHN TOGNETTI
*Investment Advisor*

| ACCOUNT SUMMARY | | |
|---|---|---|
| | *Estimated Current Value* | *% of Assets* |
| CASH ON DEPOSIT | 84.55 | 0.0 |
| MONEY MARKET | 234,659.12 | 100.0 |
| **Total Assets** | **$234,743.67** | **100.0** |

| CASH SUMMARY | | | |
|---|---|---|---|
| **Opening Cash Amount** | | | $    59.62CR |
| | *Deductions* | *Additions* | |
| CHEQUES ISSUED | 100,000.00 | 0.00 | |
| SECURITIES SOLD | 0.00 | 100,024.93 | |
| **Totals** | $  100,000.00 | $  100,024.93 | |
| Net Changes This Period | | | 24.93CR |
| **Closing Cash Amount** | | | $    84.55CR |

| SECURITIES SUMMARY | | | | | |
|---|---|---|---|---|---|
| | Quantity | *Securities Location* | *Current Price* | *Estimated Market Value* | *% of Assets* |
| **MONEY MARKET** | | | | | |
| CIBC B/A USD 08APR2002 | 234,800 | Segregated | 99.940 | 234,659.12 | 100.0 |
| **Market Value of MONEY MARKET** | | | | 234,659.12 | 100.0 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0565**

*Page 1*

E & OE  00JT  672

SEC046139



**CAPITAL ⚜ MARKETS**

# HAYWOOD
**S E C U R I T I E S   I N C.**

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

*Statement for the period ending  March 31, 2002*

***CURTIS FAMILY TRUST***
***US DOLLAR CASH    0902-U***

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 03/01 | | | Opening Balance | | $     59.62 CR |
| 03/25 | CHQ ISSUED | | 13555 ON A/C – P/U | | 100,000.00 DR |
| 03/25 | SELL | – 100,100 | CIBC B/A USD 08APR2002 | 99.925 | 100,024.93 CR |
| 03/31 | | | Closing Balance | | $     84.55 CR |

## SUMMARY OF INCOME AND EXPENSES

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| ACCRUED INTEREST | nil | nil | 518.64 | nil |
| INTEREST | nil | nil | 96.01 | nil |

### Terms, conditions & other information:

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, the firm's Chief Financial Officer, or the firm's Chief Operating Officer.
- NATIONAL POLICY NO. 41 was formulated by securities regulators and issuing companies to ensure that non–registered holders have the same access to corporate information and voting rights as registered holders. If you currently own shares, held at Haywood Securities Inc. that are not registered in your name, then you will not receive any corporate information from the issuing company because your name will not appear on the shareholders list. However, as a shareholder you are still entitled to receive such information as notices of meetings, annual reports, proxies, etc. If you wish to receive this information, please contact our office or your investment advisor, ask for "FORM B" and "FORM C", complete "FORM C" and return it to our office.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0566**

*Page 2*

SEC046140



Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

*Statement for the period ending  March 31, 2002*

***CURTIS FAMILY TRUST***
***US DOLLAR CASH        0902-U***

**Terms, conditions & other information:  (Continued)**

• Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.

• The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0567**

E & OE  00JT   674

SEC046141



CAPITAL ✦ MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

## Statement of Account

US DOLLAR CASH ████-0902-U
**For the period ending  April 30, 2002**
*Previous Statement  March 31, 2002*

CURTIS FAMILY TRUST



VANCOUVER BC  V6M 1R9

**For additional service, contact:**

HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 85.77 | 0.0 |
| MONEY MARKET | 235,005.96 | 100.0 |
| **Total Assets** | **$235,091.73** | **100.0** |

---

### CASH SUMMARY

| | | Deductions | Additions | | |
|---|---|---|---|---|---|
| **Opening Cash Amount** | | | | $ | 84.55CR |
| SECURITIES PURCHASED | | 234,808.48 | 0.00 | | |
| INVESTMENT INCOME/EXPENSE | | 0.00 | 9.70 | | |
| SECURITIES SOLD | | 0.00 | 234,800.00 | | |
| **Totals** | | **$  234,808.48** | **$  234,809.70** | | |
| Net Changes This Period | | | 1.22CR | | |
| **Closing Cash Amount** | | | | $ | 85.77CR |

---

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **MONEY MARKET** | | | | | |
| CIBC USD B/A 08MAY2002 | 235,100 | Segregated | 99.960 | 235,005.96 | 100.0 |
| **Market Value of MONEY MARKET** | | | | 235,005.96 | 100.0 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0568**

