

CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

## Statement of Account

US DOLLAR CASH▓▓▓-0902-U
**For the period ending  September 30, 2002**
*Previous Statement  August 31, 2002*

CURTIS FAMILY TRUST
▓▓▓▓
VANCOUVER BC  V6M 1K9



**For additional service, contact:**
HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 97.43 | 0.0 |
| COMMON SHARES | 21,600.00 | 6.3 |
| MONEY MARKET | 323,791.21 | 93.7 |
| **Total Assets** | **$345,488.64** | **100.0** |

---

### CASH SUMMARY

| | Deductions | Additions | | |
|---|---|---|---|---|
| **Opening Cash Amount** | | | $ | 36.53CR |
| SECURITIES PURCHASED | 434,979.48 | 0.00 | | |
| INVESTMENT INCOME/EXPENSE | 0.00 | 5.86 | | |
| CHEQUES ISSUED | 117,870.00 | 2,353.80 | | |
| SECURITIES SOLD | 0.00 | 550,550.72 | | |
| **Totals** | **$  552,849.48** | **$  552,910.38** | | |
| Net Changes This Period | | 60.90CR | | |
| **Closing Cash Amount** | | | **$** | **97.43CR** |

---

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0593**

E & OE  00JT  689

SEC046167



CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

*Statement for the period ending September 30, 2002*

***CURTIS FAMILY TRUST***
***US DOLLAR CASH ▮▮-0902-U***

## SECURITIES SUMMARY Continued

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| INSIDE HOLDINGS INC | 20,000 | Segregated | 1.080 | 21,600.00 | 6.3 |
| **Market Value of COMMON SHARES** | | | | **21,600.00** | **6.3** |

### MONEY MARKET

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| CDA T BILL USD 02OCT2002 | 111,500 | Segregated | 99.990 | 111,488.85 | 32.3 |
| CDA T BILL USD 29OCT2002 | 212,600 | Segregated | 99.860 | 212,302.36 | 61.5 |
| **Market Value of MONEY MARKET** | | | | **323,791.21** | **93.7** |

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 09/01 | | | Opening Balance | | $      36.53 CR |
| 09/04 | Buy | 223,000 | CDA T BILL USD 02OCT2002 | 99.880 | 222,732.40 DR |
| 09/04 | Adjustment | 320,000 | INSIDE HOLDINGS INC | | |
| 09/04 | Sell | – 300,000 | INSIDE HOLDINGS INC | .75 | 222,740.00 CR |
| 09/06 | Cheque Issued | | 14255 ISS: TODD PEEVER – P/U | | 111,370.00 DR |
| 09/06 | Sell | – 111,500 | CDA T BILL USD 02OCT2002 | 99.920 | 111,410.80 CR |
| 09/11 | Cheque Issued | | 69455 ISS: MICHAEL SKLAVENITIS – P/U | | 6,500.00 DR |
| 09/11 | Cheque Issued | | 69455 EXCHANGE POSTING | | 2,353.80 CR |
| 09/11 | Sell | – 4,100 | CDA T BILL USD 18SEP2002 | 99.998 | 4,099.92 CR |
| 09/18 | Sell | – 212,300 | CDA T BILL USD 18SEP2002 | 100.00 | 212,300.00 CR |
| 09/19 | Buy | 212,600 | CDA T BILL USD 29OCT2002 | 99.834 | 212,247.08 DR |
| 09/21 | Mthly Interest | | INTEREST TO 09/21 | | 5.86 CR |
| 09/30 | | | Closing Balance | | $      97.43 CR |

## SUMMARY OF INCOME AND EXPENSES

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| ACCRUED INTEREST | nil | nil | 1,432.44 | nil |
| INTEREST | 5.86 | nil | 132.71 | 8.31 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0594**

*Page 2*

SEC046168



CAPITAL MARKETS

# HAYWOOD
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
CIPF

*Statement for the period ending  September 30, 2002*

***CURTIS FAMILY TRUST***
***US DOLLAR CAS■■■1-0902-U***

***AUDIT CONFIRMATION***
IF THIS STATEMENT IS NOT CORRECT, KINDLY REPORT ALL DIFFERENCES
DIRECTLY TO OUR AUDITORS:
ELLIS FOSTER, CHARTERED ACCOUNTANTS
1650 WEST 1ST AVENUE
VANCOUVER, BC V6J 1G1
FAX: (604) 714–5916

**Terms, conditions & other Information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only.  If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0595**

E & OE  00JT  691

SEC046169



CAPITAL MARKETS
**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
**CIPF**

## Statement of Account

CANADIAN DOLLAR CASH ▮▮▮-0902-C
**For the period ending  October 31, 2002**
*Previous Statement  September 30, 2002*

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**
HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 0.00 | 0.0 |
| COMMON SHARES | 8,000.00 | 100.0 |
| **Total Assets** | **$8,000.00** | **100.0** |

---

### CASH SUMMARY

| | |
|---|---|
| **Opening Cash Amount** | **$0.00** |

No Cash Transactions This Month

---

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| AYOTTE MUSIC INC | 100,000 | Segregated | .080 | 8,000.00 | 100.0 |
| **Market Value of COMMON SHARES** | | | | **8,000.00** | **100.0** |

---

### ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| | | | No Transactions This Month | | |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0596**

*Page 1*

E & OE  00JT  640



CAPITAL MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

*Statement for the period ending  October 31, 2002*

**CURTIS FAMILY TRUST**
**CANADIAN DOLLAR CASH ████ █902-C**

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only.  If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0597**

*Page 2*

SEC046171



CAPITAL MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
CIPF

## Statement of Account

US DOLLAR CASH ████-0902-U
**For the period ending  October 31, 2002**
*Previous Statement  September 30, 2002*

