# Exhibit 9

☐ Pending /No   ☐ Pending /Yes   ☐ **Complete [Pending Originals]**   ☒ **Complete**

## N ⃨ ACCOUNT AGREEMENT

| A/C Name | CORAL HOUSE, LTD. "A" | Broker: | BAS |

A/C #: ████ - 0015   Jurisdiction of Account: _Bahamas_

TYPE (W) ☒ CORPORATE   ☐ INDIVIDUAL   ☐ JOINT   ☐ TRUST   ☐ INTERMEDIARY

**AGREEMENT**

☒ ID
☒ REFERENCE - Brian Wilms
☐ BROKER SHEET
☐ JOINT AGREEMENT

☒ CORPORATE RESOLUTION
☒ CERTIFICATE OF INCUMBENCY
☒ CERTIFICATE OF INCORPORATION

☐ TRADING AUTHORITY
☐ GUARANTEE
☐ POA

☐ CASH   ☒ MARGIN
DERIVATIVES ☒ YES ☐ NO
RESTRICTED SECURITIES ☒ YES ☐ NO

☒ LEXIS NEXIS [BACKGROUND CHECK] / Google

**Tax Country**

CITIZENSHIP/INCORPORATED . Cayman . [CROSS REF 2]

RESIDENCE/INCORPORATED _____ [COUNTRY OF RESIDENCE]

QI Documentation

W8 BEN:        ORIG/FAX DATED

NOTARIZED ID:    ORIG/FAX/PENDING NOTARY
CERTIFIED CERTIFICATE
OF INCORPORATION:  ☒ ORIG/FAX/NOT CERTIFIED

**APPROVALS FOR SETUP AND DEALING**

**COMMENTS**
SGTC ACCT.
SUB ACCT REG INTL.

SA̶ DOCS COMPLETE 11-14-02

DOCS PENDING IN RE:

**ADDITIONAL MANAGER APPROVAL (IF NOT MINIMUM)**

☒ UPTIX ENTERED
☒ BROKER NOTIFIED
☒ DATA BASE ENTERED

☐ MAIL ☒ ONLINE

☒ CROSS JURISDICTION ACCOUNTS: Nov. 15 02.
[CONFIRM DOCUMENTS SENT ALTERNATE OFFICE]

CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff must contact OIA before providing this document to criminal authorities**
00127

SEC052869

CORAL HOUSE LTD.
Buckingham Square, 3rd Floor
720 West Bay Road, P.O. Box 30691SMB
Grand Cayman, Cayman Islands

28 October 2003

Ms. Devi Johal
LOM Securities (Bahamas) Limited
Millenium House
East Mall Drive
Freeport, G.B.
Bahamas

Dear Ms. Johal

Re:   Change of Name

Please be advised that with effect from 15 August 2003 the Company changed its name from Nomad Trading Ltd. to Coral House Ltd.   Please find attached a copy of the *Certificate of Incorporation on Change of Name* for your records.

Yours very truly
For **CORAL HOUSE LTD.**

Brott Limited
*Director*

CONFIDENTIAL
Pursuant to Section 24(d)
SEC staff must contact OIA before providing this document to criminal authorities
00128

TEL: (441) 295-0754                                    FAX: (441) 295-5491

SEC052870

FOR OFFICIAL USE ONLY

# LINES OVERSEAS MANAGEMENT (BAHAMAS) LIMITED

## A. ACCOUNT DETAILS

| HOME PHONE | OFFICE PHONE | FAX NUMBER | EMAIL ADDRESS |
|---|---|---|---|
| | 441-295-1820 | 441-295-5491 | |

**ACCOUNT / CUSTOMER NAME**
Nomad Trading Ltd.

**PRIMARY ADDRESS**
Buckingham Square, Penthouse, Seven Mile Beach, West Bay Road

| STATE / PROVINCE / COUNTY | COUNTRY | POST CODE |
|---|---|---|
| Grnad Cayman | Cayman Islands | |

| CURRENCY BASE | ACCOUNT TYPE: INDIVIDUAL; JOINT; CORPORATE | LOM ACCOUNT ADVISOR |
|---|---|---|
| US$ | Corporate | Brian Lines |

