# Exhibit 12

## Cost Basis Calculation

Curtis accounts at Canaccord Capital, Haywood Securities, and Lines Overseas Management

For transactions in Shep Technologies, Inc. (Symbol: STLOF) (f/k/a Inside Holdings, Inc.)

| Date | Type | Shares | | | Price | Amount | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Payment for 5,197,700 shares pursuant to 1/8/02 agreement and deposited Curtis and Peever accounts at LOM | | | | | | | | | $ 204,000.00 | $ 109,849.63 |
| Allocation to Curtis based on 2,798,850 shares deposited in Curtis' LOM account no. 3030045 of the 5,197,700 the were received | | | | | | | | | | |
| **February 2002 private placement of 3 million shares** | | | | | | | | | $150,000 | |
| Allocation for 1,500,000 shares deposited in Curtis account | | | | | | | | | | $ 75,000.00 |
| Cost basis of 350,000 shares deposited in Haywood account between 5/6/02 and 1/17/03 | | | | | | | | | | $ - |
| Cost basis of 50,000 shares deposited in Canaccord account on 2/5/03 | | | | | | | | | | $ - |
| 9/30/2002 | Purchase | | | 3,000 | 3,000 | $ 1.10 | | | $ 3,300.00 | $ 3,300.00 |
| 10/7/2002 | Purchase | | | 2,500 | 2,500 | $ 1.12 | | | $ 2,800.00 | $ 2,800.00 |
| 10/31/2002 | Purchase | | | 2,200 | 2,200 | $ 1.02 | | | $ 2,244.00 | $ 2,244.00 |
| 11/4/2002 | Purchase | 700 | | | 700 | $ 0.92 | | $ 660.44 | | $ 660.44 |
| 11/5/2002 | Purchase | 4,300 | | | 4,300 | $ 0.92 | | $ 4,005.56 | | $ 4,005.56 |
| 11/25/2002 | Purchase | | 2,500 | | 2,500 | $ 1.05 | | | $ 2,625.00 | $ 2,625.00 |
| 2/24/2003 | Purchase | 10,000 | | | 10,000 | $ 1.35 | $ 13,650.00 | | | $ 13,650.00 |
| 2/25/2003 | Purchase | 2,000 | | | 2,000 | $ 1.31 | * | | | * |
| 2/25/2003 | Purchase | 8,000 | | | 8,000 | $ 1.32 | $ 13,327.00 | | | $ 13,327.00 |
| 2/25/2003 | Purchase | 1,000 | | | 1,000 | $ 1.50 | $ 1,585.00 | | | $ 1,585.00 |
| | | 21,000 | 2,500 | 7,700 | 36,200 | | $ 28,562.00 | $ 4,666.00 | $ 2,625.00 | $ 8,344.00 | $ 44,197.00 |
| Shares purchased in market transactions between September 30, 2002 and February 25, 2003 | | | | | | | | | | |
| Total | | | 5,000 | 2,500 | | | | | | $ 44,197.00 |
| | | | | | | | | | | $ 229,046.63 |
| Cost basis of 4,735,050 shares | | | | | | | | | | $ 0.048 |

Note: The Figure in bold on 2/25/03 is a sum total that include the line above that contains an asterisk.