# Exhibit 15

# Computershare

# True Capital Update

**Cusip:** 45769S104

**Company Name:** INSIDE HOLDINGS INC

**Company Desc:** COMMON

**As of Date:** 20/02/02
dd/mm/yy

**Serial No:** VCA - 24302

A = Authorized Change
C = Random Call

**Shares:** 3,000,000

**Increase:** ☑    **Decrease:** ☐

**Description:** >PRIVATE PLACEMENT

(> is required. 17 characters following this symbol will
be carried as the short desc. in the CAPITAL RECON FILE)

**Special Inst:** VCW
2 CERTS LEGEND
TUESDAY @ 2:30 PM

**Authorized By:** [signature]

9,735,300

**Input By:**

**Dated:**

**Client Servicing**

SEC028800

## TREASURY ORDER

Computershare Trust Company of Canada
4th Floor, 510 Burrard Street
Vancouver, British Columbia
V6C 3B9

Attention: Gina Tiongco

Dear Sirs:

You are hereby authorized and directed to issue certificates for common shares in the capital of Inside Holdings Inc. (the "Company") to the persons named below for the number of shares set opposite their names (collectively, the "Shares"):

| Name and Address | Number of Shares | Price per Share |
|---|---|---|
| Consensus Investments Limited<br>Ansbacher House, 2nd Floor<br>Shirley and east Street North<br>P.O. Box N-4244, Nassau, Bahamas | 1,500,000 | US$0.05 |
| Nottinghill Resources Limited<br>P.O. Box N3937<br>Mareva House, 4 George Street<br>Nassau, Bahamas | 1,500,000 | US$0.05 |

The share certificate representing the above shares must bear the following legend:

> "THE TRANSFER OF THE SECURITIES REPRESENTED BY THIS CERTIFICATE IS PROHIBITED EXCEPT IN ACCORDANCE WITH THE PROVISIONS OF REGULATION "S" PROMULGATED UNDER THE UNITED STATES SECURITIES ACT OF 1933, AS AMENDED."

We certify that the allotment and issuance of the Shares have been approved by a resolution passed by the directors of the Company on February 20, 2002, a copy of which is attached to this Treasury Order, and that the Company has received full consideration for the Shares so that they are fully paid and non-assessable.

These Shares are being issued in conjunction with a private placement.

N:\clients\5051\PP TO.doc

- 2 -

We certify that the allotment of the Shares is not made consequent upon a direction given by an optionee or other party primarily entitled to ownership in the Shares, but that it constitutes the first transaction having the effect of creating ownership, control or the right to receive the Shares.

DATED this 2̲8̲ day of February, 2002.

C/S

INSIDE HOLDINGS INC.

Per: _____

Per: _____

[All treasury orders must be signed by two directors, who may sign in counterpart as long as one of the signatures is originally signed. The directors' resolutions approving the issuance of shares must be attached to the treasury order.]

HAR300.632

SEC028802

## INSIDE HOLDINGS INC.

### DIRECTORS' RESOLUTIONS

The undersigned, being all the directors of Inside Holdings Inc. (the "Company"), hereby consent to and adopt in writing the following resolutions:

### PRIVATE PLACEMENT OF SHARES

**WHEREAS** the directors of the Company have determined that it is in the best interests of the Company to carry out a private placement of up to 3,000,000 common shares in the capital of the Company at a price of US$0.05 for gross proceeds of up to US$150,000,

### BE IT RESOLVED THAT:

1. the Company carry out a private placement of up to 3,000,000 common shares at a price of US$0.05 (the "Shares") for gross proceeds of up to US$150,000;

2. the Company enter into subscription agreements (the "Subscription Agreements") providing for the purchase of Shares by the subscribers to the private placement, such Subscription Agreements to be in a form approved by any one director of the Company, and any one director of the Company is authorized to execute and deliver the Subscription Agreements on behalf of the Company, such execution and delivery to be conclusive evidence of the director's approval to the form of the Subscription Agreement;

3. any one director of the Company is authorized to perform all such acts, execute and deliver all such documents and take all such further steps as may be necessary, as counsel for the Company may advise or that in the opinion of such director or officer may be considered convenient or proper to carry out the purpose and intent of these resolutions and to give effect to the transactions contemplated hereby; and

4. these resolutions may be executed in as many counterparts as may be necessary and by facsimile, each of such counterparts so executed will be deemed to be an original and such counterparts together will constitute one and the same instrument and notwithstanding the date of execution will be deemed to bear the date as of February 2e, 2002.

_____
KEVIN WINTER

_____
ERIC COLLINS

_____
RICHARD KING

N:\clients\5051\PP RESOL Dir.doc

SEC028803



# NEXUS
VENTURE CAPITAL LAWYERS

3400 - 666 Burrard St    T (604) 648 2800
Vancouver BC    F (604) 648 2803
V6C 2X8

1400 - 400 3rd Ave SW    T (403) 303 4790
Calgary AB    F (403) 303 4795
T2P 4H2    TOLL FREE (866) 303 4790

www.nexuslaw.com

**BY COURIER**

March 8, 2002

Computershare Trust Company of Canada
4th floor, 510 Burrard Street
Vancouver, BC
V6C 3B9

Attention:    Gina Tiongco

Dear Sirs:

### Inside Holdings Inc. (the "Company") – Issuance of Shares

We enclose a treasury order for the issuance of 3,000,000 shares of the Company.

We also enclose a new Certificate of Incumbency for the Company.

Please deliver the share certificate to our offices for delivery to the shareholders.

If you have any questions, please do not hesitate to contact the undersigned.

Yours very truly,

NEXUS VENTURE CAPITAL LAWYERS

*[signature]*

Brenda R. Nowak
Legal Assistant

Direct Line:    (604) 639-3173
E-Mail:    bnowak@nexuslaw.com
BRN/
Encls.

*45769 S100*
*#42159*

N:\clients\5051\PP LTR Tsf Agnt encl TO.doc

LAW CORPORATION

SEC028804