# Exhibit 16

## Vault Enquiries - Current Physical Certificates

The following Certificates meet your criteria:

| Detail | Cert# | Quantity | Security Description | Rest. | LOM A/c | Reg'd INO | Current Status |
|---|---|---|---|---|---|---|---|
| 6508 | 52 | 1,275,000 | Inside Holdings Inc Common | None | 3■■0045 | Gateway Research Mgnt Group Ltd | Deposited to DTC/BBS 2/12/02 |
| 6509 | 53 | 650,000 | Inside Holdings Inc Common | None | 3■■0045 | SKN Holdings Ltd | Deposited to DTC/BBS 2/12/02 |
| 6510 | 54 | 600,000 | Inside Holdings Inc Common | None | 3■■0045 | Warwick Ventures Limited | Deposited to DTC/BBS 2/12/02 |
| 6511 | 56 | 300,000 | Inside Holdings Inc Common | None | 3■-0045 | Aberdeen Holdings Limited | Deposited to DTC/BBS 2/12/02 |
| 6512 | 55 | 325,000 | Inside Holdings Inc Common | None | 3■■0058 | Consensus Investments Limited | Deposited to DTC/BBS 2/12/02 |
| 6513 | 62 | 2,047,700 | Inside Holdings Inc Common | None | 3■-0058 | Gateway Research Mgnt Group Ltd | Deposited to DTC/BBS 3/24/03 |
| 6814 | 83 | 1,500,000 | Inside Holdings Inc Common | 1933 | 3■-0045 | Consensus Investments Limited | Removed from Vault |
| 6815 | 84 | 1,500,000 | Inside Holdings Inc Common | 1933 | ■■-0058 | Nottinghill Resources Limited | Removed from Vault |
| 9132 | 62 | 2,047,700 | Inside Holdings Inc Common | 1933 | N/A | Gateway Research Management Group Ltd | Removed from Vault |

 

http://172.16.1.104/LOMVault/IACertEnquiry2.asp

CONFIDENTIAL PURSUANT
TO SECTION 24(d)
00019

0 0 1 9

10/22/03

SEC051606