**Exhibit 18**



CANACCORD CAPITAL CORPORATION
Head Office:
P.O. Box 10037, Pacific Centre
2200 - 609 Granville Street
Vancouver, BC V7Y 1H2
Tel: (604) 643-7300
Fax: (604) 643-7606

Member of all Canadian
exchanges and the
Investment Dealers
Association

*Page 1*

# Statement of Account

Cash Account (US Funds)▬▬-592B-5
**For the period ending  October 31, 2002**

TODD PEEVER
1291 HOORE
WEST VANCOUVER BC  V7W 1A8

## Your Advisory Team

*Investment Advisor*
Johnathan More                    (604) 643-0170
                    johnathan_more@canaccord.com

595 Burrard St Suite 1200
Vancouver BC V7X 1J1
688-0133

## Total Assets  $ 134,388.58

## Account Summary

|  | Previous Month End Market Value | Current Market Value | Percent of Assets |
|---|---|---|---|
| Cash |  | 8,911.42 DR | –6.6% |
| Common Shares |  | 143,300.00 | 106.6% |
| **Total Assets** | **N/A** | **$134,388.58** | **100.0%** |

## Cash Account (US Funds) 298–592B–5          *PEEVER TODD*

## Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| Total Dividends | 0.00 | 0.00 |
| Total Interest | 0.00 | 0.00 |
| **Total Income** | **$0.00** | **$0.00** |

## Account Activity

| Date | Activity | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 10/01 |  |  | **Opening Balance** |  | **$0.00** |
| 10/08 | Received | 100,000 | INSIDE HOLDINGS INC |  |  |
|  |  |  | REC'D AT BENTALL |  |  |
| 10/09 | Cash Receipt |  | 1695 T W PEEVER |  | 30,000.00 |
| 10/09 | Cash Receipt |  | EXCHANGE POSTING |  | 11,285.09DR |
|  |  |  | CONVERT TO CAD @ 1.6030 |  |  |
| 10/10 | Buy | 10,000 | SHEP TECHNOLOGY INC | 1.11 | 11,235.00DR |
| 10/10 | Buy | 3,500 | SHEP TECHNOLOGY INC | 1.05 | 3,770.00DR |
| 10/11 | Buy | 2,000 | SHEP TECHNOLOGY INC | 1.00 | 2,085.00DR |

E & OE  BRJM  1

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00169**

SEC044513

*Page 2*

*Statement for the period ending October 31, 2002*

*TODD PEEVER*
*Cash Account (US Funds)* ▓▓▓592B-5

## Account Activity (Cont'd)

| Date | Activity | Quantity | Description | Price | Amount |
|------|----------|----------|-------------|-------|--------|
| 10/11 | Buy | 2,500 | SHEP TECHNOLOGY INC | 1.00 | 2,585.00DR |
| 10/15 | Buy | 5,000 | SHEP TECHNOLOGY INC | 1.02 | 5,190.00DR |
| 10/16 | Stock Exchange | (100,000) | INSIDE HOLDINGS INC | | |
| 10/16 | Buy | 1,800 | SHEP TECHNOLOGY INC | 1.00 | 1,890.00DR |
| 10/16 | Stock Exchange | 100,000 | SHEP TECHNOLOGY INC | | |
| 10/17 | Buy | 3,000 | SHEP TECHNOLOGY INC | 1.02 | |
| 10/17 | | 2,000 | SHEP TECHNOLOGY INC | 1.00 | 5,150.00DR |
| 10/17 | Buy | 3,500 | SHEP TECHNOLOGY INC | 1.02 | 3,720.00DR |
| 10/18 | Buy | 10,000 | SHEP TECHNOLOGY INC | 1.09 | 11,055.00DR |
| 10/25 | Cash Receipt | | 1715 T PEEVER | | 30,000.00 |
| 10/25 | Cash Receipt | | EXCHANGE POSTING | | 10,946.33DR |
| | | | CONVERT TO CAD @ 1.5745 | | |
| 10/31 | | | **Closing Balance** | | **$   8,911.42DR** |

## Security Holdings

| | Quantity | | Current Price | Accrued Interest | Current Value |
|---|----------|---|---------------|------------------|---------------|
| **Cash** | | | | | $   (8,911.42) |
| **Common Shares** | | | | | |
| SHEP TECHNOLOGY INC | 143,300 | | 1.000 | | 143,300.00 |
| | 133,398 | seg | | | |
| | 9,902 | cur | | | |
| **Market Value of Common Shares** | | | | | $   143,300.00 |

## About Your Statement

- This is a statement of your account according to our records. If it is not in accordance with your understanding please contact us immediately.

- Stock Exchange regulations require settlement of cash or securities owed by you on transactions by the "Settlement Date" specified on the confirmation you have received.

- Credit balances are payable on request upon receipt by us of securities in good delivery order.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00170**

E & OE .BRJM  2

SEC044514



CANACCORD CAPITAL CORPORATION
Head Office:
P.O. Box 10337, Pacific Centre
2200 - 609 Granville Street
Vancouver, BC V7Y 1H2
Tel: (604) 643-7300
Fax: (604) 643-7606

Member of all Canadian
exchanges and the
Investment Dealers
Association

*Page 1*

# Statement of Account

Cash Account (US Funds) 298–592B-5
**For the period ending  November 30, 2002**

TODD PEEVER
WEST VANCOUVER BC  V7W 1A8

## Your Advisory Team

*Investment Advisor*
Johnathan More                    (604) 643–0170
                     johnathan_more@canaccord.com

595 Burrard St Suite 1200
Vancouver BC V7X 1J1
688–0133

## Total Assets  $ 134,424.45
Total Assets Previous Statement Period $  134,388.58

## Account Summary

|  | Previous Month End Market Value | Current Market Value | Percent of Assets |
|---|---|---|---|
| Cash |  | 1,925.55 DR | –1.4% |
| Common Shares |  | 136,350.00 | 101.4% |
| **Total Assets** | **$134,388.58** | **$134,424.45** | **100.0%** |

