UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN N. LINES, SCOTT G. S. LINES,<br>LOM (HOLDINGS) LTD.,<br>LINES OVERSEAS MANAGEMENT LTD.,<br>LOM CAPITAL LTD.,<br>LOM SECURITIES (BERNUDA) LTD.,<br>LOM SECURITIES (CAYMAN) LTD.,<br>LOM SECURITIES (BAHAMAS) LTD.,<br>ANTHONY W. WILE, WAYNE E. WILE,<br>ROBERT J. CHAPMAN, WILLIAM TODD PEEVER,<br>PHILLIP JAMES CURTIS, AND RYAN G. LEEDS,<br><br>    Defendants. | Case No. 1:07-cv-11387 (DLC)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/11/2020 |

### ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF THE TAX ADMINISTRATOR, AND TO AUTHORIZE PAYMENT OF FUTURE TAXES, FEES, AND EXPENSES OF THE TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of the Tax Administrator, and to Authorize Payment of Future Taxes, Fees, and Expenses of the Tax Administrator and the supporting Declaration of Jude P. Damasco In Support of Fee Request ("Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") Account Number 1:07-cv-11387 under the case name designation "SEC v. Brian N. Lines, et al.," for the amount of $17,188.00 payable to "Miller Kaplan Arase LLP" for the payment of the fees and expenses of the Tax Administrator, as provided in the Declaration.

2. The Clerk shall send the check by U.S. mail to:

   Miller Kaplan Arase LLP
   4123 Lankershim Blvd
   North Hollywood, CA 91602-2828

The Commission's counsel shall provide to the Clerk of the Court with the necessary shipping information and the SEC's billing number.

Dated: ____March 11____, 2020         _____/s/ Denise Cote_____
                                       DENISE COTE
                                       United States District Judge