UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>BRIAN N. LINES, SCOTT G. S. LINES,<br>LOM (HOLDINGS) LTD.,<br>LINES OVERSEAS MANAGEMENT LTD.,<br>LOM CAPITAL LTD.,<br>LOM SECURITIES (BERNUDA) LTD.,<br>LOM SECURITIES (CAYMAN) LTD.,<br>LOM SECURITIES (BAHAMAS) LTD.,<br>ANTHONY W. WILE, WAYNE E. WILE,<br>ROBERT J. CHAPMAN, WILLIAM TODD PEEVER,<br>PHILLIP JAMES CURTIS, AND RYAN G. LEEDS,<br><br>Defendants. | Case No. 1:07-cv-11387 (DLC) |

**ORDER TO DISBURSE FUNDS TO
PAY TAX OBLIGATIONS**

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations for tax years 2010 to 2019, and the supporting Declaration of Jude P. Damasco In Support of Request to Make Tax Payment ("Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") Account Number 1:07-cv-11387 under the case name designation "SEC v. Brian N. Lines, et al.," for the amount of $48,050.00 payable to "Miller Kaplan Arase LLP SEC Trust Account" for the payment of federal tax obligations for tax years 2010 to 2019 as provided in the Declaration of Jude P. Damasco. The check shall contain the notation "SEC v. Lines Fair Fund" Case No. 1:07-cv-11387, EIN XX-XXX1856, tax years 2010 to 2019 Federal Estimated Tax Liabilities.

2. The Clerk shall send the check by certified mail to:

    Miller Kaplan Arase LLP
    Two Embarcadero Center, Suite 2280
    San Francisco, CA 94111

The Commission's counsel shall provide to the Court Registry the necessary overnight shipping information and the SEC's billing number.

Dated: ___March 18_____, 2020

                                                  _____
                                                DENISE COTE
                                        United States District Judge