UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
SECURITIES AND EXCHANGE COMMISSION,        :
                                           :
                         Plaintiff,        :   07cv11387 (DLC)
                                           :
            -v-                            :   ORDER
                                           :
BRIAN N. LINES, et al.,                    :
                                           :
                         Defendants.       :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

   The Securities and Exchange Commission has filed a proposed distribution plan for the Fair Fund established in this case. Accordingly, it is hereby

   ORDERED that any objections to the proposed distribution plan shall be filed by **December 1**.

   SO ORDERED:

Dated:   New York, New York
         November 16, 2021

                                   _____
                                           DENISE COTE
                                   United States District Judge