UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>BRIAN N. LINES, SCOTT G. S. LINES, LOM (HOLDINGS) LTD., LINES OVERSEAS MANAGEMENT LTD., LOM CAPITAL LTD., LOM SECURITIES (BERNUDA) LTD., LOM SECURITIES (CAYMAN) LTD., LOM SECURITIES (BAHAMAS) LTD., ANTHONY W. WILE, WAYNE E. WILE, ROBERT J. CHAPMAN, WILLIAM TODD PEEVER, PHILLIP JAMES CURTIS, AND RYAN G. LEEDS,<br><br>Defendants. | Case No. 1:07-cv-11387 (DLC) |

## ~~[PROPOSED]~~ ORDER APPROVING DISTRIBUTION PLAN

The Court, having reviewed the United States Securities and Exchange Commission's ("Commission") Motion to for an Order Approving Distribution Plan for *SEC v. Brian Lines, et al.* Fair Fund, _no objections having been received,_ and for good cause shown, IT IS HEREBY ORDERED that:

1. The Motion is **GRANTED**.

2. The Distribution Plan is approved in its entirety.

3. The Distribution Plan shall govern the administration of the Fair Fund previously established by Order entered December 19, 2019.

DATED: _December 2, 2021_

_____
UNITED STATES DISTRICT JUDGE