UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
SECURITIES AND EXCHANGE COMMISSION,         :
                                            :
                    Plaintiff,              :  07cv11387 (DLC)
                                            :
         -v-                                :  ORDER
                                            :
BRIAN N. LINES, et al.,                     :
                                            :
                    Defendants.             :
                                            :
-------------------------------------------X

DENISE COTE, District Judge:

    The Securities and Exchange Commission has filed a proposed disbursement order for the Fair Fund established in this case. Accordingly, it is hereby

    ORDERED that plaintiff shall provide notice of the proposed disbursement order to Eligible Claimants and other interested parties by **March 3, 2023**.

    IT IS FURTHER ORDERED that any objections to the proposed disbursement order shall be filed by **March 17, 2023**.

    SO ORDERED:

Dated:    New York, New York
           February 28, 2023

                                      DENISE COTE
                            United States District Judge