UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>BRIAN N. LINES, SCOTT G. S. LINES, LOM (HOLDINGS) LTD., LINES OVERSEAS MANAGEMENT  LTD., LOM CAPITAL LTD., LOM SECURITIES (BERMUDA) LTD., LOM SECURITIES (CAYMAN) LTD., LOM SECURITIES (BAHAMAS) LTD., ANTHONY W. WILE,  WAYNE E. WILE, ROBERT J. CHAPMAN, WILLIAM TODD PEEVER, PHILLIP JAMES CURTIS, AND RYAN G. LEEDS,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:07-cv-11387 (DLC) |

## [PROPOSED] ORDER APPROVING TRANSFER OF FUNDS FOR DISBURSEMENT OF DISTRIBUTION FUND

*No objections having been received by March 17, 2023, and*

The Court, having reviewed the United States Securities and Exchange Commission's

("Commission") Motion for Order Approving Transfer of Funds for Disbursement of

Distribution Fund, and the supporting Declaration of Luiggy Segura, and for good cause shown,

IT IS HEREBY ORDERED that:

1.    The Motion is Granted.

2.    The Clerk of the Court shall issue a check on the Court Registry Investment

System ("CRIS") Account Number 1:07-cv-11387 under the case name designation "SEC v.

Brian N. Lines et al.," for the amount of $32,583.70 payable to "SEC v Brian Lines Fair Fund"

for disbursement to the Eligible Claimants listed in the Payment File.

3.     The Clerk shall direct the payment of $32,583.70 from the CRIS account to the escrow account "SEC v Brian Lines Fair Fund" at The Huntington National Bank ("Huntington Bank") for distribution to the Eligible Claimants in accordance with the Plan of Distribution ("Plan").

4.     JND Legal Administration ("JND") shall deposit these funds in accordance with paragraphs 45 to 47 of the Plan, into the escrow account at Huntington Bank in the name of "SEC v Brian Lines Fair Fund" and bearing the Employer Identification Number of the Fair Fund, as custodian for the benefit of investors allocated a distribution pursuant to the plan in *SEC v. Brian N. Lines, et al.,* Civ. Act. No. 1:07-cv-11387-DLC (S.D. NY).

5.     JND shall also establish a separate deposit account titled "SEC v Brian Lines Fair Fund" for the purpose of funding and processing checks to be distributed to Eligible Claimants pursuant to the Plan.

6.     JND shall disburse these funds to Eligible Claimants in accordance with the terms of the Plan and the Payment File reviewed and approved by the Commission.

7.     The Clerk shall transmit the funds by wire transfer to:

> Account Name:  SEC v Brian Lines Fair Fund
> Bank:  The Huntington National Bank

> The Commission's counsel shall provide to the Clerk of the Court the necessary banking information for the wire transfer of the funds.

**SO ORDERED**

Dated: _____March 20_____, 2023

_____
United States District Court Judge

2