UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIAN N. LINES, SCOTT G. S. LINES, )<br>LOM (HOLDINGS) LTD., )<br>LINES OVERSEAS MANAGEMENT LTD., )<br>LOM CAPITAL LTD., )<br>LOM SECURITIES (BERNUDA) LTD., )<br>LOM SECURITIES (CAYMAN) LTD., )<br>LOM SECURITIES (BAHAMAS) LTD., )<br>ANTHONY W. WILE, WAYNE E. WILE, )<br>ROBERT J. CHAPMAN, WILLIAM TODD PEEVER, )<br>PHILLIP JAMES CURTIS, AND RYAN G. LEEDS, )<br>)<br>Defendants. ) | Case No. 1:07-cv-11387 (DLC) |

### [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF THE TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of the Tax Administrator and the supporting Declaration of Nicholas A. Sanchez in Support of Fee Request (the "Sanchez Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") Account Number 1:07-cv-11387 under the case name designation "SEC v. Brian N. Lines, et al.," for the amount of $4,497.20 payable to "Miller Kaplan Arase LLP" for the payment of the fees and expenses of the Tax Administrator, as provided in the Sanchez Declaration.

2. The Clerk shall send the check by U.S. mail to:

    Miller Kaplan Arase LLP
    4123 Lankershim Blvd
    North Hollywood, CA 91602-2828

Dated: _____Sept. 6_____, 2023

_____
United States District Court Judge