UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN N. LINES, SCOTT G. S. LINES, ) <br> LOM (HOLDINGS) LTD., ) <br> LINES OVERSEAS MANAGEMENT LTD., ) <br> LOM CAPITAL LTD., ) <br> LOM SECURITIES (BERMUDA) LTD., ) <br> LOM SECURITIES (CAYMAN) LTD., ) <br> LOM SECURITIES (BAHAMAS) LTD., ) <br> ANTHONY W. WILE, WAYNE E. WILE, ) <br> ROBERT J. CHAPMAN, WILLIAM TODD ) <br> PEEVER, PHILLIP JAMES CURTIS, AND ) <br> RYAN G. LEEDS, ) <br> ) <br> Defendants. | Case No. 1:07-cv-11387 (DLC) |

### [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of Nicholas A. Sanchez in Support of Request to Make Tax Payment (the "Sanchez Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") Account Number 1:07-cv-11387 under the case name designation "SEC v. Brian N. Lines, et al.," for the amount of $18,000.00 payable to "Miller Kaplan Arase LLP SEC Trust Account" for payment of estimated federal taxes for the fourth quarter of 2023 as provided in the Sanchez Declaration. The Employer Identification Number that should be written on the check is EIN XX-XXX1856.

2. The Clerk shall send the check by certified mail to:

   Miller Kaplan Arase LLP
   275 Battery Street, Suite 1800
   San Francisco, CA 94111

   The Commission's counsel shall provide to the Court Registry the necessary overnight shipping information and the SEC's billing number.

Dated: November 18, 2023

_____
United States District Court Judge