UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>BRIAN N. LINES, SCOTT G. S. LINES, )<br>LOM (HOLDINGS) LTD., )<br>LINES OVERSEAS MANAGEMENT LTD., )<br>LOM CAPITAL LTD., )<br>LOM SECURITIES (BERMUDA) LTD., )<br>LOM SECURITIES (CAYMAN) LTD., )<br>LOM SECURITIES (BAHAMAS) LTD., )<br>ANTHONY W. WILE, WAYNE E. WILE, )<br>ROBERT J. CHAPMAN, WILLIAM TODD )<br>PEEVER, PHILLIP JAMES CURTIS, AND )<br>RYAN G. LEEDS, )<br>)<br>Defendants. ) | Case No. 1:07-cv-11387 (DLC) |

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF DISTRIBUTION AGENT

The Court, having reviewed the Securities and Exchange Commission's Motion for Order to Disburse Funds to Pay Fees and Expenses of the Distribution Agent, the Memorandum of Law in Support, and the attached Exhibits, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Motion is granted.

2. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") Account Number 1:07-cv-11387 under the case name designation "SEC v. Brian N. Lines, et al.," for the amount of $96,182.28 payable to "JND Legal Administration d/b/a Class Action Administration LLC" for the payment of the fees and expenses of the Distribution Agent as provided in the Exhibits.

3. The Clerk shall send the check by U.S. mail to:

   JND Legal Administration
   d/b/a Class Action Administration LLC
   1100 2nd Ave., Suite 300
   Seattle, WA 98101

   The Commission's counsel shall provide to the Clerk of the Court the necessary shipping information and the SEC's billing number.

Dated: __1/16/__, 2024

_____
United States District Court Judge