UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN N. LINES, SCOTT G. S. LINES, ) <br> LOM (HOLDINGS) LTD., ) <br> LINES OVERSEAS MANAGEMENT LTD., ) <br> LOM CAPITAL LTD., ) <br> LOM SECURITIES (BERMUDA) LTD., ) <br> LOM SECURITIES (CAYMAN) LTD., ) <br> LOM SECURITIES (BAHAMAS) LTD., ) <br> ANTHONY W. WILE, WAYNE E. WILE, ) <br> ROBERT J. CHAPMAN, WILLIAM TODD ) <br> PEEVER, PHILLIP JAMES CURTIS, AND ) <br> RYAN G. LEEDS, ) <br> ) <br> Defendants. ) | Case No. 1:07-cv-11387 (DLC) |

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of Nicholas A. Sanchez in Support of Request to Make Tax Payment (the "Sanchez Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Clerk of the Court shall issue payment on Court Registry Investment System ("CRIS") Account Number 1:07-cv-11387 under the case name designation "SEC v. Brian N. Lines, et al.," for the amount of $6,500 payable to "Miller Kaplan Arase

LLP SEC Trust Account", for the payment of estimated tax liabilities of the second quarter of 2024 as provided in the Declaration.

2. The Clerk shall send payment to the Miller Kaplan Arase LLP SEC Trust Account using the EFT instructions already on file with the Clerk for City National Bank account ending -8990. The Employer Identification Number associated with the transfer of these funds is XX-XXX1856.

Dated: June 13, 2024

_____
United States District Court Judge