UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN N. LINES, SCOTT G. S. LINES, LOM (HOLDINGS) LTD., LINES OVERSEAS MANAGEMENT LITD. LOM CAPITAL LTD., LOM SECURITIES (BERNUDA) LTD., LOM SECURITIES (CAYMAN) LTD., LOM SECURITIES (BAHAMAS) LTD., ANTHONY W. WILE, WAYNE E. WILE, ROBERT J. CHAPMAN, WILLIAM TODD PEEVER, PHILLIP JAMES CURTIS, AND RYAN G. LEEDS,<br><br>Defendant. | CIVIL ACTION No. 1:07-CV-11387<br><br>JUDGE DENISE L. COTE<br><br>NOTICE OF MOTION AND MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS |

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

This Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of Nicholas A. Sanchez signed March 31, 2025, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall request a transfer from the funds on deposit in the Court Registry Investment System ("CRIS") Account Number 1:07-cv-11387 under the case name designation "SEC v. Brian N. Lines, et al.," for the amount of $58,349 payable to "Miller Kaplan Arase LLP SEC Trust Account" for payment of estimated federal taxes for 2024 and the first quarter of 2025 as provided in Mr. Sanchez's

declaration. The Employer Identification Number related to this distribution is EIN XX-XXX1856.

2. The Clerk shall direct $58,349 to the Miller Kaplan Arase LLP SEC Trust Account using the EFT instructions already on file with the Clerk for City National Bank account ending -8990.

3. Anything that must be sent in hard copy should be sent to:

    Miller Kaplan Arase LLP
    595 Market Street, Suite 920
    San Francisco, CA 94105

The SEC's counsel shall provide to the Court Clerk the necessary overnight shipping information and the SEC's billing number.

Dated: August 14, 2025

_____
Denise L. Cote
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on _____, I caused a copy of the foregoing document to be filed with the Court's CM/ECF system, which will automatically send a copy of the document to all counsel of record.

_____
Allison J.P. Moon