# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

           Plaintiff,

v.

BRIAN N. LINES, et al.,

           Defendants.

**CIVIL ACTION No. 1:07-CV-11387**

**JUDGE DENISE L. COTE**

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS, TO PAY INVOICES OF THE TAX ADMINISTRATOR AND DISTRIBUTION AGENT, AND TO TRANSFER FUNDS TO A NON-INTEREST-BEARING ACCOUNT

This Court, having reviewed the Securities and Exchange Commission's Motion and

Supporting Memorandum to Disburse Funds to Pay Tax Obligations, to Pay Invoices of the Tax

Administrator and Distribution Agent, and to Transfer Funds to a Non-Interest-Bearing Account,

and the declarations filed therewith (the "Declarations"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall request a transfer from the funds on deposit in the Court

   Registry Investment System ("CRIS") Account Number 1:07-cv-11387 under the

   case name designation "SEC v. Brian N. Lines, et al." (the "CRIS Account") in the

   amount of $8,443.18 payable to the "Miller Kaplan Arase LLP SEC Trust Account"

   for payment of estimated federal taxes for the fourth quarter of 2025 and late payment

   interest related to the 2024 federal tax liability.

2. The Clerk shall direct the total of $8,443.18 to the Miller Kaplan Arase LLP SEC

   Trust Account using the EFT instructions already on file with the Clerk for City

National Bank account ending -8990. The Employer Identification Number related to this tax payment is EIN XX-XXX1856.

3. The Clerk of the Court shall request a transfer from the funds on deposit in the CRIS Account in the amount of $9,788.97 payable to the "Miller Kaplan Arase LLP" for payment of the fees and expenses of the Tax Administrator as set forth in the Declarations.

4. The Clerk shall direct the total of $9,788.97 to the Miller Kaplan Arase LLP general business account using the EFT instructions already on file with the Clerk for City National Bank account ending -8313. The Employer Identification Number related to this payment is EIN XX-XXX1856.

5. Anything that must be sent to the Tax Administrator in hard copy should be sent to:

> Miller Kaplan Arase LLP
> 595 Market Street, Suite 920
> San Francisco, CA 94105

The SEC's counsel shall provide to the Court Clerk the necessary shipping information and the SEC's billing number.

6. The Clerk shall issue a check on the CRIS Account for the amount of $36,217.37 payable to "JND Legal Administration d/b/a Class Action Administration LLC" for the payment of fees and expenses of the Distribution Agent as set forth in the Declarations.

7. The Clerk shall send the check to the Distribution Agent by U.S. mail to:

> JND Legal Administration
> d/b/a Class Action Administration LLC
> 1100 2nd Ave, Suite 300
> Seattle, WA 98101

2

The SEC's counsel shall provide to the Court Clerk the necessary shipping information and the SEC's billing number.

8. The Clerk shall deduct from the investment the authorized fee from the earned income, as authorized by the Judicial Conference and set by the Director of the Administrative Office.

9. After disbursement of funds to the Tax Administrator and the Distribution Agent, and after the Clerk deducts its authorized fee, the Clerk shall transfer all remaining funds in the CRIS Account to a single non-interest-bearing account held by the Court under the case name designation "SEC v. Brian N. Lines, et al."

Dated: _February 24_, 2026

_____
DENISE L. COTE
United States District Judge

3