**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN N. LINES, SCOTT G. S. LINES, LOM (HOLDINGS) LTD., LINES OVERSEAS MANAGEMENT LITD. LOM CAPITAL LTD., LOM SECURITIES (BERNUDA) LTD., LOM SECURITIES (CAYMAN) LTD., LOM SECURITIES (BAHAMAS) LTD., ANTHONY W. WILE, WAYNE E. WILE, ROBERT J. CHAPMAN, WILLIAM TODD PEEVER, PHILLIP JAMES CURTIS, AND RYAN G. LEEDS,<br><br>Defendants. | **CIVIL ACTION No. 1:07-CV-11387**<br><br>**JUDGE DENISE L. COTE** |

**~~[PROPOSED]~~ ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS AND THE TAX ADMINISTRATOR'S FEES AND EXPENSES, TO TRANSFER REMAINING FUNDS TO THE SEC, AND TO AUTHORIZE THE SEC TO APPROVE PAYMENTS OF THE FEES AND EXPENSES OF THE DISTRIBUTION AGENT WITHOUT FURTHER COURT ORDER**

This Court, having reviewed the U.S. Securities and Exchange Commission's ("SEC') Motion to Disburse Funds to Pay Tax Obligations and the Tax Administrator's Fees and Expenses, to Transfer Remaining Funds to the SEC, and to Authorize the SEC to Approve Payments of the Fees and Expenses of the Distribution Agent without Further Court Order and the exhibits filed therewith, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall request a transfer from the funds on deposit in the non-interest-bearing account held by the Court under the case name designation

Case 1:07-cv-11387-DLC Document 301 Filed 10/06/26 Page 2 of 3

"SEC v. Brian N. Lines et al." (the "Lines Account") in the amount of $7,529.74 payable to the "Miller Kaplan Arase LLP SEC Trust Account" for payment of estimated federal taxes for the first and second quarters of 2026. The Clerk shall direct the total of $7,529.74 to the Miller Kaplan Arase LLP SEC Trust Account using the EFT instructions already on file with the Clerk for City National Bank account ending -8990. The Employer Identification Number related to this tax payment is EIN XX-XXX1856.

2. The Clerk of the Court shall request a transfer from the funds on deposit in the Lines Account in the amount of $2,742.30 payable to "Miller Kaplan Arase LLP" for payment of the fees and expenses of the Tax Administrator. The Clerk shall direct the total of $2,742.30 to the Miller Kaplan Arase LLP general business account using the EFT instructions already on file with the Clerk for City National Bank account ending -8313. The Employer Identification Number related to this payment is EIN XX-XXX6255.

3. Anything that must be sent to the Tax Administrator in hard copy should be sent to:

    Miller Kaplan Arase LLP
    595 Market Street, Suite 920
    San Francisco, CA 94105

The SEC's counsel shall provide to the Court Clerk the necessary shipping information and the SEC's billing number.

4. After issuing the foregoing payments, and after the Clerk deducts its authorized fee, if any, the Clerk of the Court shall transfer all remaining funds in the Lines Account to the SEC, according to payment instructions to be provided by the SEC, to hold pending the preparation of the final accounting for submission to the Court for approval at a later date.

5. The SEC is authorized to approve and arrange payment of all the fees and expenses of the Distribution Agent directly from the Fair Fund without further approval of this Court. All payments of the fees and expenses of the Distribution Agent shall be reported to the Court in the final accounting.

Dated: 6 October, 2026.

DENISE L. COTE
United States District Judge