*Page 1*

E & OE  00JT  261

SEC046142



CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

*Statement for the period ending  April 30, 2002*

**CURTIS FAMILY TRUST**
**US DOLLAR CAS̶̶̶̶902-U**

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 04/01 | | | Opening Balance | | $      84.55 CR |
| 04/08 | SELL | – 234,800 | CIBC B/A USD 08APR2002 | 100.00 | 234,800.00 CR |
| 04/10 | BUY | 235,100 | CIBC USD B/A 08MAY2002 | 99.876 | 234,808.48 DR |
| 04/21 | DAILY INT | | INTEREST TO 04/21 | | 9.70 CR |
| 04/30 | | | Closing Balance | | $      85.77 CR |

## SUMMARY OF INCOME AND EXPENSES                                        —

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| ACCRUED INTEREST | nil | nil | 518.64 | nil |
| INTEREST | 9.70 | nil | 105.71 | nil |

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- NATIONAL POLICY NO. 41 was formulated by securities regulators and issuing companies to ensure that non-registered holders have the same access to corporate information and voting rights as registered holders. If you currently own shares, held at Haywood Securities Inc. that are not registered in your name, then you will not receive any corporate information from the issuing company because your name will not appear on the shareholders list. However, as a shareholder you are still entitled to receive such information as notices of meetings, annual reports, proxies, etc. If you wish to receive this information, please contact our office or your investment advisor, ask for "FORM B" and "FORM C", complete "FORM C" and return it to our office.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0569**

*Page 2*

SEC046143



**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

*Statement for the period ending  April 30, 2002*

*CURTIS FAMILY TRUST*
*US DOLLAR CASH ▮▮▮▮0902-U*

**Terms, conditions & other information:  (Continued)**

- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0570

E & OE  00JT  263

SEC046144



Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
**CIPF**

## Statement of Account

**CANADIAN DOLLAR CASH** ████ **0902-C**
**For the period ending** May 31, 2002
*Previous Statement  March 31, 2002*

CURTIS FAMILY TRUST
████████████████
VANCOUVER BC  V6M 1K9

For additional service, contact:

HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value |  | % of Assets |
|---|---|---|---|
| CASH ON DEPOSIT | 0.00 |  | 0.0 |
| COMMON SHARES | 44,838.36 |  | 100.0 |
| **Total Assets** | **$44,838.36** |  | **100.0** |

---

### CASH SUMMARY

**Opening Cash Amount**                                               **$0.00**

No Cash Transactions This Month

---

### SECURITIES SUMMARY

|  | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** |  |  |  |  |  |
| AYOTTE MUSIC INC | 100,000 | Segregated | .210 | 21,000.00 | 46.8 |
| INSIDE HOLDINGS INC | 20,000 | Segregated | 1.192 | 23,838.36 | 53.2 |
| **Market Value of COMMON SHARES** |  |  |  | **44,838.36** | **100.0** |

---

### ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 05/01 |  |  | Opening Balance |  | $0.00 |
| 05/06 | Received | 20,000 | INSIDE HOLDINGS INC |  |  |
| 05/31 |  |  | Closing Balance |  | $0.00 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0571**

E & OE  00JT  342

*Page 1*

SEC046145



CAPITAL ★ MARKETS

# HAYWOOD
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

*Statement for the period ending  May 31, 2002*

**CURTIS FAMILY TRUST**
**CANADIAN DOLLAR CASH** ███ **0902-C**

## Terms, conditions & other information:

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- NATIONAL POLICY NO. 41 was formulated by securities regulators and issuing companies to ensure that non-registered holders have the same access to corporate information and voting rights as registered holders. If you currently own shares, held at Haywood Securities Inc. that are not registered in your name, then you will not receive any corporate information from the issuing company because your name will not appear on the shareholders list. However, as a shareholder you are still entitled to receive such information as notices of meetings, annual reports, proxies, etc. If you wish to receive this information, please contact our office or your investment advisor, ask for "FORM B" and "FORM C", complete "FORM C" and return it to our office.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non-voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0572