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**

HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 324,336.80 | 94.2 |
| COMMON SHARES | 20,000.00 | 5.8 |
| **Total Assets** | **$344,336.80** | **100.0** |

---

### CASH SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| **Opening Cash Amount** | | | | $ | 97.43CR |
| | | Deductions | Additions | | |
| SECURITIES PURCHASED | | 111,563.73 | 0.00 | | |
| INVESTMENT INCOME/EXPENSE | | 0.00 | 3.10 | | |
| SECURITIES SOLD | | 0.00 | 435,800.00 | | |
| **Totals** | $ | **111,563.73** | $ **435,803.10** | | |
| Net Changes This Period | | | 324,239.37CR | | |
| **Closing Cash Amount** | | | $ | **324,336.80CR** | |

---

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| SHEP TECHNOLOGY INC | 20,000 | Segregated | 1.000 | 20,000.00 | 100.0 |
| **Market Value of COMMON SHARES** | | | | **20,000.00** | **100.0** |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0598**

*Page 1*

SEC046172



Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member CIPF**

*Statement for the period ending  October 31, 2002*

**CURTIS FAMILY TRUST**
**US DOLLAR CASH ___-0902-U**

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 10/01 | | | Opening Balance | | $      97.43 CR |
| 10/02 | Sell | – 111,500 | CDA T BILL USD 02OCT2002 | 100.00 | 111,500.00 CR |
| 10/03 | Buy | 111,700 | RYL BK B/A USD 31OCT2002 | 99.878 | 111,563.73 DR |
| 10/10 | Security Exchange | – 20,000 | INSIDE HOLDINGS INC | | |
| 10/10 | Security Exchange | 20,000 | SHEP TECHNOLOGY INC | | |
| 10/21 | Mthly Interest | | INTEREST TO 10/21 | | 3.10 CR |
| 10/29 | Sell | – 212,600 | CDA T BILL USD 29OCT2002 | 100.00 | 212,600.00 CR |
| 10/31 | Sell | – 111,700 | RYL BK B/A USD 31OCT2002 | 100.00 | 111,700.00 CR |
| 10/31 | | | Closing Balance | | $  324,336.80 CR |

## SUMMARY OF INCOME AND EXPENSES

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| ACCRUED INTEREST | nil | nil | 1,432.44 | nil |
| INTEREST | 3.10 | nil | 135.81 | 8.31 |

### Terms, conditions & other information:

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0599**

*Page 2*

E & OE 00JT  643

SEC046173

Case 1:07-cv-11387-DLC-DCF    Document 233-7    Filed 01/14/11    Page 8 of 42



**CAPITAL · MARKETS**

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

*Statement for the period ending October 31, 2002*

**CURTIS FAMILY TRUST**
**US DOLLAR CASH ▮▮-0902-U**

**Terms, conditions & other information:  (Continued)**

- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only.  If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0600**



CAPITAL MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

## Statement of Account

CANADIAN DOLLAR CASH ███-0902-C
**For the period ending  November 30, 2002**
*Previous Statement  October 31, 2002*

CURTIS FAMILY TRUST
██████████
VANCOUVER BC  V6M 1K9



**For additional service, contact:**
HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 0.00 | 0.0 |
| COMMON SHARES | 5,000.00 | 100.0 |
| **Total Assets** | **$5,000.00** | **100.0** |

---

### CASH SUMMARY

| | |
|---|---|
| **Opening Cash Amount** | **$0.00** |

No Cash Transactions This Month

---

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| VERB EXCHANGE INC | 20,000 | Segregated | .250 | 5,000.00 | 100.0 |
| **Market Value of COMMON SHARES** | | | | **5,000.00** | **100.0** |

---

### ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 11/01 | | | Opening Balance | | $0.00 |
| 11/15 | Security Exchange | – 100,000 | AYOTTE MUSIC INC | | |
| 11/15 | Security Exchange | 20,000 | VERB EXCHANGE INC | | |
| 11/30 | | | Closing Balance | | $0.00 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0601**

*Page 1*

E & OE  00JT  252



CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

*Statement for the period ending  November 30, 2002*

*CURTIS FAMILY TRUST*
*CANADIAN DOLLAR CASH ████ 0902-C*

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only.  If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0602**

E & OE  00JT  253

SEC046176



CAPITAL MARKETS

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

## Statement of Account

US DOLLAR CASH ▮▮▮▮0902-U
**For the period ending  November 30, 2002**
*Previous Statement  October 31, 2002*

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**
HAROLD HODGSON
*Investment Advisor*

## ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 77.88 | 0.0 |
| COMMON SHARES | 25,250.00 | 7.3 |
| MONEY MARKET | 319,962.39 | 92.7 |
| **Total Assets** | **$345,290.27** | **100.0** |

## CASH SUMMARY

| | | | | |
|---|---|---|---|---|
| **Opening Cash Amount** | | | | $  324,336.80CR |
| | Deductions | | Additions | |
| SECURITIES PURCHASED | 324,301.27 | | 0.00 | |
| INVESTMENT INCOME/EXPENSE | 0.00 | | 42.35 | |
| **Totals** | $   324,301.27 | | $      42.35 | |
| Net Changes This Period | | | | 324,258.92DR |
| **Closing Cash Amount** | | | | $      77.88CR |

## SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| SHEP TECHNOLOGY INC | 25,000 | Segregated | 1.010 | 25,250.00 | 7.3 |
| **Market Value of COMMON SHARES** | | | | **25,250.00** | **7.3** |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0603**

*Page 1*

E & OE 00JT  254

SEC046177



CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

*Statement for the period ending  November 30, 2002*

**CURTIS FAMILY TRUST**
**US DOLLAR CAS⬛⬛-0902-U**

## SECURITIES SUMMARY Continued

|  | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **MONEY MARKET** | | | | | |
| CDA T BILL USD 31JAN2003 | 320,700 | Segregated | 99.770 | 319,962.39 | 92.7 |
| **Market Value of MONEY MARKET** | | | | **319,962.39** | **92.7** |