**ALTERNATE ADDRESS**

**ADDRESS**  27 Reid Street, 1st Floor        P.O.Box HM3051

| STATE / PROVINCE / COUNTY | COUNTRY | POST CODE |
|---|---|---|
| Hamilton | Bermuda | HM11 |

## B. STATEMENT DISTRIBUTION (PLEASE CHOOSE ONE ONLY)

[ ] **MAIL TO PRIMARY ADDRESS**

[x] **MAIL TO ALTERNATE ADDRESS**

[ ] **ONLINE ACCESS** (PLEASE PROVIDE THE FOLLOWING INFORMATION CLEARLY TO ENSURE ACCURATE SET-UP):

1. USER NAME AND PASSWORD SHOULD CONTAIN NO SPACES, MAY CONTAIN LETTERS AND/OR NUMBERS, AND ARE BOTH CASE SENSITIVE.
2. EVERY ACCOUNT REQUIRES A UNIQUE USER NAME WHICH MUST BE BETWEEN 6 AND 15 CHARACTERS
3. PASSWORD MUST BE BETWEEN 8 AND 15 CHARACTERS, AND MUST CONTAIN A MIX OF LETTERS AND NUMBERS - AT LEAST TWO OF EACH.
4. PLEASE PROVIDE AN EMAIL ADDRESS IN THE ACCOUNT DETAILS ABOVE.

REQUESTED USER NAME:

PASSWORD:

## C. HOW DID YOU HEAR ABOUT LOM?

[x] **REFERRAL: WHO?**  Brian Lines

[ ] **PUBLICATION OR WEB SITE: WHICH ONE?**

[ ] **OTHER: PLEASE SPECIFY**

## D. LIST AUTHORIZED SIGNATORIES

| PRINT NAME | SIGNATURE SAMPLE | NUMBER OF SIGNATURES REQUIRED TO WITHDRAW ASSETS: |
|---|---|---|
| James Curtis | X | |
| PRINT NAME | SIGNATURE SAMPLE | [ ] ONE |
| PRINT NAME | SIGNATURE SAMPLE | [ ] TWO |
| PRINT NAME | SIGNATURE SAMPLE | |

DOES THE BENEFICIAL OWNER OF THIS ACCOUNT HAVE AN INTEREST IN ANY OTHER CURRENT OR PAST LOM ACCOUNTS?
NO [ ]  YES [x]  PLEASE PROVIDE DETAILS IF YES:  Acc #_____

DOES ANYONE OTHER THAN THE PERSONS NAMED HAVE AUTHORITY OVER OR ANY FINANCIAL INTEREST IN THIS ACCOUNT?
NO [x]  YES [ ]  PLEASE PROVIDE DETAILS IF YES:

IS THE ACCOUNT BEING OPERATED ON BEHALF OF A THIRD PARTY?
NO [x]  YES [ ]  PLEASE PROVIDE DETAILS IF YES:

LOM INVESTMENT ACCOUNT APPLICATION AND AGREEMENT JULY 2001, PAGE 1 OF 7

SEC052871

# LINES OVERSEAS MANAGEMENT (BAHAMAS) LIMITED

## A ACCOUNT DETAILS

| HOME PHONE | OFFICE PHONE | FAX NUMBER | EMAIL ADDRESS |
|---|---|---|---|
| | 441-██████ | 441-█████ | |

**ACCOUNT / CUSTOMER NAME**
Nomad Trading Ltd.

**PRIMARY ADDRESS**
Buckingham Square, Penthouse, Seven Mile Beach, West Bay Road

| STATE / PROVINCE / COUNTY | COUNTRY | POST CODE |
|---|---|---|
| Grand Cayman | Cayman Islands | |

| CURRENCY BASE | ACCOUNT TYPE: INDIVIDUAL; JOINT; CORPORATE | LOM ACCOUNT ADVISOR |
|---|---|---|
| US$ | Corporate | Brian Lines |