## Cash Account (US Funds) 298–592B–5                    *PEEVER TODD*

## Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| Total Dividends | 0.00 | 0.00 |
| Total Interest | 94.13DR | 94.13DR |
| **Total Income** | **$94.13DR** | **$94.13DR** |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00171

E & OE  BRJM  1

SEC044515

TODD PEEVER
Cash Account (US Fund░░░░-592B-5

Statement for the period ending November 30, 2002

## Account Activity

| Date | Activity | Quantity | Description | Price | Amount |
|------|----------|----------|-------------|-------|--------|
| 11/01 | | | Opening Balance | .90 | $ 8,911.42 DR |
| 11/08 | Sell | (6,800) | SHEP TECHNOLOGY INC | | 5,890.00 |
| 11/16 | Monthly Interest | | INTEREST TO 11/16 | 1.00 | 78.03 DR |
| 11/18 | Sell | (3,000) | SHEP TECHNOLOGY INC | | 2,915.00 |
| 11/19 | Monthly Interest | | INT ADJ TO 11/16/02 | 1.03 | 16.10 DR |
| 11/22 | Buy | 5,000 | SHEP TECHNOLOGY INC | 1.03 | 5,235.00 DR |
| 11/22 | Buy | 5,000 | SHEP TECHNOLOGY INC | 1.04 | 5,235.00 DR |
| 11/22 | Sell | (9,000) | SHEP TECHNOLOGY INC | 1.03 | 9,275.00 |
| 11/22 | Buy | 500 | SHEP TECHNOLOGY INC | | 530.00 DR |
| 11/30 | | | Closing Balance | | $ 1,925.55 DR |

## Security Holdings

| | Quantity | | Current Price | Accrued Interest | Current Value |
|---|----------|---|---------------|------------------|---------------|
| Cash | | | | | $ (1,925.55) |
| Common Shares SHEP TECHNOLOGY INC | 135,000 | | 1.010 | | 136,350.00 |
| | 132,930 | seg | | | |
| | 2,070 | cur | | | |
| Market Value of Common Shares | | | | | $ 136,350.00 |

## About Your Statement

• This is a statement of your account according to our records. If it is not in accordance with your understanding please contact us immediately.

• Stock Exchange regulations require settlement of cash or securities owed by you on transactions by the "Settlement Date" specified on the confirmation you have received.

• Credit balances are payable on request upon receipt by us of securities in good delivery order.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00172

E & OE  BRJM  2

SEC044516



CANACCORD CAPITAL CORPORATION
Head Office:
P.O. Box 10037, Pacific Centre
2200 - 609 Granville Street
Vancouver, BC V7Y 1H2
Tel: (604) 643-7300
Fax: (604) 643-7606

Member of all Canadian
exchanges and the
Investment Dealers
Association

*Page 1*

# Statement of Account

Cash Account (US Funds) 298–592B-5
**For the period ending  December 31, 2002**

TODD PEEVER
~~4291 BAY~~
WEST VANCOUVER BC  V7W 1A8

## Your Advisory Team

*Investment Advisor*
Johnathan More                    (604) 643–0170
                    johnathan_more@canaccord.com

595 Burrard St Suite 1200
Vancouver BC V7X 1J1
688–0133

## Total Assets  $ 135,080.00
Total Assets Previous Statement Period $  134,424.45

## Account Summary

| | Previous Month End Market Value | Current Market Value | Percent of Assets |
|---|---|---|---|
| Cash | | 0.00 | 0.0% |
| Common Shares | | 135,080.00 | 100.0% |
| **Total Assets** | **$134,424.45** | **$135,080.00** | **100.0%** |

## Cash Account (US Funds) 298–592B–5

*PEEVER TODD*

## Income Summary

| | This Period | Year–to–Date |
|---|---|---|
| Total Dividends | 0.00 | 0.00 |
| Total Interest | 0.00 | 94.13DR |
| **Total Income** | **$0.00** | **$94.13DR** |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00173

E & OE  BRJM · 1

SEC044517

*Page 2*

*TODD PEEVER*

Statement for the period ending  December 31, 2002

Cash Account (US Funds⬛⬛⬛592B-5

## Account Activity

| Date | Activity | Quantity | Description | Price | Amount |
|------|----------|----------|-------------|-------|--------|
| 12/01 | | | **Opening Balance** | | $   1,925.55 DR |
| 12/09 | Sell | (2,200) | SHEP TECHNOLOGY INC | .92 | 1,929.00 |
| 12/23 | Cheque | | 01008027 TODD PEEVER | | 10,670.45 DR |
| 12/23 | Sell | (10,000) | SHEP TECHNOLOGY INC | 1.09 | 10,667.00 |
| 12/31 | | | **Closing Balance** | | $0.00 |

## Security Holdings

| | Quantity | | Current Price | Accrued Interest | Current Value |
|---|----------|---|---------------|------------------|---------------|
| **Cash** | | | | | $        0.00 |
| **Common Shares** | | | | | |
| SHEP TECHNOLOGY INC | 122,800 | seg | 1.100 | | 135,080.00 |
| **Market Value of Common Shares** | | | | | $   135,080.00 |

## About Your Statement

- This is a statement of your account according to our records. If it is not in accordance with your understanding please contact us immediately.

- Stock Exchange regulations require settlement of cash or securities owed by you on transactions by the "Settlement Date" specified on the confirmation you have received.

- Credit balances are payable on request upon receipt by us of securities in good delivery order.

- Cheques and securities in settlement of your account may be delivered in person to our office nearest you or may be mailed to our Vancouver office at the address shown on this statement. For your protection we suggest you use registered mail when mailing negotiable securities.

- Please refer to your account number on all correspondence.