*Page 2*

E & OE 00JT  343

SEC046146



CAPITAL MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
CIPF

## Statement of Account

US DOLLAR CASH ████0902-U

**For the period ending May 31, 2002**

*Previous Statement April 30, 2002*

CURTIS FAMILY TRUST
████████
VANCOUVER BC  V6M 1K9

**For additional service, contact:**

HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

| | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 5.63 | 0.0 |
| MONEY MARKET | 235,067.41 | 100.0 |
| **Total Assets** | **$235,073.04** | **100.0** |

---

### CASH SUMMARY

| | Deductions | Additions | | |
|---|---|---|---|---|
| **Opening Cash Amount** | | | $ | 85.77CR |
| SECURITIES PURCHASED | 235,185.00 | 0.00 | | |
| INVESTMENT INCOME/EXPENSE | 0.00 | 4.86 | | |
| SECURITIES SOLD | 0.00 | 235,100.00 | | |
| **Totals** | **$   235,185.00** | **$   235,104.86** | | |
| Net Changes This Period | | | | 80.14DR |
| **Closing Cash Amount** | | | **$** | **5.63CR** |

---

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **MONEY MARKET** | | | | | |
| CIBC USD FTD 1.60% 10JUN2002 | 235,185 | Segregated | 99.950 | 235,067.41 | 100.0 |
| **Market Value of MONEY MARKET** | | | | **235,067.41** | **100.0** |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0573**

*Page 1*

E & OE  00JT  344

SEC046147



**CAPITAL MARKETS**

**HAYWOOD**
**SECURITIES INC.**

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

*Statement for the period ending  May 31, 2002*

***CURTIS FAMILY TRUST***
***US DOLLAR CASH*** ▉0902-U

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 05/01 | | | Opening Balance | | $    85.77 CR |
| 05/08 | Sell | – 235,100 | CIBC USD B/A 08MAY2002 | 100.00 | 235,100.00 CR |
| 05/09 | Buy | 235,185 | CIBC USD FTD 1.60% 10JUN2002 | 100.00 | 235,185.00 DR |
| 05/21 | Mthly Interest | | INTEREST TO 05/21 | | 4.86 CR |
| 05/31 | | | Closing Balance | | $       5.63 CR |

## SUMMARY OF INCOME AND EXPENSES  —

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| ACCRUED INTEREST | nil | nil | 518.64 | nil |
| INTEREST | 4.86 | nil | 110.57 | nil |

### Terms, conditions & other information:

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- NATIONAL POLICY NO. 41 was formulated by securities regulators and issuing companies to ensure that non–registered holders have the same access to corporate information and voting rights as registered holders. If you currently own shares, held at Haywood Securities Inc. that are not registered in your name, then you will not receive any corporate information from the issuing company because your name will not appear on the shareholders list. However, as a shareholder you are still entitled to receive such information as notices of meetings, annual reports, proxies, etc. If you wish to receive this information, please contact our office or your investment advisor, ask for "FORM B" and "FORM C", complete "FORM C" and return it to our office.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0574**

*Page 2*

E & OE 00JT  345

SEC046148



Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
CIPF

*Statement for the period ending May 31, 2002*

*CURTIS FAMILY TRUST*
*US DOLLAR CASH ███-0902-U*

### Terms, conditions & other information:  (Continued)

- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0575**

E & OE 00JT 346

SEC046149



CAPITAL MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada



Member
CIPF

## Statement of Account

CANADIAN DOLLAR CASH ▬0902-C
**For the period ending  June 30, 2002**
*Previous Statement  May 31, 2002*

CURTIS FAMILY TRUST
▬▬▬▬ WEST
VANCOUVER BC  V6M 1K9

**For additional service, contact:**

HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

| | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 0.00 | 0.0 |
| COMMON SHARES | 114,336.60 | 100.0 |
| **Total Assets** | **$114,336.60** | 100.0 |

---

### CASH SUMMARY

| | |
|---|---|
| **Opening Cash Amount** | **$0.00** |

No Cash Transactions This Month

---

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| AYOTTE MUSIC INC | 100,000 | Segregated | .150 | 15,000.00 | 13.1 |
| INSIDE HOLDINGS INC | 200,000 | Safekeeping | | | |
| | 20,000 | Segregated | .452 | 99,336.60 | 86.9 |
| **Market Value of COMMON SHARES** | | | | 114,336.60 | 100.0 |

---

### ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 06/01 | | | Opening Balance | | $0.00 |
| 06/25 | Received | 200,000 | INSIDE HOLDINGS INC | | |
| 06/30 | | | Closing Balance | | $0.00 |