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 11/01 | | | Opening Balance | | $ 324,336.80 CR |
| 11/05 | Buy | 320,700 | CDA T BILL USD 31JAN2003 | 99.668 | 319,635.27 DR — |
| 11/07 | Buy | 700 | SHEP TECHNOLOGY INC | .92 | 660.44 DR |
| 11/08 | Buy | 4,300 | SHEP TECHNOLOGY INC | .92 | 4,005.56 DR |
| 11/21 | Mthly Interest | | INTEREST TO 11/21 | | 42.35 CR |
| 11/30 | | | Closing Balance | | $ 77.88 CR |

## SUMMARY OF INCOME AND EXPENSES

|  | Month | | Year to Date | |
|---|---|---|---|---|
|  | Income | Expense | Income | Expense |
| ACCRUED INTEREST | nil | nil | 1,432.44 | nil |
| INTEREST | 42.35 | nil | 178.16 | 8.31 |

**Terms, conditions & other Information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0604**

*Page 2*

E & OE  00JT  255

SEC046178



CAPITAL MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada


Member
CIPF

*Statement for the period ending November 30, 2002*

**CURTIS FAMILY TRUST**
**US DOLLAR CASH ███0902-U**

### Terms, conditions & other Information: (Continued)

- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT: Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only. If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0605**

*Page 3*

E & OE 00JT 256

SEC046179





Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

## Statement of Account

CANADIAN DOLLAR CASH ███-0902-C

**For the period ending  December 31, 2002**

*Previous Statement  November 30, 2002*

*CURTIS FAMILY TRUST*

VANCOUVER BC  V6M 1K9

**For additional service, contact:**

HAROLD HODGSON
*Investment Advisor*

---

## ACCOUNT SUMMARY

| | Estimated Current Value | | % of Assets |
|---|---|---|---|
| CASH ON DEPOSIT | 0.00 | | 0.0 |
| COMMON SHARES | 4,800.00 | | 100.0 |
| **Total Assets** | **$4,800.00** | | **100.0** |

---

## CASH SUMMARY

**Opening Cash Amount**

No Cash Transactions This Month $0.00

---

## SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| VERB EXCHANGE INC | 20,000 | Segregated | .240 | 4,800.00 | 100.0 |
| **Market Value of COMMON SHARES** | | | | 4,800.00 | 100.0 |

---

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| | | | No Transactions This Month | | |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0606**

E & OE  00JT  686

*Page 1*



CAPITAL MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
CIPF

*Statement for the period ending  December 31, 2002*

**SEASONS GREETINGS TO YOU AND YOUR FAMILIES.
ONLINE ACCESS TO YOUR ACCOUNTS IS NOW AVAILABLE,
LOG ON TO WWW.HAYWOOD.COM FOR FURTHER DETAILS**

*CURTIS FAMILY TRUST*
*CANADIAN DOLLAR CAS... C1-0902-C*

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non-voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only.  If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0607**

*Page 2*

E & OE  00JT  687

SEC046181



CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

## Statement of Account

US DOLLAR CASH ▓▓▓ 0902-U
**For the period ending  December 31, 2002**
*Previous Statement  November 30, 2002*

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**

HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 77.88 | 0.0 |
| COMMON SHARES | 27,500.00 | 7.9 |
| MONEY MARKET | 320,347.23 | 92.1 |
| **Total Assets** | **$347,925.11** | **100.0** |

---

### CASH SUMMARY

**Opening Cash Amount**                              $    **77.88CR**

No Cash Transactions This Month

---

### SECURITIES SUMMARY

|  | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** |  |  |  |  |  |
| SHEP TECHNOLOGY INC | 25,000 | Segregated | 1.100 | 27,500.00 | 7.9 |
| **Market Value of COMMON SHARES** |  |  |  | **27,500.00** | **7.9** |
| **MONEY MARKET** |  |  |  |  |  |
| CDA T BILL USD 31JAN2003 | 320,700 | Segregated | 99.890 | 320,347.23 | 92.1 |
| **Market Value of MONEY MARKET** |  |  |  | **320,347.23** | **92.1** |

---

### ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
|  |  |  | No Transactions This Month |  |  |

E & OE  00JT  688

Page 1

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0608

SEC046182



CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

*Statement for the period ending  December 31, 2002*

*CURTIS FAMILY TRUST*
*US DOLLAR CASH        0902-U*

## SUMMARY OF INCOME AND EXPENSES

|  | Month | | Year to Date | |
| --- | Income | Expense | Income | Expense |
| ACCRUED INTEREST | nil | nil | 1,432.44 | nil |
| INTEREST | nil | nil | 178.16 | 8.31 |

**SEASONS GREETINGS TO YOU AND YOUR FAMILIES.**
**ONLINE ACCESS TO YOUR ACCOUNTS IS NOW AVAILABLE,**
**LOG ON TO WWW.HAYWOOD.COM FOR FURTHER DETAILS**

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non-voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only.  If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

Page 2

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0609**

SEC046183



CAPITAL MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

## Statement of Account

CANADIAN DOLLAR CASH ███ 0902-C
For the period ending January 31, 2003
*Previous Statement  December 31, 2002*

CURTIS FAMILY TRUST
████████████████
VANCOUVER BC  V6M 1K9

**For additional service, contact:**
HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

| | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 0.00 | 0.0 |
| COMMON SHARES | 3,200.00 | 100.0 |
| **Total Assets** | **$3,200.00** | **100.0** |