**ALTERNATE ADDRESS**

**ADDRESS**   27 Reid Street, 1st Floor   P.O.Box HM305;

| STATE / PROVINCE / COUNTY | COUNTRY | POST CODE |
|---|---|---|
| Hamilton | Bermuda | HM11 |

☐ MAIL TO PRIMARY ADDRESS

☒ MAIL TO ALTERNATE ADDRESS

**ONLINE ACCESS** (PLEASE PROVIDE THE FOLLOWING INFORMATION CLEARLY TO ENSURE ACCURATE SET-UP)
1. USER NAME AND PASSWORD SHOULD CONTAIN NO SPACES, MAY CONTAIN LETTERS AND/OR NUMBERS, AND ARE BOTH CASE SENSITIVE.
2. EVERY ACCOUNT REQUIRES A UNIQUE USER NAME WHICH MUST BE BETWEEN 6 AND 16 CHARACTERS.
3. PASSWORD MUST BE BETWEEN 8 AND 16 CHARACTERS, AND MUST CONTAIN A MIX OF LETTERS AND NUMBERS (AT LEAST TWO OF EACH).
4. PLEASE PROVIDE AN EMAIL ADDRESS IN THE ACCOUNT DETAILS ABOVE.

REQUESTED USER NAME: █████████        } Already set up!

PASSWORD: █████████

REFERRAL: WHO?            Brian Lines

PUBLICATION OR WEB SITE: WHICH ONE?

OTHER: PLEASE SPECIFY

| | | NUMBER OF SIGNATURES REQUIRED TO WITHDRAW ASSETS: |
|---|---|---|
| James Curtis<br>PRINT NAME | X_____ SIGNATURE SAMPLE   *(signature)* | |
| PRINT NAME | SIGNATURE SAMPLE | X  ONE |
| PRINT NAME | SIGNATURE SAMPLE | X  TWO |
| PRINT NAME | SIGNATURE SAMPLE | |

DOES THE BENEFICIAL OWNER OF THIS ACCOUNT HAVE AN INTEREST IN ANY OTHER CURRENT OR PAST LOM ACCOUNTS?
NO ☐ YES ☒ PLEASE PROVIDE DETAILS IF YES   Acc. # 3030045

DOES ANYONE OTHER THAN THE PERSONS NAMED HAVE AUTHORITY OVER OR ANY FINANCIAL INTEREST IN THIS ACCOUNT?
NO ☐ YES ☐ PLEASE PROVIDE DETAILS IF YES

IS THE ACCOUNT HOLDER ACTING AS AN INTERMEDIARY, OR OTHERWISE HOLDING THE ACCOUNT/ASSETS ON BEHALF OF A THIRD PARTY?
NO ☐ YES ☐ PLEASE PROVIDE DETAILS IF YES

LOM INVESTMENT ACCOUNT APPLICATION AND FORM CREDIT JULY 2001, PAGE 2 OF 7

CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff _must_ contact OIA before providing this document to criminal authorities**
00130

SEC052872

**LINES OVERSEAS MANAGEMENT (BAHAMAS) LIMITED**

## E. ACCOUNT CLASSIFICATION (PLEASE READ IMPORTANT RISK DISCLOSURES IN SECTIONS 9 AND 10 OF THE LOM AGREEMENT)

ALL ACCOUNTS WISHING TO USE MARGIN FACILITIES, SELL SECURITIES SHORT OR TRADE DERIVATIVES MUST BE APPROVED AS MARGIN ACCOUNTS.