- It is suggested that you retain this statement for income tax purposes. Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00174**

E & OE BRJM  2

SEC044518



CANACCORD CAPITAL CORPORATION
Head Office:
P.O. Box 10037, Pacific Centre
2200 - 609 Granville Street
Vancouver, BC V7Y 1H2
Tel: (604) 643-7300
Fax: (604) 643-7606

Member of all Canadian
exchanges and the
Investment Dealers
Association

*Page 1*

# Statement of Account
## For the period ending  January 31, 2003

TODD PEEVER
▬▬▬▬▬▬▬L
WEST VANCOUVER BC  V7W 1A8

**Your Advisory Team**

*Investment Advisor*
Johnathan More                          (604) 643–0170
                    johnathan_more@canaccord.com

## Total Consolidated Assets
## In Canadian Funds  $ 242,303.78
Exchange Rate:  $1US = $1.5225CAD

Total Consolidated Assets Previous Statement Period
In Canadian Funds $ 212,615.92

595 Burrard St Suite 1200
Vancouver BC V7X 1J1
688–0133

| **Account Summary** | | | |
|---|---|---|---|
| | **Previous Month End Market Value** | **Current Market Value** | **Percent of Assets** |
| **Cash Account (CAD Funds) 298-592A-6** | | | |
| Cash | | 0.00 | 0.0% |
| **Total Assets** | **N/A** | **$0.00** | **100.0%** |
| | | | |
| **Cash Account (US Funds) 298-592B-5** | | | |
| Cash | | 0.00 | 0.0% |
| **Total Assets** | **$135,080.00** | **$0.00** | **100.0%** |
| | | | |
| **Margin Account (CAD Funds) 298-592E-2** | | | |
| Cash | | 64,034.25 | 100.0% |
| **Total Assets** | **N/A** | **$64,034.25** | **100.0%** |
| | | | |
| **Margin Account (US Funds) 298-592F-1** | | | |
| Cash | | 7,980.00 DR | –6.8% |
| Common Shares | | 125,070.00 | 106.8% |
| **Total Assets** | **N/A** | **$117,090.00** | **100.0%** |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00175

E & OE  BRJM  1

*Page 2*

*TODD PEEVER*

*Statement for the period ending  January 31, 2003*

| Cash Account (CAD Funds) ███-592A–6 | *PEEVER TODD* |
|---|---|

## Income Summary

|  | This Period | Year–to–Date |
|---|---|---|
| Total Dividends | 0.00 | 0.00 |
| Total Interest | 0.00 | 0.00 |
| **Total Income** | **$0.00** | **$0.00** |

## Account Activity

| Date | Activity | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 01/01 |  |  | **Opening Balance** |  | **$0.00** |
| 01/27 | Journal |  | FROM B–5 |  | 49,293.00 |
| 01/27 | Journal |  | EXCHANGE POSTING | | 25,361.25 |
| | | | CONVERT TO USD @ 1.5145 | | |
| 01/29 | Transfer | | TO 298–592E–2 | | 79,034.25 DR |
| 01/29 | Buy | 1,700 | SOUTHWESTERN RESOURCES CORP | 12.05 | |
| 01/29 | | 1,000 | SOUTHWESTERN RESOURCES CORP | 12.09 | |
| 01/29 | | 3,400 | SOUTHWESTERN RESOURCES CORP | 12.10 | |
| 01/29 | | 1,700 | SOUTHWESTERN RESOURCES CORP | 12.15 | |
| 01/29 | | 1,000 | SOUTHWESTERN RESOURCES CORP | 12.19 | 107,800.00 DR |
| 01/29 | Buy | 700 | SOUTHWESTERN RESOURCES CORP | 12.20 | |
| 01/29 | | 500 | SOUTHWESTERN RESOURCES CORP | 12.22 | 14,650.00 DR |
| 01/31 | Sell | (900) | SOUTHWESTERN RESOURCES CORP | 12.90 | |
| 01/31 | | (1,600) | SOUTHWESTERN RESOURCES CORP | 12.85 | |
| 01/31 | | (1,000) | SOUTHWESTERN RESOURCES CORP | 12.80 | |
| 01/31 | | (6,500) | SOUTHWESTERN RESOURCES CORP | 12.75 | 126,830.00 |
| 01/31 | | | **Closing Balance** | | **$0.00** |

## Security Holdings

|  | Quantity | Current Price | Accrued Interest | Current Value |
|---|---|---|---|---|
| **Cash** | | | $ | 0.00 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00176

E & OE  BRJM  2

SEC044520



CANACCORD CAPITAL CORPORATION
Head Office:
P.O. Box 10337, Pacific Centre
2200 - 609 Granville Street
Vancouver, BC  V7Y 1H2
Tel: (604) 643-7300
Fax: (604) 643-7606

Member of all Canadian
exchanges and the
Investment Dealers
Association

*Page 3*

*TODD  PEEVER*

*Statement for the period ending  January 31, 2003*

---

## Cash Account (US Funds) ███-592B-5

*PEEVER TODD*

## Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| Total Dividends | 0.00 | 0.00 |
| Total Interest | 0.00 | 0.00 |
| **Total Income** | **$0.00** | **$0.00** |