---

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0576**

E & OE 00JT  691

*Page 1*

SEC046150



CAPITAL MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

*Statement for the period ending  June 30, 2002*

*CURTIS FAMILY TRUST*
*CANADIAN DOLLAR CASH* ██ *0902-C*

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- NATIONAL POLICY NO. 41 was formulated by securities regulators and issuing companies to ensure that non–registered holders have the same access to corporate information and voting rights as registered holders. If you currently own shares, held at Haywood Securities Inc. that are not registered in your name, then you will not receive any corporate information from the issuing company because your name will not appear on the shareholders list. However, as a shareholder you are still entitled to receive such information as notices of meetings, annual reports, proxies, etc. If you wish to receive this information, please contact our office or your investment advisor, ask for "FORM B" and "FORM C", complete "FORM C" and return it to our office.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0577**

*Page 2*

E & OE 00JT  692

SEC046151



CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

**Member**
**CIPF**

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

## Statement of Account

US DOLLAR CASH ▆▆▆0902-U
**For the period ending** June 30, 2002
*Previous Statement May 31, 2002*

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**
HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

| | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 0.00 | 0.0 |
| MONEY MARKET | 215,525.00 | 100.0 |
| **Total Assets** | **$215,525.00** | **100.0** |

---

### CASH SUMMARY

| | Deductions | Additions | | |
|---|---|---|---|---|
| **Opening Cash Amount** | | | $ | 5.63CR |
| SECURITIES PURCHASED | 215,525.00 | 0.00 | | |
| INVESTMENT INCOME/EXPENSE | 8.31 | 334.49 | | |
| OTHER | 0.00 | 8.19 | | |
| CHEQUES ISSUED | 20,000.00 | 0.00 | | |
| SECURITIES SOLD | 0.00 | 235,185.00 | | |
| **Totals** | **$   235,533.31** | **$   235,527.68** | | |
| Net Changes This Period | | | | 5.63DR |
| **Closing Cash Amount** | | | $ | **0.00** |

---

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **MONEY MARKET** | | | | | |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0578**

*Page 1*

SEC046152



CAPITAL ✦ MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

*Statement for the period ending June 30, 2002*

**CURTIS FAMILY TRUST**
**US DOLLAR CASH ⬛ 0902-U**

## SECURITIES SUMMARY Continued

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| CIBC USD FTD 1.57% 11JUL2002 | 215,525 | Segregated | 100.000 | 215,525.00 | 100.0 |
| **Market Value of MONEY MARKET** | | | | **215,525.00** | **100.0** |

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 06/01 | | | Opening Balance | | $      5.63 CR |
| 06/07 | Cheque Issued | | 13916 ISS: OCTAGON ITF CURTIS FAMILY TR–COURIER | | 20,000.00 DR |
| 06/10 | Sell | – 235,185 | CIBC USD FTD 1.60% 10JUN2002 | 100.00 | 235,185.00 CR |
| 06/10 | Accrued Interest | – 235,185 | CIBC USD FTD 1.60% 10JUN2002 | | 334.49 CR |
| 06/11 | Buy | 215,525 | CIBC USD FTD 1.57% 11JUL2002 | 100.00 | 215,525.00 DR |
| 06/21 | Mthly Interest | | INTEREST TO 06/21 | | 8.31 DR |
| 06/24 | Adjustment | | W/O V83–1016–1 | | 8.19 CR |
| 06/30 | | | Closing Balance | | $0.00 |

## SUMMARY OF INCOME AND EXPENSES

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| ACCRUED INTEREST | 334.49 | nil | 853.13 | nil |
| INTEREST | nil | 8.31 | 110.57 | 8.31 |

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0579**

*Page 2*

E & OE  00JT  694

SEC046153



Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

Statement for the period ending  June 30, 2002

*CURTIS FAMILY TRUST*
*US DOLLAR CASH____-0902-U*

### Terms, conditions & other information:  (Continued)

- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- NATIONAL POLICY NO. 41 was formulated by securities regulators and issuing companies to ensure that non–registered holders have the same access to corporate information and voting rights as registered holders. If you currently own shares, held at Haywood Securities Inc. that are not registered in your name, then you will not receive any corporate information from the issuing company because your name will not appear on the shareholders list. However, as a shareholder you are still entitled to receive such information as notices of meetings, annual reports, proxies, etc. If you wish to receive this information, please contact our office or your investment advisor, ask for "FORM B" and "FORM C", complete "FORM C" and return it to our office.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0580**