---

### CASH SUMMARY

**Opening Cash Amount**                                        **$0.00**

No Cash Transactions This Month

---

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| VERB EXCHANGE INC | 20,000 | Segregated | .160 | 3,200.00 | 100.0 |
| **Market Value of COMMON SHARES** | | | | **3,200.00** | **100.0** |

---

### ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 01/01 | | | Opening Balance | | $0.00 |
| 01/17 | Received | 30,000 | INSIDE HOLDINGS INC | | |
| 01/20 | Safekeeping Transfer | 30,000 | INSIDE HOLDINGS INC | | |
| 01/20 | Security Exchange | – 30,000 | INSIDE HOLDINGS INC | | |
| 01/20 | Security Exchange | 30,000 | SHEP TECHNOLOGY INC | | |
| 01/21 | Inter Account Transfer | – 30,000 | SHEP TECHNOLOGY INC | | |
| 01/31 | | | Closing Balance | | $0.00 |

Page 1

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)

**0610**

E & OE  00JT  257

SEC046184



**HAYWOOD**
SECURITIES INC.

CAPITAL MARKETS

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF



*Statement for the period ending  January 31, 2003*

**CURTIS FAMILY TRUST**
**CANADIAN DOLLAR CASH** 0902-C

### Terms, conditions & other Information:

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only.  If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

E & OE 00JT  258

*Page 2*

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0611**

SEC046185





Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

## Statement of Account

### US DOLLAR CASH ▬▬0902-U
**For the period ending January 31, 2003**
*Previous Statement December 31, 2002*

CURTIS FAMILY TRUST
▬▬▬▬▬▬▬
VANCOUVER BC V6M 1K9

**For additional service, contact:**

HAROLD HODGSON
*Investment Advisor*

---

## ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 347,220.48 | 84.7 |
| COMMON SHARES | 62,700.00 | 15.3 |
| **Total Assets** | **$409,920.48** | **100.0** |

---

## CASH SUMMARY

| | | Deductions | Additions | |
|---|---|---|---|---|
| Opening Cash Amount | | | | $ 77.88CR |
| SECURITIES SOLD | | 0.00 | 347,142.60 | |
| **Totals** | | **$ 0.00** | **$ 347,142.60** | |
| Net Changes This Period | | | | 347,142.60CR |
| **Closing Cash Amount** | | | | **$ 347,220.48CR** |

---

## SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| SHEP TECHNOLOGY INC | 38,000 | Segregated | 1.650 | 62,700.00 | 100.0 |
| **Market Value of COMMON SHARES** | | | | **62,700.00** | **100.0** |

E & OE 00JT 259

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0612

SEC046186



**CAPITAL MARKETS**

# HAYWOOD
## S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

*Statement for the period ending  January 31, 2003*

*CURTIS FAMILY TRUST*
*US DOLLAR CASH▩▩▩0902-U*

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 01/01 | | | Opening Balance | | $     77.88 CR |
| 01/09 | Sell | – 2,000 | SHEP TECHNOLOGY INC | 1.20 | 2,366.00 CR |
| 01/21 | Inter Account Transfer | 30,000 | SHEP TECHNOLOGY INC | | |
| 01/23 | Sell | – 8,500 | SHEP TECHNOLOGY INC | 1.64 | |
| 01/23 | | – 500 | SHEP TECHNOLOGY INC | 1.60 | 14,582.60 CR |
| 01/24 | Sell | – 6,000 | SHEP TECHNOLOGY INC | 1.60 | 9,494.00 CR |
| 01/31 | Sell | – 320,700 | CDA T BILL USD 31JAN2003 | 100.00 | 320,700.00 CR |
| 01/31 | | | Closing Balance | | $  347,220.48 CR |
| **Transactions to Settle After  01/31/03** | | | | | |
| 02/05 | Sell | – 700 | SHEP TECHNOLOGY INC | 1.58 | |
| 02/05 | | – 1,300 | SHEP TECHNOLOGY INC | 1.59 | 3,131.27 CR |
| 02/05 | | | Total | | $  350,351.75 CR |

### Terms, conditions & other Information:

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only. If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

E & OE 00JT  260

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0613

SEC046187



Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

## Statement of Account

### US DOLLAR CASH ████0902-U

**For the period ending  February 28, 2003**

*Previous Statement  January 31, 2003*

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**

HAROLD HODGSON
*Investment Advisor*

---

## ACCOUNT SUMMARY

|  | Estimated Current Value |  | % of Assets |
|---|---|---|---|
| CASH ON DEPOSIT | 60,298.37 |  | 14.7 |
| COMMON SHARES | 27,900.00 |  | 6.8 |
| MONEY MARKET | 320,892.48 |  | 78.4 |
| **Total Assets** | **$409,090.85** |  | **100.0** |

---

## CASH SUMMARY

| | Deductions | Additions | |
|---|---|---|---|
| **Opening Cash Amount** | | | $  347,220.48CR |
| SECURITIES PURCHASED | 320,689.87 | 0.00 | |
| INVESTMENT INCOME/EXPENSE | 0.00 | 40.15 | |
| SECURITIES SOLD | 0.00 | 33,727.61 | |
| **Totals** | **$  320,689.87** | **$  33,767.76** | |
| Net Changes This Period | | | 286,922.11DR |
| **Closing Cash Amount** | | | **$  60,298.37CR** |

---

## SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |

---

E & OE 00JT  241

*Page 1*

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0614

SEC046188



**CAPITAL MARKETS**

# HAYWOOD
**SECURITIES INC.**

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

*Statement for the period ending  February 28, 2003*

**CURTIS FAMILY TRUST**
**US DOLLAR CASH H**☞**-0902-U**

## SECURITIES SUMMARY Continued

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| SHEP TECHNOLOGY INC | 18,000 | Segregated | 1.550 | 27,900.00 | 8.0 |
| **Market Value of COMMON SHARES** | | | | **27,900.00** | **8.0** |
| **MONEY MARKET** | | | | | |
| RYL BK B/A USD 30APR2003 | 321,600 | Segregated | 99.780 | 320,892.48 | 92.0 |
| **Market Value of MONEY MARKET** | | | | **320,892.48** | **92.0** |