| TYPE OF ACCOUNT: | ☐ CASH | ☒ MARGIN |
|---|---|---|
| ACCOUNT AUTHORIZED TO TRADE DERIVATIVES? | ☒ YES | ☐ NO |
| ACCOUNT AUTHORIZED TO PURCHASE RESTRICTED SECURITIES? | ☒ YES | ☐ NO |
| ARE YOU A SOPHISTICATED INVESTOR? | ☒ YES | ☐ NO |

## F. CORPORATE ACCOUNT DUE DILIGENCE

**COMPANY FULL NAME**   Nomad Trading Ltd.

**PRIMARY ADDRESS / REGISTERED OFFICE**   Buckingham Square, Penthouse, Seven Mile Beach, West Bay Rd.

| STATE / PROVINCE / COUNTY | COUNTRY | POST CODE |
|---|---|---|
| Grand Cayman | Cayman Islands | |

| COUNTRY OF INCORPORATION | DATE OF INCORPORATION | NATURE OF COMPANY'S BUSINESS |
|---|---|---|
| Cayman Islands B.W.I. | 27th Oct. 1999 | InvestmentHoldings Co. |

PLEASE PROVIDE THE FOLLOWING INFORMATION FOR ALL SHAREHOLDERS OR BENEFICIAL OWNERS OF THE COMPANY WITH A 10% OR GREATER INTEREST. IF THE OWNER OF THE COMPANY IS A CORPORATION, PLEASE ALSO INCLUDE DETAILS ON ALL SHAREHOLDERS OR BENEFICIAL OWNERS OF THE UNDERLYING CORPORATION. (ATTACH ADDITIONAL SHEETS IF NECESSARY)

| NAME | DATE OF BIRTH | % INTEREST | CITIZENSHIP |
|---|---|---|---|
| N/A | | | |

**PRIMARY HOME ADDRESS**

| STATE / PROVINCE / COUNTY | COUNTRY | POST CODE |
|---|---|---|
| | | |

| OCCUPATION, POSITION, LENGTH OF EMPLOYMENT | DESCRIBE THE PRIMARY SOURCE OF FUNDS |
|---|---|
| | |

**EMPLOYERS NAME AND ADDRESS**

## G. INDIVIDUAL / JOINT ACCOUNT DUE DILIGENCE

| FULL NAME(S) (see LOM Cayman file) | DATE OF BIRTH | CITIZENSHIP |
|---|---|---|

**PRIMARY HOME ADDRESS**

| STATE / PROVINCE / COUNTY | COUNTRY | POST CODE |
|---|---|---|
| | | |

| OCCUPATION, POSITION, LENGTH OF EMPLOYMENT | DESCRIBE THE PRIMARY SOURCE OF FUNDS |
|---|---|
| | |

**EMPLOYERS NAME AND ADDRESS**

## H. TRUST ACCOUNT DUE DILIGENCE

PLEASE ENSURE THAT DOCUMENTS REQUESTED ON PAGE ONE INCLUDE: FULL NAME, DATE AND PLACE OF EXECUTION OF THE TRUST, AND A COMPLETE LIST OF THE TRUSTEES.

## I. APPLICATION SIGNATURE

I CERTIFY THAT THE INFORMATION PROVIDED BY ME IN THIS APPLICATION IS TRUE AND CORRECT AND I AGREE TO ADVISE LOM IMMEDIATELY OF ANY MATERIAL CHANGE IN THIS INFORMATION OR MY FINANCIAL CIRCUMSTANCES. I HAVE RECEIVED AND READ THE ATTACHED 'LOM INVESTMENT ACCOUNT AGREEMENT - TERMS AND CONDITIONS, DATED JULY 2001, AND UNDERSTAND AND AGREE TO ALL TERMS WITHIN, INCLUDING (IF APPLICABLE) RISK DISCLOSURES RELATING TO MARGIN ACCOUNTS, DERIVATIVES, ONLINE ACCESS AND RESTRICTED SECURITIES. THIS AGREEMENT IS SUBJECT TO THE LAWS OF THE BAHAMAS.