## Account Activity

| Date | Activity | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 01/01 | | | **Opening Balance** | | **$0.00** |
| 01/08 | Sell | (10,000) | SHEP TECHNOLOGY INC | 1.20 | 11,745.00 |
| 01/08 | Sell | (10,000) | SHEP TECHNOLOGY INC | 1.20 | 11,743.00 |
| 01/14 | Cheque | | 01008234 TODD PEEVER | | 23,488.00DR |
| 01/22 | Sell | (8,000) | SHEP TECHNOLOGY INC | 1.40 | 10,961.00 |
| 01/23 | Sell | (1,000) | SHEP TECHNOLOGY INC | 1.68 | |
| 01/23 | | (9,000) | SHEP TECHNOLOGY INC | 1.64 | 16,150.00 |
| 01/23 | Sell | (2,200) | SHEP TECHNOLOGY INC | 1.64 | |
| 01/23 | | (2,800) | SHEP TECHNOLOGY INC | 1.68 | 8,177.00 |
| 01/23 | Sell | (1,000) | SHEP TECHNOLOGY INC | 1.68 | |
| 01/23 | | (1,500) | SHEP TECHNOLOGY INC | 1.64 | |
| 01/23 | | (3,000) | SHEP TECHNOLOGY INC | 1.59 | |
| 01/23 | | (3,500) | SHEP TECHNOLOGY INC | 1.55 | 14,005.00 |
| 01/27 | Journal | | TO A-6 | | 49,293.00DR |
| 01/30 | Transfer | | TO 298-592F-1 | | 7,980.00 |
| 01/30 | Transfer | (75,800) | SHEP TECHNOLOGY INC TO 298-592F-1 | | |
| 01/31 | Buy | 1,000 | SHEP TECHNOLOGY INC | 1.55 | |
| 01/31 | | 4,000 | SHEP TECHNOLOGY INC | 1.58 | 7,980.00DR |
| 01/31 | | | **Closing Balance** | | **$0.00** |

## Security Holdings

|  | Quantity | Current Price | Accrued Interest | Current Value |
|---|---|---|---|---|
| **Cash** | | | | $   0.00 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00177**

E & OE  BRJM  3

SEC044521

*Page 4*

*TODD PEEVER*

*Statement for the period ending January 31, 2003*

| Margin Account (CAD Funds) 592E–2 | *PEEVER TODD* |
|---|---|

## Income Summary

| | This Period | Year–to–Date |
|---|---|---|
| Total Dividends | 0.00 | 0.00 |
| Total Interest | 0.00 | 0.00 |
| **Total Income** | **$0.00** | **$0.00** |

## Account Activity

| Date | Activity | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 01/01 | | | **Opening Balance** | | **$0.00** |
| 01/29 | Transfer | | FROM 298–592A–6 | | 79,034.25 |
| 01/29 | Cheque | | 10180413 TODD PEEVER | | 15,000.00DR |
| 01/31 | | | **Closing Balance** | | **$ 64,034.25** |

**Transactions to Settle After 01/31/03**

| Date | Activity | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 02/03 | Buy | 2,000 | SOUTHWESTERN RESOURCES CORP | 12.10 | 24,215.00DR |
| 02/03 | Buy | 200 | SOUTHWESTERN RESOURCES CORP | 11.75 | |
| 02/03 | | 2,800 | SOUTHWESTERN RESOURCES CORP | 11.78 | |
| 02/03 | | 500 | SOUTHWESTERN RESOURCES CORP | 11.80 | 41,567.00DR |
| 02/03 | | | **Balance** | | **$ 1,747.75DR** |

## Security Holdings

| | Quantity | Current Price | Accrued Interest | Current Value |
|---|---|---|---|---|
| **Cash** | | | | **$ 64,034.25** |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00178**

E & OE BRJM 4

SEC044522



CANACCORD CAPITAL CORPORATION
Head Office:
P.O. Box 10337, Pacific Centre
2200 - 609 Granville Street
Vancouver, BC V7Y 1H2
Tel: (604) 643-7300
Fax: (604) 643-7606

Member of all Canadian
exchanges and the
Investment Dealers
Association

*Page 5*

*TODD  PEEVER*

*Statement for the period ending  January 31, 2003*

| Margin Account (US Funds) ▬▬▬ 592F–1 | *PEEVER TODD* |
| --- | --- |

## Income Summary

| | This Period | Year-to-Date |
| --- | --- | --- |
| Total Dividends | 0.00 | 0.00 |
| Total Interest | 0.00 | 0.00 |
| **Total Income** | **$0.00** | **$0.00** |

## Account Activity

| Date | Activity | Quantity | Description | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 01/01 | | | **Opening Balance** | | **$0.00** |
| 01/30 | Transfer | | FROM 298–592B–5 | | 7,980.00DR |
| 01/30 | Transfer | 75,800 | SHEP TECHNOLOGY INC | | |
| | | | FROM 298–592B–5 | | |
| 01/31 | | | **Closing Balance** | | **$ 7,980.00DR** |

| | | | **Transactions to Settle After  01/31/03** | | |
| --- | --- | --- | --- | --- | --- |
| 02/04 | Buy | 5,000 | SHEP TECHNOLOGY INC | 1.51 | 7,640.00DR |
| 02/05 | Sell | (5,000) | SHEP TECHNOLOGY INC | 1.65 | 8,152.50 |
| 02/05 | Sell | (5,000) | SHEP TECHNOLOGY INC | 1.65 | 8,153.00 |
| 02/05 | | | **Balance** | | **$   685.50** |

## Security Holdings

| | Quantity | | Current Price | Accrued Interest | Current Value |
| --- | --- | --- | --- | --- | --- |
| **Cash** | | | | | **$   (7,980.00)** |
| **Common Shares** | | | | | |
| SHEP TECHNOLOGY INC | 75,800 | | 1.650 | | 125,070.00 |
| | 70,408 | seg | | | |
| | 5,392 | cur | | | |
| **Market Value of Common Shares** | | | | | **$  125,070.00** |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00179**

E & OE BRJM  5

SEC044523



CANACCORD CAPITAL CORPORATION
Head Office:
P.O. Box 10337, Pacific Centre
2200 - 609 Granville Street
Vancouver, BC  V7Y 1H2
Tel: (604) 643-7300
Fax: (604) 643-7606

Member of all Canadian
exchanges and the
Investment Dealers
Association

*Page 1*

# Statement of Account
### For the period ending  February 28, 2003

TODD PEEVER 
WEST VANCOUVER BC  V7W 1A8

## Your Advisory Team
*Investment Advisor*
Johnathan More                     (604) 643–0170
                    johnathan_more@canaccord.com