E & OE  00JT  695

SEC046154



CAPITAL MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

## Statement of Account

CANADIAN DOLLAR CASH █████ 0902-C
**For the period ending  July 31, 2002**
*Previous Statement  June 30, 2002*

CURTIS FAMILY TRUST
████████████
VANCOUVER BC  V6M 1K9

**For additional service, contact:**
HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 0.00 | 0.0 |
| COMMON SHARES | 111,181.00 | 100.0 |
| **Total Assets** | **$111,181.00** | **100.0** |

---

### CASH SUMMARY

**Opening Cash Amount**                                              **$0.00**

No Cash Transactions This Month

---

### SECURITIES SUMMARY

|  | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| AYOTTE MUSIC INC | 100,000 | Segregated | .070 | 7,000.00 | 6.3 |
| INSIDE HOLDINGS INC | 220,000 | Segregated | .474 | 104,181.00 | 93.7 |
| **Market Value of COMMON SHARES** | | | | 111,181.00 | 100.0 |

---

### ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 07/01 | | | Opening Balance | | $0.00 |
| 07/11 | Safekeeping Transfer | 200,000 | INSIDE HOLDINGS INC | | |
| 07/31 | | | Closing Balance | | $0.00 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0581**

*Page 1*

E & OE  00JT  268

SEC046155



**CAPITAL ✦ MARKETS**

**HAYWOOD**
**S E C U R I T I E S   I N C.**

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada



*Statement for the period ending  July 31, 2002*

*CURTIS FAMILY TRUST*
*CANADIAN DOLLAR CASH▬▬▬▬▬02-C*

### Terms, conditions & other information:

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- NATIONAL POLICY NO. 41 was formulated by securities regulators and issuing companies to ensure that non–registered holders have the same access to corporate information and voting rights as registered holders. If you currently own shares, held at Haywood Securities Inc. that are not registered in your name, then you will not receive any corporate information from the issuing company because your name will not appear on the shareholders list. However, as a shareholder you are still entitled to receive such information as notices of meetings, annual reports, proxies, etc. If you wish to receive this information, please contact our office or your investment advisor, ask for "FORM B" and "FORM C", complete "FORM C" and return it to our office.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0582**

E & OE  00JT  269

SEC046156



CAPITAL MARKETS

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada



## Statement of Account

US DOLLAR CASH ████ 0902-U
**For the period ending July 31, 2002**
*Previous Statement  June 30, 2002*



CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**
HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value |  | % of Assets |
|---|---|---|---|
| CASH ON DEPOSIT | 5.41 |  | 0.0 |
| MONEY MARKET | 215,676.52 |  | 100.0 |
| **Total Assets** | **$215,681.93** |  | **100.0** |

---

### CASH SUMMARY

| **Opening Cash Amount** |  |  | **$0.00** |
|---|---|---|---|
|  | *Deductions* | *Additions* |  |
| SECURITIES PURCHASED | 215,806.00 | 0.00 |  |
| INVESTMENT INCOME/EXPENSE | 0.00 | 286.41 |  |
| SECURITIES SOLD | 0.00 | 215,525.00 |  |
| **Totals** | **$  215,806.00** | **$  215,811.41** |  |
| Net Changes This Period |  |  | 5.41CR |
| **Closing Cash Amount** |  | **$      5.41CR** |  |

---

### SECURITIES SUMMARY

|  | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **MONEY MARKET** |  |  |  |  |  |
| CIBC USD FTD 1.60% 12AUG2002 | 215,806 | Segregated | 99.940 | 215,676.52 | 100.0 |
| **Market Value of MONEY MARKET** |  |  |  | **215,676.52** | **100.0** |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0583

*Page 1*

E & OE  00JT  270

SEC046157



CAPITAL MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

*Statement for the period ending July 31, 2002*

*CURTIS FAMILY TRUST*
*US DOLLAR CASH ▓▓ 0902-U*

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 07/01 | | | Opening Balance | | $0.00 |
| 07/11 | Sell | − 215,525 | CIBC USD FTD 1.57% 11JUL2002 | 100.00 | 215,525.00 CR |
| 07/11 | Accrued Interest | − 215,525 | CIBC USD FTD 1.57% 11JUL2002 | | 281.98 CR |
| 07/12 | Buy | 215,806 | CIBC USD FTD 1.60% 12AUG2002 | 100.00 | 215,806.00 DR |
| 07/21 | Mthly Interest | | INTEREST TO 07/21 | | 4.43 CR |
| 07/31 | | | Closing Balance | $ | 5.41 CR |