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 02/01 | | | Opening Balance | | $   347,220.48 CR |
| 02/03 | Buy | 321,600 | RYL BK B/A USD 30APR2003 | 99.717 | 320,689.87 DR |
| 02/05 | Sell | – 700 | SHEP TECHNOLOGY INC | 1.58 | |
| 02/05 | Sell | – 1,300 | SHEP TECHNOLOGY INC | 1.59 | 3,131.27 CR |
| 02/07 | Sell | – 4,000 | SHEP TECHNOLOGY INC | 1.63 | 6,444.80 CR |
| 02/12 | Sell | – 3,000 | SHEP TECHNOLOGY INC | 1.74 | 5,157.80 CR |
| 02/13 | Sell | – 1,800 | SHEP TECHNOLOGY INC | 1.80 | 3,197.60 CR |
| 02/14 | Sell | – 1,200 | SHEP TECHNOLOGY INC | 1.78 | 2,104.64 CR |
| 02/21 | Mthly Interest | | INTEREST TO 02/21 | | 40.15 CR |
| 02/24 | Sell | – 3,000 | SHEP TECHNOLOGY INC | 1.70 | 5,039.00 CR |
| 02/26 | Sell | – 5,000 | SHEP TECHNOLOGY INC | 1.75 | 8,652.50 CR |
| 02/28 | | | Closing Balance | | $     60,298.37 CR |

## SUMMARY OF INCOME AND EXPENSES

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| INTEREST | 40.15 | nil | 40.15 | nil |

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.

E & OE 00JT  242

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0615

SEC046189



CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
Canadian Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
C I P F

*Statement for the period ending  February 28, 2003*

*CURTIS FAMILY TRUST*
*US DOLLAR CASH ⬤—0902-U*

**Terms, conditions & other information:  (Continued)**

- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only. If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

E & OE  00JT  243

*Page 3*

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0616**

SEC046190



**HAYWOOD**
SECURITIES INC.
CAPITAL MARKETS

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

## Statement of Account

CANADIAN DOLLAR CASH ▓▓▓ 0902-C
**For the period ending  March 31, 2003**
*Previous Statement  January 31, 2003*

CURTIS FAMILY TRUST
▓▓▓▓▓▓▓▓▓
VANCOUVER BC  V6M 1K9

**For additional service, contact:**
HAROLD HODGSON
*Investment Advisor*

### ACCOUNT SUMMARY

| | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 0.00 | 0.0 |
| COMMON SHARES | 3,400.00 | 100.0 |
| **Total Assets** | **$3,400.00** | **100.0** |

### CASH SUMMARY

| | |
|---|---|
| **Opening Cash Amount** | **$0.00** |

No Cash Transactions This Month

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| VERB EXCHANGE INC | 20,000 | Segregated | .170 | 3,400.00 | 100.0 |
| **Market Value of COMMON SHARES** | | | | **3,400.00** | **100.0** |

### ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| | | | No Transactions This Month | | |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0617**

*Page 1*

E & OE 00JT  662

SEC046191



**HAYWOOD**
SECURITIES INC.

CAPITAL MARKETS

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

*Statement for the period ending March 31, 2003*

***CURTIS FAMILY TRUST***
***CANADIAN DOLLAR CASH*** ██████ **0902-C**

### Terms, conditions & other information:

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non-voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT: Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only. If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0618**

*Page 2*

E & OE 00JT 663

SEC046192





CAPITAL MARKETS

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

**Member**
**CIPF**

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

## Statement of Account
US DOLLAR CASH ▓▓▓▓▓902-U
**For the period ending  March 31, 2003**
Previous Statement  February 28, 2003

CURTIS FAMILY TRUST
VANCOUVER BC  V6M 1K9

For additional service, contact:

HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

| | Estimated Current Value | | % of Assets |
|---|---|---|---|
| CASH ON DEPOSIT | 73,381.10 | | 18.1 |
| COMMON SHARES | 9,760.00 | | 2.4 |
| MONEY MARKET | 321,246.24 | | 79.4 |
| **Total Assets** | **$404,387.34** | | **100.0** |

---

### CASH SUMMARY

| | | | | |
|---|---|---|---|---|
| **Opening Cash Amount** | | | $ | 60,298.37CR |
| | Deductions | Additions | | |
| INVESTMENT INCOME/EXPENSE | 0.00 | 34.73 | | |
| SECURITIES SOLD | 0.00 | 13,048.00 | | |
| **Totals** | $ 0.00 | $ 13,082.73 | | |
| Net Changes This Period | | | | 13,082.73CR |
| **Closing Cash Amount** | | | $ | 73,381.10CR |

---

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| SHEP TECHNOLOGY INC | 4,000 | Segregated | | | |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0619**

*Page 1*

E & OE  00JT  664

SEC046193



CAPITAL ∴ MARKETS

# HAYWOOD
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

*Statement for the period ending  March 31, 2003*

*CURTIS FAMILY TRUST*
*US DOLLAR CASH⬛⬛⬛0902-U*

## SECURITIES SUMMARY Continued

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| | 4,000 | Current | 1.220 | 9,760.00 | 2.9 |
| **Market Value of COMMON SHARES** | | | | 9,760.00 | 2.9 |
| **MONEY MARKET** | | | | | |
| RYL BK B/A USD 30APR2003 | 321,600 | Segregated | 99.890 | 321,246.24 | 97.1 |
| **Market Value of MONEY MARKET** | | | | 321,246.24 | 97.1 |