**DATED**   8-7-02

**SIGNATURE OF CUSTOMER OR SIGNATORY**   Brott Limited-Director

WITNESSED

CONFIDENTIAL
Pursuant to Section 24(d)
SEC staff must contact OIA before providing this document to the public
00131

LOM INVESTMENT ACCOUNT APPLICATION AND AGREEMENT JULY 2001, PAGE 3 OF 7

SEC052873



**Certificate of Incorporation on Change of Name**

CR-9619

REGISTRAR OF COMPANIES
CAYMAN ISLANDS
EXEMPTED

I DO HEREBY CERTIFY that

**Coral House, Ltd.**

having by Special resolution dated 14th day of August Two Thousand Three changed its name is now incorporated under name of

Given under my hand and Seal at George Town in the Island of Grand Cayman this 15th day of August Two Thousand Three

An Authorized officer,
Registry of Companies,
Cayman Islands, B.W.I.

CERTIFIED TO BE A TRUE AND CORRECT COPY

D. Evadne Ebanks
Assistant Registrer
Date  15 August 2003

Compared to the original and
Certified to be a true copy thereof

ST. GEORGE'S TRUST COMPANY LIMITED

CONFIDENTIAL
pursuant to a protective order
SEC staff **must** contact OIA before providing this document to criminal authorities
00132

603-0015

## NOMAD TRADING LTD.

Buckingham Square, Penthouse, Seven Mile Beach, West Bay Road,
Grand Cayman, Cayman Islands BVI

We, CAMBER LIMITED, Secretary of NOMAD TRADING LTD., DO HEREBY
CERTIFY that the following is a true and correct copy of resolutions adopted by the sole
Director of the Company by written resolution on 2nd October, 2002 and that such
resolutions are still in full force and effect as at the date hereof:

"RESOLVED that the Company open an investment account with LOM
Securities (Bahamas) Limited and that Brott Limited, the sole director of
the Company, be and is hereby authorised to execute any and all
documentation necessary to open said account.

FURTHER RESOLVED that the authorised signatory on the account be
and is Mr. James Curtis signing singly.

FURTHER RESOLVED that any two signatories of Brott Limited, the sole
Director of the Company, be and are hereby authorised and empowered to
sell, assign and transfer all or any shares, bonds, debentures or debenture
stock of incorporated companies registered in the name of this Company,
and to make, execute and sign all necessary acts of assignment and transfer
of said shares of stock, debentures, bonds or other securities which may be
necessary for that purpose and to appoint in their place and stead an
attorney or attorneys and agree to ratify and confirm all whatsoever said
attorney or his substitute may lawfully do or cause to be done by virtue
hereof."

_____

Camber Limited
Secretary
Nomad Trading Ltd.

Dated: 23rd October, 2002

CONFIDENTIAL
Pursuant to Section 24(d)
SEC staff **must** contact OIA before providing this document to criminal authorities
00133

SEC052875

# INCUMBENCY CERTIFICATE

We, Camber Limited, Secretary of **BROTT LIMITED** (the "Company"), of Buckingham Square, Penthouse, Seven Mile Beach, West Bay Road, Grand Cayman, Cayman Islands, DO HEREBY CERTIFY that the following is a true and correct listing of the Directors, Officers and Authorised Signatories of the Company in full force and effect as at the date hereof:

### DIRECTORS

Fortstreet Nominees Limited

### OFFICERS

Camber Limited – Secretary

### AUTHORISED SIGNATORIES

Michelle Bodden
John Swain
Janice Duffy
Kevin Gunther
James Kidd
Cilma Lamb
Mary Wachuka



Camber Limited
Secretary
**BROTT LIMITED**

Dated: 23rd October, 2002

CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff must contact OIA before providing this document to criminal authorities**
00134