## Total Consolidated Assets
## In Canadian Funds  $ 120,034.06
Exchange Rate:  $1US = $1.4850CAD

Total Consolidated Assets Previous Statement Period
In Canadian Funds $ 242,303.78

595 Burrard St Suite 1200
Vancouver BC V7X 1J1
688–0133

| Account Summary | | | |
|---|---|---|---|
| | **Previous Month End Market Value** | **Current Market Value** | **Percent of Assets** |
| **Cash Account (CAD Funds) 298-592A-6** | | | |
| Cash | | 0.00 | 0.0% |
| **Total Assets** | **N/A** | **$0.00** | **100.0%** |
| | | | |
| **Margin Account (CAD Funds) 298-592E-2** | | | |
| Cash | | 0.00 | 0.0% |
| **Total Assets** | **$64,034.25** | **$0.00** | **100.0%** |
| | | | |
| **Margin Account (US Funds) 298-592F-1** | | | |
| Cash | | 5,658.98 DR | –7.0% |
| Common Shares | | 86,490.00 | 107.0% |
| **Total Assets** | **$117,090.00** | **$80,831.02** | **100.0%** |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00180**

E & OE  BRJM  1

SEC044524

*Page 2*

*TODD PEEVER*

*Statement for the period ending  February 28, 2003*

| Cash Account (CAD Funds) ~~592A–6~~ | PEEVER TODD |
|---|---|

## Income Summary

|  | This Period | Year–to–Date |
|---|---|---|
| Total Dividends | 0.00 | 0.00 |
| Total Interest | 66.83DR | 66.83DR |
| **Total Income** | **$66.83DR** | **$66.83DR** |

## Account Activity

| Date | Activity | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 02/01 |  |  | **Opening Balance** |  | **$0.00** |
| 02/16 | Monthly Interest |  | INT ADJ TO FEB16/03 |  | 20.84 DR |
| 02/16 | Monthly Interest |  | INTEREST TO 02/16 |  | 45.99 DR |
| 02/20 | Journal |  | FROM F–1 |  | 66.83 |
| 02/28 |  |  | **Closing Balance** |  | **$0.00** |

## Security Holdings

|  | Quantity | Current Price | Accrued Interest | Current Value |
|---|---|---|---|---|
| **Cash** |  |  |  | $    0.00 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00181**

E & OE  BRJM  2

SEC044525



CANACCORD CAPITAL CORPORATION
Head Office:
P.O. Box 10337, Pacific Centre
2200 - 609 Granville Street
Vancouver, BC V7Y 1H2
Tel: (604) 643-7300
Fax: (604) 643-7606

Member of all Canadian
exchanges and the
Investment Dealers
Association

*Page 3*

*TODD PEEVER*

*Statement for the period ending  February 28, 2003*

## Margin Account (CAD Funds) 29~~~~92E-2                    *PEEVER TODD*

## Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| Total Dividends | 0.00 | 0.00 |
| Total Interest | 169.62DR | 169.62DR |
| **Total Income** | **$169.62DR** | **$169.62DR** |

## Account Activity

| Date | Activity | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 02/01 |  |  | **Opening Balance** |  | $  64,034.25 |
| 02/03 | Cheque |  | 10181034 TODD PEEVER |  | 69,409.60DR |
| 02/03 | Buy | 2,000 | SOUTHWESTERN RESOURCES CORP | 12.10 | 24,215.00DR |
| 02/03 | Buy | 200 | SOUTHWESTERN RESOURCES CORP | 11.75 |  |
| 02/03 |  | 2,800 | SOUTHWESTERN RESOURCES CORP | 11.78 |  |
| 02/03 |  | 500 | SOUTHWESTERN RESOURCES CORP | 11.80 | 41,567.00DR |
| 02/06 | Sell | (600) | SOUTHWESTERN RESOURCES CORP | 13.05 |  |
| 02/06 |  | (4,900) | SOUTHWESTERN RESOURCES CORP | 13.00 | 71,157.35 |
| 02/10 | Buy | 10,000 | SOUTHWESTERN RESOURCES CORP | 12.00 | 121,215.00DR |
| 02/14 | Sell | (10,000) | SOUTHWESTERN RESOURCES CORP | 10.45 | 103,440.00 |
| 02/16 | Monthly Interest |  | INT ADJ TO FEB16/03 |  | 52.09DR |
| 02/16 | Monthly Interest |  | INTEREST TO 02/16 |  | 117.53DR |
| 02/20 | Journal |  | FROM F-1 |  | 17,944.62 |
| 02/28 |  |  | **Closing Balance** |  | **$0.00** |

## Security Holdings

|  | Quantity | Current Price | Accrued Interest | Current Value |
|---|---|---|---|---|
| **Cash** |  |  | $ | 0.00 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00182**

E & OE  BRJM  3

SEC044526

*Page 4*

*TODD PEEVER*

*Statement for the period ending  February 28, 2003*

| **Margin Account (US Funds) 298═592F-1** | *PEEVER TODD* |
| --- | --- |

## Income Summary

|  | This Period | Year–to–Date |
| --- | --- | --- |
| Total Dividends | 0.00 | 0.00 |
| Total Interest | 0.00 | 0.00 |
| **Total Income** | **$0.00** | **$0.00** |