## SUMMARY OF INCOME AND EXPENSES

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| ACCRUED INTEREST | 281.98 | nil | 1,135.11 | nil |
| INTEREST | 4.43 | nil | 115.00 | 8.31 |

### Terms, conditions & other information:

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- NATIONAL POLICY NO. 41 was formulated by securities regulators and issuing companies to ensure that non-registered holders have the same access to corporate information and voting rights as registered holders. If you currently own shares, held at Haywood Securities Inc. that are not registered in your name, then you will not receive any corporate information from the issuing company because your name will not appear on the shareholders list. However, as a shareholder you are still entitled to receive such information as notices of meetings, annual reports, proxies, etc. If you wish to receive this information, please contact our office or your investment advisor, ask for "FORM B" and "FORM C", complete "FORM C" and return it to our office.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

*Page 2*

E & OE 00JT  271

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0584

SEC046158



Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
CIPF

*Statement for the period ending July 31, 2002*

*CURTIS FAMILY TRUST*
*US DOLLAR CAS▬▬0902-U*

**Terms, conditions & other information: (Continued)**

- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0585**

*Page 3*

E & OE 00JT 272

SEC046159



CAPITAL MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

## Statement of Account

CANADIAN DOLLAR CASH ███ 0902-C
**For the period ending  August 31, 2002**
*Previous Statement July 31, 2002*

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**

HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 0.00 | 0.0 |
| COMMON SHARES | 455,790.40 | 100.0 |
| **Total Assets** | **$455,790.40** | **100.0** |

---

### CASH SUMMARY

| | |
|---|---|
| Opening Cash Amount | **$0.00** |

No Cash Transactions This Month

---

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| AYOTTE MUSIC INC | 100,000 | Segregated | .070 | 7,000.00 | 1.5 |
| INSIDE HOLDINGS INC | 320,000 | Segregated | 1.402 | 448,790.40 | 98.5 |
| **Market Value of COMMON SHARES** | | | | 455,790.40 | 100.0 |

---

### ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 08/01 | | | Opening Balance | | $0.00 |
| 08/23 | Received | 100,000 | INSIDE HOLDINGS INC | | |
| 08/31 | | | Closing Balance | | $0.00 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0586**

*Page 1*

E & OE 00JT  256

SEC046160



CAPITAL ✦ MARKETS
**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
CIPF

*Statement for the period ending August 31, 2002*

*CURTIS FAMILY TRUST*
*CANADIAN DOLLAR CAS███-0902-C*

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- NATIONAL POLICY NO. 41 was formulated by securities regulators and issuing companies to ensure that non–registered holders have the same access to corporate information and voting rights as registered holders. If you currently own shares, held at Haywood Securities Inc. that are not registered in your name, then you will not receive any corporate information from the issuing company because your name will not appear on the shareholders list. However, as a shareholder you are still entitled to receive such information as notices of meetings, annual reports, proxies, etc. If you wish to receive this information, please contact our office or your investment advisor, ask for "FORM B" and "FORM C", complete "FORM C" and return it to our office.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT: Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only. If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0587**

*Page 2*

E & OE 00JT 257

SEC046161



CAPITAL MARKETS
**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

## Statement of Account
US DOLLAR CASH ████ 0902-U
**For the period ending  August 31, 2002**
*Previous Statement  July 31, 2002*

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**
HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value | | % of Assets |
|---|---|---|---|
| CASH ON DEPOSIT | 36.53 | | 0.0 |
| MONEY MARKET | 216,205.24 | | 100.0 |
| **Total Assets** | **$216,241.77** | | **100.0** |

---

### CASH SUMMARY

| | | | | |
|---|---|---|---|---|
| **Opening Cash Amount** | | | $ | **5.41CR** |
| | Deductions | Additions | | |
| SECURITIES PURCHASED | 216,084.06 | 0.00 | | |
| INVESTMENT INCOME/EXPENSE | 0.00 | 309.18 | | |
| SECURITIES SOLD | 0.00 | 215,806.00 | | |
| **Totals** | $  216,084.06 | $  216,115.18 | | |
| Net Changes This Period | | | | 31.12CR |
| **Closing Cash Amount** | | | $ | **36.53CR** |