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 03/01 | | | Opening Balance | | $  60,298.37 CR |
| 03/12 | Sell | – 5,000 | SHEP TECHNOLOGY INC | 1.35 | 6,672.50 CR |
| 03/21 | Mthly Interest | | INTEREST TO 03/21 | | 34.73 CR |
| 03/25 | Sell | – 5,000 | SHEP TECHNOLOGY INC | 1.29 | 6,375.50 CR |
| 03/31 | | | Closing Balance | | $  73,381.10 CR |
| **Transactions to Settle After  03/31/03** | | | | | |
| 04/01 | Sell | – 4,000 | SHEP TECHNOLOGY INC | 1.25 | 4,940.00 CR |
| 04/02 | Sell | – 4,000 | SHEP TECHNOLOGY INC | 1.30 | 5,138.00 CR |
| 04/02 | | | Total | | $  83,459.10 CR |

## SUMMARY OF INCOME AND EXPENSES

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| INTEREST | 34.73 | nil | 74.88 | nil |

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0620**

*Page 2*

E & OE  00JT  665

SEC046194



CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada



*Statement for the period ending March 31, 2003*

*CURTIS FAMILY TRUST*
*US DOLLAR CASH A...-0902-U*

### Terms, conditions & other information: (Continued)

- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT: Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only. If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0621**

*Page 3*

E & OE 00JT 666

SEC046195



CAPITAL MARKETS
**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

## Statement of Account

US DOLLAR CASH ▮▮▮▮ 0902-U
**For the period ending  April 30, 2003**
*Previous Statement  March 31, 2003*

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**

HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 405,142.86 | 100.0 |
| **Total Assets** | **$405,142.86** | **100.0** |

---

### CASH SUMMARY

| | | Deductions | Additions | |
|---|---|---|---|---|
| Opening Cash Amount | | | | $  73,381.10CR |
| INVESTMENT INCOME/EXPENSE | | 0.00 | 83.76 | |
| SECURITIES SOLD | | 0.00 | 331,678.00 | |
| **Totals** | | **$    0.00** | **$  331,761.76** | |
| Net Changes This Period | | | 331,761.76CR | |
| **Closing Cash Amount** | | | | **$   405,142.86CR** |

---

### SECURITIES SUMMARY

| Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|
| | | No Positions Currently Held | | |

---

### ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 04/01 | | | Opening Balance | | $  73,381.10 CR |
| 04/01 | Sell | – 4,000 | SHEP TECHNOLOGY INC | 1.25 | 4,940.00 CR |
| 04/02 | Sell | – 4,000 | SHEP TECHNOLOGY INC | 1.30 | 5,138.00 CR |
| 04/21 | Mthly Interest | | INTEREST TO 04/21 | | 83.76 CR |
| 04/30 | Sell | – 321,600 | RYL BK B/A USD 30APR2003 | 100.00 | 321,600.00 CR |

Page 1

E & OE  00JT  280

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0622**

SEC046196



**HAYWOOD**
SECURITIES INC.

CAPITAL MARKETS

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

*Statement for the period ending April 30, 2003*

***CURTIS FAMILY TRUST***
***US DOLLAR CASH▓▓▓0902-U***

## ACCOUNT ACTIVITY Continued

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 04/30 | | | Closing Balance | | $ 405,142.86 CR |

## SUMMARY OF INCOME AND EXPENSES

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| INTEREST | 83.76 | nil | 158.64 | nil |

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non-voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only.  If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0623**

E & OE  00JT  281

SEC046197



Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

## Statement of Account

**US DOLLAR CASH ▬▬▬0902-U**
**For the period ending  May 31, 2003**
Previous Statement  April 30, 2003

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**

HAROLD HODGSON
*Investment Advisor*

## ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 10,818.65 | 2.9 |
| MONEY MARKET | 365,317.25 | 97.1 |
| **Total Assets** | **$ 376,135.90** | **100.0** |

## CASH SUMMARY

| | | | |
|---|---|---|---|
| **Opening Cash Amount** | | | $  405,142.86CR |
| | Deductions | Additions | |
| SECURITIES PURCHASED | 405,044.32 | 0.00 | |
| INVESTMENT INCOME/EXPENSE | 0.00 | 39.69 | |
| CHEQUES ISSUED | 40,000.00 | 10,607.69 | |
| SECURITIES SOLD | 0.00 | 40,072.73 | |
| **Totals** | **$  445,044.32** | **$  50,720.11** | |
| Net Changes This Period | | | 394,324.21DR |
| **Closing Cash Amount** | | | $  10,818.65CR |

## SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **MONEY MARKET** | | | | | |
| RYL BK B/A USD 13JUN2003 | 365,500 | Segregated | 99.950 | 365,317.25 | 100.0 |
| **Market Value of MONEY MARKET** | | | | 365,317.25 | 100.0 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0624

*Page 1*

E & OE  00JT  312

SEC046198



**HAYWOOD**
CAPITAL MARKETS
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
**CIPF**

*CURTIS FAMILY TRUST*
*US DOLLAR CASH      -0902-U*

*Statement for the period ending May 31, 2003*

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 05/01 | | | Opening Balance | | $  405,142.86 CR |
| 05/01 | Buy | 405,600 | RYL BK B/A USD 13JUN2003 | 99.863 | 405,044.32 DR |
| 05/21 | Mthly Interest | | INTEREST TO 05/21 | | 39.69 CR |
| 05/30 | Cheque Issued | | 078621 ISS: REMAX CREST RLTY WEST SIDE – P/U | | 40,000.00 DR |
| 05/30 | Cheque Issued | | 078621 EXCHANGE POSTING | | 10,607.69 CR |
| 05/30 | Sell | – 40,100 | RYL BK B/A USD 13JUN2003 | 99.932 | 40,072.73 CR |
| 05/31 | | | Closing Balance | | $   10,818.65 CR |