SEC052876

## INCUMBENCY CERTIFICATE

We, Camber Limited, Secretary of **NOMAD TRADING LTD.,** Buckingham Square, Buckingham Square, Penthouse, West Bay Road, Seven Mile Beach, Grand Cayman, Cayman Islands, BWI, DO HEREBY CERTIFY that the following is a true and correct listing of the Directors and Officers of the Company in full force and effect as at the date hereof:

DIRECTOR

Brott Limited

OFFICER

Camber Limited - Secretary

_____

Camber Limited
Secretary
**Nomad Trading Ltd.**

Dated: 23ʳᵈ October, 2002

CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff <u>must</u> contact OIA before providing this document to criminal authorities**
00135

SEC052877

**NOMAD TRADING LTD.**
Buckingham Square, Penthouse, Seven Mile Beach,
West Bay Road, Grand Cayman,
Cayman Islands BWI

We, Camber Limited, Secretary of **NOMAD TRADING LTD.** (the "Company"), DO

HEREBY CERTIFY that attached hereto is a true and correct copy of the Certificate of

Incorporation of the Company and that said Certificate is in full force and effect as at the

date hereof.

_____
Camber Limited
Secretary
**Nomad Trading Ltd.**

Dated: 23rd October, 2002

CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff <u>must</u> contact OIA before providing this document to criminal authorities**
00136

SEC052878



CR-9361?

*Certificate of Incorporation*

I, **RONNIE WILLIAM ANGLIN**, Assistant Registrar of Companies of the Cayman Islands DO HEREBY CERTIFY, pursuant to the Companies Law CAP. 22, that all the requirements of the said Law in respect of registration were complied with by

**NOMAD TRADING LTD.**

an Exempted Company incorporated in the Cayman Islands with Limited Liability with effect from the 27th Day of October One Thousand Nine Hundred Ninety-Nine

Given under my hand and Seal at George Town in the Island of Grand Cayman this Twenty-Seventh day of October One Thousand Nine Hundred Ninety-Nine

**Assistant Registrar**
**of Companies, Cayman Islands, B.W.I.**

EXEMPTED
REGISTRAR OF COMPANIES · CAYMAN ISLANDS

SEC052879





CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff <u>must</u> contact OIA before providing this document to criminal authorities**
00138

NOV. 3. 2004 12:32PM  Mail(...)                                    NO. 076   P. 5/11

## LOM  LINES OVERSEAS MANAGEMENT (CAYMAN) LIMITED

Buckingham Square, West Bay Road, SMB  •  P.O. Box 1159 GT, Grand Cayman, Cayman Islands
Tel: (345) 949-5808, Fax: (345) 949-1338

Lines Overseas Management (Cayman) Limited
3rd floor, Buckingham Square
West Bay Rd, SMB
Grand Cayman, Cayman Islands

James Curtis
2050 W 36th Avenue
Vancouver, BC
Canada, V6M 1K9

We are a regulated institution/foreign regulated institution as defined in Bermuda's Proceeds of Crime (Money Laundering) Regulations 1998 and we are providing this introduction in accordance with the Guidance Notes issued by Bermuda's National Anti-Money Laundering Committee.

(Please tick box A1 or A2 AND box B1 or B2.  Alternatively, tick (C)

| A | The applicant for business was an existing customer of ours as at 30 January, 1998

*Or*

| Ⓐ | We have completed verification of the applicant for business and his/her/its name and address as set out at the head of this introduction corresponds with our records.

*And:*

BERMUDA  •  CAYMAN ISLANDS  •  GUERNSEY

CONFIDENTIAL
Pursuant to Section 24(d)
SEC staff must contact OIA before providing this document to criminal authorities
00139

SEC052881

 The <u>applicant for business</u> is applying on his own behalf and not as nominee, trustee or in a fiduciary capacity for any other person.

*Or*

B    The <u>applicant for business</u> is acting as nominee, trustee or in a fiduciary capacity for other persons whose identity has been established by us and appropriate documentary evidence to support the identification is held by us and can be produced on demand.