## Account Activity

| Date | Activity | Quantity | Description | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 02/01 |  |  | **Opening Balance** |  | $   7,980.00DR |
| 02/04 | Buy | 5,000 | SHEP TECHNOLOGY INC | 1.51 | 7,640.00DR |
| 02/05 | Sell | (5,000) | SHEP TECHNOLOGY INC | 1.65 | 8,152.50 |
| 02/05 | Sell | (5,000) | SHEP TECHNOLOGY INC | 1.65 | 8,153.00 |
| 02/07 | Sell | (10,000) | SHEP TECHNOLOGY INC | 1.59 | 15,567.00 |
| 02/20 | Journal |  | TO E-2 |  | 17,944.62DR |
| 02/20 | Journal |  | TO A-6 |  | 66.83DR |
| 02/20 | Journal |  | EXCHANGE POSTING CONVERT TO CAD @ 1.4965 |  | 5,953.56 |
| 02/20 | Journal |  | EXCHANGE POSTING CONVERT TO CAD @ 1.49241 |  | 22.05 |
| 02/20 | Cheque |  | 10183464 TODD PEEVER CONVERT TO CAD @ 1.5000 |  | 55,335.99DR |
| 02/20 | Cheque |  | 10183464 EXCHANGE POSTING CONVERT TO CAD @ 1.5000 |  | 18,445.33 |
| 02/20 | Journal |  | 10183464 298592E2 EARLY SETTLEMENT |  | 164.00DR |
| 02/25 | Sell | (10,000) | SHEP TECHNOLOGY INC | 1.66 | 16,419.00 |
| 02/25 | Sell | (10,000) | SHEP TECHNOLOGY INC | 1.66 | 16,419.00 |
| 02/26 | Sell | (10,000) | SHEP TECHNOLOGY INC | 1.69 | 16,716.00 |
| 02/27 | Buy | 10,000 | SHEP TECHNOLOGY INC | 1.35 | 13,650.00DR |
| 02/28 | Cash Receipt |  | 1853 T PEEVER |  | 15,000.00 |
| 02/28 | Cash Receipt |  | 1853 CASH T PEEVER |  | 4,000.00 |
| 02/28 | Cash Receipt |  | EXCHANGE POSTING CONVERT TO CAD @ 1.4960 |  | 4,973.26DR |
| 02/28 | Cash Receipt |  | EXCHANGE POSTING CONVERT TO CAD @ 1.5000 |  | 1,333.33DR |
| 02/28 | Buy | 2,000 | SHEP TECHNOLOGY INC | 1.54 | 3,165.00DR |
| 02/28 | Buy | 3,000 | SHEP TECHNOLOGY INC | 1.52 | 4,635.00DR |
| 02/28 | Buy | 500 | SHEP TECHNOLOGY INC | 1.32 |  |
| 02/28 |  | 500 | SHEP TECHNOLOGY INC | 1.35 |  |
| 02/28 |  | 5,000 | SHEP TECHNOLOGY INC | 1.30 |  |
| 02/28 |  | 4,000 | SHEP TECHNOLOGY INC | 1.34 | 13,618.39DR |
| 02/28 |  |  | **Closing Balance** |  | $   5,658.98DR |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00183**

E & OE  BRJM  4

SEC044527



CANACCORD CAPITAL CORPORATION
Head Office:
P.O. Box 10337, Pacific Centre
2200 - 609 Granville Street
Vancouver, BC V7Y 1H2
Tel: (604) 643-7300
Fax: (604) 643-7606

Member of all Canadian
exchanges and the
Investment Dealers
Association

*Page 5*

*TODD PEEVER*

*Statement for the period ending February 28, 2003*

## Account Activity (Cont'd)

| Date | Activity | Quantity | Description | Price | Amount |
|------|----------|----------|-------------|-------|--------|
| **Amount** | | | | | |
| 03/05 | Sell | (500) | SHEP TECHNOLOGY INC | 1.48 | |
| 03/05 | | (1,500) | SHEP TECHNOLOGY INC | 1.47 | 2,860.00 |
| 03/05 | Sell | (2,000) | SHEP TECHNOLOGY INC | 1.47 | 2,940.00 |
| 03/05 | | | **Balance** | | $   141.02 |

## Security Holdings

| | Quantity | | Current Price | Accrued Interest | Current Value |
|---|----------|---|---------------|------------------|---------------|
| **Cash** | | | | | $   (5,658.98) |
| **Common Shares** | | | | | |
| SHEP TECHNOLOGY INC | 55,800 | | 1.550 | | 86,490.00 |
| | 40,800 | seg | | | |
| | 15,000 | cur | | | |
| **Market Value of Common Shares** | | | | | $   86,490.00 |

## About Your Statement

- This is a statement of your account according to our records. If it is not in accordance with your understanding please contact us immediately.

- Stock Exchange regulations require settlement of cash or securities owed by you on transactions by the "Settlement Date" specified on the confirmation you have received.

- Credit balances are payable on request upon receipt by us of securities in good delivery order.

- Cheques and securities in settlement of your account may be delivered in person to our office nearest you or may be mailed to our Vancouver office at the address shown on this statement. For your protection we suggest you use registered mail when mailing negotiable securities.

- Please refer to your account number on all correspondence.

- It is suggested that you retain this statement for income tax purposes. Securities transactions, as shown on this statement are disclosed to Revenue Canada Taxation on a yearly basis. The income or capital gain from these transactions must be reported on your annual income tax return.

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00184**

E & OE  BRJM  5

SEC044528



CANACCORD CAPITAL CORPORATION
Head Office:
P.O. Box 10337, Pacific Centre
2200 - 609 Granville Street
Vancouver, BC V7Y 1H2
Tel: (604) 643-7300
Fax: (604) 643-7606

Member of all Canadian
exchanges and the
Investment Dealers
Association

*Page 1*

# Statement of Account
## For the period ending  March 31, 2003

TODD PEEVER

WEST VANCOUVER BC  V7W 1A8

## Your Advisory Team
*Investment Advisor*
Johnathan More                    (604) 643–0170
                    johnathan_more@canaccord.com