---

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **MONEY MARKET** | | | | | |
| CDA T BILL USD 18SEP2002 | 216,400 | Segregated | 99.910 | 216,205.24 | 100.0 |
| **Market Value of MONEY MARKET** | | | | 216,205.24 | 100.0 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0588**

*Page 1*

SEC046162



**HAYWOOD**
S E C U R I T I E S   I N C.
CAPITAL MARKETS

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

*Statement for the period ending  August 31, 2002*

***CURTIS FAMILY TRUST***
***US DOLLAR CA▨▨▨▨0902-U***

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 08/01 | | | Opening Balance | | $     5.41 CR |
| 08/12 | Sell | – 215,806 | CIBC USD FTD 1.60% 12AUG2002 | 100.00 | 215,806.00 CR |
| 08/12 | Accrued Interest | – 215,806 | CIBC USD FTD 1.60% 12AUG2002 | | 297.33 CR |
| 08/14 | Buy | 216,400 | CDA T BILL USD 18SEP2002 | 99.854 | 216,084.06 DR |
| 08/21 | Mthly Interest | | INTEREST TO 08/21 | | 11.85 CR |
| 08/31 | | | Closing Balance | | $    36.53 CR |
| **Transactions to Settle After  08/31/02** | | | | | |
| 09/04 | Sell | – 300,000 | INSIDE HOLDINGS INC | .75 | 222,740.00 CR |
| 09/04 | | | Total | | $ 222,776.53 CR |

## SUMMARY OF INCOME AND EXPENSES

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| ACCRUED INTEREST | 297.33 | nil | 1,432.44 | nil |
| INTEREST | 11.85 | nil | 126.85 | 8.31 |

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- NATIONAL POLICY NO. 41 was formulated by securities regulators and issuing companies to ensure that non-registered holders have the same access to corporate information and voting rights as registered holders. If you currently own shares, held at Haywood Securities Inc. that are not registered in your name, then you will not receive any corporate information from the issuing company because your name will not appear on the shareholders list. However, as a shareholder you are still entitled to receive such information as notices of meetings, annual reports, proxies, etc. If you wish to receive this information, please contact our office or your investment advisor, ask for "FORM B" and "FORM C", complete "FORM C" and return it to our office.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0589**

*Page 2*

SEC046163



CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
CIPF

*Statement for the period ending  August 31, 2002*

*CURTIS FAMILY TRUST*
*US DOLLAR CASH* ███ *-0902-U*

**Terms, conditions & other information:  (Continued)**

- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only.  If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0590**

*Page 3*

E & OE  00JT  260

SEC046164



**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

## Statement of Account

CANADIAN DOLLAR CASH █████902-C
**For the period ending  September 30, 2002**
Previous Statement  August 31, 2002

CURTIS FAMILY TRUST
████████
VANCOUVER BC  V6M 1K9

**For additional service, contact:**

HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 0.00 | 0.0 |
| COMMON SHARES | 8,000.00 | 100.0 |
| **Total Assets** | **$8,000.00** | **100.0** |

---

### CASH SUMMARY

| Opening Cash Amount | $0.00 |
|---|---|

No Cash Transactions This Month

---

### SECURITIES SUMMARY

| COMMON SHARES | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| AYOTTE MUSIC INC | 100,000 | Segregated | .080 | 8,000.00 | 100.0 |
| **Market Value of COMMON SHARES** | | | | **8,000.00** | **100.0** |

---

### ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 09/01 | | | Opening Balance | | $0.00 |
| 09/04 | Adjustment | – 320,000 | INSIDE HOLDINGS INC | | |
| 09/30 | | | Closing Balance | | $0.00 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0591**



CAPITAL ✦ MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

*Statement for the period ending  September 30, 2002*

*CURTIS FAMILY TRUST*
*CANADIAN DOLLAR CASH ████902-C*

***AUDIT CONFIRMATION***
IF THIS STATEMENT IS NOT CORRECT, KINDLY REPORT ALL DIFFERENCES
DIRECTLY TO OUR AUDITORS:
ELLIS FOSTER, CHARTERED ACCOUNTANTS
1650 WEST 1ST AVENUE
VANCOUVER, BC V6J 1G1
FAX: (604) 714–5916

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only.  If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0592**

*Page 2*

E & OE 00JT  688

SEC046166