## SUMMARY OF INCOME AND EXPENSES

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| INTEREST | 39.69 | nil | 198.33 | nil |

### Terms, conditions & other Information:

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S. regardless of the market on which the securities trade.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0625**

*Page 2*

E & OE 00JT  313

SEC046199



CAPITAL MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

*Statement for the period ending May 31, 2003*

**CURTIS FAMILY TRUST**
**US DOLLAR CASH** **0902-U**

**Terms, conditions & other information:  (Continued)**

- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only.  If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0626**

*Page 3*

E & OE  00JT  314

SEC046200





Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

## Statement of Account

### CANADIAN DOLLAR CASH ████-0902-C
**For the period ending** June 30, 2003
Previous Statement March 31, 2003

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

For additional service, contact:

HAROLD HODGSON
*Investment Advisor*

## ACCOUNT SUMMARY

| | Estimated Current Value | | % of Assets |
|---|---|---|---|
| CASH ON DEPOSIT | 0.00 | | 0.0 |
| COMMON SHARES | 6,800.00 | | 100.0 |
| **Total Assets** | **$ 6,800.00** | | 100.0 |

## CASH SUMMARY

| | |
|---|---|
| **Opening Cash Amount** | **$0.00** |

No Cash Transactions This Month

## SECURITIES SUMMARY

| COMMON SHARES | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| VERB EXCHANGE INC | 20,000 | Segregated | .340 | 6,800.00 | 100.0 |
| Market Value of COMMON SHARES | | | | 6,800.00 | 100.0 |

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| | | | No Transactions This Month | | |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0627

E & OE 00JT  691

*Page 1*

SEC046201



CAPITAL ❧ MARKETS

# HAYWOOD
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
CIPF

*Statement for the period ending  June 30, 2003*

*CURTIS FAMILY TRUST*
*CANADIAN DOLLAR CASH ▮▮▮▮0902-C*

## Terms, conditions & other information:

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- **LEVERAGE DISCLOSURE STATEMENT:**  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only.  If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0628**

*Page 2*

E & OE  00JT  692

SEC046202



CAPITAL MARKETS

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499



Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

## Statement of Account

US DOLLAR CASH ▆▆▆-0902-U
**For the period ending  June 30, 2003**
*Previous Statement  May 31, 2003*

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**

HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value | % of Assets |
|---|---|---|
| CASH ON DEPOSIT | 133.15 | 0.0 |
| MONEY MARKET | 339,096.42 | 100.0 |
| **Total Assets** | **$ 339,229.57** | **100.0** |

---

### CASH SUMMARY

| | | | | |
|---|---|---|---|---|
| **Opening Cash Amount** | | | $ | 10,818.65CR |
| | Deductions | Additions | | |
| SECURITIES PURCHASED | 338,991.23 | 0.00 | | |
| INVESTMENT INCOME/EXPENSE | 0.00 | 35.81 | | |
| CHEQUES ISSUED | 50,000.00 | 12,769.92 | | |
| SECURITIES SOLD | 0.00 | 365,500.00 | | |
| **Totals** | **$   388,991.23** | **$   378,305.73** | | |
| Net Changes This Period | | 10,685.50DR | | |
| **Closing Cash Amount** | | | $ | 133.15CR |

---

### SECURITIES SUMMARY

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| **MONEY MARKET** | | | | | |
| CIBC B/A USD 21JUL2003 | 339,300 | Segregated | 99.940 | 339,096.42 | 100.0 |
| **Market Value of MONEY MARKET** | | | | 339,096.42 | 100.0 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0629**

*Page 1*

E & OE  00JT  693

SEC046203



CAPITAL ✦ MARKETS

# HAYWOOD
**S E C U R I T I E S   I N C.**

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

**Member**
CIPF

*Statement for the period ending  June 30, 2003*

***CURTIS FAMILY TRUST***
***US DOLLAR CASH▮▮▮▮▮▮02-U***

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 06/01 | | | Opening Balance | | $  10,818.65 CR |
| 06/12 | Cheque Issued | | 079071 ISS: PRUDENTIAL SUSSEX JASON SOPROVICH–P/U | | 50,000.00 DR |
| 06/12 | Cheque Issued | | 079071 EXCHANGE POSTING | | 12,769.92 CR |
| 06/13 | Sell | – 365,500 | RYL BK B/A USD 13JUN2003 | 100.00 | 365,500.00 CR |
| 06/17 | Buy | 339,300 | CIBC B/A USD 21JUL2003 | 99.909 | 338,991.23 DR |
| 06/21 | Mthly Interest | | INTEREST TO 06/21 | | 35.81 CR |
| 06/30 | | | Closing Balance | | $     133.15 CR |

## SUMMARY OF INCOME AND EXPENSES

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| INTEREST | 35.81 | nil | 234.14 | nil |

## Terms, conditions & other information:

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.
- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0630**

*Page 2*

E & OE  00JT  694

SEC046204



CAPITAL MARKETS

**HAYWOOD**
S E C U R I T I E S   I N C.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

*Statement for the period ending  June 30, 2003*

**CURTIS FAMILY TRUST**
**US DOLLAR CASH▓▓▓▓0902-U**

**Terms, conditions & other information:  (Continued)**

- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and,conversely, the price of all securities in a U.S. funds account will be U.S.,regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase using cash resources only.  If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0631**

*Page 3*

E & OE  00JT  695

SEC046205



CAPITAL MARKETS

**HAYWOOD**
SECURITIES INC.

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada



## Statement of Account

US DOLLAR CASH ▒▒▒-0902-U
**For the period ending** July 31, 2003
*Previous Statement* June 30, 2003