*Alternatively*

C    We have not completed verification of the <u>applicant for business</u> for the following reason:

The above information is given in strictest confidence for your own use only and without the guarantee, responsibility or liability on the part of this institution or its officials.

**Craig Lines**
**General Manager**

CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff <u>must</u> contact OIA before providing this document to criminal authorities**
00140

SEC052882

JAN-16-2003 THU 12:24 PM   THE LOM GROUP        FAX NO. 441 292 1871.        P. 02

## LOM Online Statement Access

I acknowledge that the information contained in this statement is for my use only and that I shall not disseminate this information or cause others to place reliance upon it without LOM's prior written consent. This communication does not constitute an offer or solicitation to buy or sell any security. This information is not intended for anyone in any jurisdiction in which it is not authorized.

Please provide the following information:

Attn: Brian Lines / Sherry.

**IMPORTANT SECURITY NOTICE:**

1. User Name and Password should contain respectively may contain letters, numbers or both and are both case sensitive.

2. User Name must be between 6 and 12 characters.

3. Password must be between 8 and 12 characters, and should contain a mix of letters and numbers - at least two of each.

LOM Account name:  NOMAD A.

LOM Account number:  ▇▇▇▇ 0015

Requested user name:  ▇▇▇▇▇▇▇▇  (at least 6 characters) ▇▇▇▇

Password:  ▇▇▇▇▇▇▇  (at least 8 characters) ▇▇▇▇▇

User Email  ▇▇▇▇▇▇▇▇▇▇▇▇

I have read, understood and agree to the terms regarding the use of LOM Online Statement Access to access my LOM Client Statement.

James Curtis
Name of authorized account signatory (print)

[signature]
Authorized Signature          Date

Brian Lines
LOM Account Adviser - verification

*For Internal Use Only*

Active:  _____  Jan 20-03.

Uplds:  _____

LOM 18-Apr-02                                              Page 2 of 2

CONFIDENTIAL
Pursuant to Section 24(d)
SEC staff must contact OIA before providing this document to criminal authorities
00141

SEC052883

# INCUMBENCY CERTIFICATE

We, Camber Limited, Secretary of **BROTT LIMITED** (the "Company"), of Buckingham Square, Penthouse, Seven Mile Beach, West Bay Road, Grand Cayman, Cayman Islands, DO HEREBY CERTIFY that the following is a true and correct listing of the Directors, Officers and Authorised Signatories of the Company in full force and effect as at the date hereof:

### DIRECTORS

Fortstreet Nominees Limited

### OFFICERS

Camber Limited – Secretary

### AUTHORISED SIGNATORIES

Michelle R. Bodden
John D. Swain
Janice C. Duffy
Kevin E. Gunther
James D. Kidd
Citma A. Lamb
Mary Wachuka
Donna A. Trott

Camber Limited
Secretary
**BROTT LIMITED**

Dated: 4th April, 2003

CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff must contact OIA before providing this document to criminal authorities**
00142

SEC052884



CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff <u>must</u> contact OIA before providing this document to criminal authorities**
00143

SEC052885



United Kingdom of Great Britain and Northern Ireland

Passport Passeport

CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff <u>must</u> contact OIA before providing this document to criminal authorities**
00144



CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff <u>must</u> contact OIA before providing this document to criminal authorities**
00145



CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff <u>must</u> contact OIA before providing** this document to criminal authorities
00146



CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff <u>must</u> contact OIA before providing this document to criminal authorities**
00147



CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff <u>must</u> contact OIA before providing this document to criminal authorities**
00148



CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff <u>must</u> contact OIA before providing this document to criminal authorities**
00149

SEC052891



CONFIDENTIAL
Pursuant to Section 24(d)
**SEC staff <u>must</u> contact OIA before providing this document to criminal authorities**
00150

SEC052892