## Total Consolidated Assets
## In Canadian Funds  $ 17,236.96
Exchange Rate:  $1US = $1.4680CAD

595 Burrard St Suite 1200
Vancouver BC V7X 1J1
688–0133

Total Consolidated Assets Previous Statement Period
In Canadian Funds $ 120,034.06

| Account Summary | | | |
|---|---|---|---|
| | **Previous Month End Market Value** | **Current Market Value** | **Percent of Assets** |
| **Cash Account (CAD Funds) 592A-6** | | | |
| Cash | | 0.00 | 0.0% |
| Common Shares | | 9,900.00 | 100.0% |
| **Total Assets** | **N/A** | **$9,900.00** | **100.0%** |
| | | | |
| **Cash Account (US Funds 592B-5** | | | |
| Cash | | 5,962.07 DR | –119.3% |
| Common Shares | | 10,960.00 | 219.3% |
| **Total Assets** | **N/A** | **$4,997.93** | **100.0%** |
| | | | |
| **Margin Account (CAD Funds) 592E-2** | | | |
| Cash | | 0.00 | 0.0% |
| **Total Assets** | **N/A** | **$0.00** | **100.0%** |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00185

E & OE BRJM  1

SEC044529

*Page 2*

*TODD PEEVER*

*Statement for the period ending  March 31, 2003*

## Account Summary (Cont'd)

| | Previous Month End Market Value | Current Market Value | Percent of Assets |
|---|---|---|---|
| **Margin Account (US Funds) 298-592F-1** | | | |
| Cash | | 0.00 | 0.0% |
| **Total Assets** | $80,831.02 | $0.00 | 100.0% |

## Cash Account (CAD Funds) ~~████████~~                    *PEEVER TODD*

## Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| Total Dividends | 0.00 | 0.00 |
| Total Interest | 0.00 | 66.83DR |
| **Total Income** | $0.00 | $66.83DR |

## Account Activity

| Date | Activity | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 03/01 | | | **Opening Balance** | | **$0.00** |
| 03/18 | Journal | | FROM B–5 | | 19,785.75 |
| 03/21 | Buy | 42,500 | DUMONT NICKEL INC | .19 | |
| 03/21 | | 57,500 | DUMONT NICKEL INC | .20 | 19,785.75 DR |
| 03/27 | Cheque | | 10188045 TODD PEEVER | | 6,953.60 DR |
| 03/27 | Journal | | 10188045 298592A6 EARLY SETTLEMENT | | 100.00 DR |
| 03/31 | Sell | (39,000) | DUMONT NICKEL INC | .16 | |
| 03/31 | | (6,000) | DUMONT NICKEL INC | .15 | 7,053.60 |
| 03/31 | | | **Closing Balance** | | **$0.00** |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00186**

E & OE  BRJM  2

SEC044530



CANACCORD CAPITAL CORPORATION
Head Office:
P.O. Box 10337, Pacific Centre
2200 - 609 Granville Street
Vancouver, BC  V7Y 1H2
Tel: (604) 643-7300
Fax: (604) 643-7606

Member of all Canadian
exchanges and the
Investment Dealers
Association

*Page 3*

*TODD PEEVER*

*Statement for the period ending  March 31, 2003*
## Security Holdings

| | Quantity | | Current Price | Accrued Interest | Current Value |
|---|---|---|---|---|---|
| **Cash** | | | | | $     0.00 |
| **Common Shares** | | | | | |
| DUMONT NICKEL INC | 55,000 | seg | .180 | | 9,900.00 |
| **Market Value of Common Shares** | | | | | $   9,900.00 |

---

### Cash Account (US Funds) 298–592B–5

*PEEVER TODD*

## Income Summary

| | This Period | Year–to–Date |
|---|---|---|
| Total Dividends | 0.00 | 0.00 |
| Total Interest | 0.00 | 0.00 |
| **Total Income** | $0.00 | $0.00 |

## Account Activity

| Date | Activity | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 03/01 | | | **Opening Balance** | | **$0.00** |
| 03/11 | Transfer | | FROM 298–592F–1 | | 6,049.67 |
| 03/11 | Transfer | 2,000 | GENEMAX CORP | | |
| | | | FROM 298–592F–1 | | |
| 03/11 | Transfer | 35,300 | SHEP TECHNOLOGY INC | | |
| | | | FROM 298–592F–1 | | |
| 03/17 | Sell | (1,000) | SHEP TECHNOLOGY INC | 1.53 | |
| 03/17 | Sell | (9,000) | SHEP TECHNOLOGY INC | 1.52 | 15,045.00 |
| 03/17 | Sell | (2,000) | SHEP TECHNOLOGY INC | 1.51 | |
| 03/17 | Sell | (3,000) | SHEP TECHNOLOGY INC | 1.50 | 7,430.00 |
| 03/18 | Journal | | TO A–6 | | 19,785.75DR |
| 03/18 | Journal | | EXCHANGE POSTING | | 6,270.89 |
| | | | CONVERT TO CAD @ 1.4640 | | |
| 03/18 | Sell | (500) | SHEP TECHNOLOGY INC | 1.54 | |
| 03/18 | | (500) | SHEP TECHNOLOGY INC | 1.53 | |
| 03/18 | | (4,000) | SHEP TECHNOLOGY INC | 1.52 | 7,524.00 |
| 03/18 | Sell | (5,000) | SHEP TECHNOLOGY INC | 1.53 | 7,559.00 |
| 03/19 | Cheque | | 10187253 JASON SUNDAR | | 2,000.00DR |
| | | | CONVERT TO CAD @ 1.4650 | | |
| 03/19 | Cheque | | 10187253 EXCHANGE POSTING | | 634.81 |
| | | | CONVERT TO CAD @ 1.4650 | | |
| 03/19 | Transfer | | FROM 298–592E–2 | | 12.78DR |
| 03/19 | Transfer | | EXCHANGE POSTING | | 4.06 |
| | | | CONVERT TO CAD @ 1.4650 | | |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00187**