CURTIS FAMILY TRUST

VANCOUVER BC  V6M 1K9

**For additional service, contact:**

HAROLD HODGSON
*Investment Advisor*

---

### ACCOUNT SUMMARY

|  | Estimated Current Value |  | % of Assets |
| --- | --- | --- | --- |
| MONEY MARKET | 339,320.00 |  | 100.0 |
| **Total Assets** | **$ 339,320.00** |  | **100.0** |
| **DEBIT CASH BALANCE OF** | **$132,163.53DR** |  |  |

---

### CASH SUMMARY

|  | Deductions | Additions |  |
| --- | --- | --- | --- |
| **Opening Cash Amount** |  |  | $    133.15CR |
| SECURITIES PURCHASED | 339,422.00 | 0.00 |  |
| CHEQUES ISSUED | 181,000.00 | 48,825.32 |  |
| SECURITIES SOLD | 0.00 | 339,300.00 |  |
| **Totals** | **$  520,422.00** | **$  388,125.32** |  |
| Net Changes This Period |  |  | 132,296.68DR |
| **Closing Cash Amount** |  |  | **$  132,163.53DR** |

---

### SECURITIES SUMMARY

| Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
| --- | --- | --- | --- | --- |

**MONEY MARKET**

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0632**

*Page 1*

E & OE  00JT  325

SEC046206



**HAYWOOD**
S E C U R I T I E S   I N C.
CAPITAL MARKETS

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C. V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member CIPF

*Statement for the period ending July 31, 2003*

*CURTIS FAMILY TRUST*
*US DOLLAR CASH* 0902-U

## SECURITIES SUMMARY Continued

| | Quantity | Securities Location | Current Price | Estimated Market Value | % of Assets |
|---|---|---|---|---|---|
| CDA T BILL USD 08OCT2003 | 207,321 | Segregated | | 339,320.00 | 100.0 |
| | 132,679 | Current | 99.800 | | |
| | | | | 339,320.00 | 100.0 |
| **Market Value of MONEY MARKET** | | | | | |

## ACCOUNT ACTIVITY

| Settlement Date | Activity Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 07/01 | | | Opening Balance | | $ 133.15 CR |
| 07/21 | Sell | – 339,300 | CIBC B/A USD 21JUL2003 | 100.00 | 339,300.00 CR |
| 07/22 | Buy | 340,000 | CDA T BILL USD 08OCT2003 | 99.830 | 339,422.00 DR |
| 07/28 | Cheque Issued | | 080763 ISS: WINFRED A VAN DER SANDE IN TRUST–P/U | | 181,000.00 DR |
| 07/28 | Cheque Issued | | 080763 EXCHANGE POSTING | | 48,825.32 CR |
| 07/31 | | | Closing Balance | | $ 132,163.53 DR |

## SUMMARY OF INCOME AND EXPENSES

| | Month | | Year to Date | |
|---|---|---|---|---|
| | Income | Expense | Income | Expense |
| INTEREST | nil | nil | 234.14 | nil |

**Terms, conditions & other information:**

- This is a statement of your account according to our records. If it is not in accordance with yours, please contact us immediately. Regardless, we ask that you notify us of any discrepancies, in writing, within 45 days of the date on this statement. Statements will be considered accurate and complete if not objected to by such date. We reserve the right to adjust this statement for errors and omissions.
- The prices shown on this statement, used for the purpose of displaying market values, while obtained from sources believed to be reliable, cannot be guaranteed as to their accuracy. In any event, market values are shown as "estimated". If "N/A" appears in connection with any specific security, either there is no price or we were unable to obtain a reliable one.
- We anticipate prompt settlement of cash balances due to us.
- Credit balances are payable on request, upon receipt by us of securities in "good delivery" form that may be owed by you.
- Any free credit balances, with the exception of balances held for registered plans, represent funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the conduct of our business.
- Please refer to your account number on all correspondence.
- A statement of financial condition and a list of shareholders, directors and senior officers of our firm are available on request.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
0633

*Page 2*

E & OE 00JT  326



**HAYWOOD**
S E C U R I T I E S   I N C.

CAPITAL ✦ MARKETS

Suite 2000 - Commerce Place, 400 Burrard Street,
Vancouver, B.C.  V6C 3A6
Ph: (604) 697-7100, Fax: (604) 697-7499
Toll Free: 1-800-663-9499

Member:
TSX Venture Exchange
Toronto Stock Exchange
Investment Dealers Association of Canada

Member
CIPF

Statement for the period ending  July 31, 2003

*CURTIS FAMILY TRUST*
*US DOLLAR CASH ▮▮▮902-U*

### Terms, conditions & other information:  (Continued)

- Our clients in British Columbia are entitled to certain information about us, including information about commissions and fees, and about any administrative proceedings that may relate to the firm or our staff. If you have any questions, please contact your investment advisor, Charles Dunlap – Chief Financial Officer, or Robert Blanchard, Chief Operating Officer.
- Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.
- Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return. Please keep this statement for income tax purposes, as no other form will be provided in respect of these transactions.
- Current Price is reported consistent with the currency of your account i.e. a Canadian funds account will show all holdings as a Canadian value and, conversely, the price of all securities in a U.S. funds account will be U.S., regardless of the market on which the securities trade.
- The following abbreviated codes will be used to describe securities held in an account as applicable; NVS – Non–voting shares, SVS – Subordinated voting shares, RVS – Restricted voting shares, RS – Restricted shares.
- LEVERAGE DISCLOSURE STATEMENT:  Using borrowed money to finance the purchase of securities involves greater risk than a purchase— using cash resources only.  If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**0634**

*Page 3*

E & OE  00JT  327

SEC046208