E & OE  BRJM  3

*Page 4*

*TODD PEEVER*

*Statement for the period ending  March 31, 2003*
## Account Activity (Cont'd)

| Date | Activity | Quantity | Description | Price | Amount |
|------|----------|----------|-------------|-------|--------|
| 03/19 | Transfer | | FROM 298–592F–1 | | 32.08 DR |
| 03/20 | Sell | (1,000) | SHEP TECHNOLOGY INC | 1.42 | |
| 03/20 | | (500) | SHEP TECHNOLOGY INC | 1.41 | |
| 03/20 | | (3,500) | SHEP TECHNOLOGY INC | 1.40 | 6,935.00 |
| 03/20 | Sell | (5,000) | SHEP TECHNOLOGY INC | 1.40 | 6,910.00 |
| 03/20 | Sell | (300) | SHEP TECHNOLOGY INC | 1.46 | 353.00 |
| 03/24 | Cheque | | 10187622 TODD PEEVER CONVERT TO CAD @ 1.4675 | | 62,933.47 DR |
| 03/24 | Cheque | | 10187622 EXCHANGE POSTING CONVERT TO CAD @ 1.4675 | | 20,048.65 |
| 03/28 | Cheque | | 10188225 ACCESS ADVANTAGE TRAVEL CONVERT TO CAD @ 1.4500 | | 8,500.00 DR |
| 03/28 | Cheque | | 10188225 EXCHANGE POSTING CONVERT TO CAD @ 1.4500 | | 2,637.93 |
| 03/28 | Journal | | 10188225 298592B5 EARLY SETTLEMENT | | 100.00 DR |
| 03/31 | | | **Closing Balance** | | **$   5,962.07 DR** |

**Transactions to Settle After  03/31/03**

| Date | Activity | Quantity | Description | Price | Amount |
|------|----------|----------|-------------|-------|--------|
| 04/01 | Sell | (500) | GENEMAX CORP | 7.51 | |
| 04/01 | | (500) | GENEMAX CORP | 7.50 | 7,420.00 |
| 04/01 | | | **Balance** | | **$   1,457.93** |

## Security Holdings

| | Quantity | | Current Price | Accrued Interest | Current Value |
|--|----------|--|---------------|------------------|---------------|
| **Cash** | | | | | $   (5,962.07) |
| **Common Shares** | | | | | |
| GENEMAX CORP | 2,000 | | 5.480 | | 10,960.00 |
| | 1,000 | seg | | | |
| | 1,000 | cur | | | |
| **Market Value of Common Shares** | | | | | $   10,960.00 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00188

E & OE  BRJM  4

SEC044532



CANACCORD CAPITAL CORPORATION
Head Office:
P.O. Box 10337, Pacific Centre
2200 - 609 Granville Street
Vancouver, BC  V7Y 1H2
Tel: (604) 643-7300
Fax: (604) 643-7606

Member of all Canadian
exchanges and the
Investment Dealers
Association

*Page 5*

*TODD PEEVER*

*Statement for the period ending  March 31, 2003*

| Margin Account (CAD Funds) 298-592E-2 | *PEEVER TODD* |
|---|---|

## Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| Total Dividends | 0.00 | 0.00 |
| Total Interest | 12.78DR | 182.40DR |
| **Total Income** | **$12.78DR** | **$182.40DR** |

## Account Activity

| Date | Activity | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 03/01 | | | **Opening Balance** | | **$0.00** |
| 03/16 | Monthly Interest | | INTEREST TO 03/16 | | 12.78DR |
| 03/19 | Transfer | | TO 298–592B–5 | | 12.78 |
| 03/31 | | | **Closing Balance** | | **$0.00** |

## Security Holdings

| | Quantity | Current Price | Accrued Interest | Current Value |
|---|---|---|---|---|
| **Cash** | | | $ | 0.00 |

| Margin Account (US Funds) 298-592F-1 | *PEEVER TODD* |
|---|---|

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
00189

E & OE  BRJM  5

SEC044533

*Page 6*

*TODD PEEVER*

*Statement for the period ending March 31, 2003*

## Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| Total Dividends | 0.00 | 0.00 |
| Total Interest | 32.08DR | 32.08DR |
| **Total Income** | **$32.08DR** | **$32.08DR** |

## Account Activity

| Date | Activity | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 03/01 | | | **Opening Balance** | | $    5,658.98 DR |
| 03/05 | Sell | (500) | SHEP TECHNOLOGY INC | 1.48 | |
| 03/05 | | (1,500) | SHEP TECHNOLOGY INC | 1.47 | 2,860.00 |
| 03/05 | Sell | (2,000) | SHEP TECHNOLOGY INC | 1.47 | 2,940.00 |
| 03/06 | Sell | (5,000) | SHEP TECHNOLOGY INC | 1.59 | 7,855.50 |
| 03/06 | Sell | (2,500) | SHEP TECHNOLOGY INC | 1.59 | 3,905.00 |
| 03/06 | Sell | (1,000) | SHEP TECHNOLOGY INC | 1.54 | |
| 03/06 | | (4,000) | SHEP TECHNOLOGY INC | 1.53 | 7,568.40 |
| 03/06 | Sell | (4,000) | SHEP TECHNOLOGY INC | 1.60 | 6,315.00 |
| 03/11 | Transfer | | TO 298-592B-5 | | 6,049.67 DR |
| 03/11 | Buy | 500 | GENEMAX CORP | 9.65 | |
| 03/11 | | 1,500 | GENEMAX CORP | 9.80 | 19,735.25 DR |
| 03/11 | Transfer | (2,000) | GENEMAX CORP | | |
| | | | TO 298-592B-5 | | |
| 03/11 | Transfer | (35,300) | SHEP TECHNOLOGY INC | | |
| | | | TO 298-592B-5 | | |
| 03/16 | Monthly Interest | | INTEREST TO 03/16 | | 32.08 DR |
| 03/19 | Transfer | | TO 298-592B-5 | | 32.08 |
| 03/31 | | | **Closing Balance** | | **$0.00** |

## Security Holdings

|  | Quantity | Current Price | Accrued Interest | Current Value |
|---|---|---|---|---|
| **Cash** | | | | $       0.00 |

CONFIDENTIAL PURSUANT
TO SECTION 24 (d)
**00190**

E & OE  BRJM  6

SEC044534